IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL B. KHODORKOVSKY, | No. C 07-80215 MISC MMC |
| Applicant | **ORDER REFERRING TO MAGISTRATE JUDGE APPLICATION FOR ORDER GRANTING THIRD-PARTY DISCOVERY** |
| v. | |
| CAMBRIDGE ENERGY RESEARCH ASSOCIATES, INC., | |
| Respondent / | |

Pursuant to Civil Local Rule 72-1, and in light of the Notice of Related Case filed August 30, 2007 by applicant Mikhail B. Khodorkovksy in Case No. C 07-80211 MISC MMC, the "Application of Mikhail B. Khodorkovsky for an Order Granting Third-Party Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782(a)," filed August 30, 2007, is hereby REFERRED to Magistrate Judge Bernard Zimmerman, to be heard and considered at the convenience of his calendar.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from Judge Zimmerman's chambers.

**IT IS SO ORDERED.**

Dated: September 4, 2007

MAXINE M. CHESNEY
United States District Judge