UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL B. KHODORKOVSKY,<br><br>    Applicant,<br><br>    v.<br><br>CAMBRIDGE ENERGY RESEARCH ASSOCIATES, INC.,,<br><br>    Respondent. | No. C07-80215 MISC MMC (BZ)<br><br>**ORDER GRANTING THIRD PARTY DISCOVERY** |

   **FOR GOOD CAUSE APPEARING**, pursuant to 28 U.S.C. Section 1782, the court hereby grants Mikhail B. Khodorkovsky, the defendant in a pending criminal proceeding in Russia, leave to serve the proposed subpoena for the production of documents on Cambridge Energy Research Associates, Inc. on or after the date of this order.

   The court is concerned with the temporal scope of Topics 6 and 7 and Document Request 10 of the subpoena. It is not clear why the scope extends to the present. Khodorkovsky shall negotiate an appropriate limitation with the witness.

Dated: September 5, 2007

                    _____
                         Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\KHODORKOVSKY\CERA.wpd

1