UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL KHODORKOVSKY,<br><br>        Plaintiff(s),<br><br>   v.<br><br>CAMBRIDGE ENERGY RESEARCH ASSOCIATES, INC.,<br><br>        Defendant(s). | No. C07-80215 MMC (BZ)<br><br>**CLERK'S NOTICE SCHEDULING TELEPHONIC CONFERENCE** |

**PLEASE TAKE NOTICE** that at the request of the parties a telephonic conference is scheduled for **Tuesday, May 6, 2008 at 9:00 a.m.** to discuss the matters currently at issue.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: May 5, 2008

_Rose Maher_
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\KHODORKOVSKY V. CAMBRIDGE\TEL CONF 1.wpd

1