UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL B. KHODORKOVSKY,<br><br>Applicant,<br><br>v.<br><br>CAMBRIDGE ENERGY RESEARCH ASSOCIATES, INC.,<br><br>Respondent. | Case No. C 07-80215 MMC (BZ)<br><br>**DECLARATION OF AUTHORIZED CUSTODIAN OF RECORDS FOR CAMBRIDGE ENERGY RESEARCH ASSOCIATES, INC.**<br><br>**COURT ORDERED AUTHENTICATION OF DOCUMENTS** |

1.   I, David Hobbs, am the custodian of records for Cambridge Energy Research Associates, Inc. ("CERA"), and have been authorized to make this declaration and provide the following authentication by CERA.

2.   This authentication is provided pursuant to the Order of the Court dated May 7, 2008 in the matter of <u>Khodorkovsky v. Cambridge Energy Research Associates</u>, Civil Action No. C 07 80215 MMC (BZ), pending in the United States District Court for the Northern District of California, San Francisco Division.

3.   The documents accompanying this Declaration, and also attached to the Order of the Court dated May 7, 2008, numbered YKS020001 through YKS020555, are true and correct authentic copies of a report (in both Russian and English) prepared by CERA in

- 1 -
EXHIBIT B

DECLARATION OF CUSTODIAN
C 07-80215 MMC (BZ)

1 | connection with consulting services it provided to OAO NK Yukos. To the extent that there is
2 | any conflict in the content of the two reports, the English version controls. The documents
3 | authenticated pursuant to the Order of the Court bear the following legends as required by the
4 | Order:

5 |     A. English Version: "This document is an authentic copy of an original report
6 | prepared by Cambridge Energy Research Associates, Inc. for OAO NK Yukos, authenticated
7 | pursuant to an Order of the United States Federal District Court dated __May 7__, 2008."

8 |     B. Russian Version: "This document is an authentic copy of an original report
9 | prepared by Cambridge Energy Research Associates, Inc. for OAO NK Yukos, authenticated
10 | pursuant to an Order of the United States Federal District Court dated __May 7__, 2008. To
11 | the extent this Russian language report conflicts with the English version of the same report, the
12 | English version controls."

13 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
14 | true and correct, and that this declaration was executed on __May 15th__, 2008.

_[signature]_

(Name and Title)

David Hobbs
Vice President and Managing
    Director of Global Research

7481\001\ASHARTSIS\1475956.1