

# A REVIEW OF
# YUKOS PERFORMANCE

(Draft Report)

Prepared for

YUKOS

by

Cambridge Energy Research Associates

June 7, 2004

**PRIVATE AND CONFIDENTIAL**
©2004, Cambridge Energy Research Associates, Inc. All Rights reserved.
No portion of this report may be reproduced in any form without prior written consent.

This document is an authentic copy of an original report prepared by Cambridge Energy Research Associates, Inc. for OAO NK Yukos, authenticated pursuant to an Order of the United States Federal District Court dated May 7, 2008.

YKS 020001

CONFIDENTIAL / DRAFT—28.09.2005

The accompanying materials were prepared by Cambridge Energy Research Associates, Inc. (CERA), and are not to be redistributed or reused in any manner, with the exception of client internal distribution as described below.

CERA strives to be supportive of client internal distribution of CERA content but requires that

• CERA content and information, including but not limited to graphs, charts, tables, figures, and data, are not to be disseminated outside of a client organization to any third party, including a client's customers, financial institutions, consultants, or the public.

• Content distributed within the client organization must display CERA's legal notices and attributions of authorship.

Some information supplied by CERA may be obtained from sources that CERA believes to be reliable but are in no way warranted by CERA as to accuracy or completeness. Absent a specific agreement to the contrary, CERA has no obligation to update any content or information provided to a client.

CERA was engaged by YUKOS to undertake an independent evaluation of the company's performance. CERA alone is responsible for the views and analysis in this Report which do not necessarily reflect the opinions of YUKOS, its affiliate or subsidiary companies.

The opinions and conclusions of CERA included in this Report are based on assumptions made and analysis completed by CERA as of the date of this Report. CERA believes that its assumptions and analysis are reasonable. CERA has no obligation and does not currently intend to update this Report. CERA makes no representations or warranties of any kind, expressed or implied, with respect to this Report.

YKS 020002

CONFIDENTIAL / DRAFT—28.09.2005

## Table of Contents

| SECTION | PAGE |
|---|---|
| I. Executive Summary | 4 |
| II. Methodology | 10 |
|    A.  Metrics of Performance | 10 |
|    B.  Companies Selected for Comparison with YUKOS | 12 |
| III. Goals and Performance of YUKOS During Five Periods | 15 |
|    A.  1993-1995: "Free Fall" | 15 |
|    B.  1995-1996: "Privatization Will Save the World" | 22 |
|    C.  1997-1999: "Crisis Management" | 28 |
|    D.  1999-2000: "Corporate Governance" | 36 |
|    E.  Post 2000: "Corporate Citizenship" | 46 |
| IV. Overall Performance of YUKOS in Comparative Perspective | 55 |
|    A. Access to Crude Reserves | 55 |
|    B. Production Performance | 74 |
|    C. Upstream Employment Performance | 94 |
|    D. Crude Marketing and Exports | 97 |
|    E. Refinery Performance | 112 |
|    F. Product Marketing and Exports | 142 |
|    G. Retail Marketing | 151 |
| Appendix I: Definitions of Primary Hydrocarbon Reserve Categories Used in Report | 158 |
| Appendix II: Oil Balances for the Russian Federation and YUKOS | 161 |
| Appendix III: Consolidation of YUKOS Assets Before and Since 2000 | 163 |
| Appendix IV: Crude Transportation Arrangements in Russia | 171 |

YKS 020003

CONFIDENTIAL / DRAFT—28.09.2005

# I. EXECUTIVE SUMMARY

## YUKOS's Goals and Achievements During Five Periods of Corporate History

YUKOS divides its corporate history since formation of the company in 1993 into five distinct periods, which the company labels respectively as follows:

- "Free Fall" (1993-1995)
- "Privatization Will Save the World" (1995-1996)
- "Crisis Management" (1997-1999)
- "Corporate Governance" (1999-2000)
- "Corporate Citizenship" (Post 2000).

The company's focus and priorities were different in each of these periods, in response to the volatility of the economic and political climate in Russia during the past decade.

[TK: Regarding the corporate goals during the five periods of YUKOS history, can YUKOS provide any more specifics on the type of "international expansion" that it set out to achieve during 1993-1995 and 1995-1996 (e.g., upstream, downstream, export markets?) and the specific objective or objectives underlying its goal of "increasing competitiveness" during 1997-1999 (i.e., increasing competitiveness in reference to what?).]

### CERA's Objective

YUKOS has described to CERA its primary goals during each of the five periods. CERA has undertaken to measure YUKOS's achievement of these stated goals in qualitative and (to the extent relevant data are available) quantitative terms.

### Conclusions

Overall, CERA concludes that YUKOS was successful in achievement of the goals as stated by the company, but progress was uneven and in several instances it was not until a later period that the full results of YUKOS's policies in various areas became apparent. With respect to specific goals posited by the company for each of the five periods, the following outcomes are particularly noteworthy:

## A. 1993-1995: "Free Fall"

### Stated Goals of YUKOS

- Vertical integration of economic activity
- Halting the decline in production
- Growth of refining
- International expansion
- Improving the company's financial position
- Maintaining employment levels

– 4 –

YKS 020004

CONFIDENTIAL / DRAFT—28.09.2005

**Achievements**

YUKOS was born in stormy times and the company's early history was partly an exercise in "damage control," as the company's output of crude oil and refined products contracted sharply along with the Russian economy overall. During this period management nevertheless succeeded in creating the basis for effective vertical integration of newly combined upstream and downstream subsidiaries, reduced the rate of decline of production and refining levels, and gained valuable experience in international upstream operations. Notwithstanding Russia's massive economic restructuring and dramatic reorientation during this period, management also succeeded in limiting the decline in YUKOS's financial performance and employment levels.

## B. 1995-1996: "Privatization Will Save the World"

**Stated Goals of YUKOS**

- Growth of production
- Growth of refining
- International expansion
- Improving the company's financial position and restructuring debts
- Overcoming the decline in productivity of labor
- Successful privatization
- Establishing vertical management

**Achievements**

This period was a turning point in YUKOS's economic history because the company managed to reverse its decline in both oil production and refining, albeit with a contribution from acquisitions in the case of oil production. Oil production declined by less than 6 percent in 1995 and rose by nearly 35 percent in 1996 (to levels above those of 1993). The decline in output of diesel and fuel oil ended in 1995, and of gasoline in 1996. By 1996, YUKOS's overall refined product output grew by more than 10 percent, recovering from the record low of 1995.

The company also prepared for international expansion by adding to its experience of working with foreign companies that were operating inside Russia, particularly upstream. The YUKOS debt restructuring program during these years helped to improve financial performance, while a marked increase in YUKOS labor productivity was facilitated by a reduction in staff to a level more appropriate to the scale of YUKOS's operations. The privatization of YUKOS over 1995-1996 created an aggregation with a sizable owner, the Menatep Bank—which provided a long-term plan for YUKOS's operations and undertook a range of measures to improve YUKOS's efficiency. New challenges along the road to vertical integration arose following the company's acquisition of Samaraneftegaz in 1995, but so far as can be determined, YUKOS managed to introduce the same basic methods of vertical management at Samaraneftegaz as it had developed earlier at Yuganskneftegaz.

## C. 1997-1999: "Crisis Management"

**Stated Goals of YUKOS**

- Maintenance of production

– 5 –

YKS 020005

CONFIDENTIAL / DRAFT—28.09.2005

- Improving the company's financial position and restructuring debts
- Increasing competitiveness
- Reinforcing strict (centralized) vertical management
- Consolidating assets

**Achievements**

YUKOS increased production to 35.4 million metric tons (mt) in 1997, and again to 44.5 mt in 1999, mainly through acquisition of the Eastern Oil Company in 1997. But this period also marks the beginning of the turnaround in production performance on the part of Yuganskneftegaz, YUKOS's core West Siberian subsidiary—although the fruits were harvested only later, many of the important actions were taken by the company during this period. Financial performance was negatively affected during part of the period under consideration by circumstances outside the company's control (Russia's August 1998 financial crash) but YUKOS nevertheless succeeded in increasing competitiveness vis-à-vis various other companies even as its business activity contracted by reducing staff levels to a level more consistent with business operations. For example, the company's headcount in primary production fell by 38 percent between 1997 and 1999, to less than 25,500.

The reform of the upstream service sector instituted in 1998 was a milestone in further concentration of key managerial functions within the corporate center, and YUKOS made further progress consolidating assets (both previously acquired holdings and those of the Eastern Oil Company).

## D. 1999-2000: "Corporate Governance"

**Stated Goals of YUKOS**

- Growth of production
- Increasing competitiveness by controlling costs
- Developing principles of corporate governance

**Achievements**

Building on the achievements of the previous period, YUKOS introduced an innovative new upstream program enabling the company to grow production in double digits year-on-year beginning in 2000. Production has continued growing at this rate, ever since. At the same time, YUKOS managed to decrease the cost of production per ton by concentrating resources on existing wells with most potential for increased productivity, and reined in expenditures throughout the company by instituting stricter controls over costs following a thorough analysis of standard cost levels based on best practice. Production costs were below $10 per ton in these years, compared with more than $28 per ton in 1997. This period was also marked by improved corporate governance, as YUKOS separated ownership and management functions, settled disputes with minority shareholders, increased the transparency of its operations generally, and brought independent representatives onto the board of directors.

## E. Post 2000: "Corporate Citizenship"

**Stated Goals of YUKOS**

- Being No. 1 in Russia in terms of oil production

– 6 –

YKS 020006

CONFIDENTIAL / DRAFT—28.09.2005

- Being No. 1 in Russia in terms of technology
- Having a diversified energy business
- Being No. 1-5 in the world in terms of effectiveness of production
- Being No. 1-5 in the world in terms of effectiveness of management

**Achievements**

YUKOS overtook LUKoil to become the leading Russian producer of oil in volume terms for the first time in 2003, producing over 82 mt and accounting for more than 19 percent of total Russian output. It has also maintained its position since 2000 as a leader in application of advanced hydrofracturing and other technologies. YUKOS significantly increased its holdings and operations in the Russian gas and electricity sectors during this period (gas production of 5.65 Bcm in 2003 was nearly four times its level in 1999). YUKOS's performance was highly competitive with international companies during this period in terms of oil production growth and efficiency of production, which in turn reflects increased effectiveness of management and particularly the selection of appropriate upstream technologies and training of field personnel in their application. YUKOS's production costs were less than half those of the international companies in 2000 and 2001.

## Overall Performance of YUKOS over 1993-2004 in Comparative Perspective

CERA has also examined YUKOS's performance during the period 1993-2004 as a whole, using more conventional industry benchmarks to compare YUKOS to other selected Russian and international companies. Among the key findings to emerge from CERA's comparative evaluation of YUKOS's performance:

*General Conclusions*

- With respect to most indicators, YUKOS typically outperformed the Russian industry average during the period under consideration and steadily closed the gap with international companies that had the benefit of competitive practices for decades prior to YUKOS's formation.

- YUKOS has performed best against the comparator groups—whether Russian or international—in terms of production growth, finding costs, and lifting costs. Management has organized and led a rapid diffusion of upstream know-how throughout the organization. This appears to represents a unique achievement, distinguishing YUKOS from both its Russian peers and the international companies. This effort is matched by a focus on technology and its appropriate application.

- In terms of transportation costs, refining complexity and the efficiency of refining and marketing, YUKOS's performance is broadly in line with its Russian peers but the Russian industry as a whole still lags the international companies.

*Exploration and Production*

- The three standard categories of acquisitions, revisions, and discoveries/extensions have each contributed significantly to YUKOS reserve additions during the period for which data audited according to Western standards are available (1998-2002). Reserve growth more than compensated for depletion as a result of production since 1998 (again, according to Western standards). Exploration success rates are high—70 percent in 2003. [TK: Could YUKOS explain the definition of "exploration well" upon which it bases its estimate of a 70% success

YKS 020007

CONFIDENTIAL / DRAFT—28.09.2005

rate for 42 exploration wells drilled in 2003? Does this refer to both exploration ("razvedochnye") and appraisal ("poiskovye") wells?]

- In contrast to total YUKOS production growth of 43.5 percent during 1993-2003 (a compound annual average rate of 3.7 percent) and organic production growth (i.e., that of its original Yuganskneftegaz producing subsidiary alone) of 46.6 percent (or 3.9 percent annually), total Russian oil production grew by only 19 percent during this period (or 1.8 percent annually). Meanwhile, the original production assets of LUKoil and Surgutneftegaz (like YUKOS, created in 1993) grew by 15.2 percent (1.4 percent annually). Excluding M&A activity for which the consideration was shares, annual average production growth for the supermajors and majors was 1.5 percent and 4.4 percent respectively during 1993-2003.

- The significantly higher organic growth rate in oil production achieved by YUKOS since 1993 compared to other Russian oil companies created at the same time reflects the positive impact of YUKOS's redevelopment effort at the mature fields of West Siberia in particular. These production methods have been criticized within Russia as "skimming the cream." However, the emphasis at YUKOS is on the systematic application of best practice and leveraging the technical know-how of the organization..

- YUKOS's focus on improving its organizational structure following privatization contributed to the upstream "renaissance" as various in-house oilfield service units were spun off and had to compete for YUKOS contracts via tenders (YUKOS was the first Russian oil major to outsource such contracts extensively).

- There has been a marked overall decline in YUKOS's reserve to production (R/P) ratio, at least since internationally audited reserve data became available in 1996, from about 37:1 in 1996 to 27:1 in 2002 (SPE case), as YUKOS moved closer than other Russian comparator companies to the international norm (the Russian sample group actually went in the opposite direction). But YUKOS's R/P ratio was still over twice the international norm (12:1 in 2002, SEC case, for both the majors and supermajors selected for comparison).

