CONFIDENTIAL / DRAFT—28.09.2005

## Having a Diversified Energy Business

YUKOS has expanded aggressively into the gas and power sectors in recent years, acquiring several gas companies in West Siberia during 2000-2001 (Rospan, Arcticgaz, Urengoil) as well as equity stakes in regional utilities in various Russian provinces (see Table III.E.1.ii for an overview of the growth of YUKOS gas reserves and production during the period since 2000). However, further gas sector expansion is problematic, until there is a breakthrough in the areas of domestic gas prices and access to gas pipelines, while power sector expansion depends on the restructuring of UES. Thus, for the moment oil reserve and production growth remains the company's top priority (and, in fact, the abovementioned gas companies also possess significant liquid reserves in the form of crude and condensates, contributing to realization of YUKOS's oil sector objectives).[9] The emphasis on oil as opposed to gas exploration and production has increased in recent years as reform of the gas sector has been delayed; drilling of gas exploration wells is continuing (of the 42 exploration wells drilled by YUKOS in 2003, five were gas wells), but YUKOS has ceased drilling new gas production wells for the time being. YUKOS's recent gas acquisitions nevertheless position the company to help meet demand for Russian gas in domestic and perhaps export markets as output from Gazprom's supergiant fields declines, while at the same time paving the way for a sharp reduction in gas flaring (see Figure III.E.12: YUKOS Gas Utilization: 2000 and Plan for 2005; and Figure III.E.13: Associated Gas Utilization).

Most of the recent growth in YUKOS's reported gas production has been concentrated in its Tomskneft subsidiary. The company's activities in Tomsk Oblast since 2000 provide an instructive example of the company's strategy for diversifying its energy strategy and achievements in this area.

### Contract with Tomskenergo Is First Key to Full-Scale Development of Local Gas

The chief catalyst for the recent expansion of YUKOS's Tomsk gas production—which has also facilitated an increase in YUKOS's Tomsk oil production (up over 30 percent in 2002)—was a decision by YUKOS management to become a central player in the Tomsk power sector. In January 2002, YUKOS announced that it had acquired a blocking shareholding in the regional utility, Tomskenergo, on the secondary market. YUKOS also announced plans to spend up to US$100 million in a new heat-generating unit at a Tomskenergo cogeneration unit (TETs-3), thereby creating a new outlet for its associated gas, if the project meets a 20 percent return on investment target. YUKOS's move into the Russian power sector is part of a larger trend of Russian oil company acquisitions of stakes in utilities recently, but YUKOS has gone further than the other oil majors and has slated at least half of its expected associated gas output in 2003 for power generation. The company also acquired shareholdings of over 25 percent in the Belgorodenergo, Tambovenergo, Kubanenergo, and Stavropolenergo utilities.

Following acquisition of its stake in the Tomsk power business, YUKOS also invested in new transportation infrastructure needed to bring gas from its Luginetskoye field in western Tomsk Oblast (with estimated gas reserves of 72.6 billion cubic meters [Bcm]) to the Tomskenergo complex in the southeastern corner of the province. In June 2002, a US$200 million compressor station for Luginetskoye gas was commissioned, with capacity of about 1.6 Bcm per year, along with the Luginetskoye-Parabel gas pipeline linking the field to Gazprom's Nizhnevartovsk-Kuzbass trunk line (see Figure III.E.14: Tomsk Province: Centers of Oil, Gas, and Power Sector Activity). However, YUKOS's first major contract for sale of Luginetskoye gas in 2002 was not with Tomskenergo but with Gazprom's Tomsk-based Vostokgazprom subsidiary, which then sold the gas on to end consumers (namely, metal works in the Kemerovo region), as Vostokgazprom made the better offer.

---

[9] For example, DeGolyer and MacNaughton estimated Urengoil's net proved oil and condensate reserves at 17.2 mt at the end of 2002.

YKS 020051

CONFIDENTIAL / DRAFT—28.09.2005

Table III.E.1.ii

Increase in YUKOS Gas Reserves and Gas Production

(billion cubic meters)

|  | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Proven gas reserves (SPE case) | 44 | 73 | 127 | 220 |  |
| Gas production | 1.5 | 1.6 | 1.7 | 2.4 | 5.7 |

Source: CERA,
YUKOS

### Being an International Company

YUKOS's integration into the international oil industry and international expansion has continued in the period since 2000.

Beginning with its year-end 2001 hydrocarbon reserve reports, YUKOS began publishing reserve information using standards of both the Securities and Exchange Commission (SEC) and the Society of Petroleum Engineers (SPE). However, the Western re-estimates of the reserves of Russian oil companies are not officially recognized by the Russian government, which still uses the A+B+C+D methodology developed in Soviet times to calculate reserves. Under the Russian secrecy act on reserves, the Russian companies are free to publish their Western estimates, but cannot present aggregated numbers for Russia using the A+B+C+D methodology.

The most ambitious international expansion projects of YUKOS's since 2000 have been in the downstream. In September 2002, for example, YUKOS purchased a controlling stake in Mazeikiu Nafta (MN), the company that owns Lithuania's Mazeikiu refinery. The Mazeikiu refinery, built in 1980, is the only refinery in the Baltics and is also YUKOS's most sophisticated plant. It is likely to meet Euro 4 product specifications in 2005, whereas YUKOS's Russian plants will not be able to do so until 2007 or 2008, and thus provides the company with a strong forward base for competition in EU refined product markets.

YUKOS has also continued to hire Western specialists to fill key positions on its board of directors. The latest board, elected in June 2003, includes representatives of General Motors (Francois Buclez), the Loze & Associates fund manager (Bernard Loze), the Schlumberger oilfield service company (Michel Soublin), and the law firm Squire, Sanders & Dempsey (Sarah Carey).

### Being No. 1-5 in the World in Terms of Effectiveness of Production and Management

There are many possible measures of effectiveness of production and management, but relatively few for which sufficient data are available to enable comparison between YUKOS and a wide range of international companies. With respect to relevant international comparative indicators employed in section IV of this report ("Overall Performance of YUKOS in Comparative Perspective: 1993-2004") YUKOS performed particularly well during the period since 2000 in terms of year-on-year increases in

YKS 020052

CONFIDENTIAL / DRAFT—28.09.2005

production in percentage terms, reduction of production costs, and (in the area of management) diffusion of key upstream technologies and know-how to the field level.

**Effectiveness of Production**

During those years since 2000 for which comparable international data are available, YUKOS typically outperformed the average of the international majors and supermajors selected for analysis by CERA in terms of annual production growth, even if one counts the share of the international companies' production surge attributable to "mega" merger activity. YUKOS likewise outperformed the sample group of international companies in terms of level of production or lifting costs (albeit YUKOS's costs were on the rise during 2000-2001, while those of the supermajors were declining). (See Table III.E.2: Effectiveness of Production Since 2000: Comparison of YUKOS and Selected International Companies.)

Table III.E.2

**Effectiveness of Production Since 2000: Comparison of YUKOS and Selected International Companies**

**A. Annual Production Growth Rate**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| YUKOS | 11.4% | 17.2% | 20.5% | 17.2% |
| Supermajors | 2% | 2% | 2% | |
| Majors* | 11% | 22% | 9% | |

**B. Production (Lifting) Costs per Metric Ton of Oil Equivalent (in US Dollars)**

|  | 2000 | 2001 |
|---|---|---|
| YUKOS | 9.93 | 12.05 |
| Supermajors | 24.63 | 23.75 |
| Majors | 32.77 | 32.84 |

*Includes impact of mega mergers on production growth

Sources: YUKOS, Renaissance Capital, company annual reports

YKS 020053

CONFIDENTIAL / DRAFT—28.09.2005

**Effectiveness of Management**

Like many Western oil companies, YUKOS employs a variety of techniques and technologies in the development and production of its fields, but YUKOS appears to be unique in terms of the extensive scale of its diffusion of key know-how (i.e., the ability to apply the technologies) to the field level, and this achievement is due, above all, to the leadership and management which was needed to both identify and introduce key technologies and overcome resistance to innovation on the part of old-style managers. CERA has found no evidence of other Russian oil companies pushing their know-how out to the field level or of making as large an investment in training of its field technical staff, while the international majors and supermajors have taken an alternative approach, emphasizing centralization of technical resources and investment in communications infrastructure linking the corporate center to the field operators (partly out of necessity because of the higher cost of technical experts in Western compared to Russian companies). For a detailed discussion of the types of technology and know-how employed in YUKOS and its methods for diffusing these to the field level, see the section "Application and Use of Technologies."

YKS 020054

CONFIDENTIAL / DRAFT—28.09.2005

## IV. OVERALL PERFORMANCE OF YUKOS IN COMPARATIVE PERSPECTIVE: 1993-2004

### A. Access to Crude Reserves

*Summary*

- **Location and size of reserve base.** YUKOS's proved oil reserves (of 1.6 billion tons, SEC case, as of December 2003) are located primarily in one basin (West Siberia). This high degree of geographical concentration is typical of the Russian majors but very different from the international comparator companies, whose reserve base is much more varied in terms of location and, therefore, variety and quality of reservoirs. Because of acquisition activity, YUKOS, like its Russian comparator companies has achieved roughly twice the level of reserves growth of Russia as a whole. YUKOS reserve growth also compares favorably with international companies for which data are available during the years since international audits of YUKOS reserves began.

- **Reserve replacement ratios and characterization.** YUKOS's reserve growth more than compensated for depletion as a result of production during the period 1994-2003 overall, paralleling the trend within the Russian oil industry as a whole and the international sample group. However, the decline of the share of YUKOS proved reserves as a proportion of total proved plus probable was opposite the average trend within the Russian oil industry, and indicates relatively intense efforts by YUKOS to widen its opportunity set for future investment. This is in line with efforts of the Western companies to refresh their portfolios (albeit Western companies' share of proved reserves as a proportion of proved plus probable typically remains substantially lower than in the case of YUKOS). The general trend within the Russian oil industry during the period was for the proportion of proved reserves to rise within their overall portfolios--likely the result of greater focus on development of extensive reserve endowments rather than on replenishing already long life profiles.

- **History of reserve additions and mode of acquisition.** The three standard categories of acquisitions, revisions, and discoveries/extensions have each contributed significantly to YUKOS reserve additions during the period for which data audited according to Western standards are available (1998-2002). YUKOS reserve additions due to organic growth (i.e., discoveries, field extensions, and revisions) accounted for about 58 percent of the total during this period. Anecdotal evidence concerning the other Russian companies (a precise breakdown of the sources of their reserve growth is not available) suggest that acquisitions were of comparable importance in the case of YUKOS's Russian peers, while the international companies' share of reserves from acquisitions jumped sharply in recent years as a result of M&A activity (nevertheless extensions and discoveries were the largest source of reserve additions in the case of the international companies during the overall period 1993-2003).

- **Measures taken to assure sustainable growth.** Although YUKOS's spending on exploration ($85 million in 2002) is low by international standards for a company of the same size, YUKOS's reserve base is so much larger than that of most international companies with comparable production that a strategic case can be made for the lower levels of capital expenditure on YUKOS's part. Moreover, since privatization YUKOS has adopted more advanced exploration technology as well as more rigorous portfolio management methods and better procedures for prioritizing exploration activity, contributing to an excellent exploration well success rate of 70 percent in 2003 and 100 percent in 2004 so far. Outside of the mega-mergers of recent years, acquisition has not been the main component of growth among the Russian or international majors as a group, and average YUKOS spending on exploration

YKS 020055

CONFIDENTIAL / DRAFT—28.09.2005

activity as a percentage of total capital expenditure has been similar to the average level among international companies of around 20 percent over the course of the investment cycle.

*Location and Size of Reserve Base*

For data summarized in this section see Table IV.A.1 and Figure IV.A.1: Main Centers of YUKOS Reserves.

## YUKOS

YUKOS proved oil reserves as of December 2003 amounted to 1.6 billion tons, SEC case, and 2.0 billion tons, SPE case, while probable and possible reserves, SPE case, were estimated respectively at about 1 billion tons and 1.1 billion tons.

The bulk of YUKOS's oil reserves are located in West Siberia. A regional breakdown of the above 2003 reserve estimates is not currently available, but out of total reported YUKOS proven reserves of 1.9 billion tons in 2002 (SPE case) the company's two West Siberian subsidiaries, Yuganskneftegaz and Tomskneft, accounted respectively for about 1.4 and 0.2 billion tons, while its Volga-Urals subsidiary Samaraneftegaz accounted for the bulk of the remainder. YUKOS had also booked proven reserves of 23 million tons (SPE) in the new oil territory of East Siberia by the end of 2002.

YUKOS's proven reserves grew by 32.7 percent from 1993-2003 based on (Russian) A+B+C1 methodology and by about 43.5 percent from 1996-2002 using estimates based on the SPE standards, while YUKOS's reserve growth from 1996-2002 is estimated at around 47 percent using SPE standards plus GAAP accounting principles (the application of GAAP principles results in a sharper estimated increase in reserves during this period because GAAP does not recognize all YUKOS reserves in the same year that they are audited).

Both West Siberia and Volga-Urals are mature basins, but a significant share of YUKOS's remaining West Siberian oil is concentrated in fields that are at an earlier stage of development than in the case of those of most other Russian companies active in the region. For example, there are proved reserves of about 370 mt (SEC) in the northern portion of the Priobskoye field in the Yuganskneftegaz license territory—a field where intensive development has only begun within the last few years (the field's annual output increased from less than 1 mt in 1996 to nearly 17.7 mt in 2003, accounting for about 21 percent of total YUKOS production last year).

YUKOS's main base of operations in West Siberia is relatively far from international export markets. However, the company's third largest production subsidiary in Samara is within close proximity to three YUKOS refineries and within proximity of prime domestic Russian markets such as Moscow as well as Western export markets. YUKOS's Yurubcheno-Tokhomskaya license, in the new oil territory of East Siberia, may eventually serve as a growing source of crude for a planned new export pipeline from Angarsk to China and/or Nakhodka. YUKOS is also exploring in the Russian shelf of the Black Sea, in Orenburg Oblast, and in northern Kazakhstan.

YUKOS currently controls 100 percent of the equity of its upstream ventures except in the case of the project at West Malo-Balyksoye (where MOL has 50 percent) and the Tomsk Petroleum-und-Gaz JV (in which Germany's MinerolRohstoffHandel has 49 percent).

## Other Russian Companies

As in the case of YUKOS, the oil reserves (and production) of most of the other Russian oil majors and Russia as a whole are concentrated in the West Siberian Basin. This high degree of geographical concentration is a result of the Russian oil companies' historical origins in the Soviet era on the basis of former state-owned upstream assets operating primarily in Russia's prolific West Siberian Basin (where

– 56 –

YKS 020056

CONFIDENTIAL / DRAFT—28.09.2005

most Russian oil is located), without any major international upstream exposure. The characteristics of the other companies' reservoirs are generally similar to those of YUKOS because West Siberia's oil-bearing horizons share many key characteristics (in terms of porosity, permeability, and hydrocarbon saturation) although there are some small regional changes in reservoir characteristics. To be sure, few of the other Russian oil majors have access to a major West Siberian field at an early stage of development on the scale of YUKOS's Priobskoye field (Sibneft's Sugmut field may be the closest parallel), but the other Russian companies' mature developed fields (the chief source of Russian oil production growth recently) are, for the most part, basically replicas of the older YUKOS fields in terms of key reservoir characteristics.

At the same time, Russian majors selected for comparison with YUKOS are also pursuing new exploration and production opportunities beyond West Siberia, particularly in East Siberia, the Volga-Urals region, the Russian sector of the Black Sea, and onshore Kazakhstan (see section "Measures Taken to Assure Sustainable Growth" for more details). The primary areas of LUKoil's upstream diversification strategy are so far Timan-Pechora and the Caspian (primarily the Russian, Azerbaijani, and Kazakhstani offshore) and onshore Kazakhstan, while Sibneft is focusing on Chukotka, TNK-BP is particularly active in Irkutsk Oblast and the Sakhalin offshore, and Surgutneftegaz has targeted the Talakan field in East Siberia.

