CONFIDENTIAL / DRAFT—28.09.2005

## G. Retail Marketing

*Summary*

- **The location of retail stations.** Following privatization YUKOS extended its retail operations far beyond its original base in western Russia, acquiring additional networks in southwest and northwest Russia as well as West and East Siberia. Other Russian companies have also generally expanded their marketing zones, during the period. By contrast, the international companies have tended to concentrate their marketing presence.

- **The characteristics of retail stations.** Average throughput per station approached the level of international companies during the period under study and YUKOS also embarked on a campaign to diversify business operations of retail stations, more than tripling the number of stations with convenience stores between 2001 and 2003, while also significantly boosting the number of franchised stations. This was in line with the general Russian trend but YUKOS still lags the international norm in these respects.

- **Market share and scale of retailing operations.** The decline of YUKOS market share in the Samara region from around 100 percent to 40 percent today has been more than offset by increased YUKOS sales elsewhere (including an approximately 10 percent share of the Moscow market), while gasoline (especially high-octane) has accounted for a growing share of total retail refined product sales in recent years.

- **Retail marketing costs per ton.** YUKOS achieved significant retail cost savings through asset restructuring following privatization (closing tank farms and filling stations with relatively low throughput), but transportation costs remain largely outside of YUKOS's control and this hinders the company in its efforts to close the gap with international companies in terms of total marketing costs per ton (the international companies can typically choose among providers of transportation services through competitively bid tenders).

*Location of Retail Stations*

See Figure IV.G.1: Russian Marketing Regions of YUKOS (40505-19) for an overview of the geography of YUKOS's downstream operations.

## YUKOS

The company's total filling station network numbered 1,158 in 2003 (an increase of 19 percent from the number in 2001).

The years 1998-2003 were a period of particularly intensive geographical expansion of retail activity, as the company increased the number of retail subsidiaries from 9, concentrated entirely in western Russia, to a total of 26 by the end of 2003, including additional networks in southwest and northwest Russia, and new retail distribution systems in West and East Siberia. The direction of YUKOS's geographical expansion has been determined by proximity to company-owned refining capacity and storage and distribution facilities as well as the commercial potential of local product markets. In general terms YUKOS's strategy has been to expand its retail network beyond its original (largely saturated) market in southern European Russia into two key market zones in particular in various Russian provinces:

- Major urban areas, where the population tends to have higher levels of disposable income and there is a higher concentration of private automobiles.

YKS 020151

CONFIDENTIAL / DRAFT—28.09.2005

- Key locations along major thoroughfares, in order to meet growing demand for transportation fuels used in long-distance hauls (particularly, diesel trucking and inter-city automobile traffic).

## Other Russian Companies

The other vertically integrated Russian companies have also generally expanded beyond their original marketing zones. LUKoil is by far the most geographically diversified Russian company in terms of retail operations (with a major share of its gasoline stations in the US and other foreign countries in addition to Russia).

## International Comparison

In contrast to the Russian companies' tendency to broaden their geographical base during the period under consideration, international companies were more likely to yield national presence in order to focus on regional markets where the companies enjoy transportation and supply advantages over their competitors.

### *Characteristics of Retail Stations*

For data summarized in this section see Table IV.G.1.

## YUKOS

- **Throughput per station.** YUKOS's average station throughput increased from 1,300 tons in 2000 to 2,109 tons in 2003 (up 62 percent).

- **Other activities.** YUKOS has invested increasingly in recent years in expansion of auxiliary business activity at its gasoline stations in addition to sales of gasoline and diesel. The number of YUKOS stations that include convenience stores grew from 134 in 2001 to 430 in 2003. The variety of services offered by YUKOS stations has also steadily increased, from an initial focus on convenience stores, car-washing, tire inflating, and water, to a broader array of services by 2003 including cafes, tire repair, internet facilities, and ATM machines.

- **Ownership structure.** The number of franchised YUKOS stations has grown from 16 in 2000, when a franchising pilot project was launched in Krasnoyarsk city, to 108 in 11 different regions in 2003.

## Other Russian Companies

Anecdotal evidence suggests that the YUKOS trends in recent years of increasing throughput per station, growth in the share of stations with non-petroleum business activities, and ownership and/or operation of stations by third parties were part of a general Russian trend.

## International Comparison

It is noteworthy that YUKOS nearly closed the gap with the international companies insofar as throughput per station is concerned, judging from the US case (where throughput per station in 2003 was about 2,300 tons per year, compared to around 2,100 tons in the case of YUKOS). However, YUKOS still diverges significantly from the international norm in terms of share of stations devoted to non-petroleum as well as petroleum activity (in the Western case the stations whose only business is product sales are increasingly an exception) and in terms of the share of stations that are owned and/or operated by third parties (the majority of Western stations fall into this category).

– 152 –

YKS 020152

CONFIDENTIAL / DRAFT—28.09.2005

**Table IV.G.1**

**Average Throughput per Station**

(thousand metric tons)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A. YUKOS** | | | | | | | | | | | |
| Metric tons/yr/stations | | | | | | | | | **1,460** | 1,652 | 2,109 |
| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| **B. International Comparison** | | | | | | | | | | | |
| *US Industry* | | | | | | | | | | | |
| *Retail Outlet Volume:* | | | | | | | | | | | |
| Metric tons/yr/outlet | 1.553 | 1.615 | 1.717 | 1.792 | 1.839 | 1.948 | 2.012 | 2.081 | 2.155 | 2.243 | 2.295 |
| *US FRS Companies* | | | | | | | | | | | |
| *Marketing Cost (product sales basis):* | | | | | | | | | | | |
| Dollars/metric ton | 17.90 | 14.69 | 14.34 | 14.93 | 14.43 | 11.62 | 11.64 | 11.22 | 13.03 | 12.88 | NA |
| *US Supermajors* | | | | | | | | | | | |
| *Marketing Cost (product sales basis):* | | | | | | | | | | | |
| Dollars/metric ton | 17.64 | 14.70 | 12.76 | 11.99 | 12.45 | 12.50 | 17.66 | 13.44 | 17.46 | 16.67 | NA |
| *US Majors* | | | | | | | | | | | |
| *Marketing Cost (product sales basis):* | | | | | | | | | | | |
| Dollars/metric ton | 13.49 | 14.90 | 15.27 | 14.46 | 14.52 | 12.04 | 14.66 | 16.33 | 21.30 | 19.49 | NA |

Sources: Cambridge Energy Research Associates; National Petroleum News Yearbook; US Energy Information Administration

– 153 –

CONFIDENTIAL / DRAFT—28.09.2005

*Market Share and Scale of Retailing Operations*

For data summarized in this section see Table IV.G.2.

## YUKOS

YUKOS's distribution target area is, of course, in the vicinity of its refineries, but more distant markets have grown in importance as a share of total sales in some (if not all) cases. YUKOS's share of the Samara market has fallen from about 100 percent initially to some 40 percent today, but the company is not seeking to regain its original domination of the local market because the high degree of competition among suppliers makes for relatively low retail prices and hence low profits on sales. YUKOS's loss of Samara market share has been compensated to some extent by the Samara plants' expansion of market share further to the west, where retail prices and profits tend to be higher given the relatively great distance of these markets from refineries and the reduced level of competition among suppliers. The Samara plants have also acquired an approximately 10 percent share of the Moscow market and YUKOS filling stations now constitute the single largest network among the Russian oil companies competing in Moscow.

