КОНФИДЕНЦИАЛЬНО

## Содержание

<u>РАЗДЕЛЫ</u>                                                                                      СТР.

I. Краткое Содержание ............................................................................... 4

II. Методология .......................................................................................... 13

A.  Метрики оценки эффективности деятельности ...................................... 10

B.  Компании, выбранные для сравнения с ЮКОСом ................................. 17

III. Цели и показатели деятельности Юкоса в течение пяти периодов ........................... 19

A.  1993-1995: "Свободное падение" .......................................................... 19

B.  1995-1996: "Приватизация спасет мир" ................................................. 29

C.  1997-1999: "Кризисное управление" ..................................................... 38

D.  1999-2000: "Корпоративное управление" .............................................. 47

E.  После 2000: "Корпоративный гражданин" ............................................. 59

IV. Общая оценка деятельности ЮКОСа в сравнительной перспективе ..................... 73

            A. Доступ к запасам нефти ......................................................... 71

            B. Оценка производственной деятельности .................................. 96

            C. Оценка деятельности рабочей силы в области разведки и добычи ...................... 129

            D. Реализация нефти и экспорт .................................................. 133

            E. Оценка деятельности НПЗ ..................................................... 153

            F. Реализация нефтепродуктов и экспорт ..................................... 194

            G. Розничные продажи .............................................................. 205

Приложение I: Определения основных категорий запасов углеводородов, используемых в докладе ...... 214

Приложение II: Нефтяной баланс для Российской федерации и для ЮКОСа ................. 217

Приложение III: Консолидация активов ЮКОСа до и после 2000 г .......................... 220

Приложение IV: Транспортировка нефти в России ....................................... 228

This document is an authentic copy of an original report prepared by Cambridge Energy Research Associates, Inc. for OAO NK Yukos, authenticated pursuant to an Order of the United States Federal District Court dated May 7, 2008. To the extent this Russian language report conflicts with the English version of the same report, the English version controls.

YKS 020219

КОНФИДЕНЦИАЛЬНО

## I. КРАТКОЕ СОДЕРЖАНИЕ

## ЦЕЛИ И ДОСТИЖЕНИЯ ЮКОСА ЗА ПЯТЬ ПЕРИОДОВ КОРПОРАТИВНОЙ ИСТОРИИ

- ЮКОС разделяет свою корпоративную историю со времени формирования компании в 1993 г. на пять следующих периодов:
- «Свободное падение» (1993-1995)
- «Приватизация спасет мир» (1995-1996)
- «Кризисное управление» (1997-1999)
- «Корпоративное управление» (1999-2000)
- «Корпоративный гражданин» (после 2000)

Фокус и приоритеты компании различались в каждом из этих периодов, в зависимости от волатильности экономического и политического климата в России в течение прошлого десятилетия. [ТК: Может ли ЮКОС предоставить дополнительные конкретные примеру»! «международной экспансии» в 1993-1995 и 1995-1996 гг. (например, разведка и добыча, переработка, экспортные рынки) и конкретные примеры описывающие цель «повышения конкурентоспособности» в 1997-1999 гг. (повышение конкурентоспособности по сравнению с Ими]

*Цель КЭРА:*

ЮКОС описал КЭРА свою основную цель в течение каждого из перечисленных периодов. КЭРА поставила своей целью оценить, насколько поставленные цели были достигнуты как с помощью количественных данных (в том, случае, когда они доступны), так и в качественном измерении.

*Выводы:*

В целом, КЭРА заключает, что ЮКОС успешно выполнил цели, поставленные компанией, но прогресс в их достижении был неодинаков и в ряде случаев лишь на поздней стадии результаты политики ЮКОСа в различных областях деятельности стали очевидны. Что касается конкретных целей, поставленных компанией для каждого из пяти периодов, особенно важными представляются следующие результаты:

A. 1993-1995: "Свободное падение"

Цели, поставленные ЮКОСом:

- Вертикальная интеграция экономической деятельности
- Обеспечение предотвращения спада добычи
- Рост объема переработки нефти

4

YKS 020220

**КОНФИДЕНЦИАЛЬНО**

- Международная экспансия
- Улучшение финансового положения компании
- Поддержание занятости

Достижения

ЮКОС возник в тревожные времена и ранняя история компании частично представляла собой «контроль над потерями», так как уровень добычи нефти и производства нефтепродуктов резко сократился вслед за общим кризисом в российской экономике после распада СССР. В течение этого периода менеджмент компании, однако, сумел успешно осуществить базис для эффективной вертикальной интеграции вновь сформированных дочерних компаний как в секторе добычи, так и в секторе переработки и маркетинга и приобрел ценный опыт в международных проектах по добыче. Несмотря на драматическую экономическую реструктуризацию и реориентацию в течение этого периода, менеджмент также сумел минимизировать потери от снижения финансовых показателей компании и сокращения рабочих мест в компании.

## B. 1995-1996: «Приватизация спасет мир»

Цели, поставленные ЮКОСом:

- Рост объема добычи
- Рост объема переработки
- Международная экспансия
- Улучшение финансового положения компании и реструктуризация долгов
- Предотвращение падения производительности труда
- Успешная приватизация
- Построение вертикальной модели менеджмента

Достижения

Этот период был поворотным пунктом в экономической истории ЮКОСа, потому что компании удалось переломить тенденцию к падению производства нефти и нефтепродуктов и обеспечить их рост, хотя и с помощью приобретения дополнительных добывающих предприятий. Добыча нефти снизилась меньше чем на 6 процентов в 1995 г. и выросла почти на 35% в 1996 г. (превысив уровень 1993 г.) Спад в производстве дизельного топлива и мазута закончился в 1995 г., а автомобильного бензина - в 1996 г. К 1996 г. общий объем переработки ЮКОСа вырос более чем на 10 процентов, после рекордно низкого уровня 1995 г.

Компания также подготовила почву для международной экспансии, добавив к своему опыту работы с иностранными компаниями, работавшими в России на проектах по добыче. Программа реструктуризации долга ЮКОСа за эти годы помогла улучшить финансовые показатели, в то время как заметный рост производительности труда произошел вследствие сокращения персонала до уровней более соответствующих масштабу операций компании. Приватизация ЮКОСа в 1995-1996 гг. привела к концентрации значительного пакета акций компании в руках единого собственника — банка «Менатеп», который занялся долгосрочным планированием деятельности компании и предпринял ряд мер по повышению эффективности деятельности компании. Новые

5

YKS 020221

**КОНФИДЕНЦИАЛЬНО**

трудности по дороге к вертикальной интеграции возникли в 1995 г., после того, как ЮКОС приобрел компанию «Самаранефтегаз», но, насколько можно судить, ЮКОС успешно решил проблемы, выстроив в «Самаранефтегазе» модель менеджмента, уже опробованную им в «Юганскнефтегазе».

## C. 1997-1999: «Кризисное управление»

Цели, поставленные ЮКОСом

- Поддержание уровня добычи
- Улучшение финансовой позиции компании и реструктуризация долгов
- Повышение конкурентоспособности
- Проведение строгой политики централизованного вертикального руководства компании
- Консолидация активов

**Достижения**

ЮКОС увеличил объем добычи до 35.4 млн. тонн в 1997 г., и вновь до 44.5 млн. тонн в 1999 г., главным образом за счет приобретения Восточной нефтяной компании в 1997 г. Но этот период также отмечен переломом в производственных процессах в компании «Юганскнефтегаз», ключевом дочернем предприятии ЮКОСа в Западной Сибири, - несмотря на то, что плоды этого перелома принесли урожай позже, основные действия были предприняты компанией именно в этот период. Финансовые показатели компании оказались под воздействием негативных факторов, которые были вне контроля компании (российский финансовый кризис в августе 1998 г.), но тем не менее ЮКОСу удалось повысить свою конкурентоспособность по сравнению с конкурентами, даже несмотря на то, что компании пришлось сократить персонал. Например, количество работающих в компании непосредственно в производящих объединениях сократилось на 38 процентов между 1997 и 1999 гг. до менее чем 25.5 тыс. человек.

Перестройка в секторе сервисного обслуживания добычи, проведенная в 1998 г., стала переломным моментом в дальнейшей концентрации управленческих функций внутри корпоративного центра, и ЮКОС добился значительного прогресса в деле консолидации активов (как приобретенных ранее, так и недавно вошедших в состав компании подразделений Восточной нефтяной компании).

## D. 1999-2000: «Корпоративное управление»

Цели, поставленные ЮКОСом:

- Рост добычи
- Увеличение конкурентоспособности через контроль над затратами
- Разработка принципов корпоративного управления

**Достижения**

Опираясь на достижения предыдущего периода, ЮКОС начал применять новую инновационную программу по добыче нефти, что позволило компании начать наращивать добычу

6

YKS 020222

**КОНФИДЕНЦИАЛЬНО**

темпами превышающими десять процентов в год, начиная с 2000 года. С тех пор добыча продолжает расти этими; темпами. В то же самое время, ЮКОСу удалось уменьшить себестоимость добычи в долларах за тонну, концентрируя ресурсы на действующих скважинах с высоким потенциалом добычи и сокращая расходы путем введения строгого контроля над затратами и внедрения ; прогрессивных методов анализа стандартных уровней затрат. Себестоимость добычи в эти годы составила менее 10 долл. США на тонну в эти годы, по сравнению с более чем 28! долл. США на тонну в 1997 году. Этот период был также отмечен улучшившимся корпоративным управлением, после того как ЮКОС разделил функции собственности и управления, разрешил противоречия с миноритарными акционерами, в целом увеличил прозрачность своей деятельности и ввел в совет директоров независимых директоров.

### Е. Период после 2000 г : «Корпоративный гражданин»

Цели, поставленные ЮКОСом

- Стать первой компанией в России по объему добычи
- Стать лидером среди российских нефтяных компаний по применению новых технологий
- Иметь диверсифицированный энергетический бизнес
- Войти в первую пятерку в мире по эффективности добычи
- Войти в первую пятерку в мире по эффективности менеджмента

Достижения

ЮКОС впервые обошёл ЛУКойл и стал лидером среди российских компаний по объему добычи в 2003 г., произведя 82 млн. тонн нефти, что составило более 19 процентов от общего объема добычи нефти в России. С 2000 г. ЮКОС также оставался лидером по использованию передовых методов добычи, таких как гидроразрыв пласта и другие технологии. ЮКОС существенно увеличил свои активы в российских газовом и электроэнергетическом секторах за время этого периода (добыча газа составила в 2003 г. 5.65 млрд. куб. м., что почти в четыре раза превысило уровень 1999 г. Производственные показатели ЮКОСа в этот период были одними из лучших в мире по таким показателям как темпы роста добычи и эффективность производства, что в свою очередь отражало возросшую эффективность менеджмента и, в особенности, выбор наиболее подходящих технологий добычи и обучение персонала их наилучшему применению. Себестоимость добычи ЮКОСа была почти в два раза ниже, чем у международных компаний в 2000 и 2001 гг.

**Показатели ЮКОСа в целом за 1999-2004 гг. в сравнительной перспективе**

КЭРА также исследовала деятельность и производственные показатели ЮКОСа в целом за период 1999-2004 гг., используя более традиционные показатели нефтяной промышленности для сравнения ЮКОСа с рядом российских и международных нефтяных компаний. В ходе сравнительного анализа и оценки показателей ЮКОСа, КЭРА пришла к следующим выводам:

7

YKS 020223

**КОНФИДЕНЦИАЛЬНО**

*Основные выводы*

- По большинству показателей ЮКОС систематически был выше средних показателей по отрасли в России за рассматриваемый период и быстро сокращал разрыв между собой и международными нефтяными компаниями, которые на протяжении десятков лет до формирования ЮКОСа развивались в условиях жесткой конкуренции.

- Показатели ЮКОСа по сравнению с конкурентами лучше всего выглядят в таких областях как темпы роста добычи, затраты на разведку и разработку, и прямые затраты на добычу нефти. Менеджмент организовал и провел быструю диффузию ноу-хау передовых методов добычи во всей организации. Это, как представляется, являлось уникальным достижением, что выделяет ЮКОС из рядов российских и международных компаний. Эти усилия были поддержаны также вниманием к внедрению передовых технологий и их оптимальному применению.

- С точки зрения величины транспортных расходов, глубины переработки нефти и эффективности маркетинга, показатели ЮКОСа в целом соответствуют среднеотраслевым российским показателям, но в этом компоненте российские нефтяные компании еще значительно отстают от международных компаний.

*Разведка и добыча*

- За период, когда аудирование проводилось согласно западным стандартам (1998-2002), каждая из трех стандартных категорий приобретения, ревизии и открытий/ доразведки значительно повлияли на увеличение запасов ЮКОСа. Прирост запасов более чем компенсировал истощение ресурсов в результат добычи с 1988 года (опять-таки, согласно западным стандартам). Коэффициенты результативности разведочного бурения достаточно высоки - 70 процентов в 2003 г.. [TIC: Может ли ЮКОС объяснить свое определение термина "разведочная скважина (exploration well)" на котором он базирует свой приблизительный 70-ти процентный коэффициент результативности для 42 скважин, пробуренных в 2003 г? Верно ли, что он ссылается как па "разведочные", так и па "поисковые" скважины?]