- YUKOS's finding costs are among the lowest in the Russian oil industry. During the one three-year period for which comparable YUKOS and international data are available—2000-2002—average YUKOS finding costs of $2.38 per ton were a fraction of those of the international companies ($13.93 per ton in the case of the supermajors and $18.29 per ton in the case of the majors).

- YUKOS's lifting costs, of around $10.74 per ton in 2002 (the most recent year for which data are available), are among the lowest in the Russian oil industry (along with those of Sibneft) and less the half the average level of the supermajors and majors selected for comparison. Another measure of performance of production assets is flow per well and YUKOS managed to increase the average flow rate of its wells by over 50 percent during 1993-2003, at the same time that average flow rates from producing wells in Russia were declining.

- YUKOS's tax burden during the years for which data are available was similar to that of the oil industry overall and the companies selected for comparison with respect to various key indicators, including taxes per ton of production (an estimated $75.40 per ton for YUKOS in 2003) and taxes as a percent of revenue (estimated at 36 percent for YUKOS in 2003).

*Crude Marketing and Exports*

- YUKOS has exported a growing share of its crude oil over time, reflecting the higher netbacks available from sales in world markets. Since 2000, the company has exported the majority of its crude output, as has the Russian industry as a whole since 2002. YUKOS exports a

– 8 –

YKS 020008

CONFIDENTIAL / DRAFT—28.09.2005

significantly greater share of its crude than the Russian average, reflecting the company's relatively heavy reliance on rail routes to bypass pipeline bottlenecks (29 percent in 2002, versus 3 percent for other Russian oil companies).

- YUKOS's oil transportation costs in 2003 were $27.90 per ton. Although precise data on other Russian and international companies' transportation costs are unavailable, the YUKOS number is probably above average, because of its reliance on exports by rail. Rail exports are, typically, over twice as costly as pipeline exports but have not been unprofitable, given recent world oil price levels. Meanwhile, YUKOS's pipeline initiatives (such as participation in the Murmansk consortium) may contribute to debottlenecking of Russian export pipelines in the future.

## Refining and Marketing

- Through a combination of effective modernization and acquisitions of advanced refineries, YUKOS significantly increased its refinery complexity during the period, but still lags significantly behind the international company average. It has also expanded its overall capacity and throughput, while reducing average refinery size, and increased the output of light products from about 51 percent of the total in 1994 to 61 percent in 2003.

- YUKOS has increased utilization of primary distillation capacity since 1993, but still lags behind the Russian industry average of 70 percent, not to mention Western norms; the excess capacity of the Angarsk plant, which is far too large for its surrounding regional market, is a primary factor in YUKOS's underperformance compared with other companies selected for analysis.

- The emphasis of the YUKOS refinery modernization program is on investment in processes like isomerization that increase the quality of products currently manufactured at YUKOS plants, rather than significantly increasing conversion or distillation capacities of refineries. The YUKOS approach is likely to be the more profitable under current market conditions.

- YUKOS has achieved a slightly higher proportion of crude vs. product exports compared to the Russian industry average (73 percent vs. 71.5 percent in 2002). This is economically rational—even in the case of relatively expensive rail shipments of crude—given the higher netbacks obtained from export of Russian crude under current world prices.

- Available data indicate that YUKOS refinery costs per ton along with those of Russian oil companies generally are significantly below those of international companies, which may need to spend significantly more on raw materials supply and labor.

- Gasoline and fuel oil have accounted for a growing share of refined product exports in recent years in the case of both YUKOS and the Russian oil industry. YUKOS exports its refined products to European markets, with the exception of a small stream directed to Asian markets. Both the geographic pattern and extent of YUKOS's product exports are typical of Russian companies, whereas international companies' refined product export operations are smaller and more global in scope.

- Retail sales of refined products is an area in which YUKOS has largely closed the gap with international companies in terms of efficiency; YUKOS's average throughput per station is close to the US average, for example.

YKS 020009

CONFIDENTIAL / DRAFT—28.09.2005

## II. METHODOLOGY

*A. Metrics of Performance*

### Indicators Selected for Measurement of YUKOS's Achievement of Its Goals

CERA has employed both quantitative and qualitative analysis in order to gauge YUKOS's achievement of the company's primary stated goals during five key periods since 1993. Following is a summary of the data used to measure YUKOS's achievement of certain specified goals (in the case of the other goals, data for purposes of measuring achievement are not readily available and CERA's evaluation of YUKOS's accomplishments is therefore based on a qualitative assessment of its performance):

**1993-1995**

- Halting the decline in production: Oil production of Yuganskneftegaz
- Growth of refining: Refining of three Samara plants
- Maintaining employment levels: YUKOS employment data
- Vertical integration: Ratio of refinery runs compared to upstream production

**1995-1996**

- Growth of production: Oil production of Yuganskneftegaz and Samaraneftegaz
- Growth of refining: Refining of three Samara plants

**1997-1999**

- Maintenance of production: Production of Yuganskneftegaz, Samaraneftegaz, and Tomskneft

**1999-2000**

- Growth of production: Production of Yuganskneftegaz, Samaraneftegaz, and Tomskneft
- Increasing competitiveness by controlling costs: finding, lifting, and refinery operating costs

**Post 2000**

- Being a Russian company:
  - Being No. 1 in Russia in terms of oil production: Total YUKOS oil production compared to that of other companies
  - Having a diversified energy business: Increase in gas reserves and gas production

### Definition of Key Terms

Most of the metrics selected for comparison of companies are self-explanatory and defined basically the same way throughout the global oil industry. However, there are a number of indicators commonly used in Russian oil industry reports—and therefore useful for purposes of comparing YUKOS to other Russian companies—that do not have a direct counterpart in Western oil industry reports or are defined

– 10 –

YKS 020010

CONFIDENTIAL / DRAFT—28.09.2005

differently, complicating comparison of Russian and Western companies in various categories. Among the key terms and indicators that must be used with particular care in the case of cross-national company comparisons, given the variation in definitions or absence of equivalent terms in the West are the following:

- **Reserve classification categories.** The reserves of leading Russian companies have only been audited according to Western standards (most commonly, SPE methodology) since the mid-1990s (in the case of YUKOS, data calculated on the basis of SPE standards are currently available for the period 1996-2003). For purposes of analyzing earlier periods and providing a comprehensive overview of changes in Russian company reserves over 1993-2003, it is necessary to rely on proven reserve estimates based on the traditional Russian reserve classification system, which is, in turn, still based on the Soviet-era (A+B+C1) methodology. In contrast to Western methodologies, the Russian system classifies oil accumulations as reserves if they are technically recoverable, even if recovery is currently uneconomical. The international company proven reserve data are typically derived from audits based on SEC methodology, which is much closer to the SPE procedure than to the Russian A+B+C1 method, but nevertheless typically results in a smaller estimate of reserves than in the case of SPE. Notwithstanding the differences in methodology underlying available data, useful comparative conclusions may be drawn concerning the general trends during the period under consideration, and CERA has drawn on upon all three types of reserve data (see Appendix I for more detail on key differences in reserve classification systems).

- **Exploration versus appraisal wells.** Many of what the Russians classify as exploration wells the Western oil industry would define as appraisal wells. This report does not consider appraisal well indicators in detail given this confusion and the lack of systematic data for the Russian oil companies.

- **Exploration versus development drilling and exploration versus development wells.** The Russian definition of exploration drilling includes drilling designed to delineate (appraise) fields under development or appraisal. This sort of drilling is traditionally defined as appraisal/development drilling in the West. For this reason, the most valid comparative findings in this report with respect to drilling metrics are those based on comparison of YUKOS to the other Russian companies.

- **Finding and development cost per ton.** The companies selected for comparison with YUKOS report their finding and development costs in widely different forms. Therefore CERA has decided to focus on one element of this indicator—finding (or exploration) costs—for purposes of detailed comparison.

- **Production cost per ton.** Given the wide variation in definitions of this term and reporting methods among companies, only one element of the YUKOS definition of production costs—lifting expenses—has been selected for purposes of comparisons between YUKOS and other companies.

- **Fiscal terms.** The current Russian upstream fiscal regime has no direct counterpart in countries where the non-Russian companies selected for comparison conduct most of their operations. Furthermore, comparisons of national tax regimes are of questionable relevance to a performance review of a Russian company because whereas Russian companies are paying taxes almost entirely in one country (Russia), the international majors are by definition subject to a wide variety of different national tax regimes on account of the global scope of their operations. The comparison of tax burden is therefore limited to YUKOS and other Russian oil companies. The Russian oil tax system is based primarily on a so-called unified production tax (replacing the excise, royalty, and a geology tax since January 2002) and a crude export duty, both of which are based on a sliding scale linked to the world oil price.

YKS 020011

CONFIDENTIAL / DRAFT—28.09.2005

- **Depth of refining.** As used in Russia, this term refers to the quantity of refined products remaining after refining, minus losses and fuel oil, as a percent of total throughput. This a common metric of efficiency in comparisons of Russian refineries, but comparable data are not available in the case of international companies; therefore, the comparison for this indicator is limited to Russian companies only.

- **Output of light products.** The category of light products as defined in Russia and used for the Russian company comparisons, is comprised of gasoline, diesel, and jet fuel. For purposes of the international comparison, total output of the same types of light products has been calculated. However, it should be noted that output of another light product, naphtha, is typically counted within the total for gasoline in Russian statistics but listed separately in Western statistics. As a result, Russian refineries may lag further behind the Western plants in terms of light product output than indicated by some of the data compiled here (depending on the scale of Western naphtha manufacture that is not included in the Western output of "light products" as defined here).

- **Refining cost per ton.** Given the wide variation in definitions of this term and reporting methods among companies, only one element of the YUKOS definition of refining costs—operating costs—has been selected for purposes of comparisons between YUKOS and other companies.

- **Units of measurement.** Oil and oil equivalent volumes are reported in metric tons (abbreviated "tons" in the text). In the case of data reported originally in barrels the conversion ratios used are as follows: for Urals Blend, one ton = 7.3 barrels; for international data, one ton = 7.33 barrels.

- **Contribution of newly acquired subsidiaries.** Insofar as there were major changes in the ownership structure of YUKOS and other companies selected for analysis during the period 1993 to the present, it is particularly important to apply a consistent set of criteria for measurement of new subsidiaries' contributions to the holding companies' total oil production, refining, etc. Aside from those cases where annual data provided by YUKOS count new subsidiaries' contribution from an earlier starting date, CERA counts new subsidiaries' output from January 1 of the year after the subsidiary was acquired by YUKOS or other companies chosen for comparison (i.e., the first full year of the enterprise's operation as a subsidiary). However, it is not always possible to identify the methodology employed by various comparator companies in the reporting of their output. As a result, some of the holding company totals reported here may count the contribution of newly acquired subsidiaries in years during which the subsidiaries were incorporated, despite the fact that the output of YUKOS subsidiaries acquired during the same year(s) is not counted until the year following incorporation—and vice versa. Notwithstanding this potential obstacle to fully consistent comparison of performance during each year under consideration, the data assembled by CERA does provide useful comparative insight into the overall trend for periods since 1993—irrespective of when newly acquired subsidiaries' output is counted by the comparator companies—as all major changes in ownership structure up through the end of 2003 are captured in the data for one year or another in the case of all companies.

## B. Companies Selected for Comparison with YUKOS

### Russian Companies

The companies that CERA has selected for purposes of detailed comparison with YUKOS—based on their average performance as a group for the various metrics—are LUKoil, Sibneft, Surgutneftegaz, and

– 12 –

YKS 020012

CONFIDENTIAL / DRAFT—28.09.2005

TNK-BP.[1] This group includes the three companies for which the most comparable data are available during the period of the study (LUKoil, Sibneft, and TNK-BP) as well as a company that merits inclusion if only because it often ranked third or higher among the Russian companies in terms of various key upstream and downstream metrics during the period of the study (Surgutneftegaz). These four companies also represent instructive alternative examples of the primary divergent paths taken by leading Russian oil industry players during the post-Soviet era: LUKoil is the most successful company acquired by one of the original managers; Sibneft is in various respects YUKOS's primary competitor among the companies acquired by bankers; Surgutneftegaz is unusual among the Russian majors in that it has very few partnerships with foreign companies; and TNK-BP represents the largest-scale infusion of Western investment and expertise to date. To the extent possible, CERA has also included the Russian industry average for the various performance benchmarks.

## International Comparisons

For international upstream comparisons, CERA decided to focus on two groups of non-Russian companies for each year during the period 1993-2003. First, the supermajors ExxonMobil, BP, and Shell because they are the industry leaders. Second, a group comprised of six companies that are more comparable to YUKOS in terms of scale: ChevronTexaco, ConocoPhillips, ENI, Petrobras, Repsol-YPF, and Total. For each group, CERA reports the average performance in all key categories for which data are available. All information on the companies used for the upstream comparison with YUKOS is drawn from publicly available sources. As indicated in the accompanying tables, in some cases where data are lacking for all of the abovementioned companies, comparative statistics are presented for a narrower group of international companies (or for the industry overall) if these alternative sources of data illustrate important trends.

It is helpful to keep in mind that there are key distinguishing features among the international and Russian companies which prevent useful direct comparisons, particularly with respect to upstream indicators, including the significant exposure to offshore, deep-water, and heavy oil development in the case of various international companies, and lack of a comparable exposure on the part of Russian companies. The Russian oil companies also diverge from the international norm during the period 1993-2003 in that natural gas development has only recently become a focus of their commercial activity in most cases, whereas for the international oil companies natural gas exploration and production have gone hand-in-hand with oil activity throughout the period of the study. For this reason, CERA has compared international company indicators derived from reserve and production data that include gas as well as oil (reported in tons of oil equivalent) to Russian company indicators based on oil data only.