The BP Statistical Review of World Energy provides an estimate of Russian proven reserves growth of 22.4 percent during the period 1996-2002, the period for which comparable YUKOS data are available. During the same period YUKOS achieved reserves growth of 46.6 percent.

The reserves growth of a group of selected Russian companies (LUKoil, Sibneft, and TNK) for which comparable data are available was similar to that of YUKOS at 50.8 percent during the period 1997-2002 (equivalent to an annualized rate of 8.6 percent). This compares to YUKOS reserve growth during this same period of 47.5 percent (equivalent to an annualized rate of 8.1 percent). YUKOS, like its Russian comparator companies has therefore achieved roughly twice the level of reserves growth of Russia as a whole. Part of the explanation for this is that they have all grown by acquisition during the period and would therefore be expected to show above average growth. [TK: What was the rate of YUKOS's organic reserves growth (i.e., minus acquisitions) since 1993?]

## International Comparison

Perhaps the chief distinguishing feature of the typical international company's reserve base compared to that of the Russian oil companies is its variety, both in terms of location, ownership structure, and quality and variety of its reservoirs. In contrast to the Russian oil majors, the international companies produce much (if not most) of their crude outside the country where they are headquartered and tend to share the equity ownership in many projects with other companies. The highly diversified nature of the international companies' reserves compared to those of the Russian companies is partly the result of a deliberate strategy of spreading and managing risk (in terms of geography, politics, and asset type) and also partly the result of historical accident (i.e., the license territory that was available at the time the international companies formed their upstream portfolios and the results of competitive bidding.)

During 1996-2002, the years for which roughly comparable internationally audited YUKOS reserve data are available (based on SPE standards), the growth rate for the SEC case reserves of the supermajors was 42 percent, and of the majors 170 percent, compared to 46.6 percent in the case of YUKOS during the same six year period. The majors' registered a relatively high growth rate during this period due to the proportionately great stock-funded M&A activity on their part. M&A activity accounted for a large share of the international companies' growth over the period 1999-2002 in particular (e.g., BP merger with Amoco and acquisition of ARCO, Exxon merger with Mobil, Chevron merger with Texaco, Conoco merger with Phillips, and the aggregation of Total, Fina, and Elf).

YKS 020057

CONFIDENTIAL / DRAFT—28.09.2005

A more meaningful comparison would be to exclude reserve accretion achieved through mergers and acquisitions for which the consideration was shares rather than cash. Excluding these "mega-mergers" from the international comparison groups leads to an arithmetic average annual growth for the supermajors of slightly less than 1 percent. For the majors, the annual average growth rate during the 6 years is rather better at just over 4 percent. Both of these figures compare with a compound annual average growth rate for YUKOS of 6.6 percent during the 6 years ending in 2002.

YKS 020058

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.A.1

Part I

Location and Size of Proved Oil Reserves

(million metric tons)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A. YUKOS** | | | | | | | | | | | |
| **West Siberia** | | | | | | | | | | | |
| Yuganskneftegaz | | | | | | | | | | | |
|   SPE | | | | 1,104 | 1,081 | 1,047 | 1,107 | | 1,255 | 1,440 | |
|   A+B+C1 | 1717.7 | 1715.1 | 1710.6 | 1624.5 | 1632.2 | 1627.6 | 1624.9 | 1628.6 | 1640.0 | 1629.6 | 1598.3 |
| Tomskneft | | | | | | | | | | | |
|   SPE | | | | | | 302.3 | 246.5 | | 186.3 | 187.6 | |
|   A+B+C1 | | | | | | 416.3 | 382.5 | 371.3 | 361.1 | 357.2 | 340.1 |
|   Urengoil (SPE) | | | | | | | | | | 17.2 | |
|   Arcticgaz (SPE) | | | | | | | | | | 2.3 | |
| **East Siberia** | | | | | | | | | | | |
| East Siberian O&G Company | | | | | | | | | | | |
|   SPE | | | | | | | | | | 22.9 | |
|   A+B+C1 | | | | | | | | | | 74.7 | 74.6 |
| **Volga-Urals** | | | | | | | | | | | |
| Samaraneftegaz | | | | | | | | | | | |
|   SPE | | | | 178.3 | | 174.3 | 184.3 | | 220 | 203 | |
|   A+B+C1 | | | | 272.5 | 267.5 | 262.5 | 258.0 | 255.7 | 249.3 | 238.7 | 236.2 |
| Other YUKOS Properties | | | | | | | | | | | |
|   SPE | | | | 32.1 | | 19 | 20 | | 17 | 13.1 | |
|   A+B+C1 | | | 22.3 | 22.2 | 24.6 | 25.9 | 24.1 | 25.3 | 39.9 | 27 | 30.7 |
| Total SPE/ GAAP* | | | | 1,282 | 1,274 | 1,240.5 | 1,312 | 1,610 | 1,704 | 1,879 | |
| Total SPE/non-GAAP** | | | | 1,314 | 1,349 | 1,543 | 1,558 | | 1,678 | 1,886 | |
| Growth rate SPE/ GAAP** | | | | | -1% | -3% | 6% | 23% | 6% | 10% | |
| Total A+B+C1 | 1717.7 | 1715.1 | 1732.9 | 1919.2 | 1924.3 | 2332.3 | 2289.5 | 2280.9 | 2290.3 | 2327.2 | 2279.9 |
| Growth rate A+B+C1 | | -0.2% | 1.0% | 10.8% | 0.3% | 21.2% | -1.8% | -0.4% | 0.4% | 1.6% | -2.0% |

*accounting standards (i.e., not counting "other properties" in 1996 or Tomskneft during 1996-98)

** (i.e., counting all subtotals above)

Source: Miller & Lents and DeGolyer & MacNaughton (SPE case), YUKOS (A+B+C1 case)

YKS 020059

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.A.1
Part II
Location and Size of Proved Oil Reserves
(million metric tons)

### B. Other Russian Oil Companies

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Russian Oil Industry** | | | | | | | | | | |
| SPE | | 6,700 | 6,700 | 6,700 | 6,660 | 6,650 | 6,650 | 6,650 | 6,650 | 8,200 |
| SPE Growth rate | | | 0% | 0% | -1% | 0% | 0% | 0% | 0% | 23% |
| **Average of LUKoil, Sibneft & TNK** | | | | | | | | | | |
| SPE | | | | | 853.3 | 849.3 | 1,132.3 | 1,151.5 | 1,183.2 | 1,286.7 |
| SPE Growth rate | | | | | | -0.5% | 33.3% | 1.7% | 2.8% | 8.7% |

Source: LUKoil Annual Report, Sibneft Analyst Modeling Databook, TNK annual report, Sibneft GAAP report, BP Statistical Review

### C. International Comparison

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Supermajors (SEC case)** | | | | | | | | | | |
| Million metric tons of oil equivalent | 4,499.0 | 4,446.1 | 4,371.2 | 4,374.9 | 5,386.9 | 5,381.6 | 6,239.3 | 6,150.3 | 6,326.3 | 6,405.3 |
| Million barrels of oil equivalent | 32,978.0 | 32,590.0 | 32,041.0 | 32,068.0 | 39,486.0 | 39,447.0 | 45,734.0 | 45,082.0 | 46,372.0 | 46,951.0 |
| Growth rate | | -1% | -2% | 0% | 23% | 0% | 16% | -1% | 3% | 1% |
| **Majors (SEC case)** | | | | | | | | | | |
| Million metric tons of oil equivalent | 1,586.4 | 1,591.4 | 1,659.6 | 1,755.0 | 1,870.5 | 3,258.7 | 3,817.2 | 4,612.4 | 5,499.9 | 6,024.1 |
| Million barrels of oil equivalent | 11,628.0 | 11,665.0 | 12,165.0 | 12,864.0 | 13,711.0 | 23,886.0 | 27,960.0 | 33,809.0 | 40,314.0 | 44,157.0 |
| Growth rate | | 0% | 4% | 6% | 7% | 74% | 17% | 21% | 19% | 10% |

Source: company annual reports

YKS 020060

CONFIDENTIAL / DRAFT—28.09.2005

*Reserve Replacement Ratios and Characterization*

For data summarized in this section see Table IV.A.2.

## YUKOS

YUKOS A+B+C1 case reserve growth (from all sources) of 570 mt during 1994-2002 more than compensated for depletion of reserves as a result of production (456 mt) for a reserves replacement ratio of 125 percent, while the 597 mt increase in YUKOS proved reserves as measured according to SPE criteria during the more limited period 1997-2002 also exceeded production of 313.1 mt for a reserve replacement ratio of more than 190 percent.

At the same time, the share of the company's proved reserves as a proportion of total proved plus probable reserves declined during the period under study—from 74 percent in 1996 to 64 percent in 2001 (SPE case). Since the proved figure grew appreciably during the study period, this probably reflects efforts by the company to identify new fields for future investment. There is no directly equivalent data available for international comparison of this ratio, but CERA believes that the proportion of proved to total reserves in YUKOS is higher than the comparable figure for the international comparison companies.

## Other Russian Companies

The overall Russian reserve replacement ratio can be calculated as 146 percent during the period 1993-2002, based on data from the BP Statistical Review of World Energy. Although the breakdown of proved vs. probable reserves is not known in the case of Russia overall, such data are available during 1999-2002 for three companies in the comparator group (LUKoil, Sibneft, and TNK-BP). In contrast to the case of YUKOS, on average these companies' share of proved reserves as a proportion of total proved plus probable reserves increased during the years in question—from 64 percent in 1999 to 69 percent in 2002.

## International Comparison

Reserve growth exceeded production for the supermajors and majors by 41 percent and 155 percent respectively during the period 1993-2002. Very few of the comparison group companies disclose their proved plus probable reserves explicitly and CERA was able to calculate figures for only three of the companies at the end of 2002. This calculation determined the proportion of SEC case proved reserves divided by those companies' estimates of proved plus probable reserves (assumed to have been calculated on the basis of SPE standards). This provided a figure of 40 percent—which is likely to be an underestimate of the figure that would be calculated if both the numerator and denominator had been determined on a consistent SPE basis.

YKS 020061

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.A.2
Part I
Characterization of YUKOS Reserves
(in million metric tons per year or indicated)

## A. YUKOS

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall production (mt/yr) | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| Production Growth Rate | -47.8% | -15.2% | -5.8% | 28.8% | 1.4% | 26.1% | -0.3% | 11.4% | 17.2% | 20.5% | 17.2% |
| Proved Reserves(SPE) | | | | 1,282 | 1,274 | 1,241 | 1,312 | 1,610 | 1,704 | 1,879 | |
| Reserves Growth Rate | | | | | -0.6% | -2.6% | 5.8% | 22.7% | 5.8% | 10.3% | |
| Reserves* additions as % of overall production | | | | | -22.8% | -73.9% | 159.6% | 601.4% | 161.9% | 250.0% | |
| Probable Reserves | | | | 441.4 | | 491 | 506.1 | | 958.2 | 1,138 | |
| Ratio of proved to proved + probable | | | | 0.74 | | 0.72 | 0.72 | 0.64 | 0.64 | 0.62 | |
| Ratio of developed reserves to total proven reserves (SPE case) | | | | 0.43 | 0.38 | 0.42 | 0.78 | 0.47 | 0.59 | 0.54 | |

Source: Miller & Lents, Degolyer & MacNaughton (SPE case)

## B. Other Russian Oil Companies

### Russian Oil Industry

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Russia Overall production | 353.9 | 317.8 | 306.8 | 301.2 | 305.6 | 303.3 | 305.2 | 323.5 | 348.1 | 379.6 | 421.4 |
| Production Growth Rate | -11.4% | -10.2% | -3.5% | -1.8% | 1.5% | -0.8% | 0.6% | 6.0% | 7.6% | 9.0% | 11.0% |
| Russia Proved reserves | | 6,700 | 6,700 | 6,700 | 6,660 | 6,650 | 6,650 | 6,650 | 6,650 | 8,200 | |
| Reserves Growth Rate | | | 0.0% | 0.0% | -0.6% | -0.2% | 0.0% | 0.0% | 0.0% | 23.3% | |

### Average of LUKoil, Sibneft & TNK

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall production | 48.8 | 45.1 | 51 | 30.3 | 33.7 | 30.2 | 30.0 | 37.1 | 43.2 | 46.4 | 51.4 |
| Production Growth Rate | | -7.6% | 13.1% | -40.5% | 11.2% | -10.5% | -0.7% | 23.8% | 16.6% | 7.4% | 11.5% |
| Proved Reserves (SPE) | | | | | 853.3 | 849.3 | 1,132.3 | 1,151.5 | 1,183.2 | 1,286.7 | |
| Reserves Growth Rate | | | | | | -0.5% | 33.3% | 1.7% | 2.8% | 8.7% | |
| Reserves* additions as % of overall production | | | | | | -13.3% | 944.9% | 51.8% | 73.3% | 222.9% | |
| Probable Reserves | | | | | | | 616.8 | 586.3 | 664.0 | 570.6 | |
| Ratio of proved to proved + probable | | | | | | | 0.64% | 0.66% | 0.64% | 0.69% | |
| Ratio of developed reserves to total | | | | | | | 0.64% | 0.67% | 0.64% | 0.55% | |

*SPE Case

Sources: YUKOS, LUKoil, Sibneft, TNK & Surgutneftegaz Websites; Ministry of Energy (SPE case), Interfax, BP Statistical Review

YKS 020062

CONFIDENTIAL / DRAFT—28.09.2005

### Table IV.A.2
### Part II
### Characterization of YUKOS Reserves
(in million metric tons per year or indicated)

## C. International Comparison

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Supermajors** | | | | | | | | | | |
| Overall production (million toe/yr) | 364.05 | 373.8 | 378.05 | 387.65 | 449.65 | 451.35 | 531.35 | 542.25 | 551.45 | 563.85 |
| Overall production (thousand boe/d) | 7281 | 7476 | 7561 | 7753 | 8993 | 9027 | 10627 | 10845 | 11029 | 11277 |
| Growth rate | | 3% | 1% | 3% | 0.15994 | 0.0038 | 0.17725 | 2% | 2% | 2% |
| Proved reserves (million metric tons of oil equivalent) | 4489.0 | 4446.1 | 4371.2 | 4374.9 | 5386.9 | 5381.6 | 6239.3 | 6150.3 | 6326.3 | 6405.3 |
| Proved reserves (million barrels of oil equivalent) | 32978.0 | 32590.0 | 32041.0 | 32068.0 | 39486.0 | 39447.0 | 45734.0 | 45082.0 | 46372.0 | 46951.0 |
| Growth rate | -1% | -1% | -2% | 0% | 23% | 0% | 16% | -1% | 3% | 1% |
| Reserve Growth as % of Production | -16% | -22% | 1% | 60% | -1% | 38% | -18% | 35% | 16% | 24% |
| Ratio of developed reserves to total | 0.56 | 0.56 | 0.58 | 0.59 | 0.58 | 0.57 | 0.59 | 0.60 | 0.58 | 0.56 |
| **Majors** | | | | | | | | | | |
| Overall production (million toe/yr) | 174.1 | 179.5 | 178.95 | 187.75 | 196.15 | 270.3 | 339.35 | 375 | 456.9 | 498.3 |
| Overall production (thousand boe/d) | 3482 | 3590 | 3579 | 3756 | 3923 | 5406 | 6787 | 7500 | 9138 | 9966 |
| Growth rate | 3% | 3% | 0% | 5% | 4% | 38%* | 26% | 11% | 22% | 9% |
| Proved reserves (million metric tons of oil equivalent) | 1586.4 | 1591.4 | 1659.6 | 1755.0 | 1870.5 | 3258.7 | 3817.2 | 4612.4 | 5499.9 | 6024.1 |
| Proved reserves (million barrels of oil equivalent) | 11628.0 | 11665.0 | 12165.0 | 12864.0 | 13711.0 | 23886.0 | 27980.0 | 33809.0 | 40314.0 | 44157.0 |
| Growth rate | 0% | 0% | 4% | 6% | 7% | 74% | 17% | 21% | 19% | 10% |
| Reserve Growth as % of Production | 3% | 42% | 59% | 68% | 78% | -5% | 242% | 54% | 58% | 93% |
| Ratio of developed reserves to total | 0.72 | 0.74 | 0.71 | 0.7 | 0.66 | 0.55 | 0.55 | 0.58 | 0.59 | 0.61 |

Impact of Mega-Mergers

*Inclusion of Petrobras from this year
Source: company annual reports (SEC case)

— 63 —

YKS 020063

CONFIDENTIAL / DRAFT—28.09.2005

*History of Reserve Additions and Mode of Acquisition*

For data summarized in this section see Table IV.A.3.