The overall scale of YUKOS's sales via its retail network has grown from 1.3 mt of refined products in 2000 to 2.22 mt in 2003, with a target of 2.5 mt in 2004. Gasoline sales have accounted for a growing share of the total in recent years, rising from 1,092,000 tons in 2001 to 1,801,000 tons in 2003, and the rise in sales of high-octane gasoline (AI-92 and above) has been particularly noteworthy—rising from 583,000 tons in 2001 (of which 60,000 tons was AI-98/95) to about 1.2 mt in 2003 (of which 300,000 tons was AI-98/95). Diesel sales also grew markedly during this period, from 233,000 tons in 2001 to 420,000 tons in 2003.

## Other Russian Companies

The YUKOS trends of growing market share and scale of operations, with emphasis on light products, were paralleled in the case of the Russian companies at large, as M&A activity has led to the redivision of key Russian markets among the remaining vertically integrated companies. They also have generally sought to lighten the quality of their sales barrel in response to changes in the structure of Russian refined product demand.

## International Comparison

Similarly to the Russian case, M&A activity of recent years has led to an expansion of the sales territory dominated by the remaining companies, and light product sales grew more quickly than sales of heavy products during the period under consideration, with the emphasis on gasoline in the case of the US and diesel in the European case.

YKS 020154

CONFIDENTIAL / DRAFT—28.09.2005

Table IV.G.2

**Scale of Retailing Operations**

(thousand metric tons)

| A. YUKOS | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| A-98/95 Gasoline Sales | | | 60 | 130 | 244 | 300 |
| A-92 Gasoline Sales | | | 523 | 666 | 933 | 1066 |
| A-76/80 Gasoline Sales | | | 509 | 536 | 624 | 695 |

Source: YUKOS

| B. Other Russian Oil Companies | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| Russian Oil Industry | | | | | | |
| Gasoline Sales via gasoline Station | 5,900 | 9,522 | 10,877 | 11,943 | 12,300 | |

Source: YUKOS, CERA

YKS 020155

CONFIDENTIAL / DRAFT—28.09.2005

*Retail Marketing Costs per Ton*

## YUKOS

Significant new cost savings opportunities were revealed through the retail asset restructuring program following privatization. Many costs were hidden before restructuring, and managers in Moscow would typically be confronted with a demand for budgetary expenditures from those in charge of regional distribution networks without a verifiable breakdown of the real cost in terms of retail and other activities. In short, along with greater transparency of operations has come an increase in the managers' capacity to make the correct cost-cutting decisions. The downstream portfolio rationalization process has transformed the company's tank farm as well as filling station networks:

- **Tank farms.** The quantity of refined product tank farms acquired by YUKOS during privatization far exceeded the amount that could be justified in light of market forces. The turnover of some tank farms was less than 1 mt per year. YUKOS has decreased its total (company-owned) tank farm network from 280 to 80 (with plans to reduce the number to 50 eventually). The reduction in Samara Oblast will be particularly dramatic: from 22 to 7, with plans to only have 2 ultimately. YUKOS also terminated the non-core businesses in which its tank farms had initially been involved, including repair plants and agricultural activity.

- **Gasoline stations.** YUKOS significantly restructured its station network over the period 2001–2003 in particular, at the same time as the expansion of stations in absolute numbers was occurring. During these years, YUKOS reconstructed 411 stations, built 67 new ones, acquired 189, liquidated 293, and closed 143 (YUKOS retained those stations with relatively high throughput, of around 3,000 tons per year, first and foremost). The network of stations that emerged from the restructuring process is much more efficient than the old one, with higher average sales volumes, more advanced technology and equipment, and better-trained personnel.

The chief measures for cutting retail marketing costs that YUKOS is implementing in 2004 are:

- Sale of those stations that have been closed

- Leasing of all stations with less than 1,000 tons per year of throughput

- Systematic analysis of expenses of the distribution subsidiaries (NPOs) for various services (including gasoline pump equipment, computer systems, cash registers, cleaning of station premises, etc.) and organization of tenders for purchase of services

- Leasing of filling station stores to private enterprises

- Conclusion of security contracts once per year on a tender basis, and exploration of alternative security arrangements for different stations

- Leasing of land adjacent to gasoline stations for development of auxiliary businesses, cafes, tire repair, car washes, etc.

- Inclusion of cost of delivery of refined products to the gasoline station in product prices

But one key element in the retail cost equation—transportation—is still largely outside YUKOS's control. Like other Russian companies, YUKOS finds that its progress in containing its own retail marketing costs is largely offset by rising pipeline and rail tariffs.

Overall, marketing costs declined in the case of international companies for which data are available due to two factors in particular: the increase in throughput per station (and resulting economies of scale)

YKS 020156

CONFIDENTIAL / DRAFT—28.09.2005

and the growth in the share of stations with activities other than refined product sales (in such cases the station's fixed costs are allocated among various business segments in addition to refined products). In marked contrast to YUKOS and the other Russian companies, the international companies also tend to have control over their transportation costs—or are able to choose among providers of transportation services through competitively bid tenders.

YKS 020157

CONFIDENTIAL / DRAFT—28.09.2005

## APPENDIX I: DEFINITIONS OF PRIMARY HYDROCARBON RESERVE CATEGORIES USED IN REPORT

### I. US Securities and Exchange Commission (SEC)

*Proved Oil and Gas Reserves:*

Proved oil and gas reserves are the estimated quantities of crude oil, natural gas, and natural gas liquids which geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known reservoirs under existing economic and operating conditions, i.e., prices and costs as of the date the estimate is made. Prices include consideration of changes in existing prices provided only by contractual arrangements, but not on escalations based upon future conditions.

(i) Reservoirs are considered proved if economic producibility is supported by either actual production or conclusive formation test. The area of a reservoir considered proved includes (A) that portion delineated by drilling and defined by gas-oil and/or oil-water contacts, if any; and (B) the immediately adjoining portions not yet drilled, but which can be reasonably judged as economically productive on the basis of available geological and engineering data. In the absence of information on fluid contacts, the lowest known structural occurrence of hydrocarbons controls the lower proved limit of the reservoir.

(ii) Reserves which can be produced economically through application of improved recovery techniques (such as fluid injection) are included in the "proved" classification when successful testing by a pilot project, or the operation of an installed program in the reservoir, provides support for the engineering analysis on which the project or program was based.

(iii) Estimates of proved reserves do not include the following:

(A) oil that may become available from known reservoirs but is classified separately as "indicated additional reserves";

(B) crude oil, natural gas, and natural gas liquids, the recovery of which is subject to reasonable doubt because of uncertainty as to geology, reservoir characteristics, or economic factors;

(C) crude oil, natural gas, and natural gas liquids, that may occur in undrilled prospects; and

(D) crude oil, natural gas, and natural gas liquids, that may be recovered from oil shales, coal, gilsonite and other such sources.

*Proved Developed Oil and Gas Reserves:*

Proved developed oil and gas reserves are reserves that can be expected to be recovered through existing wells with existing equipment and operating methods. Additional oil and gas expected to be obtained through the application of fluid injection or other improved recovery techniques for supplementing the natural forces and mechanisms of primary recovery should be included as "proved developed reserves" only after testing by a pilot project or after the operation of an installed program has confirmed through production response that increased recovery will be achieved.