• По контрасту с ростом общего объема производства ЮКОСа на 43.5 процента в период 1993-2003 (сводное годовое среднее значение 3.7 процента) и органическим ростом на 46.6 процента (т.е. ростом производства одного лишь исходного добывающего дочернего предприятия Юганскнефтегаз, что в терминах сводного среднегодового значения равно 3.9 процентов в год), общероссийский рост объемов производства нефти за этот же период составил лишь 19 процентов (или 1.8 процента в ежегодном рассмотрении). Между тем, первоначальные производящие активы ЛУКойла и Сургутнефтегаза (созданных, как и ЮКОС, в 1993) выросли на 15.2 процента (1.4 процента ежегодного роста). Исключая слияния и приобретения, результатом которых являлись акционерные доли предприятий, среднегодовой прирост добычи для супермэйджорс и мэйджкорс составил 1.5 процента и 4.4 процента в год соответственно.

• Гораздо более высокие темпы органического роста добычи нефти ЮКОСом начиная с 1993 г. по сравнению с другими российскими нефтяными компаниями за тот же период времени отражает в первую очередь эффект применения вторичных методов добычи на действующих месторождениях в Западной Сибири. Эти методы добычи подвергались

YKS 020224

**КОНФИДЕНЦИАЛЬНО**

критике в России как «снятие сливок». Однако, надо подчеркнуть, что ЮКОС сделал упор на систематическом применении наиболее передовых методов добычи и использовании технического ноу-хау внутри организации.

- Фокус ЮКОСа на совершенствовании своей организационной структуры после завершения процесса приватизации компании также способствовал «ренессансу» добычи, поскольку различные сервисные организации, которые когда-то являлись структурными подразделениями компании были сделаны самостоятельными корпоративными и финансовыми единицами и должны были конкурировать за заказы ЮКОСа на тендерах (ЮКОС был первой российской ВИК, которая стала активно применять аутсорсинг).

- Нужно отметить, что у ЮКОСа наблюдался резкий спад по такому показателю как отношение резервов к добыче, во всяком случае, с того момента, когда данные международного аудита резервов ЮКОСа были опубликованы в 1996 г. Это соотношение составляло около 37:1 в 1996 и лишь 27:1 в 2002 (расчет по методике Общества инженеров-нефтяников или СПИ). В этом смысле ЮКОС больше, чем другие российские компании из компаративной группы, продвинулся в сторону соотношения, характерного для международных нефтяных компаний. Среди российских нефтяных компаний в целом наблюдалась противоположная тенденция. Однако, даже несмотря на это отношение резервов к годовой добыче у ЮКОСа было более чем в два раза больше, чем у крупнейших международных нефтяных компаний (у последних оно равнялось 12:1 по методике расчета СПИ).

- Затраты ЮКОСа на разведку одни из самых низких в российской нефтяной промышленности. В течение трехлетнего периода с 2000 по 2003 гг., когда имеются сравнимые между собой данные для ЮКОСа и крупнейших международных нефтяных компаний, - средние затраты ЮКОСа на разведку составили 2.38 долл. США за тонну, т.е. лишь малую толику подобных затрат международных компаний (13.93 долл. США за тонну у супермэйджорс и 18.29 долл. США за тонну у мэйджорс).

- Прямые затраты ЮКОСа на добычу составили около 10.74 долл. США за тонну в 2002 г. (год, за который существуют наиболее свежие данные по отчетности ЮКОСа), что является одним из самых низких показателей среди российских нефтяных компаний (другая компания с таким же низким показателем прямых затрат на добычу — Сибнефть) и почти в два раза ниже, чем средний уровень прямых затрат на добычу у отобранной нами группы мэйджорс и супермэйджорс. Еще один показатель эффективности использования добычных активов это объем добычи на скважину, и ЮКОС сумел увеличить среднее значение этого показателя почти на 50 процентов за период 1993-2003 гг., в то время, как средние дебеты скважин производящих скважин в России снижались в течение того же периода.

- Налоговые платежи ЮКОСа в течение тех лет, за которые существуют сравнимые данные, были аналогичны налоговым платежам нефтяной отрасли в целом и тех компаний, которые были отобраны для проведения сравнения по ключевым показателям, включая налоги с тонны добычи (оцениваемые как 75.40 долларов США на тонну для ЮКОСа в 2003 г.) и налоги как процент от валовой выручки (оцениваемые как 36 процентов для ЮКОСа в 2003 г.)

9

YKS 020225

**КОНФИДЕНЦИАЛЬНО**

*Маркетинг нефти и экспорт*

- ЮКОС постепенно увеличивал свою долю экспорта добытой нефти, что объясняется более высокими нетбэками от реализации нефти на экспорт с продажами на мировых рынках. Начиная с 2000 г., компания экспортировала большую часть своей добычи, подобно всей российской нефтяной отрасли начиная с 2002 г. ЮКОС экспортирует большую пропорцию своей добычи по сравнению со среднероссийским показателем, что отражает более активное использование маршрутов экспорта минуя Транснефть для решения проблемы ограничений по экспорту трубопроводным транспортом. В 2002 г. экспорт нефти минуя Транснефть составил у ЮКОСа 29 процентов от добычи, в то время как у других российских компаний этот показатель не превышал 3 процентов.

- Затраты ЮКОСа на транспортировку в 2003 г. составили 27.90 долл. США на тонну. Хотя точные данные по расходам на транспортировку по другим российским и международным компаниям были нам недоступны, вышеприведенная цифра ЮКОСа, как представляется, выше среднего по отрасли, главным образом из-за большой доли экспорта с использованием комбинированных маршрутов (ж\д). Затраты на ж\д экспорт, как правило, более чем в два раза превышают транспортные расходы при экспорте по системе Транснефти, но продолжали быть привлекательными для компаний с точки зрения нетбэков, особенно принимая во внимание исключительно высокие международные цены на нефть. Между тем, инициативы ЮКОСа по строительству новых трубопроводов (такие, как участие в консорциуме по строительству трубопровода из Западной Сибири в Мурманск) смогут способствовать решению проблемы разблокировки экспортных трубопроводных возможностей в будущем.

*Нефтепереработка и реализация*

- Используя комбинацию эффективных проектов по модернизации НПЗ и приобретения НПЗ с современным оборудованием ЮКОС существенно улучшил показатель глубины переработки нефти за рассматриваемый период (тем не менее ЮКОС отставал от среднего показателя международных компаний по этому показателю). ЮКОС также расширил свои возможности по объему переработки, одновременно уменьшая средний размер НПЗ и увеличил выход светлых нефтепродуктов с 51 процентов от общего выхода нефтепродуктов в 1994 г. до 61 процента в 2003 г.

- ЮКОС увеличил использование первичной переработки с 1993, но все же отстает по этому показателю от среднеотраслевого российского показателя в 70 процентов, не говоря уже о западных нормах. Это объясняется, главным образом, тем, что Ангарский НПЗ имеет излишние неиспользуемые мощности, вследствие того, что завод попросту слишком велик и объем его продукции гораздо выше того уровня, который требуется для удовлетворения местного спроса.

- ЮКОС сделал упор на программы модернизации своих НПЗ, инвестируя в процессы изомеризации, что сможет улучшить качество нефтепродуктов, производимых на НПЗ ЮКОСа, вместо того, чтобы увеличивать конверсию или возможности по дистилляции. В нынешних рыночных условиях подход ЮКОСа вероятно окажется более прибыльным.

- ЮКОС сумел добиться более высокого соотношения между добычей нефти и экспортом нефтепродуктов, чем российская нефтяная отрасль в среднем (73 процента против 71.5

10

YKS 020226

**КОНФИДЕНЦИАЛЬНО**

процент в 2002 г.) Это рационально с точки зрения экономики - даже в случае относительно более дорогого экспорта нефти по ж\д - вследствие высоких нетбэков от экспорта российской нефти при нынешних мировых ценах.

- Доступные нам данные показывают, что затраты ЮКОСа и других российских нефтяных компаний на нефтепереработку на тонну существенно ниже аналогичных затрат международных компаний, которым приходится гораздо больше тратить на закупку нефти и оплату труда.

- Бензин и мазут составили растущую долю экспорта нефтепродуктов в течение последних лет в случае ЮКОСа и российской нефтяной промышленности. Экспорт нефтепродуктов ЮКОСа главным образом приходится на европейский рынок, за исключением небольшой части, направляемой на рынок стран Азиатского региона. Как география поставок нефтепродуктов, так и их объем у ЮКОСа в целом соответствуют среднероссийским показателям, в то время как у международных компаний экспорт нефтепродуктов меньше по объему и более диверсифицирован с географической точки зрения.

- Оптовые продажи нефтепродутов - это область, в которой ЮКОС по большей части приблизился к международным нефтяным компаниям с точки зрения эффективности. Средние продажи ЮКОСа на автозаправках близки к средним показателям по автозаправок США.

И

YKS 020227

КОНФИДЕНЦИАЛЬНО

## II. МЕТОДОЛОГИЯ

*А. Метрики оценки эффективности деятельности*

Индикаторы оценки измерения того, достигли ЮКОС поставленных целей

КЭРА применяла как количественные, так и качественные методы анализа для того, чтобы измерить достижения ЮКОСа с точки зрения выполнения поставленных целей в течение пяти ключевых периодов с 1993 г. Ниже мы приводим краткое изложение данных, которые использовались для измерения достижений ЮКОСа с точки зрения поставленных задач (в случае ряда других целей и задач, количественные данные для оценки не были доступны, и в таком случае КЭРА использовала методы качественной оценки деятельности ЮКОСа):

**1993-1995**

- Остановка спада добычи. Добыча нефти Юганскнефтегазом
- Рост объема нефтепереработки. Переработка на трех Самарских НПЗ
- Сохранение уровня занятости. Данные ЮКОСа о размере рабочей силы
- Вертикальная интеграция. Отношение объема переработки к объему добычи нефти

**1995-1996**

- Рост добычи. Добыча нефти Юганскнефтегазом и Самаранефтегазом
- Рост объема переработки. Переработка на трех Самарских НПЗ

**1997-1999**

- Поддержание уровня добычи. Добыча нефти Юганскнефтегазом, Самаранефтегазом и Томскнефтью

**1999-2000**

- Поддержание уровня добычи. Добыча нефти Юганскнефтегазом, Самаранефтегазом и Томскнефтью
- Повышение конкурентноспособности за счет контроля над затратами. Затраты на разведку, добычу и себестоимость переработки

**После 2000 г.**

- Быть российской компанией
- Быть компанией номер один по объемам добычи. Общий объем добычи ЮКОСа в сравнении с уровнями добычи у других компаний

12

YKS 020228

**КОНФИДЕНЦИАЛЬНО**

- Иметь диверсифицированный энергетический бизнес. Увеличение объема запасов газа и рост добычи газа

Определение ключевых терминов

Большинство из метрик, использовавшихся для сравнения компаний, не требуют специальных объяснений, так как они очевидны и определяются единым образом в нефтяной промышленности как в России, так и на Западе. Однако, существуют также ряд индикаторов, используемых в российских отчетах - и потому полезных для сравнения ЮКОСа с другими российскими компаниями — которые либо не имеют прямых аналогов в западных отчетах о нефтяных компаниях, либо определяются по другому, что затрудняет сравнение российских и западных нефтяных компаний по ряду показателей. Среди ключевых терминов и индикаторов, которые должны использоваться с особенной осторожностью, принимая во внимание расхождения в определениях или отсутствие аналогичных терминов на Западе мы отметим следующие:

**Классификация запасов.** Запасы ведущих российских компаний стали оцениваться в соответствии с западными стандартами (как правило по методологии СПИ) начиная с середины 1990 гг. ( в случае с ЮКОСом, данные о запасах, расчитанные на основе стандартов СПИ, в настоящий момент доступны для периода 1996-2003 гг. Для целей анализа предшествующего периода и оценки изменений в объеме запасов российских компаний за период 1993 по 2003 гг. необходимо опираться на оценки доказанных запасов, сделанных в соответствии с традиционной российской системой классификации запасов, которая, в свою очередь, базируется на советской методологии и категориях запасов A+B+C1). По контрасту с западной методологией, российская система классификации определяет запасы с точки зрения технологической извлекаемости, даже если в настоящий момент добыча является экономически невыгодной. Данные о запасах международных нефтяных компаний, как правило, основываются на аудите запасов по методике СЕК, которая ближе к методике СПИ, чем к российской системе классификации A+B+C 1, но все же методика СЕК более консервативна и оценка запасов по ее положениям оказывается ниже, чем по методике СПИ. Несмотря на разницу в методологии, сравнение данных по запасам позволяет сделать ценные выводы об общих тенденциях и КЭРА использовала данные по запасам, оцененным по всем трем упоминавшимся методикам оценки. (См. Приложение 1 для дополнительных деталей о ключевых различиях между системами классификации запасов).

**Разведочные скважины против оценочных скважин.** Многие скважины, которые в России классифицируются как разведочные, в практике международных нефтяных компаний были бы классифицированы как оценочные. В этом отчете не проводятся детальные различия между разведочными и оценочными скважинами вследствие отсутствия систематических данных для российских компаний.

**Разведочное бурение против разработочного бурения и разведочные скважины против разработочных скважин.** Российское определение бурения включает как бурение для оценки запасов разведываемого месторождения. Такой тип бурения на Западе традиционно выделяется отдельно как разведочное бурение. Поэтому наиболее полезные сравнения по объемам бурения можно провести сравнивая показатели российских компаний.