In the case of international downstream comparisons, the data published by the individual companies of interest are not sufficient for systematic evaluations. The downstream comparisons therefore rely on three additional sources. The relevant refining data on the same international company groups as were selected for the upstream comparison are drawn largely from CERA's internal database. In the case of some refining indicators and other metrics, CERA has also made use of data available from the Financial Reporting System (FRS) of the US Department of Energy, to which all major US companies report their domestic as well as foreign operations.[2] In addition, CERA has extracted key information from an internal database on aggregate US retail trends. This retail database is compiled from statistics published by National Petroleum News Yearbook and the US Department of Energy. To the extent possible, the

---

[1] YUKOS and Sibneft are considered as separate companies throughout the period under consideration. YUKOS completed its acquisition of a 92 percent stake in Sibneft in October 2003, but at last report Sibneft had not provided the information needed to calculate Sibneft's planned 2004 operating and capital expenditures, or results of 2003.

[2] The FRS is a data collection system managed by the United States Energy Information Administration. FRS data are financial information and other energy measures of energy related business efforts and results for major energy companies with operations in the United States.

YKS 020013

CONFIDENTIAL / DRAFT—28.09.2005

downstream comparisons draw on data covering the same group of supermajors and majors as in the case of the upstream data. However, as indicated in the accompanying tables, in some cases where a complete downstream data set on the companies selected for upstream comparisons is lacking, a narrower or wider international group of companies has been selected for purposes of comparative analysis. With respect to downstream operations covered by FRS data the term supermajor includes Exxon, BP, and Shell, while the term major includes Chevron, Conoco, and Phillips.

YKS 020014

CONFIDENTIAL / DRAFT—28.09.2005

## III. GOALS AND PERFORMANCE OF YUKOS DURING FIVE PERIODS

YUKOS divided its past into 5 periods and has described its goals for each of these periods to us. In the sections A-E that follow, we have taken each of these stated goals and looked at the extent to which it was achieved.

### A. 1993-1995: "Free Fall"

*Summary of YUKOS's Primary Goals and Achievements*

- **Vertical integration of economic activity.** The company's first owners began the process of establishing effective connections between the company's newly combined upstream and downstream regional subsidiaries, and introduced the first key elements of a centralized corporate structure, setting the stage for future growth.

- **Halting the decline in production.** YUKOS laid the groundwork for stabilization and subsequent recovery of production levels (albeit production continued to decline, at a lesser rate, in 1996).

- **Growth of refining.** Refining volumes fell during the period 1993-1995, but management succeeded in halting the decline in 1995 and reversing this trend the following year.

- **International expansion.** YUKOS's first international upstream venture was not successful, but provided the company with a valuable lesson in the mechanics of foreign joint venture operations, and YUKOS has played a role in international markets as an exporter of crude and refined products from its creation.

- **Improving the company's financial position.** The Russian macro-economic collapse and financial crisis of the early 1990s negatively impacted YUKOS along with other Russian companies, but YUKOS responded with several measures serving to improve financial performance in the longer term (in particular, demanding prepayment from Russian consumers and channeling a growing share of its crude to more lucrative export markets).

- **Maintaining employment levels.** YUKOS employment contracted during the period, but not as sharply as oil production levels, reflecting efforts by management to retain employees.

(See Figure III.A.1: Goals of YUKOS: 1993-1995.)

*Key Features of the Period as Perceived by YUKOS*

Within Russia:

- Transition from a super-monopolistic (ministerial) structure to the formation of major industrial holdings in the chief areas of industry

- Beginning of the second phase of privatization

- The heyday of "wild west capitalism"

- The non-payments crisis

- Inflation

- Weakening of the federal center

YKS 020015

CONFIDENTIAL / DRAFT—28.09.2005

Within the Company:

- A highly amorphous structure
- Desire to improve managerial and financial controls
- Absence of investment
- Low level of working capital
- Uncontrolled costs
- High level of administrative, overhead, and non-production related costs
- Fiscal challenges and uncertainties
- Decline of production

[TK: With respect to the key characteristics of the five historical periods as perceived by YUKOS, what is the explanation of YUKOS's perception of an "increase in employment levels" in 1993-1995, insofar as YUKOS employment was declining during this period according to data supplied by YUKOS ("increase in employment levels" is not listed as a key characteristic of 1993-1995 in the current draft of the white paper).]

### Vertical Integration of Economic Activity

Under the terms of the governmental decree creating YUKOS (Resolution No. 354 of April 15, 1993), the company's original subsidiaries consisted of the West Siberian production association Yuganskneftegaz, three Samara refineries, and eight refined product distribution enterprises located in European Russia (see Figure III.A.2: Location of YUKOS's Primary Subsidiaries).

YUKOS was born in stormy times and its early history was marked by a sharp contraction of activity in the Russian oil sector, along with Russian GDP generally, complicating business operations overall, let alone the process of vertical integration. The company's first owners began the difficult process of establishing effective connections between the company's newly combined upstream and downstream regional subsidiaries, and introduced the first key elements of a centralized corporate structure, setting the stage for future growth.

Two key obstacles in particular to effective integration—lack of control over subsidiaries' charter capital and an imbalance between upstream and downstream capacity—were not fully overcome until later periods, but proved manageable during this period:

- **Large equity stakes of minority shareholders neutralized through control of voting shares.** The YUKOS holding company itself was still actually a minority shareholder in each of its subsidiaries in 1995, in terms of total shares (that is, common plus privileged or non-voting shares), but effectively controlled at least a small majority of common (voting) shares in all of its subsidiaries from its inception (see Table III.A.1.i: Shareholdings of YUKOS in Its Subsidiaries in 1995).

- **The excess of crude production over refining capacity: a secondary problem.** From the beginning YUKOS crude output significantly exceeded the throughput capacity of its refineries. This imbalance increased during the first few years of the company's existence, but was of secondary importance to YUKOS during this period compared with the challenge of finding commercial markets for its oil (in the form of both crude and refined products) (see Table III.A.1.ii: YUKOS Upstream Production as Percentage of Refinery Runs).

– 16 –

YKS 020016

CONFIDENTIAL / DRAFT—28.09.2005

Table III.A.1.i

**Shareholdings of YUKOS in Its Subsidiaries in 1995**

| Name of Subsidiary | Share of YUKOS in subsidiaries | |
| --- | --- | --- |
| | % of charter capital | % of voting shares |
| Yuganskneftegaz | 38.0% | 50.7% |
| Novokuybyshev | 46.8% | 62.4% |
| Orelnefteprodukt | 38.0% | 50.7% |
| Lipetsknefteprodukt | 38.0% | 50.7% |
| Voronezhnefteprodukt | 46.7% | 62.3% |
| Penzanefteprodukt | 46.7% | 62.3% |
| Tambovnefteprodukt | 46.7% | 62.3% |
| Bryansknefteprodukt | 46.8% | 62.4% |
| Ulyanovsnefteprodukt | 46.8% | 62.4% |
| Samaranefteprodukt | 46.8% | 62.4% |
| KNOS* | 38.0% | 50.7% |

\* KNOS is composed of Kuybyshev Refinery, Syzran Refinery and the Institute "Samaraneftekhimproekt"
Source: YUKOS

Table III.A.1.ii

**YUKOS Upstream Production as Percentage of Refinery Runs**
(million metric tons)

| | 1993 | 1994 | 1995 |
| --- | --- | --- | --- |
| Yuganskneftegaz output | 33.9 | 28.7 | 27.1 |
| Overall throughput of the three Samara plants | 21.0 | 18.5 | 16.3 |
| Upstream production as a % of refineries runs | 161.2% | 155.5% | 166.7% |

Source: YUKOS

– 17 –

YKS 020017

CONFIDENTIAL / DRAFT—28.09.2005

*Halting the Decline in Production*

The decline in YUKOS production (and refining) during the first years of the company's existence was due primarily to circumstances outside of the company's control. Among the key macro-economic reasons for the fall in YUKOS crude output during the first part of the period under consideration:

- **A collapse in Russian oil demand and lack of sufficient access to alternative export markets.** The transition-related economic restructuring and severe if not depression-like decline in activity in Russia following the Soviet collapse in 1991 engendered a decline in refined product consumption from 250.6 mt in 1990 to less than half this level by 1996. In conjunction with the lack of alternative export markets, the decline in domestic oil demand triggered a drop in Russian oil production from 516.2 mt in 1990 to a post-Soviet low of 301.2 mt in 1996 (See Appendix II: Oil Balances of Russia and YUKOS: 1993-2003).

- **General economic dislocation, disrupting investment and equipment supply.** The early post-Soviet period was accompanied by a collapse of investment along with the loss of centralized funding and disruption of supply by oilfield equipment factories (located largely in newly independent states such as Azerbaijan).

- **Reaction by the Siberian oil producers (since the late Soviet period) to both the failure to pay wages on time and the replacement of cash payment with barter.** The highly autonomous West Siberian production associations began shutting in commercial wells (e.g., wells with only 40 percent water cut rates in some cases).

During 1993-1995, YUKOS laid the groundwork for stabilization and subsequent recovery of production levels. The decline in YUKOS (Yuganskneftegaz) oil production during 1993-1995 from 33.9 mt/yr to 27.1 mt/yr (-20.1 percent) represents the sharpest fall in crude output during the company's brief history, in either volume or percentage terms. While Yuganskneftegaz crude production fell again in 1996, this decline was less substantial than was the case in either 1994 or 1995, and throughout the period 1996-1999 YUKOS maintained Yuganskneftegaz production at the level of 26-27 mt/yr, after which Yuganskneftegaz's output began to increase sharply (see Table III.A.2: Oil Production of Yuganskneftegaz).

Yuganskneftegaz began to develop new oil fields in 1993-1995, and it was largely on account of this expansion into new oil territory that the YUKOS production decline was not sharper during the company's early history. YUKOS's Western partners also helped to halt the decline in production during this period:

- **Yuganskfrakmaster joint venture with Canadian Fracmaster Offshore Ltd. (Yuganskneftegaz held a 51 percent share).** Canadian Fracmaster's hydrofracturing technology was applied to several fields with hard-to-recover reserves (including West Malobalyksoye and Prirazlomnoye), with improvement in flow rates by three times or more. At the B-10 (Achimov horizon) layer of West Malo-Balyksoye, for example, YUKOS obtained only 1-10 tons per day of oil per well prior to hydrofracturing, notwithstanding high reservoir pressure, whereas following hydrofracturing, output increased to the level of 30-50 tons per day.

- **Manoil joint venture with Meshenterpriceoil (Netherlands) (Yuganskneftegaz held a 32 percent stake).** The Manoil JV (about 350 people) successfully undertook the development of marginal fields, demonstrating that fields that could not be operated profitably by Yuganskneftegaz were still commercial. Yuganskneftegaz thus decided to create a training school for high level managers where YUKOS personnel could learn best Western practices.

– 18 –

YKS 020018

CONFIDENTIAL / DRAFT—28.09.2005

Table III.A.2

**Oil Production of Yugaskneftegaz**

(million metric tons)

|  | 1993 | 1994 | 1995 |
|---|---|---|---|
| Yuganskneftegaz | 33.9 | 28.7 | 27.1 |
| YUKOS total production | 33.9 | 28.7 | 27.1 |

**Main Producing Fields**

|  | 1993 | 1994 | 1995 |
|---|---|---|---|
| 1 – Mamontovskoye | 12.3 | 9.8 | 8.5 |
| 2 - Yuzhny Surgut | 4.4 | 3.3 | 2.8 |
| 3 – Malo-Balykskoye | 2.0 | 2.1 | 2.1 |

Source: CERA, YUKOS

## YUKOS Production Methods in 1993

The average water cut level was about 70 percent at Yuganskneftegaz fields in 1993. Some YUKOS fields were developed with injection wells from the beginning, in part so as to maintain reservoir pressure above the bubble point (at the well bore and in the reservoir generally) as specified by Soviet guidelines of the time.

From its inception YUKOS used different waterflooding patterns (rows, cells, etc.) for different fields, depending on the recommendations of the chief geologist. But efficient waterflooding was hampered by the lack of reliable data and inappropriate locations of development wells. The project documentation of this time was outdated, and Yuganskneftegaz eventually terminated contracts with the Russian institutes on which it had traditionally relied for field data. Instead, YUKOS set up scientific research centers within its own production units, which then created new geological maps based on the results of their own analysis and interpretation of data from the oil fields.

[TK: Can YUKOS provide any more information on the institutes with which it contracts or has created for purposes of collecting field data and doing geology, geophysics, and R&D work? Why and to what extent did YUKOS create its own institutes, instead of relying on the traditional institutes of the Ministries of Geology and Oil and how did this impact employment levels, particularly in the regions?]

### *Growth of Refining*

As in the case of crude production, YUKOS refining declined throughout the period 1993-1995. Indeed, 1995 represented the low point of YUKOS refining in volume terms during the company's

– 19 –

YKS 020019

CONFIDENTIAL / DRAFT—28.09.2005

Table III.A.3

**Refining of the Three Samara Plants**

(million metric tons)

|  |  | 1993 | 1994 | 1995 |
|---|---|---|---|---|
| Kuybyshev |  | 5.6 | 5.3 | 5.0 |
|  | Growth Rate |  | -5.3% | -5.0% |
| Novokuybyshev |  | 10.0 | 8.1 | 6.4 |
|  | Growth Rate |  | -19.8% | -20.9% |
| Syzran |  | 5.4 | 5.1 | 4.8 |
|  | Growth Rate |  | -5.3% | -5.0% |
| Overall output |  | 21.0 | 18.5 | 16.3 |
|  | Growth Rate |  | -12.2% | -11.9% |

Source: CERA, YUKOS

history. Soon thereafter the company began to increase refining, and we can therefore conclude that the basis for solid growth of YUKOS refining was achieved during the company's first years (see Table III.A.3: Refining of the Three Samara Plants).