## YUKOS

YUKOS reserve additions have been distributed between three standard categories during the period for which data based on SPE standards are available (1998-2002): acquisitions – 277 mt; revisions – 211 mt; discoveries and extensions – 173 mt. Thus, overall, YUKOS reserve additions due to organic growth (i.e., discoveries, extensions, and revisions) accounted for around 58 percent of the total during 1998-2002, while reserve growth through acquisitions amounted to about 42 percent. Discoveries and extensions have accounted for a growing share of total additions to YUKOS reserves in recent years, based on SPE methodology, and in 2002 (the last year for which data are available) this category comprised the majority of additions (exceeding additions due to acquisitions and revisions combined) for the first time since company reserves were audited to SPE standards.

The recent legal challenges to YUKOS have led to a climate of uncertainty concerning the company's future that complicates corporate planning beyond the next six months and must impact on the exploration element of the company's reserve replenishment strategy—given the relatively long lead times typically required to realize new reserves through exploration as opposed to other methods of increasing the reserve base. Furthermore, given the nature of opportunities within the YUKOS portfolio, the potential returns from rehabilitation of mature fields and even the new development of previously undeveloped fields are possibly much higher than would be achieved from new exploration.

Under current conditions the bulk of additions to reserves are therefore likely to be generated by acquisitions and revisions. In a sign of the current priorities, the company's acquisitions budget for 2004 is larger than the budget for exploration activity and the company anticipates further upward revisions of reserve estimates at various fields under development as a result of its application of advanced production methods (as noted above, the Central Committee on Reserves has already approved upward revisions of YUKOS field recovery factors by an average of 5 percent over the expected recovery rate before production enhancement work was completed).

## Other Russian Companies

Comparable data on the precise share of different categories of reserve growth in the total are not readily available in the case of other Russian oil companies. But acquisitions have been common among several of the other Russian oil majors during the period under consideration, along with other methods of reserve expansion. Three prominent examples of reserve growth through acquisition on the part of other Russian oil companies are:

- **LUKoil's acquisition of Komitek.** LUKoil acquired a controlling interest in Komitek, a regional Russian company with operations in Russia's Timan-Pechora Basin, through a 1999 share swap deal that valued Komitek at $316 million according to one estimate. Komitek has operations in the Timan-Pechora Basin and its reserves were estimated at about 103 mt at the time of LUKoil's acquisition.

- **TNK's acquisition of Onako.** In a September 2000 privatization auction, TNK acquired an 85 percent in the Onako company, with operations in Orenburg Oblast, for $1.08 billion. The recoverable reserve's of Onako's Orenburgneft production subsidiary were recently estimated by TNK-BP at 250 mt.

- **The joint acquisition of Slavneft by Sibneft and TNK.** In a December 2002 privatization auction, TNK and Sibneft jointly acquired the Russian government's 74.95 percent stake in

– 64 –

YKS 020064

CONFIDENTIAL / DRAFT—28.09.2005

Slavneft for $1.86 billion, while Sibneft earlier bought a Belarussian government stake of about 11 percent in Slavneft for $207 million. Slavneft is based in West Siberia and the A+B+C1 reserves of its Megionneftegaz production subsidiary were estimated by the Ministry of Energy at some 286 mt in the late 1990s

YKS 020065

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.A.3

**History of Reserve Additions and Mode of Acquisition**
(in million metric tons)

## A. YUKOS

| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SEC Case | | | | | |
| Extensions & Discoveries | | | | | | | 10 | 8 | 26 | 24 | 106 | |
| | in % of Total | | | | | | -29.4% | 2.5% | 236.4% | -218.2% | 76.5% | |
| Acquisitions | | | | | | | 0 | 254 | 7 | 0 | 19 | |
| | in % of Total | | | | | | 0.0% | 79.1% | 63.5% | 0.0% | 14.1% | |
| Revisions | | | | | | | -10 | 98 | 28 | 23 | 79 | |
| | in % of Total | | | | | | 29.4% | 30.5% | 254.5% | -209.1% | 58.5% | |
| Production | | | | | | | -34.0 | -39.0 | -50.0 | -58.0 | -89.0 | |
| Total Additions | | | | | | | -34 | 321 | 11 | -11 | 135 | |
| | | | | | | | | | | | | |
| Total Additions | | | | | SPE Case | -8 | -33 | 71 | 298 | 94 | 175 | |
| | | | | A+B+C1 Case | | | | | | | | |
| Total changes to reserve base per year | | | -2.6 | 17.8 | 166.3 | 5.1 | 408.0 | -42.8 | -8.6 | 9.4 | 36.9 | -47.3 |

Source: YUKOS

## B. International Comparison

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Supermajors** | | | | | | | | | | | |
| Reserve additions from extensions & discoveries as % of total | 50% | 53% | 50% | 39% | 46% | 40% | 54% | 32% | 67% | 50% | |
| Reserve additions from purchases as % of total | 7% | 4% | 3% | 4% | 15% | 8% | 4% | 33% | 9% | 25% | |
| Reserve additions from revisions as % of total* | 42% | 43% | 46% | 57% | 38% | 51% | 42% | 36% | 24% | 25% | |
| **Majors** | | | | | | | | | | | |
| Reserve additions from extensions & discoveries as % of total | 63% | 51% | 58% | 52% | 34% | 67% | 22% | 35% | 28% | 27% | |
| Reserve additions from purchases as % of total | 7% | 23% | 4% | 26% | 26% | 8% | 44% | 13% | 40% | 32% | |
| Reserve additions from revisions as % of total* | 30% | 26% | 38% | 21% | 41% | 25% | 34% | 51% | 33% | 40% | |

Impact of Mega-Mergers

Note: revisions include additions from improved recovery

– 66 –

YKS 020066

*International Comparison*

By contrast, extensions and discoveries were the single largest source of reserve additions in the case of both the supermajors and majors during 1993-2003. The international companies also registered a jump in the share of reserves from acquisitions during recent years, reflecting M&A activity, which, in contrast to the bulk of the Russian M&A, has been funded primarily by shares as opposed to cash.

*Measures Taken to Assure Sustainable Growth*

For data summarized in this section see Tables IV.A.4.i-ii and Figure IV.A.2: Exploration Priorities of YUKOS.

## YUKOS

Exploration funding at YUKOS has amounted to about $100 million per year (with finding costs averaging about $3.50 per ton over the past five years), taking into account core areas and new areas. (The original 2004 exploration budget, approved in December 2003, was for $180 million but is likely to be cut back to around 60 percent of this amount along with other E&P spending initially approved. By way of comparison, YUKOS's acquisitions budget for 2004 is nearly double the sum initially earmarked for exploration activity).

Although YUKOS's spending on exploration activity is low by international standards for a company of similar size, YUKOS's reserve base is so much larger than that of most international companies with comparable production that a strategic case can be made for the lower levels of capital expenditure devoted to exploration on YUKOS's part. Notwithstanding significant additions to reserves by YUKOS since the company was created, the current reserve profile of YUKOS (along with other Russian oil companies) is due largely to the historical legacy of the Soviet period: it gave the companies huge amounts of developed and undeveloped reserves; the Soviet practice was one of "guaranteeing" that production plans could be met, so very conservative (cost-insensitive) production practices ensued (i.e., producing slowly from a larger number of fields). As a result of this legacy asset base, the Russian companies have so far not needed to explore as aggressively as the international comparator groups.

More financing for exploration activity may have been available in theory under the old (pre-2002) tax system allowing for tax benefits in the case of certain exploration investments. However, the old fiscal regime was not conducive to very efficient exploration because it limited tax exemptions to those production associations where expenditures were incurred on exploration work in the original territory of the production association (so, for example, YUKOS could only apply the profits that Tomskneft made to funding of exploration activity in Tomsk Oblast in order to qualify for the exemption). YUKOS subsidiaries must now make a stronger internal case for exploration funding—once granted automatically through the tax exemption—before it is granted by corporate headquarters. As a result, the efficiency of exploration expenditure can be expected to increase under the new system even if the overall budget for exploration declines somewhat.

The original exploration practices of YUKOS's upstream subsidiaries, as developed by the oil production associations prior to privatization, had little in common with standard international methods, and were in several respects completely opposite. Whereas the Western majors typically conduct strategic planning and exploration in-house and contract out seismic and exploration drilling, Russian upstream subsidiaries have traditionally contracted out the exploration analysis and planning to Russian institutes and done their own seismic and drilling.

YUKOS has rapidly moved toward the international norm in terms of upstream practice since privatization (one key example, analyzed in more detail below, is the spinning off of various in-house

– 67 –

CONFIDENTIAL / DRAFT—28.09.2005

oilfield service units to form independent companies that now compete with each other and remaining in-house units for YUKOS contracts). However, progress has been uneven and discontinuous. One area where Russian companies have tended to lag behind the international standard is in development of a rigorous upstream portfolio management and risk analysis system, with exploration investment decisions based on various clearly defined criteria such as risked reserves, project economics (NPV/EMV), and operational considerations, as well as proximity of reserves to export outlets. To be effective, such a system must be built into the company's process and procedures so that investment programs can be planned, audited, and reviewed in a consistent manner so that better investment decisions are made over time. It is also crucial that such methods permeate the company's organizational structure, in the sense that, for example, the exploration programs of subsidiaries are audited and reviewed by independent experts (e.g., the company's chief geologist) before implementation to ensure consistency and that standards are met. Portfolio management also involves systematic study of the history of a company's exploration program so that lessons can be learned, mistakes can be avoided in the future, and investment efficiency improves. It is important to monitor commercial success rates in exploration, but it is equally important to understand the reasons for failure. It is clear that YUKOS has gone a long way towards developing this type of approach in its exploration business (it is not clear how its Russian competition has fared).

As part of the incorporation of these new methods in 2001, YUKOS piloted a Western-style risk analysis method for one year, based on input from the consulting firm Rose & Associates, which trained YUKOS employees in the methodology for evaluation of exploration well success rates and post well audit. The stricter Western definition of exploration as opposed to development drilling (i.e., not including field delineation) was applied. Based on the 2001 risk analysis procedure, 8 out of 21 YUKOS wildcat wells drilled in this year were classified as successes (4 of 6 in Yuganskneftegaz territory, 3 of 10 in Tomskneft, and 1 of 5 in Samara), yielding a total exploration well success rate of just under 40 percent. This compares to an exploration well success rate for the supermajors in 2001 of 58 percent and for the majors of 59 percent.

**Major Russian Exploration Opportunities**

YUKOS's main near-term prospects in new Russian oil territory, based on exploration drilling, are in southern Russia, in particular an Orenburg license zone acquired about two years ago near the Kazakhstani border (where YUKOS expects to book reserves of around 30 mt). The company has also conducted exploration work in Saratov and Samara Oblasts in connection with relatively small prospects (which are likely to be commercial despite their limited size, given proximity to existing infrastructure). YUKOS is also interested in the Russian offshore continental shelf—it has entered into a partnership with Total, focusing on the deep-water Shatsky Ridge of the Black Sea, where YUKOS thinks there are 2-3 good prospects, with cumulative reserves of up to 200 mt. In addition, the company (YUKOS) conducted an analysis of the offshore areas all the way from the Barents to the Pacific, and identified the most prospective areas. It has applied for licenses in the northern shelf territories of primary interest and expects to obtain at least one of them.

To summarize, there are two main categories of exploration opportunity within the current YUKOS portfolio:

- **Major producing areas where YUKOS is looking to replace reserves.** Khanty-Mansiysk Okrug, Yamal-Nenets Okrug, and Tomsk Oblast (all in the West Siberian Basin); Samara Oblast (Volga-Urals Basin).

- **Less mature areas being evaluated for future exploration activity.** Krasnoyarsk Kray and Evenk Okrug (East Siberia); Saratov Oblast and Orenburg Oblast (Volga-Urals); the Black Sea offshore near Krasnodar Kray; and the Caspian offshore.

– 68 –

YKS 020068

CONFIDENTIAL / DRAFT—28.09.2005

The company has concentrated increasingly on its core West Siberian fields recently as a result of the government's decision not to issue more licenses for new oil acreage of interest to YUKOS, as well as the transfer to Surgutneftegaz of YUKOS's license in the Talakan area. There is significant potential for extensions and new discoveries in West Siberia: in particular, the company expects booked reserves at the giant Priobskoye field alone to grow considerably as they are proven up, and there are very prospective deeper horizons located only about 400 meters or so below existing wells in older fields (e.g., the Achimov formation). Like all new field developments in the region, these deeper horizons are relatively more expensive to develop than the typical mature field rehabilitation projects that make use of existing infrastructure and wells, but lower cost than E&P activity in new oil territory like East Siberia and the Russian shelf. In general, deeper West Siberian reservoir objectives, in YUKOS's view, are likely to account for the bulk of additions to YUKOS reserves as a result of new discoveries/extensions over the next few years.

The freezing of YUKOS's initial plans for development of East Siberian oil (not currently a top corporate priority) is an instructive case of the obstacles to formulation of an effective exploration and development program, employing Western portfolio rationalization standards, in current Russian conditions. The company's program to develop the region involved systematic study of the potential reserve base and coordinated acquisition of the rights to territory containing substantial proven reserves as well as exploration prospects. Over the course of the last few years YUKOS gained control over two production associations with access to East Siberian acreage: the East Siberian Oil Company (with rights in the Yurubcheno-Takhomskaya zone in Krasnoyarsk Kray), and Sakhaneftegaz (operating the Talakan field in Sakha Republic [Yakutiya]). At the same time the company gained control over the largest regional refinery (Angarsk in Irkutsk Oblast), and negotiated a crude export and pipeline construction contract with China (and initiated Tomsk Oblast crude exports to China by rail). In fact, all of the elements of the company's plan for developing East Siberia were in place except the Kremlin's approval for the Russia-China (Angarsk-Daqing) pipeline, without which there is not yet a likelihood of access to sufficiently profitable markets to justify large-scale development of East Siberian oil (YUKOS expects Tomsk production to level off below initially planned levels without such a pipeline).

### International Opportunities and Exploration Benefits of Foreign Partnerships

Like most other Russian companies, YUKOS has so far focused overwhelmingly on E&P activity inside Russia and only began to look internationally under the company's private owners (with the exception of the Yugansk Petro Andes exploration joint venture set up in 1994 in Peru). Overall, the company acquired by Menatep was not well equipped to move into the international upstream. It generally lacked a multilingual staff and its lack of offshore production experience complicated participation in a major segment of the international E&P business.

The company's first major upstream venture outside Russia since privatization has been onshore in neighboring Kazakhstan, where YUKOS is exploring the Fedorovsky Block (YUKOS shot seismic and spudded a well to test a prospect of about 140 mt in August 2003 [TK: results of appraisal well, expected in April?]). Kazakhstan is a more logical platform for an initial international expansion effort than the more distant prospects: the target acreage was an extension of a known and understood geological trend encompassing part of southern Russia, the Fedorovsky Block data was readily available in the Russian language, and YUKOS found an effective Western partner in FIOC. The non-Russian Baltic offshore (also encompassing part of the former Soviet Union) is another promising area from YUKOS's perspective, but competing national border claims complicate development of the area of primary interest (the prospect lies partly in the territory of Sweden as well as Latvia and Lithuania).

About two years ago YUKOS set up an international business development group in London and the company has considered new projects in Uzbekistan, the western Mediterranean, and offshore West Africa. However, the international projects are relatively unattractive in general compared to Russian projects at a time when the latter offer returns of around 30 percent compared to the returns of only 10-12

– 69 –

YKS 020069

CONFIDENTIAL / DRAFT—28.09.2005

percent available from international acquisition opportunities. Ironically, YUKOS's negotiations with Western majors in recent years about a possible equity sale have also tended to discourage the company's moves to adopt the Western companies' own international approach of building a diverse international portfolio; the Western firms in talks with YUKOS were not particularly interested in YUKOS's prospects outside Russia, compared to its Russian reserves, and the urgency of YUKOS's international program therefore declined.