*Proved Undeveloped Reserves:*

Proved undeveloped oil and gas reserves are reserves that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion. Reserves on undrilled acreage shall be limited to those drilling units offsetting productive

YKS 020158

CONFIDENTIAL / DRAFT—28.09.2005

units that are reasonably certain of production when drilled. Proved reserves for other undrilled units can be claimed only where it can be demonstrated with certainty that there is continuity of production from the existing productive formation. Under no circumstances should estimates, for proved undeveloped reserves be attributable to any acreage for which an application of fluid injection or other improved recovery technique is contemplated, unless such techniques have been proved effective by actual tests in the area and in the same reservoir.

Source: Securities and Exchange Commission: Financial Accounting and Reporting for Oil and Gas Producing Activities Pursuant to the Federal Securities Laws and the Energy Policy and Conservation Act of 1975, Reg. § 210.4-10.

## II. Society of Petroleum Engineers (SPE)

### Proved Reserves:

Proved reserves are those quantities of petroleum which, by analysis of geological and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under current economic conditions, operating methods, and government regulations. Proved reserves can be categorized as developed or undeveloped.

If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.

Establishment of current economic conditions should include relevant historical petroleum prices and associated costs and may involve an averaging period that is consistent with the purpose of the reserve estimate, appropriate contract obligations, corporate procedures, and government regulations involved in reporting these reserves.

In general, reserves are considered proved if the commercial producibility of the reservoir is supported by actual production or formation tests. In this context, the term proved refers to the actual quantities of petroleum reserves and not just the productivity of the well or reservoir. In certain cases, proved reserves may be assigned on the basis of well logs and/or core analysis that indicate the subject reservoir is hydrocarbon bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests.

The area of the reservoir considered as proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) the undrilled portions of the reservoir that can reasonably be judged as commercially productive on the basis of available geological and engineering data. In the absence of data on fluid contacts, the lowest known occurrence of hydrocarbons controls the proved limit unless otherwise indicated by definitive geological, engineering or performance data.

Reserves may be classified as proved if facilities to process and transport those reserves to market are operational at the time of the estimate or there is a reasonable expectation that such facilities will be installed. Reserves in undeveloped locations may be classified as proved undeveloped provided (1) the locations are direct offsets to wells that have indicated commercial production in the objective formation, (2) it is reasonably certain such locations are within the known proved productive limits of the objective formation, (3) the locations conform to existing well spacing regulations where applicable, and (4) it is reasonably certain the locations will be developed. Reserves from other locations are categorized as proved undeveloped only where interpretations of geological and engineering data from wells indicate with reasonable certainty that the objective formation is laterally continuous and contains commercially recoverable petroleum at locations beyond direct offsets.

Reserves which are to be produced through the application of established improved recovery methods are included in the proved classification when (1) successful testing by a pilot project or favorable

YKS 020159

CONFIDENTIAL / DRAFT—28.09.2005

response of an installed program in the same or an analogous reservoir with similar rock and fluid properties provides support for the analysis on which the project was based, and, (2) it is reasonably certain that the project will proceed. Reserves to be recovered by improved recovery methods that have yet to be established through commercially successful applications are included in the proved classification only (1) after a favorable production response from the subject reservoir from either (a) a representative pilot or (b) an installed program where the response provides support for the analysis on which the project is based and (2) it is reasonably certain the project will proceed.

Source: Society of Petroleum Engineers: Above definitions were approved by the Board of Directors, Society of Petroleum Engineers (SPE) Inc., and the Executive Board, World Petroleum Congresses (WPC), March 1997.

## III. Russian (Soviet) Reserve Classification

*Explored/Commercial Reserves (A + B + 30 percent of C1):*

A

- Geologically & geophysically examined
- Delineated by exploration & production
- Engineering data show recoverability
- Represent reserves in current production

B

- Geologically & geophysically examined
- Evaluated by adequate drilling
- Engineering data show recoverability
- Represent unused producing capacity

C1

- Reserves adjacent to A and B categories
- Geologically & geophysically evaluated
- Verified by minimal drilling
- Engineering data show partial recoverability (30 percent will shift to B and then A categories)

Source: IEA Russia Energy Review 2002

YKS 020160

CONFIDENTIAL / DRAFT—28.09.2005

APPENDIX II: OIL BALANCES FOR THE RUSSIAN FEDERATION AND YUKOS: 1993-2003

## Oil Balance for the Russian Federation
(million metric tons)

| Indicator | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crude oil production | 516.2 | 462.3 | 399.3 | 353.9 | 317.8 | 306.8 | 301.2 | 305.6 | 303.3 | 305.2 | 323.5 | 348.1 | 379.6 | 421.4 |
| Refinery throughput | 295.5 | 286.5 | 257.2 | 220.1 | 180.6 | 179.0 | 173.8 | 176.3 | 162.9 | 170.1 | 174.1 | 178.4 | 185.0 | 189.5 |
| Direct use of crude/residual* | 10.5 | 20.0 | 11.1 | 16.7 | 15.0 | 12.4 | 6.3 | 8.6 | 9.7 | 6.1 | 11.2 | 14.4 | 13.2 | 15.3 |
| Refined products consumption** | 250.6 | 228.7 | 216.5 | 176.6 | 138.7 | 137.9 | 121.2 | 121.6 | 113.3 | 120.3 | 112.6 | 107.9 | 110.1 | 111.3 |
| **Oil exports** | | | | | | | | | | | | | | |
| Crude oil | 219.9 | 173.9 | 141.7 | 127.6 | 126.8 | 122.3 | 125.6 | 126.8 | 137.1 | 134.5 | 144.5 | 160.6 | 187.7 | 223.5 |
| Outside the Former Soviet Union | 99.3 | 56.5 | 66.2 | 79.8 | 89.0 | 91.3 | 103.0 | 105.6 | 111.9 | 112.3 | 123.4 | 130.8 | 149.4 | 179.7 |
| Former Soviet republics | 120.6 | 117.4 | 75.5 | 47.8 | 37.8 | 31.0 | 22.6 | 21.3 | 25.2 | 22.2 | 21.2 | 29.8 | 38.2 | 43.8 |
| Refined products | 50.7 | 63.6 | 43.0 | 44.8 | 43.4 | 45.4 | 56.6 | 60.6 | 53.8 | 50.8 | 61.9 | 70.8 | 75.0 | 78.4 |
| Outside the Former Soviet Union | 37.9 | 41.6 | 25.3 | 34.3 | 38.0 | 42.1 | 55.0 | 58.4 | 51.2 | 47.8 | 58.4 | 68.3 | 72.5 | 74.9 |
| Former Soviet republics | 12.8 | 22.0 | 17.6 | 10.5 | 5.4 | 3.3 | 1.6 | 2.2 | 2.6 | 3.0 | 3.5 | 2.5 | 2.6 | 3.5 |
| **Oil imports** | | | | | | | | | | | | | | |
| Crude oil | 18.8 | 18.1 | 10.7 | 10.5 | 4.6 | 6.9 | 4.5 | 6.1 | 6.4 | 5.6 | 6.3 | 5.3 | 6.2 | 7.0 |
| Outside the Former Soviet Union | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Former Soviet republics | 18.8 | 18.1 | 10.7 | 10.5 | 4.6 | 6.9 | 4.5 | 6.1 | 6.4 | 5.6 | 6.3 | 5.3 | 6.2 | 7.0 |
| Refined products | 5.8 | 5.8 | 2.3 | 1.3 | 1.5 | 4.3 | 4.0 | 5.9 | 4.1 | 0.9 | 0.4 | 0.3 | 0.2 | 0.2 |
| Outside the Former Soviet Union | 0.2 | 0.7 | 0.9 | 0.2 | 0.4 | 1.4 | 1.8 | 3.5 | 2.4 | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 |
| Former Soviet republics | 5.6 | 5.1 | 1.4 | 1.1 | 1.1 | 2.9 | 2.3 | 2.3 | 1.8 | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 |

* Balancing item.
** Apparent consumption (production minus exports plus imports).