**Затраты на разведку и разработку в долларах на добытую тонну.** Компании, выбранные для сравнения с ЮКОСом, сообщают о своих затратах на разведку и

13

YKS 020229

**КОНФИДЕНЦИАЛЬНО**

разработку по различным стандартам. Поэтому КЭРА решила сфокусироваться на одном элементе этого индикатора - затраты на разведку (или разработку) для целей детального сравнения.

- **Затраты на добычу в долларах на тонну.** Принимая во внимание большие различия в том, как этот термин определяется среди различных компаний, только один элемент в затратах ЮКОСа на добычу, а именно прямые затраты на добычу был избран для сравнения ЮКОСа с другими компаниями.

- **Налогообложение.** Действующий российский режим налогообложения нефтяного сектора не имеет прямого соответствия в странах, в которых работают международные компании, выбранные для сравнения с ЮКОСом. Более того, сравнение национальных налоговых режимов имеют сомнительную пользу для сравнительного рассмотрения деятельности российской компании, потому что российские компании, как правило, платят большинство налогов в одной стране (в России), в то время как международные мэйджорс по определению работают в условиях различных международных налоговых режимов, поскольку их операции разбросаны по всему миру. Сравнение налоговой нагрузки поэтому ограничено сравнением ЮКОСа с другими российскими нефтяными компаниями. Российская система налогообложения нефтяного сектора основана, в основном, на налоге на добычу полезных ископаемых или НДПИ, который с 2002 года заменил акциз на нефть, роялти и налог на воспроизводство минерально-сырьевой базы, и на экспортной пошлине на нефть, причем и тот и другой налоговый инструмент базируются на принципе скользящей шкалы, повышающей ставку налога и пошлины в привязке к росту международной цены на нефть.

- **Глубина переработки.** В России этот термин относится к количеству нефтепродуктов, остающихся после процесса переработки мунус потери и выход мазута в процентах от общего выхода нефтепродуктов. Этот показатель эффективности НПЗ традиционно используется для сравнения российских НПЗ, но сравнительные данные не доступны для международных НПЗ, поэтому сравнение по этому индикатору проводится только с российскими компаниями.

- **Выход светлых нефтепродуктов.** Категория светлых нефтепродуктов, как они определяются в России и эта категория используется для сравнений с российскими компаниями, состоит из бензина, дизеля и керосина. Для целей международных сравнений общий выход тех же видов нефтепродуктов был рассчитан. Тем не менее, необходимо отметить, что выход еще одного светлого продукта, нафты, как правило, учитывается в категории бензина в российской статистике, но в западной статистике учитывается отдельно. В результате, российские НПЗ могут выглядеть еще более отстающими от западных НПЗ по показателю выхода светлых нефтепродуктов, чем это показано в приводимых нами сравнениях. Это зависит от объемов производства нафты, которая не включается в западный выход светлых нефтепродуктов, согласно приведенному выше определению.

- **Затраты на переработку нефти с тонны.** Принимая во внимание широкую вариацию этого термина и расхождения в том, как его определяют сами компании, только один элемент определения ЮКОСом затрат на переработку - непосредственно эксплуатационные расходы - был избран для целей сравнения между ЮКОСом и другими компаниями.

- **Единицы измерения.** Единицы измерения нефти и нефтяного эквивалента в данном отчете приводятся в метрических тоннах (тонны в тексте). В том случае, когда изначальные данные приводились в баррелях, мы использовали следующие

14

YKS 020230

**КОНФИДЕНЦИАЛЬНО**

конверсионные коэффициенты: для Юралс одна тонна равна 7.3 баррреля, в то время как для международных данных одна тонна равна 7.33 барреля.

- **Учет доли вновь приобретенных дочерних компаний в общих показателях.** Постольку поскольку в структуре собственности как ЮКОСа, так и других выбранных для анализа компаний происходили важные изменения с 1993 по настоящее время, особенно важным является использование критериев сравнения, которые консистентны в смысле измерения вклада дочерних компаний холдингов в общий объем добычи, переработки и т.д. Кроме тех случаев, когда годовые отчеты ЮКОСа включают вклад дочерних компаний с более ранней даты, КЭРА учитывает подобный вклад в общие показатели компании с 1 января года, следующего за годом приобретения дочернего общества ЮКОСом или другими компаниями, выбранными для сравнения (т.е. во время первого полного года операций дочернего общества в составе вертикально интегрированной компании). Однако, оказалось не всегда возможным идентифицировать методологию, используемую различными компаниями из группы сравнения в процессе предоставления данных об объемах их добычи. В результате, некоторые сводные данные по компаниям могут учитывать вклад вновь присоединенных дочерних компаний в тот год, когда они были присоединены, несмотря на то, что добыча дочерних обществ ЮКОСа приобретенных в одном году не учитывалась до наступления следующего года, и наоборот. Несмотря на то, что это могло искажать сравнительный анализ по каждому году, но с точки зрения общего тренда с 1993 г. по настоящее время, данные, собранные КЭРА, дают понимание того, как развивались компании в сравнительной перспективе.

### В. *Компании, выбранные для сравнения с ЮКОСом*

#### Российские компании

Компании, которые КЭРА выбрала для детального сравнения их деятельности с ЮКОСом на основе их средних показателей как группы с точки зрения различных метрик - это ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК-ВР.[*] Эта группа включает три компании, для которых сравнимые данные были доступны во время осуществления исследовательского проекта (ЛУКойл, Сибнефть, и ТНК-ВР), а также компанию, которая заслуживала включения в группу анализа поскольку часто оценивается как третья или выше среди российских компаний с точки зрения различных показателей (Сургутнефтегаз). Эти четыре компании также представляют весьма поучительные примеры того, какие различные пути избрали различные российские компании после приватизации. ЛУКойл являет собой пример самой успешной компании из тех, которые были приватизированны одним из ее высших менеджеров. Сибнефть — по различным показателям является одним из самых успешных конкурентов ЮКОСа, среди компаний, приобретенных банкирами. Сургутнефтегаз выделяется из всех российских компаний тем, что практически не входил в партнерства с иностранными компаниями. ТНК-ВР, напротив, представляет собой пример самого крупного опыта влияния иностранного капитала и опыта западного менеджмента в российскую компанию. Где это было возможно, КЭРА также включила анализ среднеотраслевых российских показателей.

---

[*] ЮКОС и Сибнефть рассматриваются как отдельные компании во время рассматриваемого периода. ЮКОС завершил сделку по приобретению 92 процентов акций Сибнефти в октябре 2003 г., но, на дату подготовки отчета Сибнефть еще не представила информацию, необходимую для расчета планируемых эксплуатационных и капитальных затрат или результатов 2003 г.

YKS 020231

**КОНФИДЕНЦИАЛЬНО**

Международные сравнения

Для целей международных сравнений в сфере добычи, КЭРА решила сфокусироваться на двух группах зарубежных компаний в течение каждого года за период 1993-2003 гг. Во-первых, супермэйджорс, такие как Экссон-Мобил, Би-Пи и Шелл, потому что они являются лидерами отрасли. Во-вторых, группа из шести компаний, которые больше походят на ЮКОС по размерам, такие как Шеврон-Тексако, Коноко-Филипс, ЕНИ, Петробрас, Репсол и Тоталь. Для каждой группы КЭРА представляла ключевые индикаторы их деятельности во всех категориях, где была доступна информация. Вся информация о компаниях, использовавшаяся для сравнения их показателей по добыче с показателями ЮКОСа, была взята из открытых источников.

Как указано в сопровождающих текст таблицах, в тех случаях, когда данные для всех из перечисленных компаний были недоступны, КЭРА использовала сравнительную статистику для более узкой группы международных компаний (или среднеотраслевые данные) в случае, если альтернативные источники информации иллюстрируют важные тенденции.

Важно помнить, что между российскими и международными компаниями существуют важные отличия, которые не позволяют проводить прямые сравнения, особенно в части сравнения индикаторов по добыче нефти, включая такие параметры, как наличие большого количества проектов на шельфе, глубоководных проектов, и проектов по добыче вязкой нефти в случае международных нефтяных компаний, и практически полное отсутствие таких проектов у российских компаний. Российские нефтяные компании также отличаются от международных норм тем, что в течение периода с 1993 по 2003 гг. проекты по добыче природного газа стали привлекать внимание российских компаний лишь недавно, в то время как у международных компаний добыча нефти и добыча газа шли рука об руку во время всего рассматриваемого периода. КЭРА сравнивала индикаторы деятельности западных компаний по добыче и нефти и газа (в последнем случае данные пересчитывались в тонны нефтяного эквивалента) с индикаторами деятельности по добыче лишь нефти у российских компаний.

В случае сравнения параметров нефтепереработки, данные, публикуемые интересовавшими нас компаниями, были недостаточны для систематической оценки. Поэтому при сравнительном анализе переработки КЭРА опиралась на три дополнительных источника. Данные по НПЗ международных компаний были взяты из базы данных КЭРА. В случае некоторых метрик нефтепереработки КЭРА также использовала данные Финансовой системы данных департамента энергетики США, которому все крупнейшие американские нефтяные компании сообщают о результатах своей деятельности[2].

В дополнение, КЭРА использовала свою внутреннюю базу данных о продажах нефтепродуктов в США. Эта база данных создана на базе статистических данных публикуемых в годовом альманахе Нэшнл петролеум ньюс и данных департамента энергетики США. КЭРА стремилась максимально использовать сравнимые данные для одной и той же группы компаний, подобно тому, как мы это делали при анализе индикаторов добычи.

---

[2] Данные Финансовой системы данных департамента энергетики США содержат финансовую информацию и операционные данные основных энергетических компаний, осуществляющих свою деятельность в США.

16

YKS 020232

**КОНФИДЕНЦИАЛЬНО**

Тем не менее, как указывается в сопровождающих текст таблицах, в некоторых случаях, тогда, когда данные по переработке компаний, избранных для целей сравнения, отсутствовали, КЭРА использовала более узкий список компаний. Применительно к операциям по нефтепереработке, данные о которых содержатся в базе Финансовой системы данных департамента энергетики США, термин супермэйджор относится к компаниям Экссон, Би-Пи и Шелл, в то время как термин мэйджор относится к компаниям Шеврон, Коноко и Филипс.

17

YKS 020233

КОНФИДЕНЦИАЛЬНО

## III. ЦЕЛИ И ПОКАЗАТЕЛИ ДЕЯТЕЛЬНОСТИ ЮКОСА В ТЕЧЕНИЕ ПЯТИ ПЕРИОДОВ

### А. 1993-1995: «Свободное падение»

*Основные цели и достижения ЮКОСа*

- **Вертикальная интеграция экономической деятельности.** Первые владельцы компании начали процесс построения эффективных связей между добывающими и перерабатывающими подразделениями вновь сформированной компании и ввели в компанию первые ключевые элементы централизованной корпоративной структуры, что заложило основу для будущего роста.

- **Предотвращение дальнейшего падения добычи.** ЮКОС заложил основу стабилизации и последующего подъема уровней добычи (хотя добыча продолжала снижаться, правда, в меньшей степени, в 1996 г.)

- **Рост объема переработки.** Объем переработки снизился в 1993-1995 гг., но руководство компании остановило спад в 1995 и обеспечило начало роста в следующем году.

- **Международная экспансия.** Первое совместное предприятие ЮКОСа в области добычи было неудачным, но оказалось полезным для компании с точки зрения приобретенного опыта по операциям иностранных совместных предприятий, и ЮКОС играл роль на международных рынках как экспортер нефти и нефтепродуктов со дня основания компании.

- **Улучшение финансовой позиции компании.** Российский макро-экономический крах и финансовый кризис в начале 1990-х гг. отрицательно сказался на ЮКОСе, как и на других российских нефтяных компаниях, но ЮКОС принял ряд мер, которые имели целью улучшить финансовые показатели компании в длительной перспективе (в частности, требуя предоплаты от своих российских потребителей и перенаправив растущую долю добытой нефти на более выгодные экспортные рынки).

- **Поддержание уровня занятости.** Количество работающих в компании сократилось в этот период, но не так резко, как уровень добычи, что отражало усилия менеджмента по сохранению рабочих мест.

  - (См. Рис. III.A.1: Цели ЮКОСа в 1993-1995 гг.)

*Ключевые черты периода в восприятии ЮКОСа*

Внутри России

- Переход от супер-монополии (министерства нефти и газа) к формированию промышленных холдингов

- Начало второй фазы приватизации

- Расцвет «дикого капитализма»

18

YKS 020234

**КОНФИДЕНЦИАЛЬНО**

-   Кризис неплатежей
-   Инфляция
-   Ослабление федерального центра

Внутри компании
-   Чрезвычайно аморфная структура
-   Желание улучшить управленческий и финансовый контроль
-   Отсутствие инвестиций
-   Низкий уровень рабочего капитала
-   Неконтролируемые расходы
-   Высокий уровень административных и иных расходов, не относящихся к производству продукции

[ТК: 15 отношении ключевых характеристик пяти исторических периодов согласно их восприятию ЮКОСом, каково объяснение того, что ЮКОС считал, что в 1993-1995 гг. происходил рост рабочих мест в компании в противоречие с цифрами, представленными ЮКОСом? («рост рабочих мест» не входит в ключевые характеристики периода 1993-1995 гг. в последней редакции этого отчета.)]