*International Expansion*

YUKOS's efforts to establish an international upstream and downstream presence did not yield major visible results until the period after privatization, but it was during the period 1993-1995 that the company took the first steps on the road to becoming a global company. It should be noted that at its outset YUKOS was no more well-equipped than the average Russian oil company to compete for lucrative oil projects in the international arena (for example, it generally lacked a multi-lingual staff and capabilities for production offshore) and the history of the company's early international expansion efforts reflects these limitations. The Yugansk Petro Andes venture, set up in 1994 by Yuganskneftegaz and a Peruvian company to produce oil in Peru (in the Lake Titicaca area), was discontinued after a number of dry exploration wells, and YUKOS did not enter into other foreign upstream ventures during 1993-1995. But although unsuccessful in commercial terms, the Peruvian joint venture provided the company with a valuable lesson in the mechanics of an international upstream partnership. During the period 1993-1995, YUKOS also established itself as a key exporter into European crude and refined product markets.

*Improving the Company's Financial Position*

As a result of Russia's macro-economic and financial crises in the early 1990s, YUKOS was not able to pay dividends during the initial period of its history. The Russian regions where YUKOS sales operations were concentrated in the first few years of the company's history were particularly hard hit by the economic downturn. In 1994, the sales price of refined products in these provinces was 8-10 percent lower than the Russian average, owing in particular to the inability of agricultural enterprises, the

YKS 020020

CONFIDENTIAL / DRAFT—28.09.2005

municipal transportation sector, and power industry consumers to pay more. But by 1995, YUKOS's overall financial position had begun to improve. One factor in the turnaround was the growth in the share of YUKOS crude sold in relatively lucrative export markets. YUKOS's insistence that Russian consumers of refined products pre-pay for deliveries contributed further to a stabilization of finances. YUKOS also began the process of making its finances transparent during 1993-1995, hiring Coopers & Lybrand to conduct an audit.

## Maintaining Employment Levels

The number of personnel in YUKOS contracted during 1993-1995, but not as sharply as might have been the case without a concerted effort by management to retain employees in spite of the contraction of YUKOS's economic activity and the Russian economy as a whole during this period. Thus whereas YUKOS's oil production fell by 20.1 percent from 1993 to 1995, the total number of YUKOS personnel declined by only 8.8 percent, and the number of YUKOS staff employed in "primary production" fell by a mere 3.7 percent, while employment in Yugansknefteguz was down by 6.5 percent (see Table III.A.4: YUKOS Upstream Employment and Figure III.A.3: Yugansknefteguz Labor Dynamics: 1993-1995).

**Table III.A.4**

**YUKOS Upstream Employment 1993 - 1995**

(Number of Employees)

| Activity | 1993 | 1994 | 1995 |
|---|---|---|---|
| Primary production | 44,649 | 43,105 | 42,982 |
| | | | |
| Total YUKOS employees | 111,804 | 106,135 | 101,929 |

| Activity (detailed breakdown) | 1993 | 1994 | 1995 |
|---|---|---|---|
| Primary production | 44,649 | 43,105 | 42,982 |
| Drilling | 14,134 | 11,781 | 10,188 |
| Construction | 8,449 | 8,489 | 7,739 |
| Transportation | 21,995 | 21,365 | 21,259 |
| Social sphere | 11,311 | 10,558 | 10,247 |
| Gas processing | 715 | 716 | 719 |
| Other | 10,551 | 10,121 | 8,792 |
| Total | 111,804 | 106,135 | 101,929 |

Source: YUKOS

– 21 –

YKS 020021

CONFIDENTIAL / DRAFT—28.09.2005

## B. 1995-1996: "Privatization Will Save the World"

### Summary of YUKOS's Goals and Achievements

- **Growth of production.** YUKOS realized the benefits of its work in 1993-1995 to overcome the decline in organic oil production (at Yugansknellegaz) and boosted its overall crude output through acquisition of a major new production subsidiary (Samaraneftegaz).

- **Growth of refining.** The decline in YUKOS output of diesel and fuel oil ended in 1995, while YUKOS gasoline output bottomed out in 1996. By 1996 YUKOS's overall refined product output was increasing from the record low registered in 1995.

- **International expansion.** YUKOS gained further experience in the mechanics of partnership with foreign companies during this period through activities with Western companies in Russia (particularly Canadian Fracmaster and Amoco) and continued to export a significant share of its crude and refined products to international markets.

- **Improving the company's financial position and restructuring debts.** Overall debt increased during this period, but the Russian government agreed to write off YUKOS tax debts in exchange for delivery of refined products to agricultural enterprises on advantageous terms to those enterprises.

- **Overcoming the decline in productivity of labor.** Output of crude oil and refined product per employee increased substantially during the period because production declined less rapidly than labor.

- **Successful privatization.** Menatep Bank acquired a controlling interest in YUKOS through the share-for-loans arrangement with the Russian government over the course of 1995-1996, and the Samaraneftegaz production enterprise was also transferred to YUKOS by governmental decree in September 1995. YUKOS's new private owners initiated a substantial investment program.

- **Establishing vertical management.** The methods of vertical integration first applied to Yugansknellegaz were introduced within YUKOS's newly acquired production subsidiary, Samaraneftegaz.

(See Figure III.B.1: Goals of YUKOS: 1995-1996)

### Key Features of the Period as Perceived by YUKOS

Within Russia:

- Large-scale privatization of industry
- Strengthening of market mechanisms in the economy
- Non-payments crisis
- Some reduction of inflation
- Further weakening of the federal center
- Escalation of the political struggle for power

YKS 020022

CONFIDENTIAL / DRAFT—28.09.2005

Within the Company:

- Expansion of the company (acquisition of Samaraneftegaz)
- Stabilization of production at a low level
- Deterioration of the financial situation
- Increasing external and internal debt (including wages)
- Paralysis of "vertical management" (absence of the majority of managerial functions)
- Privatization of the company

*Growth of Production*

With YUKOS's acquisition of Samaraneftegaz in September 1995, the company substantially increased its overall production. Equally important in the longer term was the stabilization of Yugansknefgegaz output in 1996 at the level of 26 mt after several years of decline. (See Table III.B.1: Oil production of Yugansknefgegaz and Samaraneftegaz .)

All of the hydrofracturing during the initial period of YUKOS's existence was conducted with a Western partner, but around 1995 YUKOS set up its own enterprise, which worked in parallel with Fracmaster but used Russian-made equipment and experimented with Western as well as Russian proppant.[3] YUKOS concluded that its enterprise was able to work more efficiently than Fracmaster in certain cases, and started transferring various projects from Fracmaster.

### Table III.B.1
### Oil Production of Yugansknefgegaz & Samaraneftegaz
(million metric tons)

|  |  | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|
| Yugansknefgegaz |  | 33.9 | 28.8 | 27.1 | 26.0 |
|  | Growth Rate |  | -15.2% | -5.8% | -3.9% |
| Samaraneftegaz |  | - | - | - | 8.9 |
| YUKOS total production |  | 33.9 | 28.8 | 27.1 | 34.9 |
|  | Growth Rate |  | -15.2% | -5.8% | 28.8% |

#### Main Producing Fields

|  | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|
| Yugansknefgegaz |  |  |  |  |
| 1 - Mamontovskoye | 12.3 | 9.8 | 8.5 | 7.4 |
| 2 - Yuzhny Surgut | 4.4 | 3.3 | 2.8 | 2.5 |
| 3 - Prirazlomnoye | 1.6 | 1.9 | 2.3 | 2.5 |
| 4 - Malo-Balykskoye | 2.0 | 2.1 | 2.1 | 2.4 |
| Samaraneftegaz |  |  |  |  |
| 1 - Mukhanovksoye | - | - | - | 0.5 |

---

[3] Proppant is granular material which is pumped into a fracture in order to prevent it from closing fully.

– 23 –

YKS 020023

CONFIDENTIAL / DRAFT—28.09.2005

| | | | | |
|---|---|---|---|---|
| 2 - Yuzhno-Neprikovskoye | - | - | - | 0.3 |
| 3 - Belozersko-Chubovskoye | - | - | - | 0.3 |

Source: CERA, YUKOS

Table III.B.1
**Oil Production of Yugankneftegaz & Samaraneftegaz**
(million metric tons)

| | | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|
| Yugankneftegaz | | 33.9 | 28.8 | 27.1 | 26.0 |
| | Growth Rate | | -15.2% | -5.8% | -3.9% |
| Samaraneftegaz | | - | - | - | 8.9 |
| YUKOS total production | | 33.9 | 28.8 | 27.1 | 34.9 |
| | Growth Rate | | -15.2% | -5.8% | 28.8% |

| Main Producing Fields | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|
| Yugankneftegaz | | | | |
| 1 - Mamontovskoye | 12.3 | 9.8 | 8.5 | 7.4 |
| 2 - Yuzhny Surgut | 4.4 | 3.3 | 2.8 | 2.5 |
| 3 - Prirazlomnoye | 1.6 | 1.9 | 2.3 | 2.5 |
| 4 - Malo-Balykskoye | 2.0 | 2.1 | 2.1 | 2.4 |
| | | | | |
| Samaraneftegaz | | | | |
| 1 - Mukhanovksoye | - | - | - | 0.5 |
| 2 - Yuzhno-Neprikovskoye | - | - | - | 0.3 |
| 3 - Belozersko-Chubovskoye | - | - | - | 0.3 |

Source: CERA, YUKOS

– 24 –

YKS 020024

CONFIDENTIAL / DRAFT—28.09.2005

*Growth of Refining*

Overall YUKOS refinery throughput bottomed out in 1995 at 16.3 mt and increased 11 percent to the level of 18 mt in 1996. The low point of YUKOS output of different types of refined products occurred at different times (i.e., the decline in gasoline output continued into 1996), but judging from the subsequent growth of output of all major refined products, from 1997, the company succeeded in creating a solid basis for future growth in refining during 1995-1996. (See Table III.B.2: Refining of the Three Samara Plants.)

### Table III.B.2

### Refining of the Three Samara Plants

(million metric tons)

|  |  | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|
| Kuybyshev |  | 5.6 | 5.3 | 5.0 | 5.2 |
|  | Growth Rate |  | -5.3% | -5.0% | 3.9% |
| Novokuybyshev |  | 10.0 | 8.1 | 6.4 | 7.9 |
|  | Growth Rate |  | -19.8% | -20.9% | 24.0% |
| Syzran |  | 5.4 | 5.1 | 4.8 | 4.9 |
|  | Growth Rate |  | -5.3% | -5.0% | 0.9% |
| Overall Throughput |  | 21.0 | 18.5 | 16.3 | 18.0 |
|  | Growth Rate |  | -12.2% | -11.9% | 10.9% |

Source: CERA, YUKOS

*International Expansion*

YUKOS undertook no new foreign upstream joint ventures during the period, but did continue to gain experience working with foreign companies inside Russia, particularly through the hydrofracturing joint venture involving Yuganskneftegaz and Canadian Fracmaster, and a partnership with Amoco that was formed with the aim of developing Priobskoye under PSA terms. During this time YUKOS also continued to export substantial volumes of crude and product, and established new foreign trading organs, including YUKOS Petroleum Hungary, YUKOS Petroleum Bulgaria, and YUKOS International Trading.

*Improving the Company's Financial Position and Restructuring Debts*

Menatep Bank contributed directly to an improvement in YUKOS's financial position through a three-year $200 million investment program launched in 1996 and involving activation of idle wells, bringing on line new fields, modernization of refineries, and development of the refined product distribution system. One key feature of this program was the requirement that independent experts approve specific projects targeted for investment based on the principle of near-term recovery of capital invested.

YKS 020025

CONFIDENTIAL / DRAFT—28.09.2005

One example of effective debt restructuring during this period was YUKOS's agreement to provide refined products to agricultural enterprises in Russia's Central Chernozem region in the form of a "trade credit" during the 1995 harvest season in exchange for a writing off of YUKOS tax debts by the Russian government.

## Overcoming the Decline in Productivity of Labor

The period 1995-1996 was marked by a reversal in the tendency of declining labor productivity. Whereas in 1994 the average output of crude and refined products per employee was about 271 and 174 metric tons respectively, by 1996 the corresponding figures were 375 and 193. The reduction in staff was particularly marked in the case of YUKOS's Yuganskneftegaz subsidiary over 1995-1996, while the number of personnel at YUKOS's newly acquired Samaraneftegaz subsidiary actually increased slightly during this period (see Figure III.B.2: Yuganskneftegaz and Samaraneftegaz Labor Dynamics, 1995-1996).

## Successful Privatization

By the beginning of 1995, the Russian government had privatized 14 percent of its stake in YUKOS and in 1995-96 a controlling interest in YUKOS was transferred to Menatep Bank, the financial arm of the Rosprom holding, under the terms of Menatep's loans-for-shares agreement with the Russian government. Specifically, Menatep acquired YUKOS in exchange for $400 million plus a commitment to undertake an investment program, restructure the company, create a management team, and liquidate the considerable debts owed by YUKOS to its employees, partners, and tax collectors (for background on the Russian oil industry privatization process see Box: Impact of Privatization on the Russian Oil Industry).

**Insert Box:**

**Impact of Privatization on the Russian Oil Industry**

Most of the Russian oil industry (aside from the pipeline network) was privatized during the 1990s. The industry's structure was further transformed by post-privatization consolidations, mergers, and acquisition activity among the Russian companies, and (more recently) increasingly intense competition among the Russian oil majors to improve performance metrics in a wide array of categories as the companies' exposure to domestic and foreign capital markets has grown. The companies that emerged from the privatization process can be divided into two broad groups, depending on the types of new owners that gained control:

- **Original managers.** The primary beneficiaries of the first wave of privatization were general directors of the upstream producers of oil during the Soviet era to whom the Yeltsin government initially assigned control of vertically-integrated companies carved out of the assets of Soviet ministries. In a series of privatizations during the initial years after the Soviet collapse (1991-94), the original managers acquired ownership of the new companies, of which LUKoil and Surgut have emerged as the most prominent. To be sure, this group of companies differ markedly among themselves in several key respects. LUKoil, for example, expanded into promising new oil territory outside its traditional West Siberian base, both within Russia (particularly Timan-Pechora and the North Caspian offshore) and beyond (especially Kazakhstan and Azerbaijan), often in partnership with foreign companies, while Surgut chose to focus almost exclusively on development of its West Siberian fields, with minimal foreign partnerships.