One area of exploration activity where international partnership will prove crucial to YUKOS's future success is the offshore oil business. YUKOS can shoot seismic offshore and identify prospects, but doesn't have operational experience of drilling and development projects. This is starting to change as a result of the company's deep-water Black Sea venture with Total. In contrast, YUKOS's Caspian Oil Company venture with LUKoil and Gazprom has proven less beneficial than initially hoped in terms of either discoveries or development of offshore technology skills.

## Other Russian Companies

Among the key indicators of measures taken to achieve sustainable growth for which data are available for YUKOS as well as the other Russian companies are the share of exploration drilling in total drilling and the share of spending that goes to exploration as opposed to development drilling. In the case of both YUKOS and the industry overall, the share of exploration drilling in the total was in the range of about 5-15 percent during 1993-2002, falling to well below 10 percent in both cases by 2003, as virtually all of the Russian majors focused increasingly on developing existing reserves, and as exploration drilling costs increased during the period 1998-2001 following ruble devaluation in August 1998 (by about 364 percent in terms of ruble cost per meter drilled compared to an increase in comparable development drilling rates of around 305 percent). Drilling costs moderated slightly in 2002.

Company spending data are only available for the period 1998-2002, but point to a similar industry-wide trend of significantly declining overall investment in exploration and postponement in most cases of significant expansion from the West Siberian base into new oil exploration ventures. Therefore, the number of new fields brought into production by the most Russian oil companies (including YUKOS) began to fall off substantially during the latter part of the period under study (from 58 in 2001 to 29 in 2002) and oil production from new fields (i.e., brought on line within the last five years) represented only 4 percent of the Russian total in 2002.

While YUKOS has tended to invest less in exploration and new field development recently as a share of total spending compared to various other majors, YUKOS's exploration program is relatively cost-effective in terms of the expense per meter drilled. YUKOS's average cost per meter drilled in 2002 was about $376 versus an average for the companies in the Russian comparator group of $541).

## International Comparison

Comparison of YUKOS to the international companies in terms of the share of spending on the three primary categories of E&P activity for which international data are available—exploration, development, and acquisitions—is particularly problematic given the aforementioned difference in definition of exploration activity in Russia as opposed to the West. It is nevertheless noteworthy that the relative share of spending on exploration as reported by YUKOS (out of total spending on E&P) had declined during the period under study from over 40 percent in 1997 to about 14 percent in 2001, which was very close to the range of 15-16 percent for this year as reported by the supermajors and majors.

On average, the international majors and supermajors spent 20 percent of their capital expenditure budgets on exploration during the past decade. Occasionally companies find that their portfolio is out of balance—for example they may have squeezed their exploration budgets during a period of particularly intense development activity or low oil price. The result is sometimes that some years show high levels of

YKS 020070

CONFIDENTIAL / DRAFT—28.09.2005

exploration spending as they seek to rebalance their portfolio but nonetheless, the 40 percent devoted to exploration by YUKOS in 1997 is exceptionally high.

Given the definitional issue noted above, the most useful metric of comparison between YUKOS and the international companies with respect to E&P spending is to look at acquisitions. Notwithstanding the critical importance of M&A activity to changes in reserve and production totals in various years, acquisition was the smallest category of spending during most years for which information is available in the case of both YUKOS and the international companies (typically trailing spending on both exploration and development); indeed, acquisitions accounted for the bulk of E&P spending in only one of the years for which data are available: 1999 in the case of YUKOS and the majors and 2000 in the case of the supermajors.

YKS 020071

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.A.4.i

**Measures Taken to Sustain Growth: Spending on E&P (Oil & Gas)**

(Million Dollars)

### A. YUKOS

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Acquisitions | | | | | 0 | 0 | 451 | 65 | 0 | |
| As % of total | | | | | 0.0% | 0.0% | 88.1% | 12.1% | 0.0% | |
| Exploration | | | | | 134 | 59 | 37 | 54 | 102 | |
| As % of total | | | | | 41.2% | 35.8% | 7.2% | 10.0% | 13.6% | |
| Development | | | | | 191 | 106 | 24 | 419 | 647 | |
| As % of total | | | | | 58.8% | 64.2% | 4.7% | 77.9% | 86.4% | |
| Total E&P Spending | | | | | 325 | 165 | 512 | 538 | 749 | |

### B. Other Russian Oil Companies

Average of LUKoil, Surgutneftegaz & TNK

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Acquisitions | | | | | | 6.3 | 329.7 | 605.3 | 288.3 | |
| As % of total | | | | | | 1.2% | 42.9% | 39.8% | 17.2% | |
| Exploration | | | | | | 56.0 | 60.7 | 143.3 | 186.7 | |
| As % of total | | | | | | 10.5% | 7.9% | 9.4% | 11.1% | |
| Development | | | | | | 449.7 | 356.3 | 749.7 | 1,163.7 | |
| As % of total | | | | | | 85% | 46% | 49% | 69% | |
| Total E&P Spending | | | | | | 532.0 | 768.0 | 1,521.0 | 1,676.7 | |

### C. International Comparison*

World (Exc. Associates & Syncrude) Proportion of Spending on:

Supermajors

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Property acquisition as % of total | 4% | 3% | 4% | 6% | 4% | 5% | 7% | 52% | 9% | 25% |
| Exploration as % of total | 23% | 23% | 22% | 23% | 24% | 24% | 20% | 11% | 16% | 10% |
| Development as % of total | 74% | 73% | 74% | 70% | 72% | 71% | 73% | 37% | 75% | 65% |

Majors

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Property acquisition as % of total | 9% | 9% | 4% | 10% | 20% | 6% | 51% | 19% | 33% | 38% |
| Exploration as % of total | 26% | 28% | 27% | 28% | 22% | 24% | 9% | 18% | 15% | 12% |
| Development as % of total | 65% | 63% | 68% | 62% | 58% | 70% | 38% | 62% | 52% | 49% |

Source: company data, Renaissance Capital estimate.

*Some rounding errors mean that numbers do not add up to 100% in all cases

– 72 –

YKS 020072

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.A.4.ii

**Measures Taken to Sustain Growth: Exploration and Development Drilling**

(km or indicated)

### A. YUKOS

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total km drilled | 2,481 | 1,492 | 1,541 | 718 | 691 | 608 | 300 | 846 | 791 | 963 | |
| of which Exploration Drilling | 109 | 19 | 119 | 109 | 86 | 87.1 | 43 | 65.6 | 117.8 | 51.8 | |
| as % of Total | 4.4% | 1.2% | 7.7% | 15.2% | 12.5% | 14.3% | 14.3% | 7.8% | 14.9% | 5.4% | |
| of which Development Drilling | 2,372 | 1,473 | 1,423 | 609 | 605 | 520.9 | 257.3 | 780.1 | 673 | 911.3 | |
| as % of Total | 95.6% | 98.8% | 92.3% | 84.8% | 87.5% | 85.7% | 85.7% | 92.2% | 85.1% | 94.6% | |

1993-1997: Cera ; 1988-2002 Renaissance Capital

### B. Other Russian Oil Companies

**Russian Oil Industry**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total km drilled | 19,523 | 12,081 | 11,002 | 7,789 | 8,005 | 5,101 | 5,456 | 9,277 | 10,156.10 | 8,440.60 | 8,572 |
| of which Exploration Drilling | 1,272 | 845 | 1,079 | 1,026 | 1,007 | 790 | 860 | 991 | 1145.1 | 720.60 | 643 |
| as % of Total | 6.5% | 7.0% | 9.8% | 13.2% | 12.6% | 15.5% | 15.8% | 10.7% | 11.3% | 8.5% | 7.5% |
| of which Development Drilling | 18,251 | 11,237 | 9,923 | 6,762 | 6,998 | 4,311 | 4,596 | 8,286 | 9,011 | 7,720 | 7,929 |
| as % of Total | 93.5% | 93.0% | 90.2% | 86.8% | 87.4% | 84.5% | 84.2% | 89.3% | 88.7% | 91.5% | 92.5% |

Source: CERA

Average of LUKoil, Sibneft, Surgutneftegaz & TNK

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total km drilled | 3,117 | 1,821 | 1,939 | 972 | 1,073 | 712 | 864 | 1,343 | 1,508 | 1,292 | |
| of which Exploration Drilling | 187 | 89 | 144 | 112 | 120 | 103 | 110 | 139 | 167 | 112 | |
| as % of Total | 6.0% | 4.9% | 7.4% | 11.5% | 11.2% | 14.5% | 12.8% | 10.4% | 11.0% | 8.7% | |
| of which Development Drilling | 2,930 | 1,732 | 1,795 | 860 | 953 | 609 | 754 | 1,203 | 1,341 | 1,180 | |
| as % of Total | 94.0% | 95.1% | 92.6% | 88.5% | 88.8% | 85.5% | 87.2% | 89.6% | 89.0% | 91.3% | |

Source: 1993-1997: CERA ; 1998-2002 Renaissance Capital

– 73 –

YKS 020073

CONFIDENTIAL / DRAFT—28.09.2005

## B. Production Performance

*Summary*

- **Profile of production by major field or province.** YUKOS's current overall production geography (in terms of dispersal of producing fields) is typical of that of most Russian oil majors, but atypical of the current international norm, in that the bulk of its production is concentrated in West Siberia and dominated by a few large fields (with Priobskoye alone accounting for over 20 percent of YUKOS's production).

- **Rate of production increases for key fields and source of increase.** The Priobskoye development program relies heavily on hydrofracturing, which is now used at every new well from the start of production. Although Priobskoye is commonly viewed as YUKOS's premier asset, it actually delivers less incremental production for each dollar invested than some of the other opportunities available to YUKOS.

- **Reserve to production ratios.** There has been a marked overall decline in YUKOS's reserve to production (R/P) ratio, at least since internationally audited reserve data became available in 1996, from about 37:1 in 1996 to 27:1 in 2002 (SPE case and GAAP reserve booking standards). YUKOS moved closer than other Russian comparator companies to the international norm during the period for which similar data are available (the Russian sample group actually went in the opposite direction), but YUKOS's R/P ratio was still over twice the international norm (12:1 in 2002, SEC case, in the case of both the majors and supermajors selected for comparison).

- **Application and use of technologies.** Among the key techniques and technologies employed by YUKOS are several that are typical of those used by various Western companies, but not as widely applied by YUKOS's Russian peers, such as nodal analysis (to identify restrictions on optimal well performance), stream tube simulation (to optimize water flood patterns), hydrofracturing, horizontal drilling, and the use of high-capacity downhole pumps to reduce well inflow pressures. In addition, the emphasis at YUKOS is on the systematic application of best practice and leveraging the technical know-how of the organization.

- **Role of partnership arrangements and acquisitions in accessing technologies.** YUKOS has gone to greater lengths than many of its Russian peers to acquire new technology through partnerships and arrangements with independent contractors. At the same time, much if not all of the most crucial know-how being diffused down through the YUKOS organization is unique to YUKOS, and not dependent on its partnership arrangements).

- **Partnership practices in exploration and field development.** YUKOS has collaborated closely with other leading contractor companies in realization of energy projects, which is comparable to the practice of typical international companies. However, YUKOS owns 100 percent of the equity of its upstream projects with the exception of only two ventures (those with MOL and MinerolRohstoffHandel), and while this degree of control over upstream operations is typical of the Russian norm, it is very unusual in international terms.

- **Finding and development costs per ton.** YUKOS's finding costs are among the lowest in the Russian oil industry. During the one three-year period for which comparable YUKOS and international data are available—2000-2002—average YUKOS finding costs of $2.38 per ton were a fraction of those of the international companies ($13.93 per ton in the case of the supermajors and $18.29 per ton in the case of the majors). One reason for the higher costs in the case of international companies may be that in contrast to YUKOS they tend to focus on

– 74 –

YKS 020074

CONFIDENTIAL / DRAFT—28.09.2005

relatively unknown and therefore high-risk exploration areas outside their "back yard." YUKOS's low costs also reflect the efficiencies that the company has achieved while capitalizing on the geographical/geological concentration of its asset base.

- **Production costs per ton.** YUKOS's lifting costs, of around $10.74 per ton in 2002 (the most recent year for which data are available), are among the lowest in the Russian oil industry (along with those of Sibneft) and less the half the average level of the supermajors and majors selected for comparison. One key element in the low YUKOS production cost equation is very high crude production growth during recent years, enabling YUKOS to squeeze progressively more oil per unit of expenditure through systematic application of innovative production methods.

- **Measures taken to improve performance of production assets.** YUKOS achieved its production growth beginning in 1999 through a unique combination of technology, know-how, and leadership. One of the most useful metrics of performance of production assets is flow per well and YUKOS managed to increase the average flow rate of its wells by over 50 percent during 1993-2003, at the same time that average flow rates from producing wells in Russia were declining (and YUKOS has sustained these well flow rates in 2004).

- **The tax burden.** YUKOS's tax burden during the years for which data are available was similar to that of the oil industry overall and the companies selected for comparison with respect to various key indicators, including taxes per ton of production (an estimated $75.40 per ton for YUKOS in 2003) and taxes as a percent of revenue (estimated at 36 percent for YUKOS in 2003). Like various other Russian majors, YUKOS also made use of regional tax havens in recent years in order to qualify for a reduction of its corporate profits tax rate.

## Profile of Production by Major Field or Province

For data summarized in this section see Table IV.B.1.

YUKOS's current overall production profile is typical of that of most Russian oil majors in that the bulk of its production is concentrated in West Siberia and dominated by a few large fields. In contrast, the international companies' production is typically dominated neither by one major geological province nor by a few fields (that is, as in the case of their reserve base, the international companies' production is far more diversified geographically than that of the Russian companies).

One of the most striking features of the recent production boom at YUKOS's fields is its nearly universal character, encompassing the relatively old basin of Volga-Urals as well as the younger West Siberian basin, and mature fields as well as newly developed acreage throughout the company's license territory, with very few exceptions. See Table IV.B.1 for production profiles of the top ten fields at each major YUKOS production subsidiary. YUKOS was developing at least 186 fields at last report.

YUKOS production remained concentrated primarily in the West Siberian Basin throughout the period under study and the share of West Siberian crude output in the YUKOS total increased during this period. The share of West Siberia in total Russian oil production also increased during the years under review, though less dramatically than in the case of YUKOS, while the share of West Siberian output in the total of the other Russian companies in the sample group declined overall as other oil producers (basically, LUKoil) diversified their reserve and production bases beyond West Siberia.