Source: Cambridge Energy Research Associates

YKS 020161

CONFIDENTIAL / DRAFT—28.09.2005

## Oil Balance for YUKOS
(million metric tons)

| Indicator | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Crude production | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| Refining (in Russia) | 21.0 | 18.5 | 16.3 | 18.0 | 21.9 | 20.1 | 19.4 | 17.7 | 21.5 | 30.9 | 30.7 |
| Crude exports | | | | | | 16.691 | 17.645 | 22.4 | 30.1 | 35.5 | 49.2 |
| Exports to FSU countries (CIS plus Lithuania) | | | | | | 1.735 | 3.277 | 2.135 | 3.8 | 6.2 | 8.8 |
| Exports to CIS countries | | | | | | 1.36 | 1.7 | 0.4 | 0.6 | 2.2 | 2.6 |
| Exports to Non FSU countries (CIS minus Lithuania) | | | | | | 14.956 | 14.368 | 20.265 | 26.293 | 29.17 | 40.4 |
| of which Transneft exports | | | | | | 15.3 | 15.9 | 21.9 | 27.4 | 34.5 | 26.9 |
| of which non-Transneft exports | | | | | | 12.2 | 13.4 | 18.8 | 24.0 | 18.1 | 26.8 |
| Exports to Non CIS countries | | | | | | 2.7 | 0.9 | 1.5 | 6.1 | 11.3 | 13.6 |
| Crude and product sales | | | | | | | | | 57.7 | 67.0 | |
| Crude exports plus refined product exports and domestic sales | | | | | | | 23.7 | 28.8 | 56.8 | 65.7 | 78.1 |
| Domestic crude sales | | | | | | 0.88 | 1.692 | 1.413 | 0.9 | 1.3 | |
| Refined product exports (from Russia) | | | | | | | 6.1 | 6.4 | 9.9 | 12.3 | 11.9 |
| Domestic sales of refined products | | | | | | | | | 16.8 | 17.9 | 17.0 |
| Total refined product sales (exports and domestic) | | | | | | | | | 26.7 | 30.2 | 29.8 |
| Refinery losses and fuel | | | | | | | | | -0.4 | 0.7 | 0.9 |
| Crude exports as share of production | | | | | | 37.4 | 39.7 | 45.3 | 51.8 | 50.7 | 60.6 |
| Refined product exports as share of throughput | | | | | | | 30.9 | 29.4 | 37.6 | 39.8 | 38.8 |

Source: YUKOS, Cambridge Energy Research Associates

162

YKS 020162

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.i**
**Consolidation of YUKOS Assets Before 2000**
**Part I**

| Name of the group | Type of activity | Companies consolidated before 2000 |
|---|---|---|
| **1. EP** | | |
| | Management | ZAO "YUKOS EP" |
| Manoil | Exploration, Production & Refining | ZAO "Manoil" |
| Samaraneftegaz | Oil & Gas Production | OAO "Samaraneftegaz" |
| | Management of Production & Finance | OOO "CPU-Nefteyugansk" <br> OOO "CPU-Samara" <br> OOO "CPU Strezhevoy" |
| | Drilling of Oil & Gas Wells and Renovation of old ones. | OOO "Burenie - Sukhodol" |
| | Drilling of Oil & Gas Wells | OOO "Salimburneft" <br> 3AO "Siberian Service Company" |
| | Major Underground Renovation of Wells | OOO "Mamontovski KRS" <br> OOO "Poykovski KRS" |
| Servis | Transportation Service | OOO "Vasyuganskoye UTT" <br> OOO "Luginetskoye UTT" <br> OOO "Poykovoavtotrans-1 " <br> OOO "Poykovospassavtotrans-2 " <br> OOO "Pit-Yakhavtotrans-1" <br> OOO "Pit-Yakhavtotrans-3 " <br> OOO "Pit-Yakhskoye Car Transport Management" <br> OOO "Transport Bezenchuk" <br> OOO "Transport Neftegorsk" <br> OOO "Transport Otradni-2 " <br> OOO "Transport Samara " <br> OOO "Transport Sukhodol" <br> OOO "UTT-2 " <br> OOO "UTT-4 " <br> OOO "Yuganskavtotrans-1" <br> OOO "Yuganskspesavtotrans-2" |
| | Construction & Renovation of Roads | OOO "Vasyuganskoye DRSU" <br> OOO "Strezhevskoye DRSU" <br> OOO "Yuganskdostroyremont" |
| | Construction of EP materials | OOO "Samaraneftepromstroy" <br> OOO "Strazhevoyneftestroy" <br> OOO "Yuganskneftestroyservis" |
| | Site Preparation | OOO "Yuganskspestroy" |
| | Renting & Repairing of Electrical Surface Pump | OOO "Mamontov EPU servis" |
| | Reparing Drilling Material | OOO "Neftepromremont" <br> OOO "PoykovoNefteAbarudovanie" <br> OOO "Samara-Machine-Renovation-Servis" |
| | Renting & Reparing of Electrical Surface Pump | OOO "Samara-Electro-Servis" <br> OOO "EPU servis" <br> OOO "Yugansk EPU Servis" |
| | Preparing Pipelines material | OOO "Yukort" |

Source: YUKOS

163

YKS 020163

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.i**
**Consolidation of YUKOS assets Before 2000**
**Part II**

| Name of the group | Type of activity | Companies consolidated before 2000 |
|---|---|---|
| Servis | Reparing Drilling Material | OOO "YuganskNeftePromBurServis" |
| | Energy | OOO "TeploNeft"<br>OOO "ElergoNeft" |
| | R&D | 3AO "YUKOS Engineering Center"<br>OOO "MNU"<br>OOO "NefteAvtomatika"<br>OOO "Neftekhimservis"<br>OAO "Samarskii ITS"<br>OAO "SamaraNIPINeft"<br>OAO "TomskNIPINeft VNK"<br>OAO "YuganskNIPINeft" |
| | Geological Research | 3AO "YUKOS-Geo" |
| | Service | OOO NPS "Audit-Geo-Servis"<br>OOO "Kag-Eco-Oil"<br>OOO "KOLFIX" |
| | R&D | OAO "SamaraNeftekhimProductAvtomatika" |
| | Geological Research | OAO "NPF "Geofeet" VNK |
| | Service | 3AO "KrasnoyarskGeophysika" |
| | R&D | OAO "TomskneftGeophysika VNK" |
| | Hydrodynamic & geological Research | OOO "Control-Servis" |
| | R&D | OOO "Technology-servis" |
| | Social Sphere | PCO "Lastochka" |
| | Oil & Gas Production | OOO "Ust-Baliiski neftepromissel"<br>OOO "Katilginski neftepromissel"<br>OOO "Gerassimovski Neftepromissel" |
| Tomskneft | Exploration, Production & Refining | OAO "Tomskneft" |
| Tomsk Petroleum and Gas | | Tomsk Petroleum and Gas |
| Yuganskneftegaz | | OAO "Yuganskneftegaz" |
| YUKOS - Import | Service | YUKOS - Import |
| YUKOS - Servis | Supply & Sell | YUKOS - Servis |
| VNK | Exploration, Production, Refining & Petrochemistry | VNK |
| Accounting and Tax Group | Accounting & Tax Service | OOO "Accounting and Reporting"<br><br>OOO "Accounting Center"<br>OOO "Outsorting" |