*Вертикальная интеграция экономической деятельности*

Согласно условиям постановления правительства о создании ЮКОСа (постановление № 354 от 15 апреля 1993 г.) дочерние предприятия компании были следующие: Юганскнефтегаз, три НПЗ в Самарской области, и восемь организаций по торговле нефтепродуктами, расположенных в Европейской части России. (См. Рис. III.A.2: Расположение основных дочерних компаний ЮКОСа).

ЮКОС возник в тревожные времена и ранняя история компании частично представляла собой «контроль над потерями», так как уровень добычи нефти и производства нефтепродуктов резко сократился вслед за общим кризисом в российской экономике после распада СССР. В течение этого периода менеджмент компании, однако, сумел успешно создать базис для эффективной вертикальной интеграции вновь сформированных дочерних компаний как в секторе добычи, так и в секторе переработки и маркетинга, что заложило условия для дальнейшего роста.

Два основных препятствия на пути к успешной интеграции - отсутствие контроля над уставным капиталом дочерних компаний и отсутствие баланса между производственными возможностями добычи и переработки были преодолены лишь в будущие периоды, но оказались под контролем менеджмента:

19

YKS 020235

**КОНФИДЕНЦИАЛЬНО**

**Крупные пакеты акций миноритарных акционеров были нейтрализованы путем контроля над голосующими акциями.** Холдинговая компания ЮКОС сама являлась лишь миноритарным акционером в каждой из дочерних компаний в 1995 г., с точки зрения общего количества акций (т.е. обычные плюс привилегированные или неголосующие акции), но имела эффективный контроль над более чем 50 процентом обычных (голосующих) акций во всех дочерних компаниях с момента их образования. (См Таблицу III.A.1.i: Акционерный капитал ЮКОСа и его дочерних компаний в 1995 г.)

- **Избыток добывающих мощностей по сравнению с перерабатывающими мощностями: проблема второго порядка.** С самого начала объем добычи нефти ЮКОСом значительно превосходил возможности переработки на его собственных НПЗ. Этот дисбаланс стал более заметным во время первых нескольких лет существования компании, но для ЮКОСа в тот момент эта проблема не представлялась первоочередной по сравнению с необходимостью найти коммерческие рынки для добываемой нефти и произведенных нефтепродуктов. (См. Таблицу III.A-1.iI: Добыча нефти ЮКОСом как процент от объема переработки на НПЗ компании).

YKS 020236

**КОНФИДЕНЦИАЛЬНО**
Таблица III.A.I.i

Акционерный капитал ЮКОСа и его дочерних компаний в 1995 г.

| Дочерняя компания | Акционерный капитал ЮКОСа в дочерних компаниях | |
|---|---|---|
| | % от уставного капитала | % голосующих акций |
| Юганскнефтегаз | 38.0% | 50.7% |
| Новокуйбышев | 46.8% | 62.4% |
| Орелнефтепродукт | 38.0% | 50.7% |
| Липецкнефтепродукт | 38.0% | 50.7% |
| Воронежнефтепродукт | 46.7% | 62.3% |
| Пензанефтепродукт | 46.7% | 62.3% |
| Тамбовнефтепродукт | 46.7% | 62.3% |
| Брянскнефтепродукт | 46.8% | 62.4% |
| Улья но вскнефтеп роду кт | 46.8% | 62.4% |
| Самаранефтепродукт | 46.8% | 62.4% |
| KNOS* | 38.0% | 50.7% |

* KNOS включает в себя Куйбышевский НПЗ, Сызрански НПЗ и НИИ "Самаранефтехимпроект"
Источник: ЮКОС

21

YKS 020237

КОНФИДЕНЦИАЛЬНО

Таблица III.A.l.ii

**Добыча нефти ЮКОСом как процент от объема переработки НПЗ компании**
(миллионы метрических тонн)

|  | 1993 | 1994 | 1995 |
|---|---|---|---|
| Объем добычи компании Юганскнефтегаз | 33.9 | 28.7 | 27.1 |
| Объем общей переработки трех самарских заводов | 21.0 | 18.5 | 16.3 |
| Добыча нефти как % от объема переработки на НПЗ компании | 161.2% | 155.5% | 166.7% |

Источник: ЮКОС

*Предотвращение дальнейшего падения уровня добычи*

Спад объемов добычи (и переработки) ЮКОСа во время первых лет существования компании был вызван обстоятельствами, находившимися за пределами контроля компании. Среди основных макроэкономических причин падения добычи нефти ЮКОСа во время первой половины рассматриваемого периода были следующие:

- **Крах спроса на нефть в России и отсутствие существенного доступа к альтернативным экспортным рынкам.** Экономическая реструктуризация и спад (близкий к депрессии), вызванный развалом Советского Союза в 1991 г. привел к спаду потребления нефтепродуктов с 250.6 млн. тонн в 1990 г. до почти вдвое меньшего уровня к 1996. Поскольку в России не существовало достаточной инфраструктуры доступа к альтернативным экспортным рынкам, спад спроса на нефтепродукты на внутреннем рынке привел к сокращению добычи с 516.2 млн. тонн в 1990 г. до пост-Советского минимума в 301.2 млн. тонн в 1996 г. (См. Приложение II. Нефтяные балансы России и ЮКОСа в 1993-2003 гг.)

- **Общий экономический развал, прервавший приток инвестиций и поставки оборудования.** Ранний пост-советский период сопровождался резким сокращением инвестиций, последовавшим за крахом центрального финансирования и разрывом поставок нефтяного оборудования (заводы по производству которого находились, главным образом, в Азербайджане).

- **Реакция сибирский нефтедобытчиков (с конца советского периода) на задержки с зарплатами и замену денежных расчетов бартером.** Довольно автономные производственные объединения в Западной Сибири начали закрывать коммерческие скважины (т.е. скважины с обводненностью 40 процентов в ряде случаев).

22

YKS 020238

КОНФИДЕНЦИАЛЬНО

В течение 1993-1995 гг. ЮКОС заложил основу для стабилизации и последующего роста уровня добычи. Спад добычи ЮКОСа (Юганскнефтегаза) в 1993-1995 гг. с 33.9 млн. тонн в год до 27.1 млн. тонн в год (спад на 20.1 процент) представляет самый резкий спад добычи в короткой истории компании, как с точки зрения объема, так и с точки зрения процентного уменьшения. Хотя добыча Юганскнефтегаза вновь сократилась в 1996 г., этот спад был намного меньше чем в 1994 и 1995 гг., и в 1996-1999 гг. ЮКОС удерживал уровень добычи Юганскнефтегаза в рамках 26-27 млн. тонн в год, после чего добыча Юганскнефтегаза резко пошла вверх. (См. Таблицу III.A.2: Добыча нефти Юганскнефтегазом).

Юганскнефтегаз начал развивать новые месторождения в 1993-1995 гг., и именно эта экспансия на новые нефтяные территории обусловила то, что падение добычи ЮКОСа не было еще более сильным во время ранней истории компании. Западные партнеры ЮКОСа также помогли ему остановить падение добычи в этот период.

- **Совместное предприятие между Юганскфракмастером и Кэнэдиан Фракмастер Оффшоре Лимитед (доля Юганскнефтегаза - 51 процент).** Кэнэдиан Фракмастер применил свою технологию гидроразрыва пласта на нескольких месторождениях с трудноизвлекаемыми запасами (включая Западно-Малобалыкское и Приразломное), что привело к тому, что дебеты скважин увеличились в три раза и выше. Из пласта В-10 (ачимовский горизонт) Западно-Малобалыкского месторождения, например, ЮКОС получал лишь 1-10 тонн в день на скважину до проведения работ по гидроразрыву пласта, несмотря на высокое давление в резервуаре, и увеличилось до 30-50 тонн в день после этих работ.
- **Совместное предприятие Манойл с Meshenterpriceoil (Нидерланды) (у Юганскнефтегаза бало 32 процента акций).** Манойл СП (около 350 работников) успешно разрабатывало маргинальные месторождения, продемонстрировав, что те месторождения, которые Юганскнефтегаз не мог разрабатывать с прибылью, тем не менее можно было разрабатывать на коммерческой основе. Юганскнефтегаз в результате решил создать тренинговый центр для высших менеджеров, в котором персонал ЮКОСа мог изучить лучшие примеры из западной практики.

YKS 020239

**КОНФИДЕНЦИАЛЬНО**

**Таблица III.A.2**

**Объем добычи нефти Юганскнефтегаза**

(миллионы метрических тонн)

|  | 1993 | 1994 | 1995 |
|---|---|---|---|
| Юганскнефтегаз | 33.9 | 28.7 | 27.1 |
| Добыча ЮКОСа всего | 33.9 | 28.7 | 27.1 |

**Основные месторождения, с которых осуществляется добыча нефти**

|  | 1993 | 1994 | 1995 |
|---|---|---|---|
| 1 - Мамонтовс кое | 12.3 | 9.8 | 8.5 |
| 2 - Южно-Сургутское | 4.4 | 3.3 | 2.8 |
| 3 - Мало-Балыкское | 2.0 | 2.1 | 2.1 |

Источники: КЭРА, ЮКОС

## Методы добычи ЮКОСа в 1993 г.

Средняя рбводненность на месторождениях Юганскнефтегаза в 1993 г. была около 70 процентов. Некоторые месторождения ЮКОСа разрабатывались с инжекторными скважинами с самого начала, частью для того, чтобы поддержать давление в резервуаре, в соответсвии с советскими инструкциями того времени.

С самого образования ЮКОСа компания использовала различные методы закачки воды в пласт для различных месторождений, в зависитости от рекоммендаций главного геолога. Но эффективное заводнение не было возможным вследствие отсутствия надежных данных и неправильным размещением дополнительных скважин. Проектная документация в это время была далека от идеала, и Юганскнефтегаз через какое-то время прервал контракты с российскими специализированными НИИ, от которых он традиционно получал данные о месторождениях. Вместо этого, ЮКОС создал научно-исследовательские центры в рамках своих собственных производственных объединений, которые затем создали новые геологические карты на основе своего собственного анализа и интерпретации данных, полученных о нефтяных месторождениях.

24

YKS 020240

**КОНФИДЕНЦИАЛЬНО**
Таблица III.A.3

**Переработка нефти на трех НПЗ в Самарской области**

(млн. тонн)

|  | 1993 | 1994 | 1995 |
|---|---|---|---|
| Куйбышевский НПЗ | 5.6 | 5.3 | 5.0 |
| Темпы роста объема переработки |  | -5.3% | -5.0% |
| Новокуйбышевский НПЗ | 10.0 | 8.1 | 6.4 |
| Темпы роста объема переработки |  | -19.8% | -20.9% |
| Сызранский НПЗ | 5.4 | 5.1 | 4.8 |
| Темпы роста объема переработки |  | -5.3% | -5.0% |
| Объем переработки всего | 21.0 | 18.5 | 16.3 |
| Темпы роста объема переработки |  | -12.2% | -11.9% |

Источники: КЭРА, ЮКОС

[ТК: Может ли ЮКОС предоставить информацию о институтах, с которыми он имеет контракты для целей сбора данных о месторождениях и тех, которые осуществляют геологическую, геофизическую и исследовательскую работу? Почему и до какой степени ЮКОС создавал свои собственные исследовательские институты, вместо использования традиционных институтов Министерства геологии и нефти и как это сказалось на уровне занятости, особенно в регионах?]

*Рост объема нефтепереработки*

Так же, как и в случае с добычей нефти, объем переработки ЮКОСа в течение всего периода 1993-1995 гг. В самом деле, 1995 год был свидетелем самого низкого показателя ЮКОСа по объему переработки за всю корпоративную историю. Вскоре после этого компания начала наращивать объем переработки, и, поэтому, можно заключить, что база для уверенного роста объема переработки ЮКОСа была создана в течение первого года существования компании (См. Таблицу III.A.3: Объем переработки нефти тремя НПЗ в Самарской области.)

YKS 020241

**КОНФИДЕНЦИАЛЬНО**

*Международная экспансия*

Попытки ЮКОСа создать международные проекты по добыче и переработке нефти долгое время не приносили видимых результатов, и стали заметны лишь в период после приватизации. Первые шаги на пути выхода компании на международный уровень ЮКОС начал предпринимать в период с 1993 по 1995 год. Необходимо отметить, что первоначально ЮКОС был подготовлен к борьбе за выгодные нефтяные проекты на международной арене не более, чем любая другая средняя российская нефтяная компания (например, в основном, компании недоставало знающих иностранные языки сотрудников и возможностей для офшорной добычи нефти.) История раннего периода попыток международной экспансии отражает эти недостатки.

СП Yugansk Petro Andes, образованное в 1994 г. между Юганскнефтегазом и перуанской компанией для добычи нефти в Перу (в районе озера Титикака), было ликвидировано после того, как несколько пробуренных скважин оказались сухими. Впоследствие, в 1993-1995 гг. ЮКОС не вступал в международные СП. Хотя с коммерческой точки зрения перуанское СП ЮКОСа было неудачным, компания получила ценный урок в плане механики международных совместных проектов. Также в 1993-1995 гг. ЮКОС стал одним из основных экспортеров нефти и нефтепродуктов на европейском рынке.