- **Bankers.** Most of the original managers lost control of their companies during the period 1994-96 to a wide variety of new players including bankers, politicians, and traders. The "shares-for-loans" agreements of 1995-96 marked the large-scale entry of the Russian bankers

– 26 –

YKS 020026

CONFIDENTIAL / DRAFT—28.09.2005

into the oil industry, and set the stage for YUKOS's emergence as a private company (as noted above, YUKOS's first majority non-governmental owner was Menatep bank, the financial arm of the Rosprom holding group). Other companies acquired by bankers and financial-industrial groups during the second half of the 1990s include Sibneft, Sidanco, and TNK. The banker-owned companies are also a varied group. For example, during the period under study both Sidanco and TNK entered into partnerships with a foreign company (BP) involving joint oil industry activity across the board as well as sale of equity, while YUKOS and Sibneft have pursued a more limited foreign partnership strategy focusing, above all, on contracts with Western oilfield service companies.

Notwithstanding the significant variations among the respective members of the two groups of new oil companies, overall those still led by their original managers tended to pursue a strategy of boosting reserves and production through traditional drilling methods and maintaining control over assets, while the banker-owned companies aimed, above all, to increase the profitability of operations and market capitalization while in some cases pursuing opportunities for resale of assets to Russian and foreign buyers.

This divergence in terms of underlying goals explains the differential evolution of the Russian oil majors following privatization in a wide variety of categories, including overall approach to field development (with the companies acquired by bankers tending to focus more on production and reservoir engineering in contrast to the exploration and development drilling focus of those companies led by their original managers), use of technology (YUKOS and Sibneft have pioneered the extensive application of hydrofracturing and horizontal drilling) and personnel policy (YUKOS was the first Russian oil company to outsource upstream service contracts extensively). It is noteworthy that YUKOS and Sibneft have led the resurgence in Russian crude production since the August 1998 financial crash, together accounting for over 40 percent of Russian production growth during 1998-2003 (for Russian and YUKOS oil balances see Appendix II.)

**End of Box**

*Establishing Vertical Management*

In 1995 YUKOS acquired the Samaraneftegaz oil production enterprise based in the Volga-Urals Basin (Resolution No. 864 of September 1, 1995), along with several additional refined product distribution units and oil industry research organizations, and began the process of establishing vertical management along the same lines as in the case of its original subsidiaries.

YKS 020027

CONFIDENTIAL / DRAFT—28.09.2005

## C. 1997-1999: "Crisis Management"

*Summary of YUKOS's Goals and Achievements*

- **Maintenance of production.** YUKOS production increased from 35.4 mt to 44.5 mt during this period.

- **Improving the company's financial position and restructuring debts.** In 1999, YUKOS began publishing its financial results according to international accounting standards and the data indicate a quick recovery from the decline in business activity associated with Russia's August 1998 financial crash.

- **Increasing competitiveness.** Among the measures taken by YUKOS to increase competitiveness was a reduction in staff following the 1998 crash.

- **Reinforcing strict (centralized) vertical management.** One milestone in this process was the 1998 reorganization of the oilfield service sector, during which service units were directly subordinated to the corporate center (this arrangement replaced an unwieldy system with no single center of control).

- **Consolidating assets.** YUKOS effectively continued the process of asset consolidation—both spinning off non-core assets and acquiring a major new equity stake in the Eastern Oil Company, whose Tomskneft subsidiary thus became YUKOS's second largest crude production subsidiary after Yuganskneftegaz

(See Figure III.C.1: Goals of YUKOS: 1997-1999.)

*Key Features of the Period as Perceived by YUKOS*

Within Russia:

**1997-1998:**

- Beginning of industrial recovery
- Decline in the international oil price
- Weakening of inflation
- Overcoming the non-payments crisis
- Diminishing of the political struggle for power
- Emergence of probems with minority shareholders (privatization was completed before restructuring of industry occurred)

**1998-1999:**

- Default
- Ruble devaluation
- The lowest level of the international oil price

– 28 –

YKS 020028

CONFIDENTIAL / DRAFT—28.09.2005

Within the Company:

- Introduction of anti-crisis management (first focusing on debt restructuring, in 1997, and then additionally reduction of production costs, in 1998)

- Formation of a new structure and management team with participation of foreign managers

- Acquisition of Eastern Oil Company

- Beginning the process of spinning off non-profitable enterprises

- Development of the conflict with minority shareholders

*Maintenance of Production*

YUKOS's crude output increased moderately in 1997 compared with 1996, as a rise in output at Yuganskneftegaz by over 500,000 tons more than offset declining Samaraneftegaz volumes. YUKOS's oil production also increased in 1998, as a result of the company's acquisition of a controlling stake in the Eastern Oil Company, whose Tomskneft subsidiary produced 10.5 mt in 1998 (production of both Yuganskneftegaz and Samaraneftegaz declined in 1998). During 1998-1999, YUKOS's oil output was basically stable (decreasing less than one half of one percent year-on-year), as the increase in organic production by Yuganskneftegaz basically offset declining production at Samaraneftegaz and Tomskneft in 1999. (See Table III.C.1: Production of Yuganskneftegaz, Samaraneftegaz, Tomskneft.)

The seeds for the later surge in YUKOS production, from 1999 on, were sown in large part during 1997-1998, when the new private owners conducted a systematic analysis of YUKOS's performance and targeted areas for improvement. At Yuganskneftegaz, for example, 30-40 top managers were brought together for an intensive roundtable discussion and focused on methods for reducing costs and increasing production to maximum levels within the framework of Russian legislation of the time. Some 50 plans for new projects emerged out of the roundtable process, of which 30 were implemented.

Among the changes introduced in the period 1997-1999:

- Adoption of more cost-effective and advanced hydrofracturing technology and its more systematic application:

  – YUKOS began reducing the average volume of proppant injected in the course of its traditional frac jobs from 20-25 tons per well (the norm during 1989-1997) to 12-15 tons per well (over the course of 1996-1999). YUKOS determined that this smaller volume was the most cost-effective following achievement of the basic initial purpose of hydrofracturing (i.e., remediation of wellbore damage caused by mud invasion of the reservoir during drilling, through means of fractures that open up a new conduit to undamaged formations of the reservoir).

  – The underlying goal of hydrofracturing also began to change from simply overcoming the effect of the damaged zone to breaking through this zone and creating larger fractures so as to permit a more general improvement in flow rates. The use of larger, tip screen-out fractures[4] was initiated at the time of the partnership with Schlumberger, beginning in 1998, as YUKOS began boosting the pumping horsepower and debottlenecking the production systems on each

---

[4] Tip screen-out fractures are a refinement of standard hydrofracturing, which allows wider fractures to be propped open, enhancing well inflow characteristics.

YKS 020029

CONFIDENTIAL / DRAFT—28.09.2005

well (see Box: Impact of the Schlumberger Alliance on YUKOS's Upstream Performance).[5]

- Much more extensive use of 3D seismic surveys (which are now standard practice at all new YUKOS fields before production begins), enabling Yuganskneftegaz to increase the proportion of successful commercial wells by locating them more accurately.

- Lowering well bore pressures to the level of around 40 atmospheres: thus the Soviet orthodoxy that pressure must always exceed the bubble point was finally abandoned, allowing significant improvements in production rates.

Insert Box:

**Impact of the Schlumberger Alliance on YUKOS's Upstream Performance**

In 1998/99 YUKOS entered into a partnership agreement with Schlumberger to assist with technology and operating practices in their oil producing assets. At the time, YUKOS had only just begun to develop the clear leadership that would allow it to turn around years of declining production and begin growing at the impressive rates it has achieved during the past five years. Part of the leadership challenge was to create consensus within YUKOS over appropriate practices and begin the process of introducing innovations, some of which challenged reservoir production engineering traditions of the Soviet era. YUKOS had already begun to do this prior to the partnership (e.g., gathering 3D data and limited frac treatments on wells).

The YUKOS leadership decided that the Schlumberger "brand" would be an important ally in making many of these arguments because they would be able to demonstrate practical application of many of the approaches being suggested from around the world. It is more than a coincidence that production performance turned around at the same time as Schlumberger came on board but the causal link is ambiguous.

YUKOS technical management was able to use Schlumberger's support to shift the perceptions of what was possible. As the relationship matured, however, the benefits became less obvious to YUKOS and they began to contract with a variety of "best of breed" providers in an effort to save money and boost performance (e.g., fraccing services and proppant choices).

It is generally accepted within YUKOS that the company benefited from its relationship with Schlumberger but that, as YUKOS had become a more confident (and indeed competent) operator, its relationship with Schlumberger could be normalized and put on the same footing as all its other contractor relationships.

**End of Box**

At the same time, YUKOS's new private owners began to lay the groundwork for more sustainable production growth in the future during this period. YUKOS exploration managers interviewed by CERA noticed more attention given to exploration during 1997-1998:

- Traditional governmental funding (through tax incentives) was supplemented by additional company financing, with increased investment in 3D seismic (about 35 percent of all seismic shot by YUKOS is now 3D, vs 65 percent 2D; 3D seismic is used especially where there are complex structures, subtle stratigraphic traps, and a requirement to plan and drill horizontal wells).

---

[5] Priobskoye was the chief testing ground for this new expanded philosophy of hydrofracturing, partly because the reservoir quality was poorer than at the typical YUKOS fields, and thus optimal performance was dependent on extensive use of hydrofracturing from the beginning of intensive development.

YKS 020030

CONFIDENTIAL / DRAFT—28.09.2005

- Adoption of the practice of pre-drilling prospect evaluation based on economic as well as technical criteria. Prior to privatization, decisions about where to explore were made on the basis of recommendations by geologists with relatively little concern for the commercial viability of development projects.

One illustrative example of the change in priorities is the new emphasis on exploration drilling within the license territory of Tomskneft after YUKOS acquired Tomskneft's parent company (Eastern Oil Company) in 1997: whereas prior to acquisition of Tomskneft by YUKOS only about 15,000 meters of exploration drilling had occurred within the Tomskneft acreage, the annual average is now 40,000-50,000 meters.

YKS 020031

CONFIDENTIAL / DRAFT—28.09.2005

Table III.C.1

**Oil Production of Yugaskneftegaz, Samaraneftegaz & Tomskneft**

(million metric tons)

|  | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|---|
| Yuganskneftegaz | | 33.9 | 28.8 | 27.1 | 26.0 | 26.9 | 25.7 | 26.2 |
| | Growth Rate | | -15.2% | 5.8% | -3.9% | 3.2% | -4.1% | 1.8% |
| Samaraneftegaz | | | | | 8.9 | 8.5 | 8.2 | 7.7 |
| | Growth Rate | | | | | 3.6% | -4.4% | 5.8% |
| Tomskneft | | | | | | | 10.5 | 10.3 |
| | Growth Rate | | | | | | | 2.2% |
| YUKOS total production | | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 |
| | Growth Rate | | -15.2% | 5.8% | 28.8% | 1.4% | 26.1% | -0.3% |

Main Producing Fields

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| **Yuganskneftegaz** | | | | | | | |
| 1 - Mamontovskoye | 12.3 | 9.8 | 8.5 | 7.4 | 6.9 | 6.3 | 6.3 |
| 2 - Prirazlomnoye | 1.6 | 1.9 | 2.3 | 2.5 | 3.1 | 3.3 | 3.5 |
| 3 - Malo-Balykskoye | 2.0 | 2.1 | 2.1 | 2.4 | 2.7 | 2.9 | 3.1 |
| 4 - Yuzhny Surgut | 4.4 | 3.3 | 2.8 | 2.5 | 2.5 | 2.2 | 2.2 |
| **Samaraneftegaz** | | | | | | | |
| 1 - Mukhanovksoye | - | - | - | 0.5 | 0.4 | 0.4 | 0.4 |
| 2 - Belozersko-Chubovskoye | - | - | - | 0.3 | 0.3 | 0.3 | 0.4 |
| 3 - Yuzhno-Neprikovskoye | - | - | - | 0.3 | 0.3 | 0.3 | 0.3 |
| **Tomskneft** | | | | | | | |
| 1 - Sovetskoye | - | - | - | - | - | 2.5 | 2.5 |
| 2 - Pervomayskoye | - | - | - | - | - | 1.5 | 1.3 |
| 3 - Igolsko-Talovoye | - | - | - | - | - | 1.3 | 1.3 |

Source: CERA, YUKOS

– 32 –

YKS 020032

CONFIDENTIAL / DRAFT—28.09.2005

### Improving the Company's Financial Position and Restructuring Debts

In 1999, YUKOS published its financial results in accordance with US Generally Accepted Accounting Principles (GAAP), and subsequently applied the same methodology to results that were reportedly previously under Russian Accounting Standards. Thus with the period 1997-1999 it is possible for the first time to obtain an overview of the company's financial performance based on standard international accounting norms (see Table III.C.2: Summary of YUKOS's Financial Performance: 1997-1999). Overall, the data indicate a quick recovery in 1999 from the 1998 downturn associated with Russia's August 1998 financial crash. Indeed, one positive side-effect of the 1998 ruble devaluation from the perspective of YUKOS and other Russian oil companies was a significant reduction in the costs of oilfield equipment and other production inputs that were denominated primarily in rubles, which along with other factors mentioned above, facilitated a substantial decrease in the cost of production per ton over the period 1997-1999 (see Figure III.C.2: YUKOS Production Costs per 1 Ton Crude: 1997-1999 [TK: What is the meaning of the original YUKOS title of this graphic, "…Costs per Ton of Oil, $ per Barrel" from the September 2001 presentation "Innovations in Production" by Yuri Bejlin in Irkutsk? I.e., costs per ton or per barrel?]).