YKS 020075

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.1

Part I

Profile of Production by Major Field or Province

(metric tons)

## A. YUKOS

### Yugansknefregaz

One of the subsidiary's top producing fields in 1993 — One of the subsidiary's top producing fields in 2003

| Field | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mamontovskoye | 12,270,218 | 9,754,019 | 8,523,953 | 7,383,967 | 6,899,000 | 6,301,000 | 6,343,212 | 7,246,700 | 7,754,000 | 7,591,500 | 7,742,332 |
| Yuzhny Surgut | 4,361,026 | 3,282,599 | 2,820,543 | 2,498,205 | 2,475,346 | 2,183,964 | 2,224,957 | 2,339,444 | 2,491,955 | 2,510,000 | 2,470,700 |
| B10 | 2,152,936 | 1,601,336 | 1,360,065 | 1,220,362 | 1,164,000 | 1,094,000 | 1,030,000 | 1,231,000 | 1,512,200 | 1,697,000 | 1,726,200 |
| Malo-Balyksskoye | 1,952,093 | 2,085,680 | 2,136,334 | 2,388,026 | 2,705,000 | 2,873,000 | 3,051,200 | 3,755,800 | 4,873,900 | 4,988,500 | 4,835,400 |
| Yuzhno-Balykskoye | 1,773,500 | 1,428,300 | 1,234,000 | 1,065,500 | 985,500 | 841,600 | 767,200 | 811,200 | 820,700 | 842,400 | 962,300 |
| Prirazlomnoye | 1,551,519 | 1,920,327 | 2,275,095 | 2,541,995 | 3,092,000 | 3,294,025 | 3,465,000 | 3,880,200 | 4,050,500 | 4,095,700 | 3,863,000 |
| Pravdinskoye | 1,417,933 | 1,101,728 | 925,998 | 967,534 | 978,500 | 786,500 | 792,000 | 786,100 | 771,000 | 766,300 | 810,900 |
| Petelinskoye | 1,288,672 | 983,558 | 919,000 | 973,000 | 1,038,000 | 974,700 | 952,700 | 944,900 | 1,031,300 | 1,229,800 | 1,281,300 |
| Severo-Salymskoye | 1,083,600 | 806,000 | 695,500 | | 412,000 | 340,000 | 303,000 | 284,590 | 291,000 | 361,600 | 322,400 |
| Ugulskoye | 569,680 | 632,175 | 759,009 | 907,164 | 867,319 | 875,181 | 894,831 | 1,007,281 | 1,283,500 | 1,439,600 | 1,381,950 |
| Priobskoye | 537,930 | 597,089 | 715,178 | 810,681 | 1,062,000 | 1,195,000 | 1,483,763 | 2,903,713 | 6,438,600 | 11,882,500 | 17,666,500 |
| Zapadno-Malo-Balyksoye | | | | | | | 49,947 | 194,551 | 435,824 | 727,412 | 1,241,037 |
| Entelskaya Block | | | | 3,100 | 10,000 | | 3,600 | | 12,500 | 597,300 | 1,239,000 |

### Tomskneft

| Field | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sovetskoye | 2,941,860 | 2,587,990 | 2,601,440 | 2,589,670 | 2,559,600 | 2,502,700 | 2,508,200 | 2,677,200 | 2,605,900 | 2,578,900 | 2,633,400 |
| Pervomayskoye | 2,276,200 | 2,044,150 | 1,846,750 | 1,653,100 | 1,583,220 | 1,460,800 | 1,262,150 | 1,099,700 | 997,700 | 944,800 | 922,700 |
| Luginetskoye | 1,076,400 | 1,042,900 | 933,900 | 830,900 | 672,139 | 611,600 | 613,800 | 711,700 | 1,028,860 | 987,013 | 1,155,300 |
| Vakhskoye | 957,811 | 887,516 | 802,800 | 774,300 | 697,900 | 590,800 | 531,300 | 480,600 | 414,500 | 406,600 | 365,600 |
| Vostochno-Vakhskoye | 862,521 | 892,178 | 720,037 | 710,717 | 642,947 | 588,273 | 514,377 | 530,000 | 537,500 | 535,900 | 510,900 |
| Igolsko-Talovoye | 155,300 | 326,000 | 500,200 | 741,900 | 1,012,500 | 1,297,700 | 1,336,600 | 1,489,600 | 1,870,000 | 2,727,200 | 2,342,600 |
| Zapadno-Poludennoye | 88,254 | 464,100 | 631,400 | 842,200 | 1,211,200 | 1,278,100 | 1,249,550 | 1,212,100 | 1,309,900 | 1,271,200 | 1,110,000 |
| Zapadno-Moiseyevikoye | | | | | | | | | 71,800 | 794,100 | 2,019,000 |
| Krapivinskoye | | | | | | 47,100 | 229,200 | 710,000 | 797,000 | 1,025,200 | 1,556,300 |

– 76 –

YKS 020076

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.1
Part II
Profile of Production by Major Field or Province
(metric tons)

## A. YUKOS (Continuing)

### Samaraneftegaz

| Field | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mukhanovskoye | 551,896 | 452,737 | 467,149 | 483,842 | 439,140 | 379,771 | 380,857 | 453,370 | 474,900 | 414,998 | 377,705 |
| Yuzhno-Neprikovskoye | 458,411 | 419,812 | 333,205 | 309,972 | 301,482 | 309,657 | 292,485 | 292,601 | 266,035 | 340,842 | 341,868 |
| Kudinovskoye | 453,358 | 297,418 | 255,889 | 211,655 | 175,242 | 156,749 | 141,401 | 148,608 | 109,136 | 84,112 | 146,600 |
| Belozersko-Chubovskoye | 362,968 | 303,802 | 277,305 | 290,942 | 315,218 | 333,734 | 373,651 | 357,007 | 429,746 | 506,277 | 672,739 |
| Zapadno-Kommunarskoye Chaganskoye | 55,541 | 67,614 | 59,972 | 43,785 | 38,667 | 53,351 | 67,829 | 92,215 | 222,785 | 348,368 | 432,234 |
| Ozerkinskoye | | 2,945 | 24,436 | 62,875 | 117,995 | 146,206 | 159,026 | 232,000 | 357,470 | 593,190 | 639,274 |
| Pinenkovskoye | | | | | | | | 11,650 | 95,013 | 355,012 | 626,151 |

*One of the subsidiary's top producing fields in 1993*
*One of the subsidiary's top producing fields in 2003*

### *Province: West Siberia (Million metric tons)*

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuganskneftegaz | 32.2 | 28.6 | 26.9 | 26.3 | 26.9 | 25.7 | 26.2 | 30.6 | 36.2 | 42.9 | 49.7 |
| Tomskneft | - | - | - | 11.1 | 11.2 | 10.7 | 10.3 | 11.0 | 11.7 | 14.4 | 16.1 |
| Total West Siberian Oil Production | 32.2 | 28.8 | 26.9 | 37.4 | 38.0 | 36.5 | 36.5 | 41.6 | 47.8 | 57.3 | 65.8 |
| YUKOS Overall Production | 56.6 | 49.3 | 47.3 | 46.3 | 46.4 | 44.6 | 44.5 | 49.5 | 58.1 | 70.0 | 81.2 |
| West Siberia as % of total production | 56.8% | 58.0% | 56.9% | 80.8% | 82.0% | 81.8% | 82.0% | 84.1% | 82.3% | 81.8% | 81.1% |

Source: YUKOS

## B. Other Russian Oil Companies
### *Province: West Siberia (Million metric tons)*

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Russian Oil Industry | | | | | | | | | | | |
| West Siberia Oil Production | 244.2 | 219.4 | 208.4 | 203.4 | 206.9 | 203.9 | 206.8 | 220.4 | 239.1 | 264.1 | 294.7 |
| Russian Crude Oil Production | 353.9 | 317.8 | 306.8 | 301.2 | 305.6 | 303.3 | 305.2 | 323.5 | 348.1 | 379.6 | 421.4 |
| West Siberia as % of total production | 69.0% | 69.0% | 67.9% | 67.5% | 67.7% | 67.2% | 67.8% | 68.1% | 68.7% | 69.6% | 69.9% |
| Average of LUKoil, Sibneft & Surgutneftegaz | | | | | | | | | | | |
| West Siberia Oil Production | 43.5 | 39.7 | 37.4 | 31.1 | 31.9 | 32.2 | 32.7 | 34.2 | 36.5 | 39.9 | 42.9 |
| Average Crude Oil Production | 43.5 | 39.7 | 42.2 | 34.3 | 38.1 | 35.4 | 35.7 | 40.0 | 46.2 | 50.2 | 55.5 |
| West Siberia as % of total production | 100.0% | 99.9% | 88.6% | 90.7% | 83.8% | 91.1% | 91.5% | 85.5% | 78.9% | 79.5% | 77.4% |

Source: CERA

YKS 020077

CONFIDENTIAL / DRAFT—28.09.2005

*Rate of Production Increases for Key Fields and Source of Increase*

For data summarized in this section see Table IV.B.2.

YUKOS's major asset during the past decade has been the Priobskoye field (being developed by Yuganskneftegaz), whose output grew from 0.5 mt in 1993 to 17.6 mt in 2003, accounting for about 21 percent of YUKOS production last year). At the end of the 1990s the initial development plan for Priobskoye was replaced with a more aggressive version, based on an extensive restudy of the field. The new plan is expected to result in both a higher production rate and a greater recovery factor but with the same investment outlays as in the previous plan. Average well flow rates are planned to reach 252 tons per day at Priobskoye, compared with 54 tons per day under the earlier plan, and importantly the new plan calls for a smaller total number of wells. The Priobskoye development program relies heavily on hydrofracturing, which is used at every new well from the start of production, and also involves Supervisory Control and Data Acquisition (SCADA) systems.

Although the Priobskoye field is commonly viewed as YUKOS's premier upstream asset, and its production profile is characterized by the steepest rise among YUKOS's larger fields, investment in the Priobskoye field may actually restrain the rate of production increase in the YUKOS portfolio because it delivers less incremental production for each dollar invested than some of the other opportunities available to YUKOS (in both its mature field rehabilitation assets and some of its smaller new field developments). The company's emphasis on investment at Priobskoye rather than other fields recently has been driven largely by the risk of losing the license to Priobskoye in the absence of a large-scale development program sought by the government.[10]

In contrast to total YUKOS production growth of 43.5 percent during 1993-2003 (a compound annual average rate of 3.7 percent) and organic production growth (i.e., that of its original Yuganskneftegaz producing subsidiary alone) of 46.6 percent (or 3.9 percent annually), total Russian oil production grew by only 19 percent during this period (or 1.8 percent annually). Meanwhile, the combined production growth over this period of the two comparator companies that like YUKOS were created in 1993 (i.e., LUKoil and Surgutneftegaz) was 55.6 percent (4.5 percent at an annual rate) including all subsidiaries, and 15.2 percent (1.4 percent annually) including only those production assets that were present from the beginning. As in the case of reserves, the most relevant production data for the international companies selected for comparison are the totals excluding production as a result of the acquisitions and mergers of recent years for which the consideration was shares rather than cash. Excluding such M&A activity from the international comparison groups leads to an arithmetic annual average growth for the supermajors and majors of 1.5 percent and 4.4 percent respectively during 1993-2003.

See section "Measures Taken to Improve Performance of Production Assets" for details on the methods used by YUKOS to increase production.

---

[10] YUKOS's decision to invest at Priobskoye beyond levels that are necessarily optimal from the company's perspective, in light of other competing investment opportunities in the YUKOS portfolio, is actually typical of Russian companies, whose drilling of wells in new provinces during the period under consideration was often conducted largely (if not entirely) in order to retain licenses by achieving the minimal drilling program spelled out in the license terms.

– 78 –

YKS 020078

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.2
Part I
Rate of Production Increase for Key Fields

## 1. Key Fields of Major Subsidiaries with Largest Production Increase in % Terms

| Fields | 1993 Production (metric tons) | 1994 Production (metric tons) | 1994 As % of Previous Year | 1995 Production (metric tons) | 1995 As % of Previous Year | 1996 Production (metric tons) | 1996 As % of Previous Year | 1997 Production (metric tons) | 1997 As % of Previous Year | 1998 Production (metric tons) | 1998 As % of Previous Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Priobskoye (YNG) | 537,930 | 597,069 | 111 | 715,178 | 120 | 810,681 | 113 | 1,062,000 | 131 | 1,195,000 | 113 |
| Zapadno-Malo-Balykskoye (YNG) | | | | | | | | | | | |
| Enteiskaya Block (YNG) | | | | | | 3,100 | | 10,000 | 323 | | |
| Igolsko-Talovoye (TN) | 155,300 | 326,000 | 210 | 500,200 | 153 | 741,900 | 148 | 1,012,500 | 136 | 1,297,700 | 128 |
| Zapadno-Poludennoye (TN) | 88,254 | 464,100 | 526 | 631,400 | 136 | 842,200 | 133 | 1,211,200 | 144 | 1,278,100 | 106 |
| Zapadno-Moiseyevkoye (TN) | | | | | | | | | | | |
| Krapivinskoye (TN) | | | | | | | | | | 47,100 | |
| Zapadno-Kommunarskoye Chaganskoye (SNG) | 55,541 | 67,614 | 122 | 59,972 | 89 | 43,785 | 73 | 38,667 | 88 | 53,351 | 138 |
| Ozerinskoye (SNG) | | 2,945 | | 24,435 | 830 | 62,875 | 257 | 117,995 | 188 | 146,206 | 124 |
| Pinernkovskoye (SNG) | | | | | | | | | | | |

| Fields | 1999 Production (metric tons) | 1999 As % of Previous Year | 2000 Production (metric tons) | 2000 As % of Previous Year | 2001 Production (metric tons) | 2001 As % of Previous Year | 2002 Production (metric tons) | 2002 As % of Previous Year | 2003 Production (metric tons) | 2003 As % of Previous Year | 2003 as % of 1993 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Priobskoye (YNG) | 1,483,753 | 124 | 2,903,713 | 198 | 6,439,600 | 222 | 11,892,500 | 185 | 17,666,500 | 149 | 3284 |
| Zapadno-Malo-Balykskoye (YNG) | 49,947 | | 194,551 | 390 | | | 727,412 | 167 | 1,241,037 | 171 | 2485 |
| Enteiskaya Block (YNG) | 3,600 | | | | 12,500 | 224 | 587,300 | 4,698 | 1,239,000 | 211 | 39968 |
| Igolsko-Talovoye (TN) | 1,336,500 | 103 | 1,489,600 | 111 | 1,870,000 | 126 | 2,727,200 | 146 | 2,342,600 | 86 | 1508 |
| Zapadno-Poludennoye (TN) | 1,249,550 | 98 | 1,212,100 | 97 | 1,309,900 | 108 | 1,271,200 | 97 | 1,110,000 | 87 | 1258 |
| Zapadno-Moiseyevkoye (TN) | | | | | 71,600 | | 794,100 | 1,106 | 2,019,000 | 254 | 2812 |
| Krapivinskoye (TN) | 229,200 | 487 | 710,000 | 310 | 797,000 | 112 | 1,025,200 | 129 | 1,558,300 | 152 | 3308 |
| Zapadno-Kommunarskoye Chaganskoye (SNG) | 67,629 | 127 | 92,215 | 136 | 222,785 | 242 | 348,388 | 156 | 432,234 | 124 | 778 |
| Ozerinskoye (SNG) | 159,025 | 109 | 232,000 | 146 | 357,470 | 154 | 593,190 | 166 | 639,274 | 108 | 21707 |
| Pinernkovskoye (SNG) | | | 11,650 | | 95,013 | 816 | 355,012 | 374 | 626,151 | 176 | 5375 |

## 2. Overall YUKOS Production Growth

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total production growth rate | -12.9% | | -4.1% | -2.1% | 0.2% | -3.9% | -0.2% | 11.2% | 17.4% | 20.5% | 16.0% |
| Production growth rate of original subsidiaries | -15.3% | | -5.6% | -3.0% | 1.9% | -4.1% | 1.9% | 15.3% | 19.9% | 18.5% | 15.9% |

Source: YUKOS

– 79 –

YKS 020079

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.2
Part II
Rate of Production Increase for Key Fields

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **B. Other Russian Oil Companies** | | | | | | | | | | | |
| Average total production growth rate | | 8.8% | 5.1% | -0.1% | 12.0% | -5.0% | 3.1% | 12.3% | 13.8% | 6.7% | 8.8% |
| Average production growth rate of original subsidiaries | | 8.8% | -5.5% | -0.1% | 3.7% | 2.3% | 3.5% | 4.7% | 4.6% | 6.1% | 5.8% |
| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| **C. International Comparison** | | | | | | | | | | | |
| Supermajors | | | | | | | | | | | |
| Overall production (million toe/yr) | 364.05 | 373.8 | 378.05 | 387.65 | 449.65 | 451.35 | 531.35 | 542.25 | 551.45 | 563.85 | |
| Overall production (thousand boe/d) | 7,281 | 7,476 | 7,561 | 7,753 | 8,993 | 9,027 | 10,627 | 10,845 | 11,029 | 11,277 | |
| Growth rate | | 3% | 1% | 3% | 16% | 0% | 18% | 2% | 2% | 2% | |
| Growth due to mega mergers | | | | | | | | | | | |
| Growth rate without mega mergers | | | | | | | | | | | |
| Majors | | | | | | | | | | | |
| Overall production (million toe/yr) | 174.1 | 179.5 | 178.95 | 187.75 | 196.15 | 270.3 | 339.35 | 375 | 456.9 | 498.3 | |
| Overall production (thousand boe/d) | 3,482 | 3,590 | 3,579 | 3,755 | 3,923 | 5,406 | 6,787 | 7,500 | 9,198 | 9,966 | |
| Growth rate | | 3% | 0% | 5% | 4% | 38%* | 26% | 11% | 22% | 9% | |

Impact of Mega-Mergers

* Inclusion of Petrobras from this year.