Source: YUKOS

164

YKS 020164

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.i**
**Consolidation of YUKOS assets Before 2000**
**Part III**

| Name of the group | Type of activity | Companies consolidated before 2000 |
|---|---|---|
| **2. RM** | | |
| | Management | ZAO "YUKOS RM" |
| Achinsk Refinery | Petrochemistry | OAO "Achinsk Refinery" |
| Kuybyshev Refinery | | OAO "Kuybyshev Refinery" |
| Marketing | Retailing | OAO "Belgorodnefteprodukt" |
| | | OAO "Bryansknefteprodukt" |
| | | OAO "Voronezhnefteprodukt" |
| | | OAO "Lipetsknefteprodukt" |
| | | OAO "Orelnefteprodukt" |
| | | OAO "Penzanefteprodukt" |
| | | OAO "Samaranefteprodukt" |
| | | OAO "Tambovnefteprodukt" |
| | | OAO "Tomsknefteprodukt" |
| | | OAO "Ulianovsknefteprodukt" |
| | | OAO "Khakasnefteprodukt" |
| Novokuybychev Refinery | Petrochemistry | Novokuybychev catalyser |
| | Refining | Novokuybychev factory of machine oil and chemical additives |
| | | Novokuybychev Refinery |
| | Service | Machine's Renovation Factory |
| Otradnoye Gas Processing Plant | Gas Processing | 3AO "Otradnoye Gas Processing Plant" |
| Neftegorsk Gas Processing Plant | | 3AO "NefteGorski Gas Processing Plant" |
| IS-Trade | Wholesaler | Petroval |
| | | Routhenhold |
| | | Pronet |
| Syzran Refinery | Refining | Syzran Refinery |
| Strezhevskoy Refinery | | OOO "Strezhevskoy Refinery" |
| Store "YUKOS-M" | Wholesaler | Store "YUKOS-M" |
| **3. Corporate and other** | | |
| YUKOS Moscow | Management | OOO "YUKOS Moscow" |
| NK YUKOS | | OAO "NK YUKOS" |

Source: YUKOS

165

YKS 020165

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.ii**
**Consolidation of YUKOS Assets Since 2000**
**Part I**

| Name of the groupe | Type of activity | Companies consolidated | Companies unconsolidated | Companies liquidated |
|---|---|---|---|---|
| **1.EP** | | | | |
| VSNK | Oil & Gas Production | OAO "VSNK" <br><br> UPN-40 (Refinery at Yurubcheno - Tokhomskom field) | | |
| Sakhaneftegaz | Holding | Sakhaneftegaz <br> Yakutskgazprom <br> Lenaneftegaz <br> Lenagaz <br> Yakustskgeophysical | | |
| Servis | Drilling of Oil & Gas Wells | OOO "Neftepromburservis" <br><br> 3AO "Siberian Geophysical Company" <br> OOO "Urengoilneftegazgeology" <br> OOO "GRK Evenkia" | | OOO "Burenie-1" <br><br> OOO "Burenie-2" <br><br> OOO "Burenie - Neftegorsk" <br> OOO "Nefteyuganskburneft" <br> OOO "Nefteyuganskburneft" <br> OOO "GRK Samara" |
| | Underground Renovation of Wells | OOO "PRS Strezhevoy" | | |
| | Major Underground Renovation of Wells | OOO "Managing Well Renovation - Samara" | | |
| | Transportation Service | OOO "Transport Boguchani" | OOO "River Boat" | OOO "Poykov Car Transport Management" <br> OOO "Pit-Yakhavtospestrans-2" <br> OOO "Transport zhigulevsk" |

Source: YUKOS

YKS 020166

CONFIDENTIAL / DRAFT—28.09.2005

Appendix III.1.ii
**Consolidation of YUKOS Assets Since 2000**
Part II

| Name of the groupe | Type of activity | Companies consolidated | Companies unconsolidated | Companies liquidated |
|---|---|---|---|---|
| Servis | Transportation Service | | | OOO "Transport Otradni-1" <br><br> OOO "Transport Pakhvisstnevo" <br><br> OOO "UTT-1" <br><br> OOO "Yuganskavtotrans-4 " |
| | Construction of EP materials | | | OOO "Igolstroy" <br><br> OOO "Poykovaremstroyservis" <br><br> OOO "Remontstroyservis" <br><br> OOO "RSU" <br><br> OOO "Spestroymontazh" <br><br> OOO "Yugansktrubaprovodspestroy" <br> OOO "Electromontazh" |
| | Ecology | OOO "Servis - Ecology" | | OOO "Strezhevskaya Servis Ecology" |
| | Reparing Drilling Material | | | OOO "Pit-YakhNefteAbarudovanie" |
| | Energy | | | OOO "ElergoNeft-Samara" <br> OOO "ElergoNeft-Tomsk" <br> OOO "YuganskElergoRemont" |
| | Service | | OOO "Pechatnik" | |
| | R&D | OAO "SamaraNefteGeophysika" | OAO "VaronezhnefteproduktAvtomatika" <br> OAO "SamaranefteproduktAvtomatika" | OOO "Tomski NITS" <br><br><br> OOO "Tadna" |
| | Social Sphere | OOO "Hotel Complex "Kerd" | OOO "MUSiKO" <br><br> OOO "NUSiKO" <br> OOO "PUSiKO" | |

Source: YUKOS

YKS 020167

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.ii**
**Consolidation of YUKOS Assets Since 2000**
**Part III**

| Name of the groupe | Type of activity | Companies consolidated | Companies unconsolidated | Companies liquidated |
|---|---|---|---|---|
| | Social Sphere | | OOO "TRU"<br>OOO "Upravlenie Neproizvodstvennovo abespechenia" | |
| | Food Supplier | | OOO "Upravlenie Rabochevo Snabzhenia" | |
| | Social Sphere | | OSTS Ob | |
| | Service | | OOO "Pivzavod" | |
| Servis | Oil & Gas Production | OOO "Zapadno–Malabalikski Neftepromissel" | | OOO "Yablonevski Neftepromissel"<br>OOO "Novo-Kliuchevski Neftepromissel"<br>OOO "Syzranski Neftepromissel"<br><br>OOO "Zolnenski Neftepromissel"<br>OOO "Rassvetski Neftepromissel"<br>OOO "Yakuchkinski Neftepromissel"<br>OOO "Kulechovski Neftepromissel"<br>OOO "Maysski Neftepromissel"<br><br>OOO "Severo-Salimski Neftepromissel"<br>OOO "Sredne-Baliski Neftepromissel"<br>OOO "Yuzhno-Baliski Neftepromissel"<br>OOO "Strezhevskoy Neftepromissel"<br>OOO "Malorechenski Neftepromissel"<br>OOO "Nizhnivatorsk Neftepromissel"<br>OOO "Olenni Neftepromissel"<br><br>OOO "Lomovoy Neftepromissel" |
| | Oil field Preparation | | John Brown Hydrocarbons | |
| YUKOS-Sklad | Supply & Sell | YUKOS-Sklad | | |