*Улучшение финансового положения компании*

В результате российского макро-экономического и финансового кризиса в начале 1990-х гг. ЮКОС не был в состоянии выплачивать дивиденды в начальный период своей истории. Российские регионы, в которых ЮКОС реализовывал нефть и нефтепродукты в течение первых нескольких лет корпоративной истории, особенно сильно пострадали от экономического спада в стране. В 1994 г. цены реализации нефтепродуктов в этих регионах были на 8-10 процентов ниже чем в среднем по России, частично вследствие неспособности агропромышленных предприятий, муниципального транспортного сектора и предприятий электроэнергетики платить больше. Но к 1995 г. финансовое состояние ЮКОСа в целом начало улучшаться. Одним фактором в повороте был рост доли нефти, реализуемой ЮКОСом на экспортных рынках. ЮКОС также перешел на принцип предоплаты за поставки нефтепродуктов на внутреннем рынке, что также способствовало стабилизации финансов. ЮКОС также сделал первые шаги по внедрению прозрачности в свою финансовую деятельность и нанял Coopers & Lybrand для проведения аудита.

*Поддержание занятости*

Число занятых в компании ЮКОС сократилось в 1993-1995 гг., но не так резко, как можно было бы ожидать, главным образом, благодаря целенаправленным усилиям менеджмента по сохранению рабочих мест несмотря на спад в ЮКОСе и в российской экономике в целом во время этого периода. Поэтому, в то время как добыча ЮКОСа сократилась на 20.1 процент с 1993 по 1995 гг., количество занятых в ЮКОСе сократилось только на 8.8 процента, а количество работников, занятых непосредственно в производстве, снизилось лишь на 3.7 процента. Занятость в Юганскнефтегазе сократилась на 6.5 процента. (См. Таблицу ЮКОС: Занятость в области добычи и рис. III.A.3: Динамика занятости Юганскнефтегаза в 1993-1995 гг.

26

YKS 020242

КОНФИДЕНЦИАЛЬНО

**Таблица III.A.4 ЮКОС: Занятость в области**

**добычи, 1993 -1995**

(Количество занятых)

| | 1993 | 1994 | 1995 |
|---|---|---|---|
| **СФера деятельности** | | | |
| Добыча нефти | 44,649 | 43,105 | 42,982 |
| Всего количество занятых в компании ЮКОС | 111,804 | 106,135 | 101,929 |

| Сфера деятельности (детальная разбивка) | 1993 | 1994 | 1995 |
|---|---|---|---|
| Добыча | 44,649 | 43,105 | 42,982 |
| Бурение | 14,134 | 11,781 | 10,188 |
| Строительство | 8,449 | 8,489 | 7,739 |
| Транспортировка | 21,995 | 21,365 | 21,259 |
| Социальная сфера | 11,311 | 10,558 | 10,247 |
| Переработка газ | 715 | 716 | 719 |
| Другое | 10,551 | 10,121 | 8,792 |
| Всего | 111,804 | 106,135 | 101,929 |

Источник: ЮКОС

27

YKS 020243

КОНФИДЕНЦИАЛЬНО

## B. 1995-1996: «Приватизация спасет мир»

*Основные цели и достижения ЮКОСа*

- **Рост объема добычи.** ЮКОС реализовал преимущества, созданные в 1993-1995 гг., для предотвращения падения органической добычи (в Юганскнефтегазе) и увеличил общий объем добычи за счет приобретения нового крупного добывающего дочернего общества (Самаранефтгаз).

- **Рост объема переработки.** Спад производства дизеля и мазута у ЮКОСа закончился в 1995 году, в то время как выпуск бензина достиг низшей точки в 1996 году. К 1996 году общий объем производства нефтепродуктов начал расти, после рекордно низких показателей 1995 года.

- **Международная экспансия.** ЮКОС приобрел дальнейший опыт в механике работы с международными компаниями (работая в России с такими компаниями, как Canadian Fracmaster и Amoco и продолжал экспортировать значительную долю своей продукции на международные рынки.

- **Улучшение финансовой позиции компании и реструктуризация долгов.** Общий долг компании в этот период возрос, но российское правительство списало налоговые долги ЮКОСа в обмен на поставки нефтепродуктов предприятиям агропрома на льготных условиях.

- **Сдерживание падения продуктивности труда.** Производство нефти и нефтепродуктов на работника существенно увеличилось в течение периода, потому что добыча сокращалась меньше, чем занятость в компании.

- **Успешная приватизация.** Банк Менатеп приобрел контрольный пакет акций ЮКОСа в залоговых аукционах, проводившихся российским правительством в 1995-1996 гг. Самаранефтгаз также был добавлен к ЮКОСу согласно правительственному указу в сентябре 1995 г. Новые частные собственники ЮКОСа инициировали значительную инвестиционную программу.

- **Построение вертикальной структуры менеджмента.** Методы вертикальной интеграции впервые примененные в Юганскнефтегазе, были также внедрены во вновь приобретенном Самаранефтгазе.

- (См. Рис. III.B.1: Цели ЮКОСа в 1995-1996 гг.)

*Ключевые черты периода в восприятии ЮКОСа*

Внутри России

- Крупномасштабная приватизация отрасли

- Укрепление рыночных механизмов в экономике

- Кризис неплатежей

- Некоторое сокращение инфляции

- Дальнейшее ослабление федерального центра

28

YKS 020244

КОНФИДЕНЦИАЛЬНО

- Эскалация политической борьбы за власть

Внутри компании

- Экспансия в результате приобретения Самаранефтегаза

- Стабилизация добычи на нижнем уровне падения

- Ухудшение финансовой ситуации

- Рост внешней и внутренней задолженности (включая задолженность по зарплате)

- Паралич «вертикального управления» (отсутствие большинства управленческих функций)

- Приватизация компании

*Рост добычи*

С приобретением компании Самаранефтегаз в сентябре 1995 года, ЮКОС значительно увеличил общий объем добычи нефти. Одинаково важным в долгосрочной перспективе была стабилизация добычи в 1996 году до уровня 26 миллионов тонн после нескольких лет упадка. (Смотри Таблицу III.B.1: Добыча нефти Юганскнефтегазом и Самаранефтегазом.)

Все операции с использованием техники гидроразрыва пласта в начальный период существования ЮКОСа проводились вместе с западными партнерами, но в 1995 г. ЮКОС создал свое собственное предприятие, которое работало параллельно с Фракмастером, но использовало российское оборудование и экспериментировало с пропантом как западного, так и российского производства.[5]

_____

Пропант–это вещество в форме гранул, которое закачивается в скважину при разрыве пласта для предотвращения полного закрытия.

YKS 020245

КОНФИДЕНЦИАЛЬНО

**Таблица III.B.1**

**Добыча нефти Юганскнефтегазом иСамаранефтегазом**

(млн. тонн)

|  | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|
| Юганскнефтегаз | 33.9 | 28.8 | **27.1** | 26.0 |
| Темпы роста добычи |  | 15.2% | 5.8% | -3.9% |
| Самаранефтегаз | - |  |  | **8.9** |
| Добыча ЮКОСа всего | 33.9 | 28.8 | 27.1 | **34.9** |
| Темпы роста добычи |  | 15.2% | 5.8% | 28.8% |

Основные месторождения, с которых осуществляется добыча

|  | 1993 | 1994 | **1995** | **1996** |
|---|---|---|---|---|
| Юганскнефтегаз |  |  |  |  |
| Самаранефтегаз |  |  |  |  |
| 1 - Мухановское |  | - |  | 0.5 |
| 2 - Южно-Неприковское |  | - |  | 0.3 |
| 3 - Белозерско-Чубовское |  | - |  | 0.3 |

Источник: КЭРА, ЮКОС

YKS 020246

|  | 1993 | 1994 | **1995** | **1996** |
|---|---|---|---|---|
| Юганскнефтегаз | 33.9 | 28.8 | **27.1** | 26.0 |
| Темпы роста добычи |  | 15.2% | **5.8%** | **-3.9%** |
| Самаранефтегаз | - | - | - | **8.9** |
| Добыча ЮКОСа всего | 33.9 | 28.8 | **27.1** | 34.9 |
| Темпы роста добычи |  | 15.2% | **5.8%** | **28.8%** |

Основные месторождения,   с которых осуществляется добыча

|  | 1993 | 1994 | **1995** | **1996** |
|---|---|---|---|---|
| **Юганскнефтегаз** |  |  |  |  |
| 1 - Мамонтовское | 12.3 | 9.8 | **8.5** | 7.4 |
| 2 - Южно-Сургутское | 4.4 | 3.3 | **2.8** | 2.5 |
| 3 - Приразломное | 1.6 | 1.9 | **2.3** | 2.5 |
| 4 - Мало-Балыкское | 2.0 | 2.1 | **2.1** | 2.4 |
| **Самаранефтегаз** |  |  |  |  |
| 1 - Мухановское | - | - | - | **0.5** |
| 2 - Южно-Неприковское | - | - | - | **0.3** |
| 3 - Белозерско-Чубовское | - | - | - | **0.3** |

YKS 020247

**КОНФИДЕНЦИАЛЬНО**

Таблица III.B.1 Добыча нефти

**Юганскнефтегазом и Самаранефтегазом**

(млн. тонн)

|  | | 1993 | 1994 | **1995** | 1996 |
|---|---|---|---|---|---|
| Юганскнефтегаз | | 33.9 | 28.8 | **27.1** | **26.0** |
| | Темпы роста добычи | | -15.2% | **5.8%** | **-3.9%** |
| Самаранефтегаз | | - | - | - | 8.9 |
| Добыча ЮКОСа всего | | 33.9 | 28.8 | **27.1** | 34.9 |
| | Темпы роста добычи | | -15.2% | **5.8%** | 28.8% |

Основные местоооождения. с котооых осуществляется добыча

|  | 1993 | 1994 | **1995** | 1996 |
|---|---|---|---|---|
| Юганскнефтегаз | | | | |
| 1 - Мамонтовкое | 12.3 | 9.8 | **8.5** | 7.4 |
| 2 - Южно-Сургутское | 4.4 | 3.3 | **2.8** | 2.5 |
| 3 - Приразломное | 1.6 | 1.9 | **2.3** | 2.5 |
| 4 - Мало-Балыкское | 2.0 | 2.1 | **2.1** | 2.4 |
| Самаранефтегаз | | | | |
| 1 - Муха ново кое | - | - | - | 0.5 |
| 2 - Южно-Неприковское | - | - | - | 0.3 |
| 3 - Белозерско-Чубовское | - | - | - | 0.3 |

Источние: КЭРА, ЮКОС

31

YKS 020248

**КОНФИДЕНЦИАЛЬНО**

*Рост объема переработки*

Объем переработки на НПЗ ЮКОСа достиг нижней точки падения в 1995 г. на уровне 16.3 млн. тонн и вырос на 11 процентов до уровня 18 млн. тонн в 1996 г. Нижняя точка выхода разных нефтепродуктов была достигнута в разное время (например, падение производства бензина продолжалось и в 1996 г.), но судя по последующему росту производства всех видов нефтепродуктов, начиная с 1997 г., компании удалось создать солидную базу для будущего роста переработки в 1995-1996 гг. (См. Таблицу III.В.2: Нефтепереработка на трех НПЗ в Самарской области)

Таблица III.В.2

Нефтепереработка на трех НПЗ в Самарской области

(млн. тонн)

|  | 1993 | 1994 | **1995** | **1996** |
|---|---|---|---|---|
| Куйбышевский НПЗ | 5.6 | 5.3 | 5.0 | 5.2 |
| Рост объема переработки |  | -5.3% | -5.0% | 3.9% |
| Новокуйбышевский НПЗ | 10.0 | 8.1 | 6.4 | 7.9 |
| Рост объема переработки |  | -19.8% | -20.9% | 24.0% |
| Сызранский НПЗ | 5.4 | 5.1 | 4.8 | 4.9 |
| Рост объема переработки |  | -5.3% | -5.0% | 0.9% |
| Переработка всего | 21.0 | 18.5 | 16.3 | 18.0 |
| Рост объема переработки |  | -12.2% | -11.9% | 10.9% |

Источник: КЭРА, ЮКОС

*Международная экспансия*

ЮКОС не создавал новых совместных предприятий в этот период, но продолжил приобретать опыт, работая с иностранными компаниями в России, особенно в рамках СП по гидроразрыву пласта между Юганскнефтегазом и Canadian Fracmaster и в ходе партнерства с Amoco, которое было сформирована для СРП по Приобскому месторождению. В это время ЮКОС также продолжал экспортировать существенные объемы нефти и нефтепродуктов и создавал новые

32

YKS 020249

**КОНФИДЕНЦИАЛЬНО**

трейдинговые компании, включая YUKOS Petroleum Hungary, YUKOS Petroleum Bulgaria, и YUKOS International Trading.

### *Улучшение финансовой позиции компании и реструктуризация долгов*

Банк Менатеп напрямую способствовал улучшению финансовой позиции ЮКОСа путем предоставления трехгодичной инвестиционной программы в размере 200 млн. долларов, которая начала действовать в 1996 г., и включала в себя активизацию простаивающих скважин, разработку новых месторождений, модернизацию НПЗ и развитие системы дистрибуции нефтепродуктов. Одним из ключевых компонентов программы было требование, что независимые эксперты должны одобрять специальные проекты, предназначенные для инвестиций, основываясь на принципе краткосрочной окупаемости инвестированного капитала.