### Table III.C.2

### Summary of YUKOS's Financial Performance 1997 - 1999

(million Russian rubles* and million US dollars)

|  | 1997 | | 1998 | | 1999 | |
|---|---|---|---|---|---|---|
| **Financial indicators** | Rubles | Dollars | Rubles | Dollars | Rubles | Dollars |
| Total revenue | 60,538 | 2,242 | 49,742 | 1,842 | 100,485 | 3,722 |
| Net income(loss) before income tax | -5,617 | -208 | -12,033 | -446 | 41,473 | 1,536 |
| Net income (loss) | 66 | 2 | -17,289 | -640 | 31,115 | 1,152 |
| Net income (loss) per common share, basic and diluted (per share) | 0.03 | 0.00 | -7.84 | -0.29 | 14.06 | 0.52 |
| Average common shares basic and diluted (millions of shares) | 2,147 | 80 | 2,204 | 82 | 2,213 | 82 |
| Capital and exploration expenditure | 6,511 | 241 | 5,510 | 204 | 5,468 | 203 |
| Total assets | 139,094 | 5,152 | 143,165 | 5,302 | 162,079 | 6,003 |
| Total debt | 27,235 | 1,009 | 22,566 | 836 | 21,407 | 793 |
| Total shareholders' equity | 25,258 | 935 | 9,861 | 365 | 40,844 | 1,513 |

*Dollar totals are based on the 1999 exchange rate provided by YUKOS (1$=27 Russian rubles)

Source: YUKOS

### Increasing Competitiveness

One indication of the scale of YUKOS's competitive challenge at the outset of this period is the large number of employees in YUKOS upstream subsidiaries still involved in social welfare services and other tasks without a direct connection to oil production (see Figure III.C.3: Labor Structure of YUKOS Production Subsidiaries in 1997). YUKOS's new private owners responded to the contraction of business activity in the immediate aftermath of Russia's August 1998 financial crash by reducing staff to a more economically rational level, thereby increasing efficiencies and improving the company's competitive position overall (see Table III.C.3: YUKOS Upstream Employment 1997 - 1999). [TK: In connection with the staff reductions, in what ways did YUKOS also try to relocate, retrain people?]

YKS 020033

CONFIDENTIAL / DRAFT—28.09.2005

Table III.C.3

YUKOS Upstream Employment 1997 – 1999

(Number of Employees)

| Activity | 1997 | 1998 | 1999 |
|---|---|---|---|
| Primary production | 41,367 | 39,738 | 25,463 |
| Services | | 49,048 | 45,864 |
| | | | |
| Total YUKOS employees | 88,769 | 80,068 | |

| Activity (detailed breakdown) | 1997 | 1998 | 1999 |
|---|---|---|---|
| Primary Production | 41,367 | 39,738 | 25,463 |
| Drilling | 7,355 | 6,216 | |
| Construction | 5,861 | 4,480 | |
| Transportation | 20,589 | 19,392 | |
| Social sphere | 7,720 | 6,283 | |
| Gas processing | 665 | 601 | |
| Other | 4,929 | 3,298 | |
| Total | 88,769 | 80,068 | |

Source: YUKOS

YUKOS also sought to control its costs through investment. An example is provided by its environmental protection measures, introduced mainly in the period following privatization, as the cost of cleaning up oil spills typically exceeds expenditure on pipeline repair needed to prevent spills. Altogether, YUKOS spending on environmental protection jumped from about $20 million per year in the period 1996-1997 to $60 million per year by 1999 (and increased further in subsequent years, to the level of $70 million by 2001, and around $200 million by 2003). The main emphasis of YUKOS's pipeline repair program in recent years has been reconstruction of underwater pipelines, and whereas during the period 1994-1996 there were four known large-scale breakages of YUKOS underwater infrastructure (with large-scale defined as spillage of 30-100 tons), during the period 1997-2000 there were no such breakages.

(For an overview of YUKOS Health, Safety, and Environment (HSE) priorities and risk evaluations during this period, and comparison of Russian companies' performance in terms of emissions and fire safety indicators during the period 1996-2000, see, respectively, Figure III.C.4: YUKOS's Evaluation of the Impact of HSE Investment on Environmental and Economic Risk Levels, Figure III.C.5: YUKOS-EP's Environmental Protection Expenditures, 1997-2000, Figure III.C.6: YUKOS-EP's Program for Investment in Environmental Protection, 2000-2005, Figure III.C.7: Environmental Performance Comparisons for Russian Refineries Owned by Oil Companies, and Figure III.C.8: Comparison of Fire Risks and Losses in the Russian Oil and Gas Sectors. [TK: Regarding the last graphic in this list, can YUKOS indicate the time period of the "fire loss" and "fire casualties" data?])

– 34 –

YKS 020034

CONFIDENTIAL / DRAFT—28.09.2005

### Reinforcing Strict (Centralized) Vertical Management

YUKOS's campaign to further centralize vertical management functions during this period yielded significant results in the case of the company's upstream oilfield service sector in particular. Until 1998, all of the YUKOS service units were subordinated to the company's production subsidiaries. This original structure was rather unwieldy, involving complex chains of command with no single center of control. In Yuganskneftegaz alone, for example, there were once over 100 service units, over which Yuganskneftegaz exercised varying degrees of authority. The August 1998 financial crisis provided the immediate impetus for a spin-off of service units. At the same time, the process resulted from a conclusion that services are a non-core business for YUKOS and the best guarantee for successful oilfield service operation is selection of services on a competitive basis.

There were several critical stages in the YUKOS service sector restructuring process. The service units were first separated organizationally from the production subsidiaries and transformed into separate subsidiaries (subordinated at first to the production subsidiaries and later to the holding company itself). YUKOS also conducted a thorough inventory of its service enterprises and divided them into three different categories: strategically important for purposes of production, supporting production, and social services (responsible for tasks earmarked by the Russian government for reassignment to municipal authorities). In 1998, YUKOS became the first Russian oil company to outsource service activity through creation of independent companies.

Among the other measures adopted by YUKOS (in this or earlier periods) in order to strengthen central management were:

- Regular rotation of managerial personnel from region to region.

- Elimination of the NGDU (Neftegazydobyvayushcheye upravleniye)—an intermediate layer between higher-level management and the individual production unit in Soviet times, which typically had authority over production at several fields and which YUKOS concluded did not add value.

YUKOS also made progress during this period in resolution of outstanding issues with minority shareholders, who had long complicated YUKOS's efforts to centralize vertical management of upstream subsidiaries in particular. In December 1999 a group of investors led by Kenneth Dart terminated its various legal actions against YUKOS (claiming violations of minority shareholder rights) following the sale of the Dart Group's equity stakes of between 20 and 25 percent in YUKOS's production subsidiaries (Yuganskneftegaz, Samaraneftegaz, and Tomskneft) to a Cyprus-based firm. The sale of the Dart Group's stakes paved the way for the YUKOS holding company itself to extend its own shareholdings in YUKOS's key oil-producing enterprises.

### Consolidating Assets

During the period 1997-1999, YUKOS was largely preoccupied with the consolidation of existing subsidiaries as well as newly acquired assets. In 1997, YUKOS acquired a controlling stake in the Eastern Oil Company, including the Tomskneft production enterprise and Achinsk refinery in Krasnoyarsk Kray. By the end of 1999, YUKOS had succeeded in consolidating many enterprises in which it held equity stakes, while laying the groundwork for subsequent consolidation of remaining assets (see Appendix III.1.i: Consolidation of YUKOS Assets: Before 2000 & Appendix III.1.ii: Consolidation of YUKOS Assets: Since 2000).

YKS 020035

CONFIDENTIAL / DRAFT—28.09.2005

## D. 1999-2000: "Corporate Governance"

### Summary of YUKOS's Goals and Achievements

- **Growth of production.** In 2000, YUKOS production began to grow in double digits, year-on-year, and has continued to do so ever since, as the result of a systematic redevelopment program at mature (mainly West Siberian) fields, based primarily on application of the methods of nodal analysis and fit-for-purpose technology at underperforming wells by highly trained and organized YUKOS personnel at both the corporate center and field levels.

- **Increasing competitiveness by controlling costs.** The effective concentration of investment on improvement of operations at selected existing wells enabled the company to reduce production costs per ton significantly, while stricter controls over expenditures were instituted throughout the company following identification of standard levels of expense for various facilities and projects based on best practice.

- **Developing principles of corporate governance.** Corporate governance was improved in consultation with internationally recognized consulting firms through such measures as the separation of ownership and management functions, the settling of disputes with minority shareholders, introduction of international financial accounting and reserve auditing standards, establishment of a clear dividend policy, and appointment of independent representatives to the board of directors.

(See Figure III.D.1: Goals of YUKOS: 1999-2000.)

### Key Features of the Period as Perceived by YUKOS

Within Russia:

- Overcoming the crisis
- Weakening of inflation
- Increase in the oil price
- Industrial growth

Within the Company:

- Success of crisis management
- Resolution of the conflict with minority shareholders
- Consolidation of the company
- Beginning of the growth of production and productivity of labor
- Real out-sourcing of "auxiliary production" (service contracts)

### Growth of Production

YUKOS production began to increase in double digits year-on-year over the course of 1999-2000 (and has continued to do so every year since). Overall, the company registered a production increase of 11.5 percent in 2000 compared to 1999, with Yuganskneftegaz contributing the most in terms of both

YKS 020036

CONFIDENTIAL / DRAFT—28.09.2005

volume growth and percentage increase (30.2 mt, up 15.1 percent) followed by Tomskneft and then Samaraneftegaz (see Table III.D.1: Production of Yuganskneftegaz, Samaraneftegaz, Tomskneft 1999 - 2000).

In retrospect, 2000 was a watershed year in YUKOS's production history. Overall, YUKOS's historical production performance rather closely tracked that of the Russian oil industry as a whole until 2000—falling sharply during the early 1990s and remaining flat during most of the second half of the decade. Beginning in 2000, however, YUKOS's performance began to diverge markedly from the Russian norm. Its crude output growth has significantly outstripped the overall Russian rate of recovery, increasing each year by double digits and altogether by over 80 percent during the period 1998-2003, compared to a total for Russia of about 39 percent during these years.

One of the key engines of YUKOS's production surge beginning in 2000 has been increased production from existing development wells in mature fields. More recently a significant proportion of YUKOS's production growth has come from new wells. Indeed, new wells accounted for 60 percent of YUKOS production growth in 2002—when its year-on-year crude output grew by a record 25 percent—and the share of new wells in the total will increase in the longer term as opportunities for working over older wells and fields decline. The ongoing rehabilitation of mature West Siberian fields will continue to play a central role in YUKOS's production growth for the foreseeable future, however, with both new wells in undeveloped portions of these fields and workover of existing wells contributing (see Box "Key Drivers of YUKOS's West Siberian Renaissance" for a more detailed review of the chief stages of evolution of YUKOS's mature field redevelopment effort and the primary sources of new value in the older oil basins identified by YUKOS).

**Insert Box:**

**Key Drivers of YUKOS's West Siberian Renaissance**

In the immediate aftermath of privatization, the YUKOS portfolio of investment opportunities was overflowing with opportunities to optimize production from existing wells in mature fields and to drill new wells in previously undeveloped portions of fields already in production. A high grading of these opportunities identified the potential increases in production that could be achieved with more powerful downhole pumps and the routine use of hydrofracturing.

Replacing downhole pumps with more powerful models was in conflict with the view that no portion of the reservoir should be at or below the bubble point pressure. However, YUKOS demonstrated that even if an individual well were pumped off (to atmospheric pressure at the bottom of the well) the amount of reservoir volume below the bubble point was too small to affect either the inflow performance of the well (particularly if it had been hydrofractured) or to adversely affect ultimate oil recovery.

The lithology and influence of regional tectonic stresses resulted in hydrofractures being well confined to the productive horizon and their direction being predictable (broadly Northwest – Southeast). Even very large fractures would extend from the wellbore a few hundred meters, significantly less than the existing well spacing, with little risk of direct fracture communication between wells.

In parallel to the enhancement of individual wells, the company conducted a re-evaluation of its wellstock. The first task was to assemble information on over 40,000 wells operated by YUKOS into one cohesive database. All of the necessary information was already available from the reports filed for each well according to Russian regulations. Reinterpretation of well logs demonstrated that overall, up to 30 percent of bypassed pay zones formerly considered "low permeability" could be produced economically. YUKOS employed nodal analysis to calculate the so-called performance gap for individual wells—that is, the rate at which a well would be capable of producing beyond its current level—and identified key mechanisms for maximizing flow rate, which included new well perforations, stimulation, changes in wellhead and separator pressure, new tubing and/or choke sizes. A work program was then implemented in the field, with the perceived optimum mix of pumps, tubes, hydrofracturing, and waterflooding at each

– 37 –

YKS 020037

CONFIDENTIAL / DRAFT—28.09.2005

well dependent on the unique features of the reservoir at a given point. In sum, YUKOS's new private owners formulated and applied highly customized solutions to the specific obstacles to optimal well performance at each site.