Source: CERA

– 80 –

YKS 020080

CONFIDENTIAL / DRAFT—28.09.2005

*Reserve to Production (R/P) Ratios*

For data summarized in this section see Table IV.B.3.

There has been a decline in the reserve to production (R/P) ratio at various leading Russian companies generally since the Soviet collapse, as Russian companies move towards the standard Western rule of thumb that economic R/P ratios should lie closer to 10 years, compared to the traditional conservative Soviet-era practice of 30 or 40 years. However, the movement toward Western R/P standards has been slow, and while YUKOS moved in the direction of the international norm during the period under study, the Russian oil industry overall as well as the Russian company comparator group actually increased their R/P ratios slightly during the years for which data are available. Overall, the R/P ratios of YUKOS and other Russian oil majors still exceed the Western average by a wide margin.

Estimates of the YUKOS and other Russian company R/P ratios vary widely depending on which reserve classification method is used, but even under the most conservative (SEC) methodology, the YUKOS's R/P ratio is over twice the Western norm of about 10:1. Thus the SEC case 2002 estimate of YUKOS reserves, of about 1.4 billion tons, yields an R/P ratio of about 21:1, while at the high end of the reserve estimate spectrum the internal YUKOS working estimate of 65 billion barrels results in a ratio of 105:1. Based on Miller & Lents SPE case reserve calculations and GAAP reserve booking standards, YUKOS's R/P ratio decreased from about 37:1 in 1996 (the earliest year for which internationally audited reserve data are available) to 27:1 in 2002.

The lack of aggressive Western-style exploration programs in Russia implies a continuing reduction in the R/P ratio for Russian companies. One factor constraining new exploration activity on the part of the Russian oil majors is the slowness of the Ministry of Natural Resources in opening up new license territory for exploration. But in addition most Russian oil companies lack a very well-developed frontier exploration group or a major portfolio of new exploration prospects (possible exceptions are LUKoil, with significant new oil territory in the Timan-Pechora Basin in particular, and Rosneft, with extensive offshore Sakhalin prospects).

*Application and Use of Technologies*

## YUKOS

Like many Western oil companies, YUKOS employs a variety of techniques and technologies in the development and production of its fields. These include:

- nodal analysis in order to determine problems that cause reservoirs to perform at less than optimum efficiency
- flow stream tube modeling to optimize the waterflood patterns and to optimize the sweep efficiency
- hydrofracturing
- horizontal drilling
- high-capacity downhole pumps etc.

YUKOS is a leading example in Russia of the recognition of the difference between technology and know-how (i.e., the proper application of technology) and the value of pushing this know-how out into the field operations. This often leads to the application of operational and technical solutions that diverge significantly from the Russian norm. For example, the YUKOS practice of hydrofracturing Priobskoye

– 81 –

YKS 020081

CONFIDENTIAL / DRAFT—28.09.2005

from the beginning of field production is still atypical of Russian oil industry practices overall, but very typical of YUKOS's own approach to oilfield development generally, in which the focus is on optimizing production from inception rather than viewing each of these techniques as a remedial action to be applied as well performance deteriorates.

A good illustration is YUKOS's approach to field modeling and development through the disaggregation of its various fields into many distinct areal segments, bounded by "no flow boundaries" and designated as individual "patterns," defined by the stream tube models. Each pattern is assigned to an engineer, trained in the use of the appropriate analytical tools and accountable for the performance of that pattern against its theoretical performance. Each pattern can be monitored online in real time through means of a continuously updated computer database which indicates its status to senior management. At last report there were at least 1,700 "patterns" in YUKOS fields (the Mamontovskoye field, for example, is broken down into about 200 different "patterns"), and YUKOS engineers had implemented optimization programs at wells in 800 of them (according to an April 2003 estimate by DeGolyer & MacNaughton).

A third example is the pragmatic acceptance that well bore inflow pressures below the bubble point affect only a very small radius around the wellbore and do not impede productivity.

(See Box: Examples of Oil Field Development Technologies Applied by YUKOS.)

**Insert Box:**

**Examples of Oil Field Development Technologies Applied by YUKOS**

**Formation Exposure Technologies:**

1. M-I Drilling Fluids's drilling muds – Well drilling with deviations of up to 2,000 m.
   - Flo-Pro, Sill-Drill technologies, etc.
2. NPO Burenie's drilling muds – Obtaining skin-factors close to zero[11]
   - Propylene glycol-based drilling muds
   - Inert hydrocarbons-based muds for secondary well completion
3. Sperry Sun telemetry system
4. Most recent perforation systems, UP-41 (Schlumberger) and BigHole (Halliburton), with perforated diameters up to 22 mm and nearly 370 mm channel length

**Secondary Bed Stimulation Methods:**

1. Cooperation with Schlumberger, Halliburton, Katkoneft, and other companies aiming to achieve skin-factors no worse than –4.7 and incremental production at least 80 tons/day per well-operation
   - Tip screen-out Design, Clear Frac, DivertaFrac, ConventionalFrac technologies
   - Water- and hydrocarbon-based hydrofracs
   - Hydrofracturing with initial water isolation
   - Use of polymer-coated proppants

---

[11] The skin factor is a measure of damage in the near well bore area which reduces its flow performance compared to the theoretical performance without damage. A skin factor of zero implies no damage.

– 82 –

YKS 020082

CONFIDENTIAL / DRAFT—28.09.2005

2. Selective packers (Straddle Packers) offer less time-consuming geological and technical operations for wells featuring 3 pay zones – from 35 to 15 days

3. Using flexible pipes and foam systems for accurate pipe lowering to predefined depths

Source: YUKOS (September 2003 presentation by Yuri Beilin).

**End of Box**

## Other Russian Companies

CERA has found no evidence of other Russian oil companies pushing as much of their know-how out to the field level or of making as large an investment in training of its field technical staff. The result is that although some of the other Russian companies have applied most of the same technologies as YUKOS, they have not done so in so systematic a fashion and have therefore not benefited from the results of application to the same extent as YUKOS. In short, YUKOS is industry in Russia leading in terms of distribution of know-how at the points where it has maximum impact on operational performance and well productivity.

## International Comparison

The international majors and supermajors have taken an alternative approach to ensuring that appropriate know-how is available through centralization of their technical resources and investing in the communications infrastructure necessary both to gather the key data and to feedback the appropriate operational adjustments to the field. This may allow them to leverage smaller numbers of highly skilled technical staff in a way that is not being achieved in Russia but this is partly out of necessity because of the cost and availability of these technical experts compared to the Russian companies.

– 83 –

YKS 020083

CONFIDENTIAL / DRAFT—28.09.2005

## Table IV.B.3

### Reserves to Production Ratios
(Million metric tons)

**A. YUKOS SPE/GAAP Case:**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserves |  |  |  | 1,282 | 1,274 | 1,240.5 | 1,312 | 1,610 | 1,704 | 1,879 |  |
| Production | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| R/P Ratio |  |  |  | 36.7 | 36.0 | 27.8 | 29.5 | 32.5 | 29.3 | 26.8 |  |

Source: Miller & Lents, DeGolyer & MacNaughton, Ministry of Energy

**B. Other Russian Oil Companies SPE/GAAP Case:**

Russian Oil Industry

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserves |  | 6,700 | 6,700 | 6,700 | 6,660 | 6,650 | 6,650 | 6,650 | 6,650 | 8,200 | 6700 (ENI evaluation) / 20100 (IEA evaluation) / 13400 – 16400 (YUKOS evaluation) |
| Production | 358.2 | 320.5 | 314 | 305.3 | 311 | 308 | 308.5 | 326.4 | 352.3 | 384.4 | 419 (ratio with YUKOS evaluation) |
| R/P Ratio |  | 20.9 | 21.3 | 21.9 | 21.4 | 21.6 | 21.6 | 20.4 | 18.9 | 21.3 | 31.9 – 39.1 (ratio with YUKOS evaluation) / 48 (ratio with the IEA evaluation) / 16 (ratio with ENI evaluation) |

Average of LUKoil, Sibneft & TNK

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserves |  |  |  |  |  | 849.3 | 1,131.7 | 1,150.8 | 1,194.8 | 1,286.3 |  |
| Production | 48.8 | 45.1 | 51 | 30.3 | 33.7 | 30.2 | 30.0 | 37.1 | 43.2 | 46.4 | 51.8 |
| R/P Ratio |  |  |  |  | 25.3 | 28.2 | 37.8 | 31.0 | 27.6 | 27.7 |  |

Source: BP Statistical Review, CERA

**C. International Comparison:**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Supermajors (SEC case) | 13 | 13 | 12 | 12 | 13 | 13 | 13 | 12 | 13 | 12 |  |
| Majors (SEC case) | 10 | 10 | 10 | 10 | 11 | 14 | 12 | 12 | 13 | 12 |  |

Source: CERA

– 84 –

YKS 020084

CONFIDENTIAL / DRAFT—28.09.2005

### Role of Partnership Arrangements and Acquisitions in Accessing Technologies

As we have just seen, the way the know-how is being diffused down through the YUKOS organization appears to be unique. This diffusion is more a consequence of YUKOS leadership than of its partnership arrangements.

However, the YUKOS alliance with Schlumberger provided a useful opportunity to benchmark YUKOS service units against international standards, and for a time association with the Schlumberger "brand name" served to enhance YUKOS's own reputation within the global oil industry at a time when the recently privatized Russian oil companies were still considered newcomers in the international arena. YUKOS also found in Schlumberger a customer for two of YUKOS's service businesses: the Siberian Geophysical Company and the Salymburneft (drilling) business (under the terms of an agreement that was to be finalized in 2004).

An upstream Kvaerner engineering business unit acquired by YUKOS in 2001 proved ineffective overall at YUKOS fields—particularly Priobskoye, where it was once assigned the leading role—leading YUKOS to divest itself of the enterprise. YUKOS's initial incentive for acquiring a stake in Kvaerner's upstream operations was in part to preserve the integrity of its existing contractual relationships with Kvaerner when the latter began to experience financial difficulties. In November 2001 YUKOS acquired the Hydrocarbons division of Kvaerner and renamed the business John Brown Hydrocarbons, which had been its original name (in the same transaction YUKOS also acquired a downstream refining process technology unit from Kvaerner, DPT, which it has retained). Several factors may account for the relatively disappointing results of John Brown at Priobskoye, including: unfamiliarity of its personnel with Russian operational realities, business concepts, and legal practices and lack of experience with a field on the scale of Priobskoye. It is most economical for YUKOS to contract with Russian companies for traditional services, but YUKOS perceives a continuing potential role for Western service providers in its upstream business in some areas of more specialized services, including hydrofracturing, horizontal drilling, some geophysical operations, and in the future perhaps specialty workovers.

In general, YUKOS has evidently gone to greater lengths than most of its Russian peers to acquire new technology through partnerships and competitive tenders involving both in-house business units and independent contractors. YUKOS's approach of working within the framework of its partnership and contractual arrangements to access technologies—acting in effect as an informed buyer of new technology—is very similar to international industry practice.

### Partnership Practices in Exploration and Field Development

The following list of upstream contracts/partnerships in which YUKOS has been involved illustrates the wide range of the company's activities and close collaboration between YUKOS and other leading companies, especially following privatization, in realization of energy projects (comparable to the practice of various international companies). However, as noted above, the company owns 100 percent of the equity of its upstream projects with the exception of two ventures (those with MOL and MinerolRohstoffHandel), and while this degree of control over upstream operations is typical of the Russian norm it is very unusual in international terms. YUKOS's contracts with oilfield service providers offer the company many of the benefits of a more formal alliance with a Western E&P company without the risk of loss of control. However, the impetus for more routine partnerships with foreign E&P companies is likely to grow as YUKOS expands into new projects outside of its traditional areas of upstream operations, particularly beyond Russia's borders.

YKS 020085

CONFIDENTIAL / DRAFT—28.09.2005

YUKOS

- **Caspian Oil Company (COC).** The COC consortium was set up in October 2000 by YUKOS, LUKoil, and Gazprom to develop the Caspian offshore in the area of the Volga River delta and has performed various geological studies, acquired over 3,500 kilometers of seismic surveys, and selected a site for the first exploration well.

- **Kvaerner.** YUKOS has contracted extensively with Kvaerner for oilfield services, at Priboskoye in particular (at one point accounting for around 38 percent of Kvaerner's orders) and in October 2001 YUKOS purchased a significant equity stake in Kvaerner. YUKOS also acquired control of Kvaerner's John Brown engineering unit, but subsequently sold this business.

- **MinerolRohstoffHandel.** The Tomsk Petroleum-und-Gaz joint venture between YUKOS and MinerolRohstoffHandel produces oil in Tomsk Oblast.

- **MOL.** A February 2002 agreement between YUKOS and MOL set the stage for joint development of the West Malo-Balyksoye oil field in West Siberia, under a 50-50 ownership structure, with management and staff decisions made jointly by the two companies.

- **Schlumberger.** YUKOS's partnership with Schlumberger involved joint testing of hydrofracturing technology in 1999, subsequent application of this technology to YUKOS wells, and creation of an information system to monitor production and manage operations at Priobskoye. YUKOS has terminated its joint venture activity with Schlumberger following expiration of a three-year partnership contract.

- **Total.** The Black Sea (Shatsky Ridge) project of YUKOS and Total, based on a January 2002 agreement, involves frontier exploration work in an area that is mostly in deep water (Total is one of the industry leaders in developing deepwater reserves); the first phase included interpretation of seismic data previously acquired by YUKOS and acquisition of new 2D seismic data permitting a more thorough understanding of the target zone, in preparation for the first exploration well (a 2,500 km seismic survey was completed by the companies in August 2002) [TK: Have they started a well?].

- **FIOC.** YUKOS and FIOC are jointly exploring the Fedorovsky block in north-central Kazakhstan (neighboring Samara Oblast, where YUKOS has upstream and downstream assets) under the terms of a January 2002 agreement. The minimum work plan involves acquisition of 3D seismic and drilling of two deep exploration wells by 2006 (a 1,050 km seismic survey was completed in September 2002, and a 214 km survey was finished in January 2003).

*Finding and Development Costs per Ton*

For data summarized in this section see Table IV.B.4.

As noted above, CERA has decided to focus on the finding component of the finding and development cost equation for comparative purposes, in light of the lack of comparable development cost data. Given the uneven timing of major discoveries, it is conventional practice in the world oil industry to report finding and development costs in the form of rolling multi-year averages. But insofar as internationally audited YUKOS cost data are only available for recent years, it is only possible to establish a three-year finding cost estimate for YUKOS in the case of the period 2000-2002. During these years YUKOS exploration costs averaged $2.38 per ton.