Source: YUKOS

YKS 020168

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.ii**
**Consolidation of YUKOS Assets Since 2000**
**Part IV**

| Name of the groupe | Type of activity | Companies consolidated | Companies unconsolidated | Companies liquidated |
|---|---|---|---|---|
| Arcticgaz | Exploration, Production & Refining | Arcticgaz | | |
| Urengoil Inc. | | Urengoil Inc | | |
| **2. RM** | | | | |
| Angarsk Petrochemical Company | Petrochemistry | Angarsk Petrochemical Company<br>Angarsk catalyser & organic synthesis Factory<br>Angarsk Polymer Factory | | |
| | Service | Angarsk Renovation machine building Factory<br>Angarsk petrochemical building & reparing<br>Angarsk Management of Energy Supply | | |
| Achinsk Refinery | Petrochemistry | | | OOO "Esstakada"<br><br>OOO "Achinskoye neftekhimicheskoye predpriatie" |
| Kuybyshev Refinery | Petrochemistry | | | OOO "PSU-Z"<br><br>OOO "Infotekh"<br>OOO "AIR"<br>OOO "Reverse" |
| Mazekiu Nafta | Petrochemistry & Logistic | Mazekiu Nafta | | |
| Marketing | Retailing | OAO "Angarsknefteprodukt" | | |
| | Logistic | Bryansk Terminal<br><br>Voronezh Terminal<br>Lipetsk Terminal<br>Penza Terminal<br>Priorski Terminal<br>Samara Terminal | | Belgorod Terminal (closed) |
| | Retailing | OAO "Stavropolnefteprodukt" | | |
| | Logistic | Stavropol Terminal<br>Tambov Terminal<br>Tomsk Terminal<br>Ulianovsk Terminal<br>Khakas Terminal | | |
| | Retailing | OAO "Khantymanysknefteprodukt" | | |

Source: YUKOS

169

YKS 020169

CONFIDENTIAL / DRAFT—28.09.2005

**Appendix III.1.ii**
**Consolidation of YUKOS Assets Since 2000**
**Part V**

| Name of the groupe | Type of activity | Companies consolidated | Companies unconsolidated | Companies liquidated |
|---|---|---|---|---|
| Marketing | Retailing | OAO "Bratsknefteprodukt" OAO "Buriatnefteprodukt" | | |
| | Logistic | Buriat Terminal | | |
| | Retailing | OAO "Irkutsknefteprodukt" | | |
| | Logistic | Irkutsk Terminal | | |
| | Retailing | OOO "South MiniOil" (Tikhoresk) 3AO " South Terminal" (Tikhoresk) 3AO "Interneft" | | |
| | Logistic | OOO "Rostov Terminal" | | |
| | Retailing | OAO "Hermes Moscow" | | |
| | Logistic | OAO "Podolsnefteprodukt" OOO "Yu-Kuban" | | |
| Novokuybychev Refinery | Hotel | | Vesta | |
| | Service | OOO "Servisni Center" OOO "Servisni Center" | OAO "Kuybishevnefteorgsyntez" | SamaraNeftekhimservis Servis Center OOO "AIR" |
| Syzran Refinery | Refining | | | OOO "ASU-servis" OOO "RSU-8" OOO "AIR" |
| Store "YUKOS-M" | Logistic | | | YUKOS Transservis (closed) |
| **3. Corporate and other** | | | | |
| Store "Kopeika" | Accounting | OOO "YUKOS FBTS" ("YUKOS Invest") | | |
| | Retailing | Store "Kopeika" "Kopeika Moscow" "Kopeika Development" "SovTransCargo" | | |
| Dutch Group | Licence & Patents | Davy Process Technology UK Davy Process Technology AG | | |

Source: YUKOS

170

YKS 020170

CONFIDENTIAL / DRAFT—28.09.2005

## APPENDIX IV: CRUDE TRANSPORTATION ARRANGEMENTS IN RUSSIA

Reflecting Russia's continental character, crude oil transportation is dominated by pipelines; traditionally, only small amounts of crude moved outside the pipeline system, most of it by rail, mainly to supply refineries in the Far East not on the main pipeline system. However, over the last few years, an increasing amount of crude is moving to various export points by rail to get around both physical bottlenecks in the pipeline system and government-imposed administrative restrictions. By the end of 2003, the trunk crude oil pipeline system in Russia comprised 48,600 kilometers, and included 849 oil storage tanks with a total capacity of 13.24 million cubic meters.

The crude oil pipeline system, operated by the state-owned Transneft company, moved 404.3 mt of crude in 2003 (95 percent of national production). Of the total amount carried in the system, 161.0 mt of crude was shipped to export destinations outside the territory of the former Soviet Union (FSU), or 39.8 percent of the total. In turn, this included 138.2 mt of Russian crude and 22.1 mt of transit crude (from Kazakhstan, Turkmenistan, and Azerbaijan), and another 0.68 mt from Belarus that joined the pipeline system there on its way to Poland.

The oil pipeline network of the FSU, with Russia at its heart, is a large, extensive system, potentially providing considerable strength and flexibility. The architecture of the Russian pipeline network is characterized by a high degree of interconnectedness and parallelism, particularly in the core system. It is the single largest integrated pipeline system in the world. The FSU's crude oil pipeline system (which has a total length of about 62,000 kilometers), interconnects with 17 countries, including Russia, Ukraine, Kazakhstan, Belarus, Lithuania, Latvia, Uzbekistan, Turkmenistan, and Azerbaijan in the FSU, and Germany, Poland, the Czech Republic, Slovakia, Hungary, Slovenia, Croatia, and Yugoslavia (Serbia) outside the FSU. The countries in Eastern Europe can receive crude directly via the Druzhba (Friendship) Pipeline, built in the 1960s. The FSU pipeline system also provides access to other international markets via large marine terminals on the Black Sea (e.g., Novorossiysk, Tuapse, Odessa, Pivdenny) and on the Baltic Sea (e.g., Primorsk, Butinge, Gdansk).

Despite the fact that total flows in the Russian oil pipeline system are still much less than in the Soviet period (Russian pipeline shipments declined by 43.3 percent between 1990 and 1998, from 497.9 mt to 282.0 mt), constraints in Russia's crude oil pipelines have become an increasing bottleneck for some years.

The key constraints are at the export ports and the pipelines supplying them. The reason for the emerging export constraints is that previously a large portion of the total crude flow was dispersed to refineries across the former USSR, and a substantial amount was delivered to Eastern Europe via the Druzhba Pipeline. But with the dramatic decline in oil demand in the former Soviet republics and in Eastern Europe, a much larger proportion of the total flow has become focused upon the small number of export ports that dispatch crude to the other international markets. The FSU pipeline system was designed mainly to move crude to internal consuming centers, while international exports were of much less importance. As a result, much of the core system in the interior of Russia now has huge redundant capacity.