Одним из примеров эффективной реструктуризации в течение этого периода было соглашение ЮКОСа с правительством предоставить нефтепродукты для агропромышленных предприятий Центрального Черноземного региона в форме торговых кредитов во время уборочного сезона 1995 г. в обмен на списание налоговой задолженности ЮКОСа российским правительством.

### *Преодоление спада в производительности труда*

Период 1995-1996 гг. был отмечен поворотом в тенденции к снижению производительности труда. В то время как в 1994 г. среднее производство нефти и нефтепродуктов на работника составляло около 271 тонны и 174 тонны соответственно, к 1996 г. эти показатели увеличились до 375 тонн и 193 тонн. Сокращение персонала было особенно заметным в случае с дочерней компанией ЮКОСа Юганскнефтегазом в 1995-1996 гг., в то время как количество работников вновь приобретенного дочернего общества Самаранефтегаз даже несколько увеличилось в течение этого периода (См. рис. III.B.2: Динамика занятости Юганскнефтегаза и Самаранефтегаза в 1995-1996 гг.)

### *Успешная приватизация*

К началу 1995 г. российское правительство приватизировало 14 процентов своего пакета акций ЮКОСа и в 1995-1996 гг. контрольный пакет в ЮКОСе перешел к банку Менатеп, финансовому подразделению холдинга Роспром в рамках условий залогового аукциона, проведенного российским правительством. Менатеп стал владельцем ЮКОСа, уплатив 400 млн. долларов и пообещав провести инвестиционную программу, реструктурировать компанию, создать управленческую команду и выплатить долги ЮКОСа по зарплате, задолженность перед контрагентами и налоговыми органами (для информации о процессе приватизации российской нефтяной отрасли см. Вставку: Воздействие процесса приватизации на российскую нефтяную промышленность).

**Вставка: Воздействие процесса**

**приватизации на российскую нефтяную промышленность**

YKS 020250

**КОНФИДЕНЦИАЛЬНО**

Большая часть российской нефтяной промышленности (кроме системы трубопроводов) была приватизирована в 1990-х гг. Структура отрасли была еще более трансформирована в ходе консолидации активов после приватизации, слияниями и поглощениями между российскими компаниями и (особенно в последнее время) все более острой конкуренцией между российскими ВИК в плане улучшения деятельности по различным параметрам по мере того, как компании выходили на российский и международный рынки капитала. Компании, которые возникли в ходе процесса приватизации, можно разделить на две группы, в зависимости от типов собственников, получивших контроль над компаниями:

- **Менеджмент, который стоял у руля при основании компаний.** Первая волна приватизации принесла наибольшую выгоду генеральным директорам добывающих производственных объединений советского времени, которым правительство Ельцина вначале предоставило контроль над вертикально-интегрированными компаниями, созданными из обломков советских министерств. После ряда приватизации во время первых лет после распада Советского Союза (1991-1994 гг.), менеджеры компаний получили собственность над новыми компаниями, среди которых ЛУКойл и Сургутнефтегаз были самыми крупными. Действительно, эти компании заметно отличались друг от друга по многим параметрам. ЛУКойл, например осуществлял активную экспансию за пределы традиционной базы своих операций в Западной Сибири, как в России (особенно в Тиман-Печоре и на шельфе Северного Каспия, так и за границей (в Казахстане и Азербайджане), часто в партнерстве с иностранными компаниями. Сургут предпочел сфокусироваться исключительно на развитии Западно-Сибирских месторождений, с минимальным партнерством с иностранными компаниями.

- **Банкиры.** Большинство советских управляющих потеряли контроль над своими компаниями в период с 1994 по 1996 гг. Их доли перешли к широкому кругу новых игроков, включая банкиров, политиков и трейдеров. Залоговые аукционы 1995-1996 гг. отметили широкомасштабное вторжение банкиров в нефтяной сектор и заложили основу для возникновения ЮКОСа как частной компании. Как отмечалось выше, первым негосударственным владельцем контрольного пакета акций ЮКОСа был банк Менатеп, финансовое подразделение холдинга Роспром. Другие компании, приобретенные банкирами и финансово-индустриальными группами во время второй половины 1990-х гг. включали Сибнефть, Сиданко и ТНК. Компании, которыми владели банкиры также отличались между собой. Например, во время рассматриваемого периода и Сиданко, и ТНК вступили в сотрудничество с западной компанией Би-Пи, как в рамках проектов по добыче, так и в рамках продажи части акций. ЮКОС и Сибнефть сконцентрировались на иной стратегии, заключая контракты с западными сервисными компаниями.

Несмотря на значительные расхождения среди членов двух групп новых нефтяных компаний, в целом те, которыми управляли советские менеджеры старались сделать упор на рост запасов и добычи за счет традиционных методов бурения и поддержания контроля над активами, в то время, когда компании, которыми владели банкиры, старались увеличить прибыльность операций и рыночную капитализацию и в то же время использовали возможности для перепродажи активов российским и иностранным покупателям.

Это различие в целях собственников помогает объяснить различные пути эволюции российских ВИК после приватизации в рамках широкого разнообразия категорий, включая подход к разработке месторождений (причем, компании, приобретенные банкирами, были больше

34

КОНФИДЕНЦИАЛЬНО

сфокусированы на добыче и инженерному подходу к резервуарам, в то время, как компании, возглавляемые советскими менеджерами, придавали большее значение объемам бурения. Также существовали различия в отношении к использованию технологий (ЮКОС и Сибнефть стали пионерами широкого использования гидроразрыва пласта и горизонтального бурения). Различия были и в политике отношения к персоналу (ЮКОС был первой российской компанией, которая стала использовать аутсорсинг контрактов с добывающими предприятиями). Стоит отметить, что ЮКОС и Сибнефть стали лидерами роста российской добычи после финансового кризиса августа 1998 г. Вместе они ответственны за 40 процентов роста добычи в России в 1998-2003 гг. (См Приложение II для иллюстрации нефтяного баланса России и ЮКОСа)

Конец вставки

*Построение системы вертикального управления*

В 1995 г. ЮКОС приобрел Самаранефтегаз (Волжско-Уральский нефтяной бассейн) согласно резолюции № 864 от 1 сентября 1995 г., вместе с несколькими компаниями по торговле нефтью и исследовательскими институтами и начал процесс построения системы вертикального управления по модели своих добывающих предприятий.

35

YKS 020252

**КОНФИДЕНЦИАЛЬНО**

## C. 1997-1999: Кризисное управление

*Цели и достижения ЮКОСа*

- **Поддержание уровня добычи.** Добыча ЮКОСа увеличилась с 35.4 млн. тонн до 44.5 млн. тонн в течение этого периода.

- **Улучшение финансовой позиции компании и реструктуризация долгов.** В 1999 г. ЮКОС начал публикацию финансовой отчетности по международным стандартам бухучета и данные указывают на быстое восстановление от спада в результате финансового кризиса августа 1998 г.

- **Увеличение конкурентноспособности.** Среди мер, предпринятых, ЮКОСом для увеличения конкурентноспособности, основной являлось сокращение персонала вслед за крахом 1998 г.

- **Укрепление централизованного вертикального управления.** Важной вехой в этом процессе была реорганизация в секторе сервисных услуг в области добычи 1998 г., в которых сервисные подразделения были напрямую подчинены корпоративному центру, что заменило систему, в которой не было единственного центра контроля.

- **Консолидация активов.** ЮКОС продолжил процесс консолидации активов - продолжая продавать непрофильные активы и приобрел новый крупный пакет акций в Восточной нефтяной компании, главное дочернее предприятие которого Томскнефть стало вторым по величине добывающим предприятием ЮКОСа после Юганскнефтегаза

- (См. Рис. Ш.С.1: Цели ЮКОСа в 1997-1999 гг.)

*Основные черты периода в восприятии ЮКОСа*

Внутри России

**1997-1998**

- Начало промышленного подъема

- Падение международных цен на нефть

- Ослабление инфляции

- Борьба с кризисом неплатежей

- Ослабление политической борьбы за власть

- Возникновение проблем с миноритарными акционерами (приватизация завершилась до того, как произошла реструктуризация отрасли)

**1998-1999**

- Дефолт

36

YKS 020253

**КОНФИДЕНЦИАЛЬНО**

- Девальвация рубля
- Самый низкий уровень мировой цены на нефть

Внутри компании:

- Введение анти-кризисного управления (сначала сфокусированного на реструктуризации долгов в 1997, а затем сокращении производственных затрат в 1998 г.)
- Формирование новой структуры и команды менеджеров с участием иностранных менеджеров
- Приобретение Восточной нефтяной компании
- Начало процесса продажи неприбыльных предприятий
- Конфликт с миноритарными акционерами

*Поддержание уровня добычи*

Уровень добычи ЮКОСа немного увеличился в 1997 г. по сравнению с 1996 г. Рост добычи Юганскнефтегаза на 500,000 тонн более чем компенсировал падение добычи Самаранефтегаза. Добыча ЮКОСа также возросла в 1998 г. в результате приобретения контрольного пакета в Восточной нефтяной компании - ее дочернее предприятие Томскнефть добывало 10.5 млн. тонн в 1998 г. (добыча Юганскнефтегаза и Самаранефтегаза сократилась в 1998 г.) В течение 1998-1999 гг. уровень добычи ЮКОСа оставался практически неизменным (уменьшившись лишь на полпроцента год к году), поскольку рост органической добычи Юганскнефтегаза компенсировал падение добычи Самаранефтегаза и Томскнефти в 1999 г. (См. Таблицу III.C.1: Добыча ЮКОСа, Самаранефтегаза и Томскнефти).

Основа роста добычи ЮКОСа с 1999 г. была заложена ранее, в 1998-1999 гг., когда новые владельцы ЮКОСа провели систематический анализ деятельности ЮКОСа и разработали программу улучшения деятельности компании. В Юганскнефтегазе, например, 30-40 топ-менеджеров были собраны вместе для дискуссии и сконцентрировались на методах по сокращению затрат и повышения добычи до максимальных уровней в рамках российского законодательства того времени. В ходе круглого стола было предложено 50 новых проектов, 30 из которых были реализованы.

- **Среди основных изменений, введенных в период 1997-1999 гг:**

  - Применение более эффективной с точки зрения затрат и продвинутой технологии гидроразрыва пласта

  - ЮКОС начал сокращать средние объемы пропанта, использовавшиеся в ходе традиционных работ по разрыву, с 20-25 тонн на скважину (что было нормой в 1989-1997 гг.) до 12-15 тонн на скважину (в 1996-1999 гг.). ЮКОС определил, что этот меньший объем был наиболее эффективен по соотношению затраты\качество после осуществления основной цели гидроразрыва, т.е. исправлении урона, нанесенному устью скважины в результате попадания бурильного раствора, через открытие новых возможностей для тока нефти в пласте через новые разломы.

37

YKS 020254

КОНФИДЕНЦИАЛЬНО

- Целью гидроразрыва стало не просто исправить поврежденную зону резервуара, но пройти через эту зону и создать более крупные разрывы [4] в пласте для оптимизации тока нефти. Использование более крупных разрывов было начато во время сотрудничества с Schlumberger, начавшегося в 1998 гг., в тот момент, когда ЮКОС начал увеличивать мощность качалок и начал улучшать добычу на уровне отдельных скважин. (См. Вставку Воздействие партнерства с Schlumberger на показатели ЮКОСа в области добычи)[5].

• Гораздо более активное использование трехплоскостной сейсмографии (которые теперь являются стандартной практикой на всех новых месторождениях ЮКОСа до начала добычи), что позволило Юганскнефтегазу увеличить пропорцию успешных коммерческих скважин в результате их более успешной локализации.

• Понижение уровня давления в устье скважины до уровня около 40 атмосфер. Таким образом, советская ортодоксия, гласившая, что давление всегда должно превышать bubble point, была оставлена, что позволило добиться улучшения дебитов скважин.

• Вставка

• **Воздействие альянса с Schlumberger на показатели добычи ЮКОСа**

В 1998\99 гг. ЮКОС заключил соглашение о партнерстве с компанией Schlumberger, которая должна была помочь ЮКОСу с технологией и операционной практикой. В то время ЮКОС только начал закладывать основы своего будущего подъема. Одной из основных проблем было добиться консенсуса внутри ЮКОСа относительно приемлемых методов добычи и начать процесс внедрения инноваций, многие из которых противоречили традиционной инженерной практике советских времен. ЮКОС уже начал делать это еще до партнерства с Schlumberger, используя трехплоскостную сейсморазведку и ограниченный гидроразрыв пласта на некоторых скважинах).

Руководство ЮКОСа решило, что брэнд Schlumberger будет важным союзником в защите многих из этих аргументов относительно методов добычи, поскольку они могли продемонстрировать, как эта практика использовалась в различных странах. То, что добыча стала расти с момента, когда ЮКОС стал работать с Schlumberger — это более чем случайность, хотя причинно-следственная связь здесь неопределенная.

Технические управленцы ЮКОСа смогли использовать авторитет Schlumberger для того, чтобы изменить представления о том, что возможно сделать. По мере того, как отношения крепчали, его преимущества стали менее очевидны для ЮКОСа и они начали выбирать других контракторов, стараясь сэкономить деньги и улучшить результаты.

Внутри ЮКОСа твердо бытует мнение, что альянс с Schlumberger был выгоден, но с того момента, когда ЮКОС стал более уверен в своих собственных силах, отношения с Schlumberger стали такие же, как и с другими сервисными компаниями.