In a second phase of this field rehabilitation program, as YUKOS began to capture the benefits achieved through nodal analysis, the company turned its focus to the reservoir as a whole and began remodeling and rationalizing waterflood patterns so as to capture bypassed oil—improved waterflooding patterns are a particularly crucial element in the success of YUKOS's production methods. The company employs a field modeling device, the (FrontSim) streamtube simulator, to determine the optimal water flood pattern and identify potential remedies for problem areas in the reservoir. This helps to make decisions about which wells to continue producing (or even their conversion to water injectors). Prior to the introduction of the new methods, wells with low oil flow rates (and high water cuts) were often left operating in spite of the fact that they competed with nearby potentially prolific production wells for the effects of the water pumped into the reservoir by injection wells. By shutting in the "water thief" production wells, YUKOS was able to simultaneously lower overall well stock operation costs, reduce the total field water cut, and boost the yield from the more prolific wells.

As indicated from the above review of YUKOS's production methods, there are three distinct sources of value from the rehabilitation of mature fields:

- Accelerated recovery

- Increased total recovery, through application of best practices and appropriate technology

- Elimination of less efficient practices and legacies inherited from the period before privatization (for example, moving from a 1:1 injector to producer well ratio to a 1:3 ratio)

YUKOS capitalized on all three of the above sources of value, with the result that its overall production performance improved sharply during the period of the study. YUKOS's efforts to maximize value in these areas involved coordination between highly trained personnel at both the corporate center and field level.

YUKOS's production team high-graded the most promising development wells, in order to concentrate investment resources on the most promising wells and areas and, at the same time, shut in many of the marginal wells. The result was that YUKOS's total producing well stock has declined during much of the period that its crude output has surged. Overall, the number of producing wells has fallen from about 14,000 in 1999 (with output of about 9 tons per day per well on average) to less than 9,000 by 2003 (with an average flow rate of 31 tons per day per well). The results of YUKOS's production methods are particularly striking in the case of new well flow rates. At last report, the production rates of new YUKOS wells averaged over 130 tons per day per well, or over ten times the Russian industry average. While high by Russian standards, these rates are actually far more typical now of what one would expect from these types of reservoirs if they were managed by international companies.

An extreme example of the efficiencies achieved is the case of the Entelskoye field in the Yuganskneftegaz license zone, where two horizontal wells produced at a rate of 2,500 tons (18,250) per day per well at start-up, compared with a 1996 development plan envisaging production from 57 wells at a rate of 35 tons (256 barrels) per day. YUKOS has not made extensive use of horizontal wells in the majority of its operations because they are not required and are more costly than massive hydrofracturing of vertical wells. Horizontal wells may become a more significant component of future developments depending on specific field conditions, however.

Overall, YUKOS's consistent application of relatively advanced production methods over the last few years has boosted the efficiency of wells (the efficiency of a well being the ratio of actual well production to theoretical capacity) from an estimated 9 percent at the time of privatization in 1996 to about 27 percent today, and YUKOS intends to increase the rate to 45 percent.

YKS 020038

CONFIDENTIAL / DRAFT—28.09.2005

(See Figure III.D.2: Formation Potential Reassessed for an illustration of the impact of new YUKOS methods on oil recovery estimates at the company's Mamontovskoye field, the primary producing YUKOS field during this period).)

**End of Box**

– 39 –

YKS 020039

CONFIDENTIAL / DRAFT—28.09.2005

Table III.D.1

Oil Production of Yuganskneftegaz & Samaraneftegaz & Tomskneft

(million metric tons)

| OAO | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuganskneftegaz | | 33.9 | 28.8 | 27.1 | 26.0 | 26.9 | 25.7 | 26.2 | 30.2 | 36.2 | 42.9 | 49.7 |
| | Growth Rate | | -15.2% | -5.8% | -3.9% | 3.2% | -4.1% | 1.8% | 15.1% | 19.9% | 18.7% | 15.8% |
| Samaraneftegaz | | | | | 8.9 | 8.5 | 8.2 | 7.7 | 7.9 | 9.5 | 11.1 | 12.5 |
| | Growth Rate | | | | | -3.6% | -4.4% | -5.8% | 3.3% | 19.5% | 16.4% | 12.9% |
| Tomskneft | | | | | | | 10.5 | 10.3 | 11.0 | 11.7 | 14.5 | 17.3 |
| | Growth Rate | | | | | | | -2.2% | 6.8% | 6.0% | 24.6% | 19.0% |
| YUKOS total production | | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| | Growth Rate | | -15.2% | -5.8% | 28.8% | 1.4% | 26.1% | -0.3% | 11.4% | 17.2% | 20.5% | 17.2% |

Main Producing Fields

| | 1993.0 | 1994.0 | 1995.0 | 1996.0 | 1997.0 | 1998.0 | 1999.0 | 2000.0 | 2001.0 | 2002.0 | 2003.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuganskneftegaz | | | | | | | | | | | |
| 1 - Priobskoye | 0.5 | 0.6 | 0.7 | 0.8 | 1.1 | 1.2 | 1.5 | 2.9 | 6.4 | 11.9 | 17.7 |
| 2 - Mamontovskoye | 12.3 | 9.8 | 8.5 | 7.4 | 6.9 | 6.3 | 6.3 | 7.3 | 7.8 | 7.6 | 7.7 |
| 3 - Malo-Balykskoye | 2.0 | 2.1 | 2.1 | 2.4 | 2.7 | 2.9 | 3.1 | 3.8 | 4.9 | 5.0 | 4.8 |
| 4 - Prirazlomnoye | 1.6 | 1.9 | 2.3 | 2.5 | 3.1 | 3.3 | 3.5 | 3.9 | 4.1 | 4.1 | 3.9 |
| Samaraneftegaz | | | | | | | | | | | |
| 1 - Belozersko-Chubovskoye | - | - | - | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.5 | 0.7 |
| 2 - Ozerkinskoye | - | - | - | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.4 | 0.6 | 0.6 |
| 3 - Pinenkovskoye | - | - | - | - | - | - | - | 0.0 | 0.1 | 0.4 | 0.6 |
| Tomskneft | | | | | | | | | | | |
| 1 - Sovetskoye | - | - | - | - | - | 2.5 | 2.5 | 2.7 | 2.6 | 2.6 | 2.6 |
| 2 - Igolsko-Talovoye | - | - | - | - | - | 1.3 | 1.3 | 1.5 | 1.9 | 2.7 | 2.3 |
| 3 - Zapadno-Moiseyevkoye | - | - | - | - | - | - | - | - | 0.1 | 0.8 | 2.0 |
| 4 - Krapivinskoye | - | - | - | - | - | 0.1 | 0.2 | 0.7 | 0.8 | 1.0 | 1.6 |

Source: CERA, YUKOS

YKS 020040

CONFIDENTIAL / DRAFT—28.09.2005

*Increasing Competitiveness by Controlling Costs*

The mature field rehabilitation effort noted above has reduced YUKOS production costs per ton at the same time as its crude output has surged. Re-working existing development wells can be as much as 10 times as efficient as drilling new ones in economic terms because the wellbore already exists, as does much of the surface production equipment. Typical costs for a new well, completed and ready to produce, would be $500,000 to $1 million versus workover costs at existing wells of $50,000 to $100,000. The cost savings resulting from shutting in less productive wells, maximizing output from the remaining wells, and applying advanced production techniques from the beginning in the case of new wells, helped YUKOS to reduce its total lifting costs to about $10.47 per ton ($1.43 per barrel) by 2002.

At the same time as the company was redesigning its upstream program, YUKOS also tried to control costs at or below standard levels of expenses for specific facilities and projects. Its approach was based on best practices (as laid out in written company standard procedure manuals) as opposed to the more random methods employed prior to privatization. The goal was to determine the normal level of expenditure that should be required to drill one well, for example. During the course of this endeavor, covering hundreds of areas of company activity, YUKOS engaged various institutes and conducted market research. YUKOS instituted strict controls over expenditures, based on a computerized system of financial clearing centers that enables YUKOS headquarters to monitor the payments authorized by managers throughout the company. Managers have a direct incentive to stay within the identified margins of average expenditures for a given project because manager bonuses are tied to their success in controlling costs.

YUKOS's individual upstream and downstream subsidiaries have likewise achieved greater efficiencies through reorganization and restructuring, particularly through spinning off of non-core assets and services, including (among its upstream assets) various oilfield service units, and (downstream) uneconomical refined product tank farms, retail outlets, and in some cases even agricultural enterprises. Meanwhile, local governments have gradually assumed responsibility for a wide range of social welfare activity previously provided by YUKOS subsidiaries.

See Table III.D.2 for an overview of the results of YUKOS's efforts to control finding, lifting, and refinery operating costs.

YKS 020041

CONFIDENTIAL / DRAFT—28.09.2005

Table III.D.2

Increasing Competitiveness by Controlling Costs

(dollars per ton or as indicated)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Finding Costs per Ton** | | | | | | | | | | |
| Exploration costs (million dollars) | | | | | | 52 | 43 | 54 | 102 | 85 |
| Discoveries & extensions (million metric tons) | | | | | | 10 | 8 | 26 | 24 | 106 |
| Cost per ton of oil | | | | | | 5.20 | 5.31 | 2.08 | 4.25 | 0.80 |
| Cost per barrel of oil | | | | | | 0.71 | 0.73 | 0.28 | 0.58 | 0.11 |
| **Lifting* Costs per Ton** | | | | | | | | | | |
| Cost per ton of oil equivalent | | | | | 28.40 | 10.95 | 6.86 | 9.93 | 12.05 | |
| Cost per barrel of oil equivalent | | | | | 3.89 | 1.50 | 0.94 | 1.36 | 1.65 | |
| **Refining Costs per Ton** | | | | | | | | | | |
| Operating expenses | | | | | | | 7.23 | 8.91 | 7.15 | 8.10 |

*Production Costs are defined for purpose of this section as lifting costs

Source: Renaissance Capital, YUKOS Annual Reports

– 42 –

YKS 020042

CONFIDENTIAL / DRAFT—28.09.2005

*Developing Principles of Corporate Governance*

With the effectiveness of production operations heading in the right direction, corporate governance and financial transparency emerged as top priorities of YUKOS as the company's private owners developed a more long-term strategy focusing on investment in core oil assets. In 1999, YUKOS embarked on a systematic campaign to improve its record on corporate governance.[6] As part of this effort, YUKOS settled its long-standing dispute with the Dart group, began publishing its financial results in accordance with GAAP, and announced plans to pay dividends for the first time.

In 2000, YUKOS adopted a resolution "On Good Corporate Governance" and a new 15-member YUKOS board of directors appointed in June 2000 had a majority of independent representatives, including several Westerners, and included only five YUKOS officials (and it is the board of directors rather than YUKOS management that appoints independent auditors). Overall, YUKOS went further at this time than any of the other Russian oil majors in sharing authority and bringing outsiders into the corporate structure (over 40 foreign specialists were working at high-level positions within YUKOS at last report). YUKOS has also sought input from internationally recognized consulting firms (Arthur D. Little, McKinsey & Co, and the accountants KPMG) on various aspects of corporate restructuring. YUKOS's accounts have been audited by PricewaterhouseCoopers, while its reserves have been audited by Miller and Lents (and, since 2001, by DeGolyer and MacNaughton).

**Separation of Ownership and Management Functions**

Managerial responsibility for the activities of YUKOS subsidiaries was initially concentrated in the YUKOS holding company itself. In 1998, new Russian legislation created a framework for reform of YUKOS's corporate structure by allowing for implementation of a new managerial system involving specialized managing companies and separation of ownership and management functions among different entities (a corporate model that is common throughout the world). The ensuing corporate reorganization of YUKOS enabled the holding company to, in effect, divest itself of direct managerial duties, and contract these tasks out to different teams of specialists responsible for performance of four newly created corporate blocks, focusing respectively on upstream exploration and production (E&P), refining, marketing, and logistics. The new structure resulted in a more transparent picture of costs, facilitating better cost control, and at the same time freed YUKOS's leadership to focus on overall company strategy. YUKOS has worked closely with KPMG to improve its organizational structure. Following the restructuring drive, KPMG conducted a review of YUKOS's system of managing its assets, comparing the company's system to that of a hypothetical ideal vertically integrated oil company, and gave YUKOS a relatively high score of 70-75 percent (that is, YUKOS diverged from a hypothetical "ideal type" by only 25-30 percent in KPMG's estimate). One key area in which there is still significant room for improvement is risk management. To this end, the company has devised a comprehensive matrix of all company processes and functions, identifying who is responsible for them and the risks associated with each one.

---

[6] A January 2004 Energy Intelligence ranking of twenty Russian and leading international companies on corporate governance indicators, focusing on the board of directors, gave YUKOS the second highest score among the companies selected for evaluation.

YKS 020043

CONFIDENTIAL / DRAFT—28.09.2005

**Emphasizing Shareholder Value**

In June 2000, the company announced its first dividends (for the years 2000, 2001, and 2002 YUKOS's annual declared dividend payments amounted, respectively, to $300 million, $500 million, and $700 million). In October 2000, YUKOS also articulated a dividend policy based on the following key principles:

- Semi-annual dividends
- Payout and yield to progressively approach the levels of large international oil companies depending on 4 factors:
    - Need to modernize equipment
    - Oil price in the international market
    - Tax cost for shareholders
    - Availability of finance in Russia

The YUKOS resolution "On Good Corporate Governance" noted above committed the company to accurate and timely communication of relevant information to all shareholders and establishment of an independent share registrar. The share register of YUKOS's shareholders and major subsidiaries is filed with M-Reestr Closed Joint-Stock Company, a member of the Professional Association of Registrars, Transfer-Agents and Depositaries (PARTAD) since 1996.

YUKOS's dividend payout ratio is still far short of that of the typical international companies (9.1 percent of total YUKOS profits, excluding non-recurring items, were paid out as dividends in 2002; this compares to an average of 49 percent in the case of the supermajors and 54 percent in the case of the majors during the three years ending 2002). But YUKOS began to narrow the gap during the period under consideration, increasing its payout ratio significantly from an initial 2.8 percent in 2000.