– 86 –

YKS 020086

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.4
Finding Costs per Ton
(dollars per ton or as indicated)

### A. YUKOS

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 3-yr Rolling Average: 2000-2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exploration costs (million dollars) | | | | | | 52 | 42.5 | 54 | 102 | 85 | 80.33 |
| Discoveries & extensions (million metric tons) | | | | | | 10 | 8 | 26 | 24 | 106 | 52.00 |
| Cost per ton of oil | | | | | | 5.20 | 5.31 | 2.08 | 4.25 | 0.80 | 2.38 |
| Cost per barrel of oil | | | | | | 0.71 | 0.73 | 0.28 | 0.58 | 0.11 | 0.33 |

Source: YUKOS 2002 Annual Report & Renaissance Capital

### B. Other Russian Oil Companies

Average of LUKoil & Surgutneftegaz

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Exploration costs (million dollars) | | | | | | | 67 | 151.5 | 196.5 | |
| Discoveries & extensions (million metric tons) | | | | | | | 44 | 32.5 | 49.55 | |
| Cost per ton of oil | | | | | | | 1.76 | 5.60 | 9.16 | |
| Cost per barrel of oil | | | | | | | 0.24 | 0.77 | 1.25 | |

Source: Renaissance Capital & LUKoil 2002 Annual Report

### C. International Comparison

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 3-yr Rolling Average: 2000-2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Supermajors** | | | | | | | | | | | |
| Cost per ton of oil equivalent | 22.76 | 22.04 | 21.04 | 21.05 | 13.13 | 24.16 | 11.43 | 12.46 | 17.08 | 12.26 | 13.93 |
| Cost per barrel of oil equivalent | 3.11 | 3.01 | 2.87 | 2.87 | 1.79 | 3.30 | 1.56 | 1.70 | 2.33 | 1.67 | 1.90 |
| **Majors** | | | | | | | | | | | |
| Cost per ton of oil equivalent | 25.94 | 17.70 | 14.32 | 16.38 | 24.84 | 18.78 | 15.10 | 15.30 | 24.09 | 15.48 | 18.29 |
| Cost per barrel of oil equivalent | 3.54 | 2.42 | 1.95 | 2.24 | 3.39 | 2.56 | 2.06 | 2.09 | 3.29 | 2.11 | 2.50 |

Source: CERA

– 87 –

YKS 020087

CONFIDENTIAL / DRAFT—28.09.2005

During the one three-year period for which comparable YUKOS and international data are available—2000-2002—finding costs for the supermajors and majors averaged $13.93 per ton and $18.29 per ton respectively. One reason for the higher costs in the case of international companies may be that in contrast to YUKOS they tend to focus on relatively underexplored, relatively high-risk exploration areas outside their "back yard" where conditions are harsh, there is limited or no existing infrastructure and well costs are very high, such as the deep water Gulf of Mexico.

*Production Costs per Ton*

For data summarized in this section see Table IV.B.5.

The company's lifting costs, which amounted to about $10.73 per ton in 2002, have been among the lowest within the Russian industry over the past few years (only Sibneft had comparably low costs at last report) and have also tended to be lower than those of the international companies. In 2001, the latest year for which comparative international company data are available, the production costs (lifting expenses) of the supermajors and majors averaged $23.75 per ton of oil equivalent and $32.84 per ton of oil equivalent respectively (over twice the estimate for YUKOS oil lifting costs of about $12 per ton in this year).

One key element in the low YUKOS production cost equation is very high crude production growth during recent years. YUKOS's production methods have managed to produce progressively more oil per unit of expenditure.

YKS 020088

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.5
Lifting* Costs per Ton
(dollars per metric ton)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **A. YUKOS** | | | | | | | | | |
| Cost per ton of oil equivalent | | | | | 28.4 | 11.0 | 6.9 | 9.9 | 12.0 |
| Cost per barrel of oil equivalent | | | | | 3.89 | 1.50 | 0.94 | 1.36 | 1.65 |

Source: Renaissance Capital

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **B. Other Russian Oil Companies** | | | | | | | | | |
| Average of LUKoil & Surgutneftegaz | | | | | | | | | |
| Cost per ton of oil equivalent | | | | | | 25.08 | 9.64 | 15.00 | 20.37 |
| Cost per barrel of oil equivalent | | | | | | 3.44 | 1.32 | 2.06 | 2.79 |

Source: Renaissance Capital

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **C. International Comparison** | | | | | | | | | |
| Supermajors | | | | | | | | | |
| Cost per ton of oil equivalent | 29.17 | 26.97 | 27.56 | 27.41 | 32.55 | 28.73 | 22.94 | 24.63 | 23.75 |
| Cost per barrel of oil equivalent | 3.98 | 3.68 | 3.76 | 3.74 | 4.44 | 3.92 | 3.13 | 3.36 | 3.24 |
| Majors | | | | | | | | | |
| Cost per ton of oil equivalent | 24.04 | 23.53 | 24.04 | 23.24 | 23.60 | 30.86 | 27.19 | 32.77 | 32.84 |
| Cost per barrel of oil equivalent | 3.28 | 3.21 | 3.28 | 3.17 | 3.22 | 4.21 | 3.71 | 4.47 | 4.48 |

*Production Costs are defined for purpose of this section as Lifting costs

YKS 020089

CONFIDENTIAL / DRAFT—28.09.2005

*Measures Taken to Improve Performance of Production Assets*

For data summarized in this section see Table IV.B.6.

As noted above (see the discussion of YUKOS production methods during 1999-2000 and post-2000 in section III), YUKOS achieved its production growth since 1999 through a unique combination of technology and an innovative approach to diffusing know-how. The other Russian oil companies' use of new approaches applied by YUKOS has not been as systematic and this is reflected by the relatively low average well flow rates for the industry as a whole compared to YUKOS wells (indeed, average flow rates from producing wells in Russia declined during 1993-2003 while average flow from YUKOS wells increased by over 50 percent).

YKS 020090

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.B.6

Well Stock and Flow Rate

**A. YUKOS**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total number of wells | 19,836 | 20,437 | 20,409 | 20,512 | 19,962 | 19,383 | 18,860 | 18,882 | 18,722 | 18,665 | |
| Producing | 14,213 | 14,078 | 12,850 | 13,135 | 12,191 | 12,039 | 11,878 | 12,235 | 12,551 | 12,065 | |
| Idle | 5,623 | 6,359 | 7,559 | 7,377 | 7,771 | 7,344 | 6,982 | 6,647 | 6,171 | 6,600 | |
| Idle as % of total | 28.3% | 31.1% | 37.0% | 36.0% | 38.9% | 37.9% | 37.0% | 35.2% | 33.0% | 35.4% | |
| Production (mt/yr) | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| Flow rate from producing wells (t/d) | 6.5 | 5.6 | 5.8 | 7.3 | 8.0 | 10.2 | 10.3 | 11.1 | 12.7 | 15.9 | |

Source: YUKOS

**B. Other Russian Oil Companies**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Russian Oil Industry | | | | | | | | | | | |
| Producing wells | | | | | | | | | 146000 | 149745 | 149000 |
| Idle as % of total | | | | | | | | | 21.5% | 23.4% | 24.4% |
| Production (mt/yr) | 353.9 | 317.8 | 306.8 | 301.2 | 305.6 | 303.3 | 305.2 | 323.5 | 348.1 | 379.6 | 421.4 |
| Flow rate from producing wells (t/d) | 8.0 | 7.8 | 7.5 | 7.4 | 7.3 | 7.7 | 7.7 | 7.5 | 6.5 | 6.9 | 7.7 |

Source: Interfax, Renaissance Capital

– 91 –

YKS 020091

CONFIDENTIAL / DRAFT—28.09.2005

*The Tax Burden*

For data summarized in this section see Table IV.B.7, Figure IV.B.1: YUKOS Tax Payments Rose 20 Times over 5 Years Against only 2-fold Increases in Oil Production, and Figure IV.B.2: Tax Burden on Refined Products Sold Domestically Grows Annually and Leads to Price Growth (40505-23).

The 1990s were a period of frequent changes in Russian tax and export duty regulations, with Russia only adopting a Tax Code in 2001. The current upstream petroleum fiscal regime was introduced in January 2002. While the passage and enactment of comprehensive Russian tax legislation over the past few years has led to a more stable and predictable fiscal environment, the overall tax burden on YUKOS has steadily increased. YUKOS estimates that its total tax payments increased about twenty-fold in the five years 1998-2003 in rubles (and in dollars by over six times, from about $9.69 per ton to around $65.17 per ton) while its crude production rose by only 1.8 times. Altogether, YUKOS taxes amounted to over $5 billion in 2003.

Russia's current tax regime features a rising statutory tax rate as the world oil price increases, but YUKOS and other Russian oil companies actually end up paying a progressively larger share of revenues as the world oil price decreases given the insensitivity of the Russian tax system to investor profits as opposed to gross revenue. Adding to the de facto tax burden on the Russian companies is a depreciation allowance policy on the part of the Russian government that fails to compensate oil producers for necessary investment in repair and replacement of equipment and infrastructure. Whereas tax regimes outside Russia commonly allow for depreciation of production facilities over a period of 4-7 years, in Russia the figure is 15 years. Altogether, the state now receives 73 percent or more of the Russian oil companies' remaining revenue from each ton of crude oil sold on the external market, after deduction from revenue of production and transportation costs and capital investment. The tax take rises progressively as the world oil price falls from the level of 73 percent in the case of a Urals Blend price of $32.50 per barrel to a punitive 132 percent in a scenario of $15 per barrel oil.

As a result, Russian oil companies occasionally make use of tax havens. For example, prior to the government's 2003 cancellation of one tax exemption, Russian companies that had registered prior to July 2001 in regional tax havens (such as Chukotka Okrug and the republics of Mordoviya and Kalmykiya) qualified for a reduction in the standard Russian profits tax rate. YUKOS, Sibneft, and LUKoil were among the beneficiaries of this arrangement.

Detailed analysis and comparison of the tax burden on YUKOS and other Russian companies over the period 1993-2003 are complicated by the wide disparity between official and actual tax rates during much of the post-Soviet period before the adoption of a national Tax Code—as various companies benefited from privileged federal and local tax regimes, and limited data on the specifics of the special tax arrangements are available. For recent years, more meaningful comparison of the more transparent Russian companies' tax burden is possible, given the increasing standardization of tax rates and tax reporting and auditing procedures. YUKOS's tax burden during the years for which data are available was similar to that of the oil industry overall and the companies selected for comparison with respect to various key indicators, and in 2003 YUKOS compared to the other companies as follows:

- **Taxes per ton of production.** At last report YUKOS paid an estimated $75.4 per ton, slightly more per ton than the average for most Russian oil majors of $71.3 per ton and the average of three comparator companies of $69.30 per ton.

- **Taxes as percent of revenue.** YUKOS's tax burden calculated as a percent of revenue was an estimated 36 percent in 2003, slightly higher than the average for most Russian oil majors of 35 percent and the comparator company average of 34.7 percent.

– 92 –

YKS 020092

CONFIDENTIAL / DRAFT—28.09.2005

- **Taxes as percent of free cash and total taxes.** YUKOS taxes as a share of free cash and total taxes amounted to an estimated 69 percent in 2003, somewhat lower than the average for most other Russian oil majors of 74 percent and the average for the comparator companies of 73.7 percent.

- **Corporate tax deductions.** YUKOS paid lower corporate taxes than the industry average in recent years through use of above-mentioned regional tax havens.

**Table IV.B.7**

**Comparison of the Tax Burden on YUKOS and Other Russian Companies: 2000-2003**

| A. YUKOS | 2000 | 2001 | 2002 | 2003E |
|---|---|---|---|---|
| Total taxes (mln US$) | 1,693 | 2,564 | 3,532 | 6,090 |
| Taxes per ton of production ($/t) | 34 | 44.1 | 51.1 | 75.4 |
| Total taxes as % of revenues | 19% | 27% | 31% | 36% |
| Tax take as % of free cash and total taxes | 38% | 54% | 67% | 69% |

| B. Other Russian Oil Companies | 2000 | 2001 | 2002 | 2003E |
|---|---|---|---|---|
| Russian Oil Industry* | | | | |
| Total taxes (mln US$) | 8,947 | 12,331 | 16,904 | 19,086 |
| Average Taxes per ton of production ($/t) | 34.9 | 44 | 54.7 | 71.3 |
| Average taxes as % of revenues | 20% | 27% | 32% | 35% |
| Average Tax take as % of free cash and total taxes | 55% | 76% | 78% | 74% |
| Average of LUKoil, Sibneft, Surgutneftegaz | | | | |
| Total taxes (mln US$) | 1,567 | 1,926 | 2,887 | 3,733 |
| Taxes per ton of production ($/t) | 32.8 | 40.1 | 56.9 | 69.3 |
| Total taxes as % of revenues | 21% | 26% | 33% | 35% |
| Tax take as % of free cash and total taxes | 49% | 73% | 81% | 74% |

Source: Troika Dialog on the basis of companies' GAAP reports, all taxes except VAT

* Include only the following companies: LUKoil, YUKOS, Surgutneftegaz, Sibneft, Tatneft, TNK, Slavneft & Rosneft

YKS 020093

CONFIDENTIAL / DRAFT—28.09.2005

## C. Upstream Employment Performance

*Summary*

- **Upstream activities conducted in-house by YUKOS.** In 1998 YUKOS began to outsource oilfield service activity through the creation of independent companies that now compete with YUKOS in-house units for contracts on a competitive basis. YUKOS is an industry leader within Russia in terms of outsourcing service operations and intends outsource all services by 2010 at the latest. But for the moment YUKOS still relies on in-house units for a significant share of services (about 80 percent of drilling is still conducted in-house, for example), which is in marked contrast to the typical practice of international companies (which outsource all or nearly all of their drilling contracts).

- **Employment level in upstream activities over time.** Over time, YUKOS has reduced personnel to a scale that is more consistent with the level of its core business activities than was the case in 1993. As indicated above, this staff reduction occurred in part as a result of the spinning off of non-core (oilfield service) business units. Another key factor was the transfer of "social welfare" responsibilities typical of Soviet oil production associations to municipal authorities over the course of the 1990s. Notwithstanding announcements by other Russian companies of programs to shed redundant labor, anecdotal evidence suggests that downsizing is politically very difficult in Russia and overall oil industry employment increased during years for which data are available. However, YUKOS's reduction of employment levels parallels the international trend during the period of the study and has had a very positive impact on the performance of YUKOS with respect to such key industry indicators such as labor productivity and upstream costs per unit of crude output.

### Upstream Activities Conducted In-House

During the course of 2000 a center was created to oversee the operations of YUKOS's in-house service units, with responsibility for both service and technology in different Russian regions where YUKOS operates. The center was based on a three-tier organizational structure: headquarters in Moscow; service and technology centers in the regions reporting to Moscow; individual service companies in the regions.

The top priorities during the course of the YUKOS service sector reorganization undertaken in recent years were restoring financial health, by paying off debts of the bankrupt service units to the state and their own workers (achieved in full by the end of 2001), and increasing the efficiency and quality of operations so that the in-house units would be able to compete with independent service providers (the main goal in 2002). Among the primary drivers in the boost in efficiency of YUKOS service operations during the restructuring process were steps taken to increase the responsibility of the service units retained by YUKOS for business success, application of the same standards for in-house and outside contractors, and institution of a new training program, rotating service managers from region to region.

YUKOS currently has arrangements with outside contractors for each service category, and is outsourcing an increasing proportion of its service business—with the goal of ultimately spinning off all services by 2007 (optimistic scenario) or at the latest 2010. The key factor driving the rate of spin-off is the speed with which a real market in oilfield services emerges in Russia. For the moment YUKOS continues to rely on in-house units for a significant share of certain categories of services. The current breakdown for certain key categories is approximately as follows:

- Drilling: 80 percent in-house, 20 percent outsourced
- Well workovers: 70 percent in-house, 30 percent outsourced

YKS 020094

CONFIDENTIAL / DRAFT—28.09.2005

- Capital construction and building oilfield infrastructure: 20 percent in-house, 80 percent outsourced

Although YUKOS is a leader in terms of outsourcing among the Russian oil companies, it still lags significantly behind international companies (which typically outsource all or nearly all of their drilling contracts, for example).

*Employment Level in Upstream Activities over Time*

For data summarized in this section see Table IV.C.

## YUKOS

Overall, the number of employees in YUKOS oil production subsidiaries declined from 111,804 in 1993 to 80,068 in 1998. Comparable data are lacking for the subsequent period, but it is clear that reduction in the number of upstream personnel continued. During the period 1998 to 2002 the number of employees in the YUKOS EP division (in charge of all upstream operations) declined from 84,376 to 58,839. The change in upstream employee numbers in key EP categories during 1998-2002 was as follows:

- Primary production: from 63,812 in 1998 to 14,263 in 2002

- Services: from 49,048 in 1998 to 44,206 in 2002

The disproportionately large decrease in the "primary production" category is due, above all, to the spinning off of the in-house service units maintained by the individual production associations prior to privatization. Thus, the decline in the number of oilfield service specialists on the permanent company payroll is actually greater than indicated by the change in the "services" subtotal above. Meanwhile, downsizing and rationalization of managerial structures has been most difficult for YUKOS.