YKS 020171

**Figure III.A.1**

**Goals of YUKOS: 1993–1995**



Vertical Integration
of Economic Activity



Halting the Decline
in Production



Growth of Refining



International
Expansion
(e.g., Exports)



Improving the Company's
Financial Position



Maintaining
Employment Levels

Source: Cambridge Energy Research Associates.
40505-1

YKS 020172

**Figure III.A.2**

**Location of YUKOS's Primary Subsidiaries**



Source: Cambridge Energy Research Associates.
40505-20

YKS 020173



**Figure III.A.3**

**Yuganskneftegaz Labor Dynamics, 1993–1995**

Source: Cambridge Energy Research Associates, YUKOS.
40505-10

YKS 020174

**Figure III.B.1**

**Goals of YUKOS: 1995–1996**



Growth of
Production

Growth of
Refining

International
Expansion
(e.g., Exports)

Successful
Privatization

Improving the Company's
Financial Position and
Restructuring Debts

Overcoming the
Decline in Productivity
of Labor

Establishing Vertical
Management

Source: Cambridge Energy Research Associates.
40505-2

YKS 020175

**Figure III.B.2**

**Yuganskneftegaz and Samaraneftegaz Labor Dynamics,
1995–1996**



Source: Cambridge Energy Research Associates, YUKOS.
40505-9

YKS 020176

Figure III.C.1
Goals of YUKOS: 1997–1999







Maintenance
of Production

Improving the Company's
Financial Position and
Restructuring Debts

Increasing
Competitiveness





Consolidating
Assets

Reinforcing Strict (Centralized)
Vertical Management

Source: Cambridge Energy Research Associates.
40505-3

YKS 020177

**Figure III.C.2**

**YUKOS Production Costs: 1997–1999**



Source: YUKOS.
40505-26

YKS 020178



Figure III.C.3

Labor Structure of YUKOS Production Subsidiaries in 1997

Source: Cambridge Energy Research Associates, YUKOS.
40505-51

YKS 020179

**Figure III.C.4**

**YUKOS's Evaluation of the Impact of HSE Investment
on Environmental and Economic Risk Levels**

*HSE (health, safety, and environment) Investments
YUKOS-EP and YUKOS-RM*



YUKOS-EP - Rb2,524 million
Pipeline and underwater crossing security, waste processing,
land reclamation, waste treatment plants, waste utilization
sites.

YUKOS-RM - Rb2,150 million
Oilproduct pipeline operating security, waste reduction, water
resource optimization, waste disposal, groundwater protection.

*Risk Curves*



Court Examination

Penalties and Losses from Ruptures,
Emergencies and Fire—Intolerable
for Companies

License Revocation,
Facility Shutdowns

Company Risks in Leading
Industrial Countries

Exports Constraints, and
Boycotts in Destination Markets

Source: YUKOS.
40505-28

YKS 020180

**Figure III.C.5**

**YUKOS-EP's Environmental Protection Expenditures,
1997–2000**



Source: YUKOS.
40505-29

YKS 020181

**Figure III.C.6**

**YUKOS-EP's Program for Investment in
Environmental Protection, 2000-2005**



*Planned Investments in YUKOS-EP's Environmental
Protection Programs through 2005*

| | | | |
|---|---|---|---|
| —— Pipeline Overhauls | ···· Oil Slime Processing | —— Drilling Cuttings Processing | – – Reclamation of Polluted Soil and Slime Pits |
| –·– Environmental Support for Geological Prospecting | –··– Higher Underwater Crossing Environmental Performance | —— Associated Gas Utilization | |

Source: YUKOS.
40505-30

YKS 020182

**Figure III.C.7**

**Environmental Performance Comparisons for Russian
Refineries Owned by Oil Companies**
(According to 2000 Ministry of Energy data)





Source: YUKOS.
40505-31

YKS 020183

Figure III.C.8

Comparison of Fire Risks and Losses
in the Russian Oil and Gas Sectors: 1996–2000



Fire Occurrences at Russian Energy Enterprises



Fire Loss (Rubles million)

YUKOS 76.5 31%
LUKoil 87.1 34%
TNK 42.6 17%
Surgut 44.4 18%

Fire Casualties Count

YUKOS 10 21%
LUKoil 18 39%
TNK 8 17%
Surgut 11 23%

Source: YUKOS.
40505-32

YKS 020184

**Figure III.D.1**
**Goals of YUKOS: 1999–2000**



Growth of Production



Increasing Competitiveness
by Controlling Costs



Developing Principles
of Corporate Governance

Source: Cambridge Energy Research Associates
40505-4

YKS 020185

**Figure III.D.2**

**Formation Potential Reassessed**
Detailed Modeling Results (Case Study: Mamontovskoye Field)



Source: YUKOS.
40505-27

YKS 020186

**Figure III.D.3**

**YUKOS Shareholding Programs Aim to Increase Employee
Incentives to Improve Corporate Performance**

STOCK OPTIONS

Up to 100 Participants—Company Managers

**Dividends:** Price differential between share
issue and market price during transaction,
depending on option size.

SHARES AS BONUSES

Up to 1,600 Participants

Workers
30%

Specialists
55%

Executives
15%



*Growth in YUKOS Share Value*
(June 2000 – September 2001)

$3.86

$3.58

347.5%

$0.80

Source: YUKOS.
40505-33

YKS 020187

Figure III.E.1

Goals of YUKOS: Post 2000

 Being a
Russian Company

 Being #1 in Russia in Terms
of Oil Production

 Being #1 in Russia in
Terms of Technology
(e.g. Upstream,Transportation,
Refining, and Environmental)

 A Diversified Energy
Company

 Being an International
Company

 Being #1-5 in the World
in Terms of Effectiveness
of Production

 Being #1-5 in the World
in Terms of Effectiveness
of Management

Source: Cambridge Energy Research Associates.
40505-5

YKS 020188

**Figure III.E.2**

**YUKOS Methods for Optimizing Production at "Older" Fields**



- Setting up professional networks

- Training (2,300 man-hours)

- Setting objectives

- Software development

- Field zoning (individual blocks, 1,700 in total)

- Production potential ranking
  (incremental production and oil recovery ratios)

- Building WEB pages highlighting watering
  practices

Source: YUKOS.
40505-46

YKS 020189

Figure III.E.3

Recovery Ratios at YUKOS Production Zones



| Oil Recovery Ratio, % | In Total | < 30 | 30-42 | > 40 |
|---|---|---|---|---|
| Yuganskneftegaz | 506 | 164 | 144 | 198 |
| Tomskneft | 262 | 98 | 107 | 57 |
| Samaraneftegaz | 499 | 88 | 156 | 257 |
| YUKOS | 1,267 | 348 | 407 | 512 |