---

[4] Широкоэкранные разрывы являются дальнейшим развитием технологии гидроразрыва пласта. Они позволяют увеличить дебиты скважин.

[5] Приобское стало лабораторией для этой новой философии гидроразрыва пласта, частично потому, что качество резервуара было хуже, чем на типичных месторождениях ЮКОСа и потому оптимальная разработка требовала активного использования гидроразрыва пласта.

38

YKS 020255

**КОНФИДЕНЦИАЛЬНО**

- **Конец вставки**

В то же время, в течении этого периода новые частные владельцы ЮКОСа начали подготавливать почву для более стабильного роста добычи нефти в будущем. Менеджеры нефтеразведки ЮКОСа, проинтервьюированные КЭРА, заметили, что с 1997 по 1998 год нефтеразведке было уделено больше внимания.

- Помимо традиционного государственного финансирования (через налоговые стимулы) компанией было выделены добавочные средства на использование трехплоскостной сейсмографии (около 35 процентов всей выполняемой ЮКОСом сейсмографии теперь составляют трехплоскостные снимки, в сравнении с 65 процентами двухплоскостных; трехплоскостная сейсмография активно используется в применении к сложным структурам, стратиграфическим ловушкам при планировании и бурении горизонтальных скважин.)

- Принятие практики предбуровой оценки, основанной как на экономических, так и на технических критериях. До приватизации, решения о месторасположении разведки принимались исходя из рекомендаций геологов, при этом, мало внимания уделялось коммерческой стороне разрабатываемых проектов.

Одним показательным примером смены приоритетов является новый подход к разведочному бурению в рамках лицензионной территории Томскнефти, после того, как ЮКОС приобрел материнскую компанию Томскнефти (Восточную нефтяную компанию) в 1997 г. До покупки Томскнефти ЮКОСом компания осуществляла лишь около 15 тыс. метров разведочного бурения на своих лицензионных территориях, а в настоящее время среднегодовое значение разведочного бурения составляет 40-50 тыс. метров проходки.

39

YKS 020256

КОНФИДЕНЦИАЛЬНО

Таблица III.C.1

**Добыча нефти Юганскнефтегазом, Самаранефтегазом и Томскнефтью**

(млн. тонн)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| Юганскнефтегаз | 33.9 | 28.8 | 27.1 | 26.0 | 26.9 | 25.7 | 26.2 |
| Рост добычи | | 15.2% | -5.8% | -3.9% | 3.2% | -4.1% | 1.8% |
| Самаранефтегаз | | | | 8.9 | 8.5 | 8.2 | 7.7 |
| Рост добычи | | | | | -3.6% | -4.4% | -5.8% |
| Томскнефть | | | | | | 10.5 | 10.3 |
| Рост добычи | | | | | | | -2.2% |
| Добыча ЮКОСа всего | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 |
| Рост добычи | | 15.2% | -5.8% | 28.8% | 1.4% | 26.1% | -0.3% |

Основные месторождения.    г, котооых осуществляется добыча

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| Юганскнефтегаз | | | | | | | |
| 1 - Мамонтовское | 12.3 | 9.8 | 8.5 | 7.4 | 6.9 | 6.3 | 6.3 |
| 2 - Прираэломное | 1.6 | 1.9 | 2.3 | 2.5 | 3.1 | 3.3 | 3.5 |
| 3 - Мало-Балыкское | 2.0 | 2.1 | 2.1 | 2.4 | 2.7 | 2.9 | 3.1 |
| 4 - Южно-Сургутское | 4.4 | 3.3 | 2.8 | 2.5 | 2.5 | 2.2 | 2.2 |
| Самаранефтегаз | | | | | | | |
| 1 - Мухановское | - | | - | 0.5 | 0.4 | 0.4 | 0.4 |
| 2 - Белозерско-Чубовское | - | | - | 0.3 | 0.3 | 0.3 | 0.4 |
| 3 - Южно-Неприковское | - | | - | 0.3 | 0.3 | 0.3 | 0.3 |
| Томскнефть | | | | | | | |
| 1 - Советское | - | | - | - | - | 2.5 | 2.5 |
| 2 - Первомайское | - | | - | - | - | 1.5 | 1.3 |
| 3 - Игольско-Таловое | - | | - | - | - | 1.3 | 1.3 |

Источник: КЭРА, ЮКОС

**40**

YKS 020257

**КОНФИДЕНЦИАЛЬНО**


*Улучшение финансовой позиции компании и реструктуризация долгов*


В 1999 г. ЮКОС начал публиковать свою отчетность в соответствии с ГААП и впоследствии применял ту же методологию к результатам, которые до этого сообщались по РСБУ. Таким образом, 1997-1999 гг. - это тот период, когда мы можем впервые получить обзор финансового состояния компании в целом на основе стандартных международных норм финансовой отчетности (См. Таблицу Ш.С.2: Финансовые показатели ЮКОСа в 1997-1999 гг.)


В целом, данные свидетельствуют о быстром подъеме в 1999 г. после спада 1998 г., связанного с августовским финансовым кризисом. Действительно, одним из положительных последствий девальвации рубля в 1998 году с точки зрения ЮКОСа и других российских компаний было существенное сокращение затрат в стоимости нефтяного оборудования и других производственных затрат, деноминированных главным образом в рублях, что, наряду с другими факторами, упоминавшимися выше, способствовало существенному сокращению затрат на тонну добычи в период 1997-1999 гг. (См. Рис. Ш.С.2 Затраты ЮКОСа на тонну добычи в 1997-1999 гг.)


[ТК Каков смысл названия, которое дал этому рисунку ЮКОС «Затраты на топну нефти, долларов на баррель» из сентябрьской презентации 2001 «Инновации в добыче нефти», с которой Юрий Бейлип выступал в Иркутске? Т.е., о чем идет речь, о затратах на топну, или на баррель?]

41

YKS 020258

КОНФИДЕНЦИАЛЬНО

Таблица 1N.C.2

**Сводные финансовые показатели ЮКОСа за 1997 - 1999 гг.**

(млн. руб. и млн. долл. США)

| | | | 1998 | | | |
|---|---|---|---|---|---|---|
| | Рубли | Доллаоы | Рубли | Доллары | Рубли | Доллары |
| **Финансовые показатели** | | | | | | |
| Валовые продажи, всего | 60,538 | 2,242 | 49,742 | 1,842 | 100,485 | 3,722 |
| Чистые доходы (потери) до налога на прибыль | -5,617 | -208 | -12,033 | -446 | 41,473 | 1,536 |
| Чистый доход (потери) | 66 | 2 | -17,289 | -640 | 31,115 | 1,152 |
| Чистый доход (потери) на обыкновенную акцию | 0.03 | 0.00 | -7.84 | -0.29 | 14.06 | 0.52 |
| Количество обыкновенных акций (миллионы акций) | 2,147 | 80 | 2,204 | 82 | 2,213 | 82 |
| Капзатраты и затраты на разведку | 6,511 | 241 | 5,510 | 204 | 5,468 | 203 |
| Активы, всего | 139,094 | 5,152 | 143,165 | 5,302 | 162,079 | 6,003 |
| Задолженность, всего | 27,235 | 1,009 | 22,566 | 836 | 21,407 | 793 |
| Акционерный капитал,всего | 25,258 | 935 | 9,861 | 365 | 40,844 | 1,513 |

*Рубли пересчитываются в доллары США по обменному курсу 1999 г., предоставленному ЮКОСом (27 рублей за 1 доллар)

Источник: ЮКОС

*Повышение конкурентноспособности*

Одним из индикаторов масштаба задачи, стоящей перед ЮКОСом в этот период было то, что большое количество работников ЮКОСа в его дочерних обществах была занята в сфере социального обеспечения и не была связана напрямую с производством. (См. Рис. III.C.3: Структура занятости дочерних обществ ЮКОСа в 1997 г.) В ответ на спад экономической

42

YKS 020259

КОНФИДЕНЦИАЛЬНО

активности, последовавшей за августовским кризисом, новые частные владельцы компании начали сокращиние штатов до более экономически рационального уровня, увеличивая эффективность и улучшая конкурентноспособность компании в целом (См. Таблицу Ш.С.3: Занятость ЮКОСа в сфере добычи в 1997-1999 гг.) [ТК: В отношении сокращения штатов, каким Образом ЮКОС пытался переместить сотрудников и осуществить их переподготовку?]

43

YKS 020260

КОНФИДЕНЦИАЛЬНО
Таблица III.C.3

### ЮКОС: Занятость в области добычи, 1997 -1999

(Количество занятых)

| | 1997 | 1998 | 1999 |
|---|---|---|---|
| Сфера деятельности | | | |
| Добыча нефти | 41,367 | 39,738 | 25,463 |
| | | 49,048 | 45,864 |
| Всего количество занятых в компании ЮКОС | 88,769 | 80,068 | |

| Сфера деятельности (детальная разбивка) | 1997 | 1998 | 1999 |
|---|---|---|---|
| Добыча | 41,367 | 39,738 | |
| Бурение | 7,355 | 6,216 | |
| Строительство | 5,861 | 4,480 | |
| Транспортировка | 20,589 | 19,392 | |
| Социальная сфера | 7,720 | 6,283 | |
| Переработка газ | 665 | 601 | |
| Другое | 4,929 | 3,298 | |
| Всего | 88,769 | 80,068 | |

Источник: ЮКОС

ЮКОС также стремился контролировать затраты путем инвестирования. Примером этого являются меры по защите окружающей среды, главным образом внедренные после приватизации, поскольку затраты на очистку территории в результате разлива нефти превышает расходы на ремонт промысловых нефтепроводов, которые предотвращают эти разливы. В целом, расходы ЮКОСа на меры по защите окружающей среды поднялись с 20 млн. долларов в год в период 1996-1997 гг. до 60 млн. долларов к 1999 г. (и еще более увеличились в последующие годы, до уровня 70 млн. долларов к 2001 году и до 200 млн. долларов в 2003 г.)

Основной упор в программе ЮКОСа по ремонту промысловых нефтепроводов был на ремонте подводных нефтепроводов, и важно отметить, что в то время как в период 1994-1996 гг. было четыре известных крупномасштабных аварий в инфраструктуре подводных нефтепроводов (крупномасштабный определяется как разлив от 30 до 100 тонн), в период 1997-2000 гг. таких разливов не было.

44

YKS 020261

КОНФИДЕНЦИАЛЬНО

(Для обзора приоритетов ЮКОСа в плане программы «Здоровье, Безопасность и Защита окружающей среды» и оценки рисков в этот период и сравнения показателей деятельности российских компаний по загрязнению окружающей среды и индикаторов пожарной безопасности за период 1996-2000 гг. см. Рис. Ш.С.4: Оценка ЮКОСа и воздействия стандартов здоровья, безопасности и защиты окружающей среды на окружающую среду и уровни экономического риска, Рис. III.C.5: Расходы ЮКОСа-ЕР на меры по защите окружающей среды в 1997-2000 гг., Рис. Ш.С.6: Программа ЮКОС-ЕР по инвестированию в меры по защите окружающей среды в 2000-2005 гг., Рис. Ш.С.7: Сравнение показателей по охране окружающей среды для российских НПЗ, находящихся в собственности российских нефтяных компаний, и Рис. Ш.С.8: Сравнение рисков пожарной опасности и потерь в российском нефтяном и газовом секторах. [ТК: Относительно последнего рисунка в этом списке, может ли ЮКОС указать период времени для данных по «потерям от пожарам» и «жертвам от пожаров»?]

*Укрепление жесткого (централизованного) вертикального управления*

Стремление ЮКОСа еще более централизовать функции вертикального управления во время рассматриваемого периода принесло замечательные результаты - особенно в случае с сервисными добычными подразделениями компании. До 1988 г. все сервисные подразделения подчинялись производственным объединениям внутри компании. Эта структура была непрозрачной, с размытой системой руководства и отсутствием единого центра принятия решений. В одной компании Юганскнефтегаз, например, было более ста сервисных подразделений, находившихся в различной степени подчинения Юганскнефтегазу. Августовский финансовый кризис 1998 г. послужил толчком для превращения сервисных подразделений в самостоятельные финансовые единицы. В то же самое время, процесс начался после того, как руководство компании решило, что сервисные операции не являются основным профильным бизнесом компании и лучшей гарантией успешных операций по сервисному обслуживанию месторождений является выбор сервисных компаний на конкурентной основе.

В процессе реструктуризации сервисного сектора ЮКОС прошел через несколько критических стадий. Сервисные подразделения были вначале организационно отделены от производственных объединений и превращены в в отдельные дочерние компании (сначала подчинявшиеся производственным объединениям, а впоследствие непосредственно холдинговой компании). ЮКОС также провел тщательную инвентаризацию своих сервисных предприятий и разделил их на три различные категории: стратегически важные для целей добычи, поддерживающих добычу, и социальные службы (ответственные за задачи, выделенные российским правительством к передаче муниципальным властям). В 1998 г. ЮКОС стал первой российской компанией, начавшей аутсорсинг сервисов путем создания независимых компаний. Среди других мер, предпринятых ЮКОСом ( в этот и более ранние периоды) для усиления централизованной структуры управления были следующие:

• Регулярная ротация управленческого персонала из одного региона в другой

• Отмена НГДУ (нефтегазодобывающие управлений) — непосредственного уровня между высшим уровнем управления и индивидуальными производственными объединениями в советские времена, у которых, как правило, был контроль над

45

**КОНФИДЕНЦИАЛЬНО**

несколькими месторождениями, и которые, по заключению ЮКОСа, не служили росту стоимости компании.