(See Table III.D.3: YUKOS Dividend Policy Compared to International Majors for additional comparison of YUKOS's dividend policy to that of the international majors during 2000-02, and Figure III.D.3: YUKOS Shareholding Programs Aim to Increase Employee Incentives to Improve Corporate Performance for an overview of shareholding programs for YUKOS employees during this period.)

– 44 –

YKS 020044

CONFIDENTIAL / DRAFT—28.09.2005

Table III.D.3

**YUKOS Dividend Policy Compared to International Majors**

**A. YUKOS**

| Indicator | 2000 | 2001 | 2002 |
|---|---|---|---|
| Dividend Yield* | 7.5% | 4.2% | 3.4% |
| Dividend Payout Ratio | 2.8% | 15.0% | 9.2% |
| Dividend Payout Ratio (normalized**) | 2.7% | 14.8% | 9.1% |
| Dividend to Cash Flow | 3.1% | 15.2% | 9.4% |

**B. International Comparison**

*1. Supermajors*

| | 2000 | 2001 | 2002 |
|---|---|---|---|
| Dividend Yield* | 2.3% | 2.9% | 3.5% |
| Dividend Payout Ratio | 38% | 55% | 66% |
| Dividend Payout Ratio (normalized**) | 36% | 51% | 59% |
| Dividend to Cash Flow | 29% | 29% | 33% |

*2. Majors*

| | 2000 | 2001 | 2002 |
|---|---|---|---|
| Dividend Yield* | 2.3% | 3.0% | 4.5% |
| Dividend Payout Ratio | 29% | 61% | 116%*** |
| Dividend Payout Ratio (normalized**) | 27% | 42% | 92% |
| Dividend to Cash Flow | 15% | 20% | 20% |

Source: Evaluate Energy

*Dividends paid during the year divided by market capitalization at the end of the year.

**Normalized payout ratio is the proportion of earnings (excluding non-recurring items) paid out as dividends.

***2002 was characterized by significant non-recurring items in the earnings of the majors.

– 45 –

YKS 020045

CONFIDENTIAL / DRAFT—28.09.2005

## E. Post 2000: "Corporate Citizenship"

*Summary of YUKOS's Goals and Achievements*

- **Being a Russian company:**
    - **Being No. 1 in Russia in terms of oil production and technology.** YUKOS has been the largest producer of oil among the Russian companies since 2003, accounting for 19.3 percent of total Russian oil output in 2003. While it is more difficult to benchmark YUKOS's technological achievements against those of other Russian companies, YUKOS is certainly an industry leader in terms of application of advanced hydrofracturing and other upstream technologies.
    - **Having a diversified energy business.** YUKOS has expanded its holdings and operations in the Russian gas and power sectors since 2000 and these activities have complemented the company's oil industry operations (as seen particularly in the case of YUKOS's Tomsk operations, discussed below). However, further development of YUKOS business activities in these sectors depends on the course of gas and electricity industry reform in Russia.
- **Being an international company:**
    - **Being No. 1-5 in the world in terms of effectiveness of production and management.** YUKOS performed particularly well during the period since 2000 in terms of year-on-year increases in production in percentage terms, reduction of production costs, and (in the area of management) diffusion of key upstream technologies and know-how to the field level.

(See Figure III.E.1: Goals of YUKOS: Post 2000)

*Key Features of the Period as Perceived by YUKOS*

Within Russia:
- Weakening of inflation
- Growing exports from the basic industrial sectors
- Improvement of tax legislation
- Formation of a consensus within the business community on the necessity of corporate governance principles
- A strengthening of Russia's role in the international arena (including the sphere of energy security)

Within the Company:
- Success of corporate governance
- Rapid increase in production and labor productivity
- Acquisition of new assets (East Siberian Oil Company, and gas, electricity, and machine-building assets)
- Increasing capitalization of the company
- The final phase in formation of a highly professional international team of managers

YKS 020046

CONFIDENTIAL / DRAFT—28.09.2005

*Being a Russian Company*

At the same time that YUKOS has brought Westerners into its management and introduced Western techniques at various levels (ranging from international accounting standards for recognizing costs and revenues through to advanced hydrofracturing and other upstream methods for enhancing production efficiency), the company has also developed a thorough training program for its employees to ensure that YUKOS's Russian personnel will continue to play leading managerial and technical roles (e.g., training in petroleum engineering for YUKOS employees and an extensive computer skills training program both within the company and in the regions).

## Being No. 1 in Russia in Terms of Oil Production and Technology

**Oil Production:**

YUKOS surpassed LUKoil in terms of volume of production in 2003, becoming Russia's leading producer for the first time in its history, and has held this position so far in 2004 as well (see Table III.E.1.i: Total YUKOS Oil Production).

DeGolyer & MacNaughton noted in a 2003 evaluation of YUKOS's production methods that the company's rising production rates are the direct result of "a company management philosophy implemented 4 years ago that made engineering-based technical solutions, coupled with real-time data collection, storage, and analyses, the basis for monitoring and prediction of future oil production performance...every decision made by YUKOS to implement a project that will increase oil rate must be supported by a model that has been developed using reservoir engineering principles and current data."

(For illustration of various oil production methods adopted by YUKOS in recent years and their impact on recovery rates, see Figure III.E.2: YUKOS Methods for Optimizing Production at "Older" Fields, Figure III.E.3: Recovery Ratios at YUKOS Production Zones, Figure III.E.4: Growing Share of High-capacity Centrifugal Submersible Oil Pumps, Figure III.E.5: YUKOS Program to Reduce Crude Water Cuts, Figure III.E.6: Transfer of Watered Well Stock to Periodical Operations; and Figure III.E.7: Enhanced Crude Recovery Ratios.)

As in the case of previous years following privatization, YUKOS also took further steps after 2000 to ensure sustainable future production through a more effective exploration program, jointly devised by Western and Russian experts. One sign of this program's impact is the level of discoveries as a share of total exploration wells drilled, as reported to CERA by YUKOS exploration managers: 70 percent of the 42 exploration wells drilled in 2003 were successful, resulting in the discovery of 5-6 (?) new fields, and the success rate so far in 2004 has been 100 percent [TK: Clarify YUKOS definition of exploration well. Why weren't 30 new fields discovered in 2003 if success rate was 70%?]. At last report, YUKOS's method for prioritizing exploration prospects was based on consideration of four criteria:

- need for production replacement (overall, the YUKOS exploration effort is very production focused, though at a technical level exploration and production work is separated)

- geological and economic risk

- status of license agreements; time limits and commitment to drill wells, etc

- requirements of local authority (e.g., job creation)

YUKOS has institutionalized various procedures for evaluating and shortlisting prospects to drill. All geologists meet on an annual basis to submit their programs and discuss them. Also invited are the local authority and contractors and R&D staff. The YUKOS exploration program is also based on interaction between geologists based at corporate headquarters in Moscow and regional specialists. There is a large 'institute' in Moscow with experts and foreign consultants who bring foreign technology. Each region

YKS 020047

CONFIDENTIAL / DRAFT—28.09.2005

also has an 'institute' that works the geology and geophysics and does R&D. Regional geological models are used to constrain exploration programs, based on strong knowledge of local conditions after 40 years of production (the level of input from regional specialists at YUKOS is greater than in the typical Russian oil company, and many international oil companies).[7]

YUKOS has not been awarded any new acreage recently. The company is gradually drilling out the prospect inventory and the typical discovery size is relatively small: 1-10 million tons. Financing exploration work also became more problematic beginning in 2002, as the Russian government ended its funding of exploration through tax rebates. However, this rebate program was not as effective as it might have been because the rebates had to be spent entirely in the region where oil was produced. YUKOS relied on internal sources of funding in order to finance all of its exploration work since 2002-2003, with the result that less exploration may now be occurring overall compared to previous periods, but reserve replacement is nevertheless continuing. Indeed, YUKOS's proved oil reserves grew by 1.38 billion barrels (SEC) in 2003, which was more than twice the company's production during the same year of around 600 million barrels. [TK: By exploration and discovery?]

(For more background on the evolution of YUKOS's exploration program, see the section below "Measures Taken to Assure Sustainable Growth.")

---

[7] Insofar as YUKOS has employed a relatively great number of regional specialists in its exploration program, this also contributes to the goal of supporting employment levels at the local level following the Russian oil industry's termination of contracts with the traditional oil sector institutes in some cases.

YKS 020048

CONFIDENTIAL / DRAFT—28.09.2005

Table III.E.1.i
Total YUKOS Oil Production
(million metric tons)

| YUKOS | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuganskneftegaz | 33.9 | 28.8 | 27.1 | 26.0 | 26.9 | 25.7 | 26.2 | 30.2 | 36.2 | 42.9 | 49.7 |
| Samaraneftegaz | - | - | - | 8.9 | 8.5 | 8.2 | 7.7 | 7.9 | 9.5 | 11.1 | 12.5 |
| Tomskneft | - | - | - | - | - | 10.5 | 10.3 | 11.0 | 11.7 | 14.5 | 17.3 |
| Manoil | - | - | - | - | - | 0.2 | 0.3 | 0.4 | 0.7 | 1.3 | 0.1 |
| ZMB | | | | | | - | - | - | - | 0.03 | 1.24 |
| Arcticgaz | | | | | | - | - | - | - | 0.12 | 0.22 |
| East Siberian O&G Company | | | | | | - | - | - | - | 0.04 | 0.04 |
| Urengoil | | | | | | - | - | - | - | 0.03 | 0.06 |
| Sakhaneftegaz | | | | | | - | - | - | - | - | 0.30 |
| Rospan | | | | | | - | - | - | - | - | 0.39 |
| Geoylbent | | | | | | - | - | - | - | - | 0.20 |
| Total production for YUKOS | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| Percent Growth | | 15.2% | -5.8% | 28.8% | 1.4% | 26.1% | 0.3% | 11.4% | 17.2% | 20.5% | 17.2% |
| **Production of Other Russian VICs** | | | | | | | | | | | |
| Total production for LUKoil | 48.8 | 45.1 | 51 | 50.9 | 62.2 | 53.6 | 53.3 | 62.1 | 74 | 75.2 | 81.5 |
| Percent Growth | | -7.6% | 13.1% | -0.2% | 22.2% | 13.8% | 0.6% | 16.5% | 19.2% | 1.6% | 8.4% |
| Total production for Surgulneftegaz | 38.1 | 34.3 | 33.3 | 33.3 | 33.9 | 35.2 | 37.6 | 40.6 | 44.0 | 49.2 | 53.7 |
| Percent Growth | | -10% | -3% | 0% | 2% | 4% | 7% | 8% | 8% | 12% | 9% |

Source: CERA, YUKOS

– 49 –

YKS 020049

CONFIDENTIAL / DRAFT—28.09.2005

**Technology:**

Examples of technology-driven development by YUKOS include:

- Systematic use of the nodal analysis systems approach to identify obstacles to maximum well flow and devise solutions.[5]

- Application of hydrofracturing and use of high-capacity submersible pumps both in rehabilitation of existing fields and from the beginning of development in new fields.

- Extensive computer modeling of YUKOS fields (using software designed by YUKOS), with the result that upstream operations can be monitored online and decisions can be made at the field level in real time.

- Refinery modernization projects with an emphasis on isomerization in order to comply with anticipated changes in Russian product specifications and meet growing Russian demand for high-octane gasoline.

As indicated above, the impact of advanced technology on YUKOS's upstream operations has been particularly noteworthy in terms increasing estimates of the company's recoverable reserves (in addition to achieving the higher production levels noted above). Indeed, YUKOS's methods have led to an upward revision of estimates of the company's recoverable reserves by any classification (SEC, SPE, or Soviet A+B+C1), as calculated by the company itself and independent reservoir engineering experts. YUKOS estimates that its approach will raise overall average reservoir recovery factors from 27 percent to 44 percent. An April 2003 study by DeGolyer & MacNaughton of YUKOS work programs to increase fluid production rates concluded that YUKOS's production methods "will result in higher oil recovery from its fields when compared to expected oil recovery under previous methods of operations." YUKOS's methods have also led the government to raise its estimate of the quantity of recoverable reserves at the company's fields. The Russian government's Central Committee on Reserves upward revised its estimate of YUKOS field recovery factors at 20 fields (in both the West Siberian and Volga-Urals basins) by an average of 5 percent over the expected recovery factor before production enhancement work was completed (from a recovery factor of 33.4 percent to 38.5 percent). YUKOS estimates that following completion of additional work programs oil recovery factors will be increased by a further 6 percent at 14 fields at a cross-section of YUKOS fields—including some like Priobskoye where recovery factors were already upwardly revised after the initial stage of enhancement measures was completed, as well as other fields in both West Siberia and Volga-Urals (boosting the average recovery factor at this second set of fields targeted for production enhancement operations from 37.5 percent to 43.6 percent). [TK: Can YUKOS provide an estimate of the increase in volume of reserves that it expects to extract as a result of its upward revision of oil recovery factors by 6 percent at 14 fields following completion of additional work programs?]

(For additional details on the impact of technology on YUKOS's operations and YUKOS's adoption of IT solutions and "technology of management" training programs, see Figure III.E.8: YUKOS's Application of Technology-driven Solutions to Strategic Tasks: Overview, Figure III.E.9: Interregional YUKOS Communications: 2000 and Plan for 2005 [TK: What specifically do the numbers above the vertical bars represent in this slide, taken from the YUKOS September 2001 presentation in Irkutsk on IT achievements?], Figure III.E.10: Unification of YUKOS's IT Equipment Framework, Figure III.E.11: Key Corporate Training Areas: Higher Management Skills, and the later sections of this report "Application and Use of Technologies" and "Refinery Upgrade Initiatives.")

---

[5] Nodal analysis "an analytical tool used in forecasting the performance of the various elements comprising the completion and production system. Nodal analysis is used to optimize the completion design to suit the reservoir deliverability, identify restrictions or limits present in the production system and identify any means of improving production efficiency."

YKS 020050