## Other Russian Companies

Notwithstanding company announcements of programs to shed redundant labor, official Russian (Goskomstat) statistics indicate that overall upstream employment increased significantly within the Russian oil industry overall during the period under study—from 139,000 in 1993 to 267,000 in 2000 and 331,000 in 2002 (the last year for which data are available). Anecdotal evidence from the field suggests that it is politically very difficult to downsize.

## International Comparison

YUKOS's reduction of employment levels, at the same time that it was increasing oil production, parallels the international trend during the period under consideration. Although it is not possible to break down upstream and downstream employment totals precisely in the case of the international companies, or determine all changes in staff levels as a result of the mega mergers, employee totals for all categories (upstream and downstream) during the period prior to the mergers indicate a steady decline in overall personnel levels at the same time that oil production was increasing. Thus, in the case of the three supermajors, total staff fell from 294,500 in 1993 to 291,900 in 1996, while overall supermajor production grew from 364 mt to 388 mt, leading to an increase in the average output per employee over 1993-96 from 1,236 tons of oil equivalent to 1,329 tons of oil equivalent. But YUKOS still diverges significantly from the international companies in terms of concentration of employment in upstream activities; the bulk of international company employees are in non-upstream sectors.

– 95 –

YKS 020095

CONFIDENTIAL / DRAFT—28.09.2005

## Table IV.C
### Employment Level in Upstream Activities

**A. YUKOS**

| Activity | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Primary production | 44,649 | 43,105 | 42,982 | 42,309 | 41,367 | 39,738 | 25,463 | 20,474 | 16,547 | 14,263 |
| Services | | | | | | 49,048 | 45,864 | 46,900 | 46,816 | 44,206 |
| | | | | | | | | | | |
| Total for YUKOS EP | 111,804 | 106,135 | 101,929 | 93,117 | 88,769 | 80,068 | | 67,627 | 63,748 | 58,839 |
| | | | | | | | | | | |
| Total YUKOS employees | | | | | | | | | | |
| | | | | | | | | | | |
| YUKOS EP as % total YUKOS employees | | | | | | | | | | |

| Activity (detailed breakdown) | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Primary Production | 44,649 | 43,105 | 42,982 | 42,309 | 41,367 | 39,738 | 25,463 | 20,474 | | |
| Drilling | 14,134 | 11,781 | 10,188 | 7,837 | 7,355 | 6,216 | | | | |
| Construction | 8,449 | 8,489 | 7,739 | 6,528 | 5,861 | 4,480 | | | | |
| Transportation | 21,995 | 21,365 | 21,259 | 20,177 | 20,589 | 19,392 | | | | |
| Social sphere | 11,311 | 10,558 | 10,247 | 9,836 | 7,720 | 6,283 | | | | |
| Gas processing | 715 | 716 | 719 | 702 | 665 | 601 | | | | |
| Other | 10,551 | 10,121 | 8,792 | 5,729 | 4,929 | 3,298 | | | | |
| Total | 111,804 | 106,135 | 101,929 | 93,117 | 88,769 | 80,068 | | | | |

Source: YUKOS

**B. Other Russian Oil Companies**

| Russian Oil Industry | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total upstream employment (thousands) | 139 | 145 | 166 | 189 | 204 | 220 | 198 | 207 | | |
| Oil production per worker (metric tons) | 2,547 | 2,193 | 1,849 | 1,593 | 1,500 | 1,377 | 1,540 | 1,565 | | |

Source: CERA

– 96 –

YKS 020096

CONFIDENTIAL / DRAFT—28.09.2005

## D. Crude Marketing and Exports

*Summary*

- **The destination of crude sales.** YUKOS has exported a growing share of its crude over time, reflecting the higher netbacks available from sales in world markets, and since 2000 YUKOS has exported the majority of its crude output (while the Russian industry as a whole has done so since 2002). YUKOS reported a significantly greater share of its crude being exported than the Russian average, reflecting the company's relatively heavy reliance on rail routes to bypass bottlenecked Transneft export pipelines.

- **The rate of increase in sales volumes and the source of this increase.** YUKOS exports have more than tripled in volume since 1998, with much of the increase due to shipment of higher volumes to several Eastern European destinations (facilitated by the signing of long-term contracts), as well as the start-up of rail exports via various routes (particularly to China).

- **Transportation arrangements.** YUKOS continues to rely on pipelines to ship the great majority of its crude to domestic Russian destinations (chiefly, its own refineries) and in this way is no different from the "typical" Russian or Western company. However, YUKOS's reliance on rail routes for about 40 percent of its 2003 crude exports contrasts sharply with the Russian industry average of less than 20 percent of total exports handled by rail as well as the case of Western companies, which seldom if ever rely on rail (given the comparative availability of more economical pipeline and water transportation rotues).

- **Revenues per ton over time for key markets.** As in the case of other Russian companies, YUKOS's revenues from crude sales have fluctuated markedly depending on the changing level of world and domestic prices—and changing level of access to more lucrative export markets. Between 1993 and 2003 the average non-FSU export price for Russian crude ranged from a low of $74.50 per ton (1998) to a high of $188.60 per ton (2003).

- **Transportation costs over time for key movements.** Average YUKOS oil transportation costs in 2003 were $27.90 per ton. Although precise data on the other companies' transportation costs are unavailable, the YUKOS total is presumably somewhat higher than average (for other Russian and international companies) given YUKOS's relatively great reliance on rail routes (which are typically over twice as high as those for pipeline). However, average YUKOS pipeline tariffs are somewhat lower than the Russian average, given the relative proximity of YUKOS production subsidiaries to export markets.

- **History of initiatives for expanding infrastructure and markets.** Among the key YUKOS initiatives for expanding infrastructure and markets during the period under study were the February 2002 acquisition of a major stake in the Slovakian pipeline network, the September 2002 acquisition of a controlling stake in the Mazeikiu Nafta refining and crude export facilities in Lithuania, the initiation of rail exports to China, and direct tanker shipments to US markets. YUKOS has also been a key player in initiatives involving other Russian and Western companies that were organized with the aim of debottlenecking existing export routes or creating new ones (for example, the Adria pipeline reversal and Murmansk export terminal projects).

*Destination of Crude Sales*

For data summarized in this section see Table IV.D.1 and Figure IV.D.1: Chief Pipeline Routes of Crude Exports by YUKOS, and Figure IV.D.2: Main Rail Routes of Crude Exports by YUKOS. For general background on Russia's crude oil transportation system and export dynamics see Appendix IV: Crude Transportation Arrangements in Russia.

YKS 020097

CONFIDENTIAL / DRAFT—28.09.2005

## YUKOS

- **Domestic market.** YUKOS delivered about 31 percent of its crude to domestic destinations in 2003, mostly to YUKOS's own plants, and only a small percentage was actually sold in the domestic market to third parties. Furthermore, YUKOS traditionally has bought relatively little if any third-party crude in the domestic market to run its refineries.

- **Export market.** Sales to the export markets outside the Commonwealth of Independent States (CIS) have accounted for a growing share of YUKOS's exports during the period since 1993, growing from 6.9 percent in 1993 to 35.8 percent in 1998 and 57.9 percent in 2003. The period from 1998 is most instructive since it was only in this year that YUKOS acquired the right to conclude export sales contracts directly with end consumers.

- **Routes used.** Leading YUKOS export routes/destinations in terms of volume in 2003 included Ukraine's Black Sea Feodosiya export terminal in Ukraine (6.8 mt), Poland (5.4 mt), the Mazeikiu refinery in Lithuania (5.2 mt), and Lithuania's Baltic Sea Butinge export terminal (4.8 mt). The trend over time has been for YUKOS to increase the share of exports via rail as opposed to pipeline, and this has involved increasing reliance on export terminals like Feodosiya that are accessed by rail relative to dependence on terminals like Novorossiysk that are primarily accessed by pipeline with little if any spare capacity. At the same time, YUKOS's acquisition of the Butinge terminal has enabled it to significantly increase its exports via the Baltic route even after Transneft stopped shipments to Ventspils (Transneft maintains that major additional investment is needed in the pipeline leading to Ventspils before shipments can resume). Two major new directions for YUKOS exports over the past few years have been the rail routes to China and the White Sea/Barents Sea outlet at Vitino (accounting for 3.2 and 3.1 mt of YUKOS exports respectively in 2003).

## Other Russian Companies

- **Domestic market.** The main buyers of third-party crude in the domestic market are Slavneft (for the Yaroslavl refinery) and Sibneft (for the Omsk refinery). The main seller of crude in the domestic market is Surgutneftegaz. This reflects logistics of crude production and refining within the companies, opportunities to buy cheaper crude from third-party sellers, and a mismatch in the case of Surgutneftegaz between crude production that must be sold domestically and refinery throughput.

- **Export market.** In 2003 Russia exported about 53 percent of all crude produced in the country (223.5 mt out of 421.4 mt) and of this amount over 80 percent went to markets outside the former Soviet Union. As in the case of YUKOS, other Russian companies' deliveries of crude to export as opposed to domestic markets have risen steadily during the post-Soviet era, in response to higher demand and netbacks available in world markets, and as Russian export capacity has expanded. The share of crude sold in more lucrative export markets outside the former Soviet Union has also grown over the period under study (albeit Russian crude exports to FSU markets have rebounded somewhat in recent years and the overall volume of Russian crude exports to these markets more than doubled during 2001-2003).

- **Routes used.** Like YUKOS, the other Russian companies also rely primarily on export terminals in the Black and Baltic seas and overland East European export routes, with growing emphasis over time on rail routes (in order to overcome pipeline bottlenecks) and Baltic Sea routes (partly in response to growing availability of export capacity in the Baltic region as

YKS 020098

CONFIDENTIAL / DRAFT—28.09.2005

Transneft's Primorsk terminal has come on line and growing constraints on use of the Black Sea routes due to restrictions on use of the Bosphorus strait).

## International Comparison

International comparisons are not meaningful because of the geographical separation, outside Russia, of the world's major oil producing countries and its main centers for refining and consumption. Oil demand is concentrated in North America, China and NW Europe and, while all three have some oil production, none is self-sufficient. Hence, they are all substantial net importers. Conversely, the major oil producing regions of the Middle East, Caspian and Africa are all net exporters. International oil companies have many downstream operations in the net importers and upstream activities in several of the net exporters. However, they are also active in the net importers' upstream and, sometimes, downstream in the net exporters.

YKS 020099

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.D.1
Destination of Crude Sales (Domestic and Export Markets)
(Million metric tons)

| A. YUKOS | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Refining (in Russia) | 21.0 | 18.5 | 16.3 | 18.0 | 21.9 | 20.1 | 19.4 | 17.7 | 21.5 | 30.9 | 30.7 |
| Crude exports | | | | | | 16.7 | 17.6 | 22.4 | 30.1 | 35.5 | 49.2 |
| Exports to FSU countries (CIS plus Lithuania) | | | | | | 1.7 | 3.3 | 2.1 | 3.8 | 6.2 | 8.8 |
| Exports to Non FSU countries (CIS minus Lithuania) | | | | | | 15.0 | 14.4 | 20.3 | 26.3 | 29.17 | 46.4 |
| of which Transneft exports | | | | | | 12.2 | 13.4 | 18.8 | 24.0 | 18.1 | 26.8 |
| of which non-Transneft exports | | | | | | 2.7 | 0.9 | 1.5 | 6.1 | 11.3 | 19.6 |

| B. Other Russian Oil Companies | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Russian Oil Industry | | | | | | | | | | | |
| Apparent Consumption* | 215.8 | 186.4 | 177.6 | 171.1 | 172.7 | 159.8 | 165.0 | 172.7 | 182.3 | 188.4 | 205.4 |
| Export | 127.6 | 126.8 | 122.3 | 125.6 | 126.8 | 137.1 | 134.5 | 144.5 | 164.6 | 187.7 | 223.5 |
| To FSU | 47.8 | 37.8 | 31.0 | 22.6 | 21.3 | 25.2 | 22.2 | 21.2 | 29.8 | 38.2 | 43.8 |
| To Non - FSU | 79.8 | 89.0 | 91.3 | 103.0 | 105.6 | 111.9 | 112.3 | 123.4 | 134.9 | 150.2 | 179.7 |

* (production minus exports plus imports)

| C. International Comparison | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US Industry | | | | | | | | | | | |
| Domestic Production (Crude Oil & Natural Gas Liquids) | 403 | 394 | 394 | 394 | 393 | 383 | 370 | 371 | 367 | 367 | NA |
| Exports (Crude Oil & Natural Gas Liquids) | 4 | 5 | 4 | 5 | 5 | 5 | 5 | 2 | 1 | 0 | NA |
| Refinery Runs of Domestic Crude Oil & Natural Gas Liquids | 399 | 390 | 389 | 389 | 388 | 378 | 364 | 369 | 367 | 367 | NA |
| Refinery Runs of Imported Crude Oil & Natural Gas Liquids | 233 | 250 | 255 | 267 | 289 | 312 | 324 | 331 | 335 | 325 | NA |
| Refinery Runs | 632 | 640 | 644 | 656 | 677 | 690 | 688 | 700 | 701 | 692 | NA |
| | | | | | | | | | | | |
| US FRS Companies | | | | | | | | | | | |
| US Own Production (Crude Oil & Natural Gas Liquids) | 218 | 252 | 207 | 200 | 193 | 186 | 190 | 155 | 170 | 171 | NA |
| Other Source Crude Oil & Natural Gas Liquids | 661 | 635 | 643 | 689 | 685 | 942 | 983 | 977 | 878 | 820 | NA |
| Refinery Runs | 446 | 455 | 446 | 445 | 407 | 610 | 609 | 586 | 584 | 589 | NA |
| Refinery Sales to Others (Crude Oil & Natural Gas Liquids) | 433 | 432 | 405 | 444 | 471 | 517 | 563 | 545 | 464 | 402 | NA |
| Refinery Runs of Own Production, % | 24.8% | 28.4% | 24.4% | 22.5% | 22.0% | 16.5% | 16.2% | 13.7% | 16.2% | 17.3% | NA |
| | | | | | | | | | | | |
| Supermajor Companies | | | | | | | | | | | |
| US Own Production (Crude Oil & Natural Gas Liquids) | 74 | 73 | 75 | 74 | 64 | 62 | 64 | 71 | 72 | 75 | NA |
| Other Source Crude Oil & Natural Gas Liquids | 111 | 118 | 119 | 123 | 147 | 87 | 160 | 210 | 190 | 261 | NA |
| Refinery Runs | 113 | 115 | 117 | 113 | 111 | 79 | 108 | 162 | 156 | 185 | NA |
| Refinery Sales to Others (Crude Oil & Natural Gas Liquids) | 72 | 76 | 77 | 84 | 100 | 70 | 116 | 119 | 106 | 151 | NA |
| Refinery Runs of Own Production, % | 61.2% | 60.1% | 60.5% | 57.3% | 52.6% | 53.2% | 48.2% | 57.6% | 59.5% | 55.2% | NA |
| | | | | | | | | | | | |
| Major Companies | | | | | | | | | | | |
| US Own Production (Crude Oil & Natural Gas Liquids) | 34 | 31 | 30 | 30 | 31 | 28 | 27 | 32 | 51 | 48 | NA |
| Other Source Crude Oil & Natural Gas Liquids | 151 | 150 | 138 | 140 | 130 | 133 | 135 | 132 | 152 | 215 | NA |
| Refinery Runs | 101 | 100 | 87 | 88 | 90 | 88 | 94 | 88 | 109 | 133 | NA |
| Refinery Sales to Others (Crude Oil & Natural Gas Liquids) | 84 | 81 | 81 | 81 | 71 | 73 | 68 | 75 | 93 | 130 | NA |
| Refinery Runs of Own Production, % | 54.6% | 55.1% | 52.0% | 52.2% | 56.0% | 54.5% | 57.9% | 54.1% | 54.0% | 50.5% | NA |

Sources: Cambridge Energy Research Associates; US Energy Information Administration

– 100 –

YKS 020100