Source: YUKOS.
40505-47

Figure III.E.4

**Growing Share of High-capacity Centrifugal Submersible Oil Pumps**



Source: YUKOS.
40505-34

Figure III.E.5

YUKOS Program to Reduce Crude Water Cuts



Source: YUKOS.
40505-35

YKS 020192

Figure III.E.6

Transfer of Watered Well Stock to Periodical Operations



Source: YUKOS.
40505-36

YKS 020193

**Figure III.E.7**

**Enhanced Crude Recovery Ratios**

| FIELD | OIL RECOVERY FACTOR UNIT FRACTION | | |
|---|---|---|---|
| | As Approved by SRC or CRC* | Newly Approved with New Project Documents | Change, % |
| *Yuganskneftegaz* | | | |
| 1.  Mamontovskoye | 0.416 | 0.419 | 1 |
| 2.  Priobskoye | 0.266 | 0.278 | 5 |
| 3.  Mamontovskoye. Entel area | 0.350 | 0.386 | 10 |
| 4.  Prirazlomnoye | 0.399 | 0.410 | 3 |
| 5.  Kinyaminskoye | 0.293 | 0.404 | 38 |
| 6.  Ust-Balyk | 0.421 | 0.461 | 10 |
| 7.  Ombinskoye | 0.265 | 0.330 | 25 |
| *Tomskneft. Eastern Oil Co. (VNK)* | | | |
| 8.  Krapivinskoye | 0.330 | 0.342 | 4 |
| 9.  Katylginskoye | 0.284 | 0.300 | 6 |
| *Samaraneftegaz* | | | |
| 10. Kinel-Cherkasskoye | 0.203 | 0.327 | 61 |
| 11. Semenovskoye | 0.205 | 0.405 | 98 |
| 12. South Neprikovskoye | 0.202 | 0.385 | 91 |
| 13. Vostochnoye (Eastern) | 0.403 | 0.410 | 24 |
| 14. Ivanovskoye | 0.293 | 0.323 | 10 |
| 15. Western Section of Uvarovskoye Field | 0.35 | 0.4 | 14 |
| 16. Putilovskoye | 0.3 | 0.353 | 18 |

Source: YUKOS.
* State Reserves Committee, Central Reserves Committee.
40505-37

YKS 020194

**Figure III.E.8**

**YUKOS's Application of Technology-Driven
Solutions to Strategic Tasks: Overview**



| | |
|---|---|
| Greater Production | New pumps, 3-D visualizations |
| Use of Available Gas Resources | Gas-to-liquids, Gas-to-petrochemicals |
| Handling Logistics Problems | New Pipelines, Innovative Materials |
| Lower Production Costs | Modeling, Process Control |
| Meet Fuel Specifications | Advanced Processes, New Catalysts |
| Develop Forward-looking Technologies | Fuel Cells, Combinatorial Chemistry |

Source: YUKOS.
40565-38

YKS 020195

Figure III.E.9

Interregional YUKOS Communications: 2000 and Plan for 2005



2000

2005

*Communications and Data Transfer—*
*80,000 Minutes of Connections per Month*

Source: YUKOS.
40505-39

YKS 020196

**Figure III.E.10**

**Unification of YUKOS's IT Equipment Framework**



Source: YUKOS.
40505-40

**Figure III.E.11**

**Key Corporate Training Areas: Higher Management Skills**

Modular and individual programs focused on senior management, in partnership with leading Western and Russian universities and business schools, (Gubkin Oil & Gas University, Higher School of Economics, Lomonosov State University, IMD, INSEAD, Stockholm School of Economics, Duke CE)

Modular-based training and skill enhancement programs targeted on mid-level managers, in association with Russian and Western training centers (Plekhanov Inter-Sectoral IPK REA Academic Industry Training Center, PWC, DuPont, IBM, CBSD, Ernst & Young)



Source: YUKOS.
40505-41

YKS 020198

Figure III.E.12

YUKOS Gas Utilization: 2000 and Plan for 2005



Source: YUKOS.
40505-42

YKS 020199

**Figure III.E.13**

**Associated Gas Utilization**

(Commissioning)



Source: YUKOS.
* Gas compressor station.
** Gas turbine station.
40505-50

YKS 020200

Figure III.E.14

Tomsk Province:
Centers of Oil, Gas, and Power Sector Activity



Source: Cambridge Energy Research Associates.
3C508-4

YKS 020201

**Figure IV.A.1**

**Main Centers of YUKOS Reserves**



Source: Cambridge Energy Research Associates.
40505-21

YKS 020202

**Figure IV.A.2**

**Exploration Priorities of YUKOS**



Source: Cambridge Energy Research Associates.
40505-16

YKS 020203

Figure IV.B.1

YUKOS Tax Payments Rose 20 Times over 5 Years Against
Only 2-fold Increases in Oil Production



Source: YUKOS.
40505-22

YKS 020204

**Figure IV.B.2**

**Tax Burden on Refined Products Sold Domestically Grows Annually and Leads to Price Growth**



Source: YUKOS.
40505-23

YKS 020205

**Figure IV.D.1**

**Chief Pipeline Routes of Crude Exports by YUKOS: 2004**



Source: Cambridge Energy Research Associates,
YUKOS.
40505-25

YKS 020206

Figure IV.D.2

**Main Rail Routes of Crude Exports by YUKOS**



Source: Cambridge Energy Research Associates.
40505-17

YKS 020207

Figure IV.D.3

Impact of YUKOS Technology on Rail Transportation



*Higher Train Speeds Achieved by Better Shipper Routing Technology*

| BEFORE | DISTANCE | AFTER |
|---|---|---|

*1. Crude Exports Route:*
*Samara–Caucasus*

12 Days     1,773 Km     6 Days

*2. Product Exports Route:*
*Angarsk–Krabovaya*

20 Days     4,292 Km     8 Days

*3. Jet/Kerosene Shipment Route:*
*Angarsk–Kacha*

4 Days     1,107 Km     36 Hours

Source: YUKOS.
40505-43

YKS 020208

**Figure IV.D.4**

**Southeast Europe Crude Pipeline Infrastructure**



Source: Cambridge Energy Research Associates, YUKOS.
40505-24

YKS 020209

**Figure IV.D.5**

**YUKOS's Primary Lithuanian Assets**



Source: Cambridge Energy Research Associates
40505-18

Figure IV.D.6

**Russian Rail Route to China**



Source: Cambridge Energy Research Associates.
30432-4

YKS 020211

Figure IV.D.7

The Angarsk-Daqing Project



Source: Source: Oil & Capital, Cambridge Energy Research Associates.
21211-4

YKS 020212

Figure IV.D.8

**The Planned Pipeline to Murmansk:
Routes Preferred by Companies**



Source: Cambridge Energy Research Associates.
21211-3

YKS 020213

Figure IV.E.1

Automotive Fuel Technologies and Production Innovations:
YUKOS's Response to Market Needs



Source: YUKOS.
40505-44

YKS 020214

**Figure IV.E.2**

**Innovative Technologies for Independent Acceptance of Refined Products offer World-Class Products to Consumers**



Source: YUKOS.
40505-49

**Figure IV.E.3**

**YUKOS's Collaboration with Global Leaders
in Advanced Refining Technologies**



Source: YUKOS.
40505-45

YKS 020216

**Figure IV.F.1**

**Russia's Refined Product Pipelines Network**



Source: Cambridge Energy Research Associates.
2041-13

YKS 020217

**Figure IV.G.1**

**Russian Marketing Regions of YUKOS**



Source: Cambridge Energy Research Associates, YUKOS.
40505-19

YKS 020218