ЮКОС также добился прогресса в течение этого периода в решении вопросов с миноритарными акционерами, которые затрудняли усилия ЮКОСа по централизации вертикального управления добывающими подразделениями компании. В декабре 1999 г. группа инвесторов, возглавляемая Кеннетом Дартом, прекратила судебные иски против ЮКОСа, которые были инициированы после того, как Дарт заявил об ущемлении прав миноритарных акционеров, последовавших за продажей долей группы Дарта в размере от 20 до 25 процентов в добывающих предприятиях Юганскнефтегаз, Самаранефтегаз и Томскнефть компании, базирующейся на Кипре. Продажа акций, принадлежавших группе Дарта позволила холдингу ЮКОС увеличить свои доли собственности в ключевых добывающих компаниях.

*Консолидация активов*

В течение 1997-1999 гг. ЮКОС был главным образом занят консолидацией существующих дочерних компаний и вновь приобретенных активов. В 1997 г. ЮКОС приобрел контрольный пакет в Восточной нефтяной компании, включая добывающую компанию Томскнефть и Ачинский НПЗ в Красноярском крае. К концу 1999 г. ЮКОС успешно консолидировал многие предприятия, в которых у него были доли собственности, заложив фундамент для последующей консолидации остающихся активов ( См. Приложение III.l.i: Консолидация активов ЮКОСа до 2000 г. и Приложение III.l.ii: Консолидация активов ЮКОСа после 2000 г.

46

YKS 020263

КОНФИДЕНЦИАЛЬНО

D. 1999-2000: "Корпоративное управление"

*Краткая сводка задач и достижений ЮКОС*

Рост добычи. Начиная с 2000, темп добычи юкос ежегодно увеличивался на два порядка, и продолжает расти с тех пор, как результат систематической реализации программы модернизации освоенных месторождений (как правило, западносибирских), заключающейся, в первую очередь, в использовании метода узловых потенциалов, а также соответствующей технологии на экономически слабых скважинах усилиями высококвалифицированных и организованных сотрудников юкос как в корпоративном центре, так и на промыслах.

Рост конкурентоспособности за счет контроля издержек. Концентрированное инвестирование капитала в улучшение параметров производства на избранных скважинах позволила компании значительно сократить затраты на добычу одной тонны; при этом по всей компании был введен более жесткий контроль за расходами после того, как для различных объектов и проектов, на основе мировой практики нефтедобычи был установлен соответствующий стандартный уровень расходов.

Разработка принципов корпоративного управления. Структура корпоративного управления была улучшена при участии международных консалтинговых фирм; принятые меры предусматривали: разделение ответственности и административной функции, привлечение к улаживанию спорных вопросов держателей меньшей части акций компании, внедрение международных стандартов финансовой отчетности и подсчета запасов, четкая и ясная политика распределения дивидендов, а также назначение независимых представителей в совет директоров.

- (См. рис III.D.1: Задачи ЮКОС: 1999-2000.) *Ключевые*

*особенности периода в понимании ЮКОС* Внутри России

Преодоление кризиса Снижение инфляции Увеличение

цен на нефть Промышленный рост

47

YKS 020264

**КОНФИДЕНЦИАЛЬНО**

Внутри Компании:

- o   Успех мер по устранению последствий кризиса
- o   Разрешение конфликтных ситуаций при участии держателей меньшей части акций
- o   Консолидация Компании
- o   Начало роста добычи и производительности труда
- o   Фактический аутсорсинг «вспомогательных производств» (контракты на обслуживание)

*Рост добычи*

За 1999-2000 годы добыча ЮКОС вырастала и продолжает расти каждый год на два порядка. В целом, в 2000 году в компании зарегистрирован рост добычи в 11,5% по сравнению с 1999 годом; при этом большая доля в плане как роста объемов добычи, так и в плане процентного повышения принадлежит Юганскнефтегаз (30,2 млн.т., до 15,1%), за ней следует Томскнефть, а затем - Самаранефтегаз (см. таблицу III.D.1: Характеристики добычи в Юганскнефтегазе, Самаранефтегазе и Томскнефти в 1999 - 2000).

На фоне прошедших лет 2000 год выглядит переломным в истории нефтедобычи ЮКОС. В целом, динамика объема добычи ЮКОС довольно точно соответствовала динамике объема добычи во всей нефтедобывающей промышленности России до 2000 года, - её темпы резко снизились в начале девяностых и держались на одном уровне в течение почти всей второй половины десятилетия. Но начиная с 2000 года характеристика добычи в ЮКОС стала заметно/ отличаться от общероссийской нормы. Рост добываемой компанией нефти значительно обогнал общий для России коэффициент нефтеотдачи, увеличиваясь каждый год на два порядка, что за, период 1998-2003 годов составило в целом 80% роста, по сравнению с общим темпом, роста по России 39% в год.

Основной из, причин-резкого роста добычи в ЮКОС начиная с 2000 года стала добыча на существующих эксплуатационных скважин на освоенных месторождениях. В последние годы значительная доля роста добычи ЮКОС пришлась на новые скважины. И в.самом деле, новые скважины обеспечивали 60% роста добычи ЮКОС в 2002 - в то время как добыча компанией нефти в годовом исчислении официально выросла на 25% - а общая доля новых скважин в будущем будет расти по мере снижения возможностей по разработке старых скважин и месторождений. Продолжающаяся работа по модернизации освоенных западносибирских месторождений будет по прежнему играть центральную роль в процессе роста добычи ЮКОС в ближайшем обозримом будущем. хотя свою лепту внесут как новые скважины на неразработанных участках этих месторождений, так и прошедшие капитальный ремонт существующие скважины (см. более подробный анализ ключевых этапов модернизации освоенных месторождений, а также выявленных ЮКОС главных источников стоимости в старых нефтеносных бассейнах в блоке-вставке "Ключевые факторы возрождения западносибирских месторождений ЮКОС").

**Блок-вставка**

**Ключевые факторы возрождения западносибирских месторождений ЮКОС**

48

**КОНФИДЕНЦИАЛЬНО**

Немедленно после проведенной приватизации портфель потенциальных капиталовложений оказался переполнен возможностями оптимизации добычи на существующих скважинах освоенного фонда и бурения новых скважин на ранее неразрабатываемых участках месторождений, где добыча уже велась. В результате высокой оценки этих возможностей прояснилась перспектива роста добычи, достичь который можно было бы за счет использования более мощных забойных насосов и регулярного проведения гидроразрывов пласта.

Однако идея замены существующих забойных насосов на более мощные противоречила взгляду, заключающемуся в том, что ни один из участков коллектора не должен находиться на уровне или ниже уровня давления насыщения нефти газом. Тем не менее, ЮКОС доказал, что даже если бы отдельная скважины была откачана (до уровня давления в забое, равного атмосферному), объем коллектора ниже уровня давления насыщения был слишком мал, чтобы изменить характеристику притока (особенно после проведенного гидравлического разрыва) или чтобы отрицательно сказаться на итоговом объеме добычи нефти.

Особенности состава местных пород, а также влияние региональных тектонических напряжений сказались на том, что гидроразрывы почти не выходили за пределы продуктивного горизонта, а их направление стало предсказуемым (ориентировочно - с северо-запада на юго-восток). Даже очень крупные трещины распространялись от скважин не более чем на несколько сотен метров (значительно меньше, чем существующая площадь дренирования), поэтому риск объединения трещин вследствие разрывов на соседних скважинах был невелик.

Параллельно совершенствованию характеристик отдельных скважин, компания провела повторный анализ своего фонда скважин. Первой задачей было собрать данные по более чем 40000 скважинам, эксплуатируемым ЮКОС, в единую базу данных. Вся необходимая информация уже содержалась в отчетах, которые ведутся по каждой скважине в соответствии с требованиями российского законодательства. В результате повторной обработки каротажных диаграмм оказалось, что можно вести рентабельную добычу в порядка 30% обойденных продуктивных зон, ранее считавшихся «низкопроницаемыми». ЮКОС применила метод узловых потенциалов для расчета т.н. "разрыва в производительности" отдельных скважин — т.е. потенциальный темп добычи на скважине выше достигнутого уровня, - и определила основные механизмы увеличения дебита, среди которых - новые методики перфорации, интенсификации притока, изменения устьевого давления и давления в сепараторе, новые конструкции НКТ и/или фонтанных штуцеров. После этого на месторождении была реализована рабочая программа, предусматривающая оптимальное сочетание насосов, насосно-компрессорных труб, мероприятий по гидравлическим разрывам и завод нениям на каждой из скважин в зависимости от уникальных характеристик данного участка коллектора. В результате, новые частные владельцы ЮКОС сформулировали и применили индивидуальные решения по преодолению специфических препятствий к улучшению технологических показателей скважин на каждой площадке. ....

В ходе второго этапа реализации программы по модернизации месторождения и по мере получения прибыли за счет применения метода узловых потенциалов, компания сконцентрировалась на коллекторе в целом, начав переработку его модели и оптимизировав контуры заводнения так, чтобы добраться до обойденных нефтесодержащих участков — оптимизированные контуры заводнения стали залогом успеха новых методик добычи в ЮКОС. Компания использует программу построения модели месторождения FrontSim для определения оптимального контура заводнения и нахождения способов устранения проблем на отдельных

49

YKS 020266

**КОНФИДЕНЦИАЛЬНО**

участках коллектора. Это позволяет принимать решения о том, на каких скважинах можно продолжать добычу (и даже какие преобразовывать в водонагнетательные скважины). До внедрения новых методик, эксплуатация скважин с низким дебетом (и высокой обводненностью) часто не прекращалась несмотря на то, что они «отбирали» расположенных рядом перспективных добывающих скважин воду, закачиваемую в пласт через водонагнетательные скважины. За счет остановки добывающих скважин, «воровавших воду». ЮКОС удалось одновременно снизить затраты на эксплуатацию фонда скважин в целом, снизить обводненность всего месторождения и увеличить дебит наиболее перспективных скважин.

Как следует из приведенного выше анализа методик добычи в ЮКОС. за счет модернизации освоенных месторождений образуются три источника стоимости:--."

улучшенная отдача коллектора

общее увеличение отдачи за счет применения лучших мировых наработок в области нефтедобычи и соответствующей технологии.

отказ от малоэффективных и порочных методик, унаследованных от до-приватизационного периода (например, изменения соотношения во до нагнетательных к добывающим скважинам с 1:1 до 1:3).

ЮКОС извлек выгоду из всех трех указанных выше источников стоимости, а результатом стало то, что производственные .показатели компании в целом резко улучшились за период проведения исследования. С целью максимально увеличить стоимость в этих областях, в ЮКОС была налажена координация между высококвалифицированным персоналом как в корпоративном центре, так и на местах.

Для того, чтобы инвестировать преимущественно в разработку наиболее перспективных скважин и районов, останавливая при этом большинство малопродуктивных скважин, группа специалистов ЮКОС по вопросам добычи провела ранжирование наиболее перспективных эксплуатационных скважин. В результате, общий фонд добывающих скважин ЮКОС в течение указанного периода уменьшился, а темп добычи резко возрос. В целом по компании, количество добывающих скважин упало с 14000 в 1999 году (средняя дневная добыча со скважины около 9 тонн) до менее чем 9000 к 2003 году (средний дневной дебит скважины 31 тонн). Результаты новых добывающих методик ЮКОС особенно разительны в случае с показателями дебита на новых скважинах. В последнем отчете указано, что рабочий дебит новых скважин ЮКОС в среднем составил 130 тонн в день на скважину, что более чем в десять раз превышает среднероссийскую норму в нефтедобывающей промышленности. Правда, хотя по сравнению со среднероссийскими, эти показатели высоки, на самом деле, они соответствуют характерному для международных добывающих компаний уровню добычи на аналогичных коллекторах.

Наиболее яркий пример достижения эффективных показателей - Энтельское месторождение в зоне действия лицензии Юганскнефтегаз, где дебит двух горизонтальных скважин при запуске составлял 2500 тонн (18250 баррелей) в день на скважину; сравните это с прогнозами 1996 года, предусматривавшими уровень добычи в 35 тонн в день (256 баррелей) с 57 скважинами! ЮКОС мало использовал горизонтальные скважины на большинстве эксплуатационных объектов, т.к. их применение технологически не обосновано и более затратно, чем широкое использование

**50**

YKS 020267

**КОНФИДЕНЦИАЛЬНО**

гидравлических разрывов в вертикальных скважинах. Горизонтальные скважины могут получить более важную роль при эксплуатации месторождений в будущем, разумеется, в зависимости от особенностей конкретных месторождений.

В целом, последовательное применение ЮКОС относительно передовых методик добычи за последние несколько лет позволило увеличить производительность скважин (соотношение фактического и проектного объема добычи) с 9% на момент приватизации в 1996 году до приблизительно 27% в настоящее время. Цель ЮКОС - увеличить этот показатель до 45%.

(См. схему III.D.2: Характеристика возможностей пласта, повторно проанализированная с целью показать последствия применения новых методик ЮКОС для показателей расчетной производительности Мамонтовского месторождения Компании, главного добывающего месторождения ЮКОС в течение данного периода).

**Конец блок-вставки**

51

YKS 020268