КОНФИДЕНЦИАЛЬНО

**(\*Таблица III.D.1 Показатели добычи нефти компаниями Юганскнефтегаз, Самаранефтегаз и Томскнефть)**

(в млн. метрических тонн)

| ОАО | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Юганскнефтегаз | 33.9 | 28.8 | 27.1 | 26.0 | 26.9 | 25.7 | 26.2 | 30.2 | 36.2 |
| Темп роста | | -5.2% | -5.8% | -3.9% | 3.2% | -4.1% | 1.8% | 15.1% | 19.9% |
| Самаранефтегаз | | | | 8.9 | 8.5 | 8.2 | 7.7 | 7.9 | 9.5 |
| Темп роста | | | | | -3.6% | -4.4% | -5.8% | 3.3% | 19.5% |
| Томскнефть | | | | | | 10.5 | 10.3 - 2.2% | 11.0 6.8% | 11.7 6.0% |
| . Темп роста | | | | | | | | | |
| Общий объем добычи ЮКОС | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 |
| Темп роста | | -5.2% | -5.8% | 28.8% | 1.4% | 26.1% | -0.3% | 11.4% | 17.2% |

Основные добывающие месторождения

| | 1993.0 | 1994.0 | 1995.0 | 1996.0 | 1997.0 | 1998.0 | 1999.0 | 2000.0 | 2001.0 |
|---|---|---|---|---|---|---|---|---|---|
| **Юганскнефтегаз** | | | | | | | | | |
| 1 - Приобское | 0.5 | 0.6 | 0.7 | 0.8 | 1.1 | 1.2 | 1.5 | 2.9 | 6.4 |
| 2 - Мамонтовское | 12.3 | 9.8 | 8.5 | 7.4 | 6.9 | 6.3 | 6.3 | 7.3 | 7.8 |
| 3 - Мало-Балыкское | 2.0 | 2.1 | 2.1 | 2.4 | 2.7 | 2.9 | 3.1 | 3.8 | 4.9 |
| 4 - Приразломное | 1.6 | 1.9 | 2.3 | 2.5 | 3.1 | 3.3 | 3.5 | 3.9 | 4.1 |
| **Самаранефтегаз** | | | | | | | | | |
| 1 - Белозерско-Чубовское | - | - | - | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 |
| 2 - Сверкинское | - | - | - | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.4 |
| 3 - Пинянковское | - | - | - | - | - | | | 0.0 | 0.1 |
| **Томскнефть** | | | | | | | | | |
| 1 - Советское | - | - | - | - | - | 2.5 | 2.5 | 2.7 | 2.6 |
| 2 - Игольско-Таловое | - | - | - | - | - | 1.3 | 1.3 | 1.5 | 1.9 |
| 3 - Западно-Моисеевское | - | - | - | - | - | | | | 0.1 |
| 4 - Крапивинское | - | - | - | - | - | 0.1 | 0.2 | 0.7 | 0.8 |

Источник: CERA, YUKOS

YKS 020269

КОНФИДЕНЦИАЛЬНО

YKS 020270

**КОНФИДЕНЦИАЛЬНО**

*Рост конкурентоспособности за счет контроля издержек.*

За счет упомянутой выше модернизации освоенных месторождений удалось снизить удельные затраты ЮКОС на тонну добываемой нефти, в то время как объем добываемой нефти резко увеличился. Модернизация имеющихся эксплуатационных скважин целесообразнее, т.к. может дать 10-кратный эффект по сравнению с бурением новых скважин, потому что на существующей скважине ствол уже пробурен, а также имеется большая часть наземного скважинного оборудования. Обычные затраты на освоение и доведение до эксплуатационной готовности новой скважины составили бы от 500 тыс. до 1 млн. долларов США; для сравнения затраты на капремонт существующих скважин составляют от 50 тыс. до 100 тыс. долларов США. Экономия за счет остановки малопроизводительных скважин, максимальное увеличение отдачи оставшихся скважин, а также изначальное применение передовой технологии добычи на новых скважинах позволило ЮКОС к 2002 году сократить общую себестоимость до -10,47 долларов США на тонну добываемой нефти (1,43 доллара США на баррель).

Одновременно с реализацией компанией своей программе по модернизации добывающего сектора, ЮКОС попыталась снизить затраты на те или иные объекты и проекты до стандартного уровня или ниже. Подход компании было основан на лучших достижениях мировой практики нефтедобычи, в отличие от менее систематических попыток улучшения контроля расходов в период до приватизации. Целью было определить, в качестве примера, типовой уровень затрат на бурение одной скважины. В ходе данного исследования, объектами которого стали сотни областей деятельности компании, ЮКОС обращалась к услугам различных исследовательских учреждений и проводила рыночные исследования. В ЮКОС был введен строгий контроль за расходами на основе компьютеризированной системы финансовых клиринговых центров, что позволило штаб-квартире компании отслеживать расчеты, авторизованные руководителями по всей компании. Руководители стали напрямую поощряться за невыход за определенные средние рамки расходов — выплата им премиальных непосредственно зависела от успешного контролирования расходов.

Отдельные добывающие и перерабатывающие дочерние предприятия ЮКОС аналогично достигли большей производительности за счет реорганизации и реструктуризации, особенно за счет распределения среди акционеров акций непрофильных активов и услуг, включая (среди перерабатывающих активов) убыточные нефтехранилища очищенной продукции, автозаправочные станции и, в ряде случаев, даже сельскохозяйственные предприятия. Тем временем, местные органы государственного управления постепенно приняли на себя ответственность за широкий спектр мероприятий по социальному обеспечению населения, - то, чем ранее занимались дочерние мероприятия ЮКОС.

См. краткий обзор результатов мероприятий ЮКОС по контролю расходов на обнаружение, эксплуатацию и переработку в таблице III.D.2

YKS 020271

КОНФИДЕНЦИАЛЬНО

**Таблица III.D.2 Рост конкурентоспособности за счет контроля издержек.**

(долларов США на тонну, или как указано)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 20J |
|---|---|---|---|---|---|---|---|---|---|---|
| **Затраты на обнаружение, на тонну** | | | | | | | | | | |
| Расходы на разработку (млн. долл.) | | | | | | 52 | 43 | 54 | 102 | * |
| Получения результатов поиска и расширения проекта (млн.метр.тонн) | | | | | | 10 | 8 | 26 | 24 | 1i |
| Затраты на тонну нефти | | | | | | 5.20 | 5.31 | 2.08 | 4.25 | 0.; |
| Затраты на баррель нефти | | | | | | 0.71 | 0.73 | 0.28 | 0.58 | 0. |
| **Эксплуатационные затраты, на тонну** | | | | | | | | | | |
| Затраты на тонну нефтяного эквивалента | | | | | 28.40 | 10.95 | 6.86 | 9.93 | 12.05 | |
| Затраты на баррель нефтяного эквивалента | | | | | 3.89 | 1.50 | 0.94 | 1.36 | 1.65 | |
| **Затраты на переработку, на тонну** | | | | | | | | | | |
| Эксплуатационные расходы | | | | | | | 7.23 | 8.91 | 7.15 | 8. |

*В данном разделе эксплуатационные затраты условно включают затраты на добычу.

Источник: «Ренессанс Капитал», ежегодные отчеты ЮКОС

YKS 020272

**КОНФИДЕНЦИАЛЬНО**

*Разработка принципов корпоративного управления.*

По мере успеха мер по увеличению производительности, установление корпоративного управления и финансовой прозрачности как приоритетные задачи ЮКОС вышли на передний план, а частные владельцы компании разработали долгосрочную стратегию, делающую основной упор на инвестирование профильных нефтедобывающих активов. В 1999 году ЮКОС начала систематическую кампанию за улучшение своих показателей в области корпоративного управления.[6] В рамках этой кампании, ЮКОС урегулировала давний спор с группой «Дарт» и начала публиковать результаты своей финансовой деятельности в формате отчетности GAAP и впервые объявила о планах выплатить дивиденды.

В 2000 году ЮКОС приняла положение "Об эффективном корпоративном управлении"; большинство из пятнадцати членов нового состава Совета директоров ЮКОС, назначенных в июне 2000 года, были представители независимых организаций, включая несколько иностранцев и лишь пять должностных лиц ЮКОС (а именно Совет директоров, а не Правление ЮКОС назначает независимых аудиторов). В целом, в смысле разделения полномочий и привлечения в корпоративную структуру людей извне ЮКОС пошел дальше всех других крупных российских нефтедобывающих компаний (по данным последнего отчета, на высших должностях ЮКОС работали более 40 иностранных специалистов). ЮКОС также обращался за помощью в признанные консалтинговые фирмы международного уровня (Arthur D. Little, McKinsey & Co, KPMG) по различным вопросам корпоративного реструктурирования. Отчетность ЮКОС проходила аудит PricewaterhouseCoopers, а запасы подсчитывались Miller and Lents (а с 2001 года - DeGolyer and MacNaughton).

Разделение ответственности и административных функций

Административная ответственность за деятельность дочерних предприятий ЮКОС изначально была сконцентрирована на уровне самой холдинговой компании ЮКОС. В 1998 году выход в свет нового российского законодательства создал базу для реформирования корпоративной структуры ЮКОС путем внедрения новой системы администрирования, куда входили бы специализированные управляющие компании, и где ответственность и административные функции неслись бы различными организационными единицами. Последовавшая корпоративная реорганизация ЮКОС позволила компании-холдингу фактически отстраниться от выполнения административных задач и доверить выполнение этих задач различным группам специалистов, отвечающих за работу четырёх недавно созданных корпоративных блоков, концентрирующихся, соответственно, на поисково-разведочных работах и добыче, переработке, сбыте продукции и материально-техническом обеспечении. В результате образования новой структуры ситуация с затратами стала ясной а их контролирование стало проще; тем временем, у руководства ЮКОС появилось время заниматься вопросами стратегии деятельности компании в целом. Работу по совершенствованию организационной структуры ЮКОС проводила в тесном взаимодействии с KPMG. После реформы организационной структуры, KPMG изучила принятую в ЮКОС систему управления активами, сравнивая существующую схему со схемой воображаемой идеальной вертикально-интегрированной нефтяной компании и присудила ЮКОС сравнительно высокую оценку - 70-75% (что означало, что, по расчетам KPMG, ЮКОС разошлась с «идеализированным

---

[6] По данным рейтинга января 2004 года информационного фонда энергетической промышленности («Energy Intelligence»), куда вошли двадцать российских и ведущих мировых компаний, ЮКОС заняла второе место по показателям эффективности корпоративного управления, в особенности по показателям работы Совета директоров.

YKS 020273

**КОНФИДЕНЦИАЛЬНО**

образом компании» лишь на 25-30%). Единственной областью, до сих пор требующей мер по усовершенствованию, является область предотвращения и устранения последствий потенциальных рисков. На данный момент, в компании разработаны подробные схемы всех рабочих процедур и функций, включающие ответственных за их реализацию лиц, а также связанные с реализацией потенциальные риски.

Стимулирование заинтересованности акционеров

В июне 2000 года компания объявила о своих первых дивидендах (iia_20D_Q. 200Д и 2002 годы ' офи^иалБноШбъявленные ежегодные дивиденды составили, соответственно, 300, 50.0. и 700 млн. ■' 1 долларов США). В октябре 2000 года ЮКОС сформулировал основные принципы распределения прибылей:

- Выплата дивидендов каждое полугодие

- Выплачивать прибыль в форме дивидендов и доход по ценным бумагам, постепенно приближаясь к уровням крупных международных нефтедобывающих компаний в зависимости от 4 факторов:

    - Необходимость модернизации оборудования

    - Цена на нефть на международном рынке

    - Налоговые затраты для акционеров

    - Наличие финансовых средств в России

Упомянутое ранее положение ЮКОС "Об эффективном корпоративном управлении" обязало компанию точно и в срок сообщать всем акционерам важную информацию и организовать независимый орган регистрации акций. Регистрация акций акционеров ЮКОС и крупнейших дочерних предприятий с 1996 года осуществляется ЗАО «М-Реестр», компанией-членом Профессиональной ассоциации регистраторов акций, трансфертных агентов и банков-депозитариев (англ. сокр. «PARTAD»).

Норма выплачиваемого ЮКОС дивиденда все еще значительно ниже нормы, общепринятой в межнациональных компаниях (9,1% всех доходов ЮКОС, не считая однократных статей дохода; выплачивались в форме дивидендов в 2002 году; сравните это с 49% в среднем для ведущих компаний и с 54% для крупнейших за три года, предшествовавшие 2002 году). Тем не менее ЮКОС начала сужать разрыв во время рассматриваемого периода и значительно повысила норму выплаты дивидендов по сравнению с начальным уровнем в 2,8% в 2000 году. "".

(См. дополнительное сравнение принципов распределения прибылей в ЮКОС и в межнациональных компаниях в таблице III.D.3: «Принципы распределения прибылей ЮКОС по сравнению с аналогичными принципами межнациональных компаний», а также обзор акционерных программ для сотрудников ЮКОС за данный период в схеме III.D.3: «Акционерные программы ЮКОС как меры поощрения сотрудников компании с целью улучшения результатов корпоративной деятельности»).

YKS 020274

КОНФИДЕНЦИАЛЬНО

Таблица III.D.3

**Сравнение принципов распределения прибылей в ЮКОС и в межнациональных компаниях**

| Показатель | 2000 | 2001 | 2002 |
|---|---|---|---|
| Доход по ценным бумагам* | 7.5% | 4.2% | 3.4% |
| Норма выплаты дивидендов | *ОШ-"* | 15.0% | *"_7.l.9'2%* / |
| Норма выплаты дивидендов (после нормализации**) | *2.7% Г.'* ..., *,1.4.а%.'* | | 9.1% |
| Дивиденд к движению наличности | 3.1% | 15.2% | 9.4% |

**В. Сравнение с международной практикой**

*1. Ведущие компании*

| | | | |
|---|---|---|---|
| Доход по ценным бумагам* | 2.3% | 2.9% | 3.5% |
| Норма выплаты дивидендов | 38% | 55% | 66% |
| Норма выплаты дивидендов (после нормализации**) | 36% | 51% | 59% |
| Дивиденд к движению наличности | 29% | 29% | 33% |

*2. Крупнейшие компании*

| | | | |
|---|---|---|---|
| Доход по ценным бумагам* | 2.3% | 3.0% | 4.5% |
| Норма выплаты дивидендов | 29% | 61% | 116%*** |
| Норма выплаты дивидендов (после нормализации**) | 27% | 42% | 92% |
| Дивиденд к движению наличности | 15% | 20% | 20% |

YKS 020275

58

YKS 020276

КОНФИДЕНЦИАЛЬНО

## Е. После 2000 года: "Корпоративное гражданство"

*Краткая сводка задач и достижений ЮКОС*

- **Быть российской компанией №1 по добыче нефти и использованию передовой технологии.** ЮКОС продолжает быть крупнейшим среди российских компаний производителем нефти с 2003 года: её доля в общем объеме добываемой в России нефти составляет 19,3%- Хотя достижения ЮКОС в области внедрения передовой технологии по сравнению с другими российскими компаниями оценить труднее, компания очевидно является лидером нефтяной промышленности в области применения передовых технологий гидравлического разрыва пласта и других технологий добычи.

- **Осуществлять диверсифицированное производство энергоносителей.** С 2000 года ЮКОС вводит свои холдинги и производственные структуры в сектор производства газа и электроэнергии; и эти мероприятия дополняют промышленную деятельность компании (что особенно показательно на примере деятельности компании в Томске, описываемом далее). Несмотря на это, успех дальнейших предприятий ЮКОС в этой сфере зависит от результатов общероссийской реформы газовой и электроэнергетической промышленности.

- **Быть компанией международного уровня.**

  - **Быть российской компанией, входящей в первую пятерку компаний по эффективности добычи и управления.** Производственные показатели ЮКОС были особенно высокими с 2000 года в плане роста в течение каждого года процентных показателей добычи, сокращения эксплуатационных затрат, а также (в сфере управления) внедрения на местах ключевых технологий и накопленного опыта добычи.

  (См.. рис Ш.Е. 1: Задачи ЮКОС: после 2000.)

*Ключевые особенности периода в понимании ЮКОС*

Внутри России:

- Замедление инфляции
- Рост экспорта из основных промышленных секторов рынка
- Улучшение налогового законодательства
- Достижение согласия в среде бизнесменов по вопросу необходимости применения принципов корпоративного руководства
- Укрепление роли России на международной арене (включая безопасность энергоносителей)

Внутри Компании:

- Успех корпоративного управления.
- Быстрое увеличение объема добычи и производительности труда
- Приобретение новых активов (Восточно-Сибирская нефтяной компании, а также активов, производящих газ, электроэнергию, машиностроительных активов)

59

YKS 020277

**КОНФИДЕНЦИАЛЬНО**

- Рост капитализации Компании
- Заключительная стадия формирования высокопрофессионального межнационального коллектива управленцев

*Быть российской компанией:*

В то время, когда в руководстве ЮКОС появились иностранцы, а на различных уровнях стала внедряться западные технологии (в диапазоне от международных стандартов бухгалтерского учета затрат и доходов до передовых технологий гидравлического разрыва пластов и других методик увеличения производительности), компания также разработала всестороннюю программу повышения квалификации своих сотрудников, чтобы российские сотрудники ЮКОС продолжали занимать ведущие должности руководителей и специалистов (например, курсы по технологии нефтегазодобычи для сотрудников ЮКОС и расширенная программа обучения навыкам работы на компьютере — как внутри компании, так и в регионах).

**Быть российской компанией №1 по добыче нефти и использованию передовой технологии.**

Добыча нефти:

В 2003 году ЮКОС обогнал "Лукойл" по объему добычи, в первый раз за свою историю став ведущим производителем нефти в России, и сейчас в 2004 году по-прежнему удерживает это положение (см. таблицу III.E.1: Суммарная добыча нефти в ЮКОС).Специалисты DeGolyer & MacNaughton отметили в своем анализе методов добычи ЮКОС в 2003 году, что растущий темп добычи компании - непосредственный результат «реализации 4 года назад концепции управления компанией, которая поставила технологические решения вкупе с оперативным сбором, накоплением и анализом данных в основу контроля и прогнозирования производственных показателей производства нефти в будущем... принятию ЮКОС каждого из решений по реализации проекта, который способствует росту добычи, должно предшествовать отработка на модели, разработанной на технологических принципах разработки коллектора и накопленных данных».

(В качестве иллюстрации различных методов добычи нефти, апробированных ЮКОС за последние годы, и их влияния на коэффициент нефтеотдачи, см. схему III.E.2: «Методы ЮКОС по оптимизации добычи на «старых» месторождениях», схему III.E.3: «Коэффициенты нефтеотдачи в нефтепродуктивных зонах ЮКОС», схему III.E.4: «Растущая доля мощных центробежных скважинных насосов», схему III.E.5: «Программа ЮКОС по уменьшению обводнения», схему III.E.6: «Перевод фонда обводненных скважин на режим периодической эксплуатации»; схему III.E.7: «Улучшенные коэффициенты нефтеотдачи»),

Как и в годы сразу за приватизацией, после 2000 года ЮКОС также предпринял дальнейшие шаги к обеспечению в будущем стабильного темпа добычи за счет реализации более эффективной программы геологической разведки, разработанной совместно западными и российскими специалистами. Одно из последствий реализации программы, по докладам руководителей геологоразведочных служб ЮКОС, предоставленных в CERA, - удельное количество положительных результатов геологической разведки в сравнении с общим количеством разведочно-эксплуатационных скважин. Бурение 70% из 42 разведочно-эксплуатационных скважин было успешным, в его результате было открыто 5-6 (?) новых месторождений; и частота успешных открытий к данному моменту в 2004 году составляет 100%.

YKS 020278

КОНФИДЕНЦИАЛЬНО

[f K: выяснить, что ЮКОС понимает под «разведочно-эксплуатациошюй скважиной». Почему в 2003 году не были обнаружены 30 новых месторождений, если утверждается, что частота успешных открытий составляла 70%?]

Согласно последнему отчету, метод ЮКОС выбора направления для геологической разведки основывался на четырех критериях:

- Необходимость замещения добычи (в целом, ГРМ, проводимые ЮКОС главным образом определяются задачами добычи, хотя на техническом уровне ГРМ и добыча отделены друг от друга).

- геологический и экономический риск

- состояние соглашений о лицензировании; ограничения по времени и намерение бурить скважины и т.д.

- требования местных органов власти (например, о создании рабочих мест)

ЮКОС регламентировал различные методики анализа и распределения очередности реализации перспективных проектов бурения. Ежегодно все геологи собираются для предъявления и обсуждения своих программ. На обсуждение также приглашаются представители местной власти, подрядчики и разработчики. Программа поисково-разведочных работ ЮКОС также основывается на взаимодействии между специалистами по геологии в корпоративном центре в Москве и региональными специалистами. В Москве работает крупный «институт», где работают специалисты и иностранные консультанты, рекомендующие новые технологические решения. В каждом регионе также есть «институт», занимающийся вопросами геологии и геофизики, а также научно-исследовательской и опытно-конструкторской работой. Региональные геологические модели используются для внесения корректив в намеченные программы поисково-разведочных работ на основе знаний местных условий, накопленных за 40 лет эксплуатации.

За последнее время ЮКОС не получил во владение новых территорий. Компания постепенно осваивает имеющиеся в наличие перспективные участки, и масштаб открытий сравнительно невелик. 1-10 миллионов тонн. В 2002 году, когда Правительство РФ прекратило финансировать поисково-разведочные работы посредством возмещения налоговых платежей, также стало более проблематичным финансирование поисково-разведочных работ. Несмотря на это, эта программа возмещения налоговых платежей была не столь эффективна, как могла бы быть, т.к. возвращенные налоговые суммы приходилось полностью реализовывать только в том регионе, где добывалась нефть. ДШГЩнансира^                              работ с 2002-2003 годов ЮКОС полагался "на Г внутренние источники финансирования; в результате, хотя ..по сравнению с предыдущими /перьb^a^^^/подс^рво-разведочных работ в целом будет вестись меньше, воспроизводство минерально-сырьевой базы, тем. не менее, не прекращается. И в самом деле, доказанные нефтяные запасы ЮКОС выросли в 2003 году на 1.38 миллиардов баррелей (SEC), что

[7] К участию в программе ПРМ руководство ЮКОС привлекло достаточно большое количество региональных специалистов, и это также обеспечивает занятость на местах после того, как во многих случаях ряд российских контрактов на добычу нефти с традиционными учреждениями нефтедобывающего сектора оказался расторгнутым.

61

YKS 020279

КОНФИДЕНЦИАЛЬНО

стало в два раза больше объема добычи компании за тот же год (около 600 млн. баррелей). ||Щ|а счет ГРМ и открытий новых месторождений?]

(См. дополнительные сведения об эволюции поисково-разведочной программы ЮКОС в разделе ниже "Принимаемые меры по обеспечению устойчивого экономического роста").

62

YKS 020280

КОНФИДЕНЦИАЛЬНО

Таблица III.E.1.1

**Суммарная добыча нефти в ЮКОС**

(в млн. метрических тонн)

| ЮКОС | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Юганскнефтегаз | 33.9 | 28.8 | 27.1 | 26.0 | 26.9 | 25.7 | 26.2 | 30.2 | 36.2 |
| Самаранефтегаз | - | - | - | 8.9 | 8.5 | 8.2 | 7.7 | 7.9 | 9.5 |
| Томскнефть | | | | | | 10.5 | 10.3 | 11.0 | 11.7 |
| Манойл | | | | | | 0.2 | 0.3 | 0.4 | 0.7 |
| ЗМБ | - | - | - | | | | - | - | - |
| Арктикгаз | - | - | - | | - | | - | - | - |
| Восточносибирская нефтегазовая компания | - | - | - | | | | | - | - |
| Уренгойл | - | - | - | | | | | - | - |
| Саханефтегаз | - | - | - | | - | | | - | - |
| Рослан | - | - | - | | | | - | - | - |
| Геойльбент | ? | - | - | - | - | | - | - | - |
| **Суммарная добыча ЮКОС** | **33.9** | **28.8** | **27.1** | **34.9** | **35.4** | **44.6** | **44.5** | **49.6** | **58.1** |
| Рост в процентах | | 15.2% | -5.8% | 28.8% | 1.4% | 26.1% | 0.3% | 11.4% | 17.2% |

YKS 020281

КОНФИДЕНЦИАЛЬНО

**Добыча других ведущих российских компаний**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Суммарная добыча Лукойл | 48.8 | 45.1 | 51 | 50.9 | 62.2 | 53.6 | 53.3 | 62.1 | 74 |
| Рост в процентах | | 7.6% | 13.1% | -0.2% | 22.2% | 13.8% | 0.6% | 16.5% | 19.2% |
| Суммарная добыча Сургутнефтегаз | 38.1 | 34.3 | 33.3 | 33.3 | 33.9 | 35.2 | 37.6 | 40.6 | 44.0 |
| Рост в процентах | | 10% | -3% | 0% | 2% | 4% | 7% | 8% | 8% |

Источник: КЭРА, ЮКОС

YKS 020282

**КОНФИДЕНЦИАЛЬНО**

Технология:

Примеры использования ЮКОС передовой технологии при работах по освоению:

- Систематическое использование- метода узловых- -потенциалов для......причин, препятствующих получению дебита и разработки технических решений.[8]

- Применение гидравлических-разрывов пласта, использование мощных скважинных насосов как для восстановления существующих месторождений, так и для" освоения новых.

- Построение подробных моделей месторождений ЮКОС (при помощи разработанного ..программистами ЮКОС программного обеспечения). позволяющих -оперативно контролировать все операции по добыче и принимать решения на уровне промысла.

- Проекты модернизации НПЗ; особое значение придается внедрению процесса изомеризации с целью соответствия продукции вводимым в будущем новым техническим характеристикам и удовлетворения местного спроса на высокооктановый " -- бензин.

Как указано выше, последствия применения в ходе операций ЮКОС по добыче передовой технологии были особенно заметными при подсчете доказанных запасов (помимо отмеченного выше повышения уровня добычи). В самом деле, использование ЮКОС указанных методов заставило пересмотреть объемы доказанных запасов, которые, по любой классификации (SEC, SPE, или A+B+C1,принятая в СССР) оказались выше рассчитанных ранее (по оценкам специалистов компании и независимых экспертов по технологии нефтедобычи). По расчетам ЮКОС, такой подход приведет к повышению среднего коэффициента нефтеотдачи пласта с.27% до 44%_Проведенное DeGolyer & MacNaughton в апреле 2003. хода исследование.:, рабочих;[1] программ ЮКОС по увеличению производительности содержало вывод о том, что методы добычи." применяемые "ЮКОС, "приведут к повышению нефтеотдачи месторождений по v сравнению "с расчетной нефтеотдачей при использовании старых методов ведения работ".; Применение этих методов также заставило правительство произвести перерасчет доказанных/ запасов на месторождениях .компании. Центральный комитет по запасам Правительства РФ в результате" переоценки повысил расчетные коэффициенты нефтеотдачи для 2& месторождений ЮКОС (Западно-Сибирский и Приволжско-Уральский бассейны) в среднем на 5% по сравнению с расчетной нефтеотдачей до завершения.модернизации добычи (коэффициент вырос с 33,4% до 38,5%). По расчетам ЮКОС, после реализации дополнительных рабочих программ коэффициенты нефтеотдачи увеличатся еще на 6% на 14 различных месторождениях компании, включая такие. , как Приобское, где коэффициент нефтеотдачи после повторной оценки уже вырос после осуществления первой стадии модернизации, а также другие месторождения в Западной Сибири и Приволжско-Уральском регионе (средний коэффициент нефтеотдачи второй группы месторождений. где запланированы работы по модернизации, вырос с 37,5% до 43,6%). [ТК: Может ли ЮКОС предоставить оценку увеличения объема* расчетных запасов после переоценки коэффициентов нефтеотдачи на 6% на 14 месторождениях после осуществления дополнительных рабочих программ?]

(См. дополнительные подробности реализации компанией технологических и программных решений. программ повышения квалификации по "технологии управления " на схеме Ш.Е.8: «Применение в ЮКОС технологических решений стратегических задач: Обзор. схема III. Е. 9:

---

[8] Метод узловых потенциалов - инструмент анализа, используемый для прогнозирования функционирования различных элементов, составляющих систему освоения и добычи. Метод узловых потенциалов используется для проектирования, оптимального сточки зрения продуктивности коллектора, специфических ограничений системы добычи и возможностей увеличения производительности.

YKS 020283

КОНФИДЕНЦИАЛЬНО

Межрегиональные контакты ЮКОС: 2000 и план на 2005 год ]ТК: Что означают цифры над вертикальными полосками на слайде, взятом из сделанного в сентябре 2001 года в Иркутске доклада ЮКОС по достижениям в области информационных технологий?], Схема Ш.Е.10: Унификация информационных комплексов, схема Ш.Е. 11: Ключевые направления корпоративного обучения: Повышение управленческой квалификации, см. далее разделы отчета «Применение технологических решений» и «Инициативы по модернизации НПЗ»).

## Осуществлять диверсифицированное производство энергоносителей.

.Последние годы ЮКОС активно внедрялся в.газовый и энергетический секторы рынка и приобрел в 2000-2001 годах несколько западносибирских газовых компаний (Роспан, Арктикгаз/ Уренгойл), не считая приобретения долей акций региональных коммунальных служб в различных областях России (см. обзор "роста газовых запасов и производства газа за период с 200.0 года в-' таблице Ш.Е. 1. и). Однако, дальнейшее расширение газового сектора представляется проблематичным до тех пор, пока не изменится ситуация с ценами на внутреннем рынке газа и с доступом к газопроводам, в то время как расширение энергетического сектора зависит от реструктуризации ЕЕС. Т.о., первоочередной задачей компании остается увеличение запасов и добычи нефти (на самом деле, упомянутые выше газовые компании также обладают значительными запасами жидкого сырья в виде нефти и конденсатов, что позволяет ЮКОС осуществлять намеченные задачи в нефтедобывающем секторе).[9] В последние годы проведение реформы газодобывающего сектора откладывается, и поэтому основное внимание уделяется производству нефти, а не газа; хотя бурение газовых поисково-разведочных скважин продолжается (из 42"поисково-разведочных скважин, пробуренных в ЮКОС в 2003 году, 5 - газодобывающие), работы по бурению новых газодобывающих скважин ЮКОС на некоторое время приостановил. .Недавние приобретения газовых месторождений тем не менее позиционируют ЮКОС как компанию, способную удовлетворить спрос на российский газ на внутреннем, а также, возможно, и на внешнем рынке по мере того, как снижается газоотдача гигантских месторождений Газпрома, и увеличиваются предпосылки для резкого снижения отжига попутного газа (см. схему Ш.Е. 12: Утилизация газа в ЮКОС: 2000 и план на 2005; и схему III. Е. 13: Утилизация попутного газа).

Недавний рост добычи газа был в основном зарегистрирован в Томскнефти, дочернем предприятии ЮКОС. Деятельность компании в томской области в период с 2000 года представляет собой поучительный пример реализации стратегической диверсификации на рынке энергоносителей и достигнутых на это поприще успехов.

Контракте «Томскэнерго» -залог полномасштабной разработки местного газа

Главным импульсом недавнего расширения добычи газа в Томске, - а также и роста добычи нефти (до30% в 2002 году). — послужило принятое руководством ЮКОС решение занять центральную позицию в томском энергетическом секторе. В январе 2002 года ЮКОС объявила о приобретении на второстепенном рынке ценных бумаг блокирующего пакета акций местной коммунальной службы «Томскэнерго». ЮКОС также обнародовал планы потратить до 100 млн. Долларов США на новый теплогенератор для ТЭЦ-3 «Томскэнерго»; когда возврат от вложений в осуществление проекта составит 20%, у ЮКОС появится новый канал реализации своего попутного газа. Хотя появление ЮКОС на российском рынке энергоносителей - частный показатель недавно возникшей тенденции приобретения нефтедобывающими компаниями акций коммунальных служб, компания, в отличие от других крупных компаний, не ограничилась эти м и запланировала использование по меньшей мере половины объема

---

[9] Например, DeGolyer& MacNaughton оценили объем чистых доказанных запасов нефти и конденсата «Уренгойл» в 17,2 млн.т. на конец 2002 года.

YKS 020284

**КОНФИДЕНЦИАЛЬНО**

прогнозируемой на 2003 год добычи газа на нужды электроснабжения. Компания также приобрела пакеты акции в размере более чем 25% в коммунальных службах «Белгородэнерго», •' «Тамбовэнерго», «Кубаньэнерго» и «Ставропольэнерго».

После приобретения своей доли энергетических предприятий Томска, ЮКОС инвестировал в новую транспортную инфраструктуру с целью обеспечения транспортировки газа с месторождения Лугинецкое на западе Томской области (расчетные запасы газа- 72,6 млрд. м3) на перерабатывающий комплекс «Томскэнерго» в юго-восточном уголке области. В июне 2002 года на Лугинецком газовом месторождении был осуществлен пуск компрессорной станция мощностью около 1.6 миллиардов кубометров в год, стоимостью 200 тыс. млн.. долларов; ' параллельно был пущен газопровод Лугинецкое-Парабель, связывающий месторождение с магистральным трубопроводом Нижневартовск-Кузбасс компании «Газпром» (см. схему Ш.Е.14:, Томская область: центры нефтяной, газовой и энергетической промышленности).Несмотря на это, первым подрядчиком ЮКОС на продажу в 2002 году Лугинецкого месторождения стал не «Томскэнерго», а «Востокгазпром», томское дочернее предприятие «Газпрома», которое, в свою очередь, продало газ конечным пользователям (а именно - металлургическому комбинату в Кемеровской области), т.к. предложение «Востокгазпром» было более выгодным.

**Таблица III.E.I.ii**

**Рост объема запасов и добычи газа ЮКОС**

(мл рд. кубометров)

|  | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Доказанные запасы (по расчетам SPE) | 44 | 73 | 127 | 220 |  |
| Добыча газа | 1.5 | 1.6 | 1.7 | 2.4 | 5.7 |

Источник:
гчоп    vi 11л-40

|  | 1999 | **2000** | **2001** | **2002** | **2003** |
|---|---|---|---|---|---|
| Доказанные запасы (по расчетам SPE) | 44 | **73** | 127 | **220** |  |
| Добыча газа | 1.5 | 1.6 | **1.7** | 2.4 | 5.7 |

Источник:
CERA, YUKOS

*Быть компанией международного уровня.*

В период с 2000 года продолжается интеграция ЮКОС в мировое сообщество производителей нефти, а также выход на мировые рынки.

YKS 020285

Начиная с годового отчета за 2001 год, ЮКОС начала публиковать отчеты о запасах углеводородов в стандартах SEC и SPE. Правда, проводимые на Западе перерасчеты запасов российских нефтедобывающих компаний официально не признаются Правительством РФ, которое по прежнему применяет расчеты по советской методике A+B+C+D. Согласно российскому закону об охране информации о природных запасах, российские компании имеют право публиковать

-67-

YKS 020286

**КОНФИДЕНЦИАЛЬНО**

данные о своих запасах, сделанные по западным методикам, но не имеют право предоставлять совокупные цифры по России, рассчитанные по методике A+B+C+D.

Наиболее смелыми из проектов ЮКОС по выходу на мировые рынки с 2000 года были проекты в сфере переработки и сбыта продукции. Так, в сентябре 2002 года, ЮКОС приобрела контрольный пакет акций «Mazeikiu Nafta» (MN), литовской компании-собственника НПЗ в Мазейкисе. Мазейкисский НПЗ, построенный в 1980 году, - единственный НПЗ в Прибалтике, и, к тому, же самый сложный по техническому оснащению объект ЮКОС. В 2005 году его продукция, скорее всего, будет удовлетворять техническим требованиям стандарта «Euro 4», в то время как российским НПЗ, принадлежащим ЮКОС, этого не удастся до 2007-2008 годов; это обеспечивает компанию мощным плацдармом для успешной конкуренции на европейском рынке очищенных нефтепродуктов.

ЮКОС также продолжает нанимать западных специалистов на ключевые должности в Совете директоров. В последний состав Совета, избранный в июне 2003 года, входят представители «General Motors» (Франсуа Бюкле), руководитель фонда «Loze & Associates» (Бернар Лозе), представитель нефтесервисной компании «Schlumberger» (Мишель Сублен), а также представитель юридической компании «Squire, Sanders & Dempsey» (Сара Кэри).

**Быть российской компанией, входящей в первую пятерку компаний по эффективности добычи и управления.**

Существует много возможностей увеличения производительности и улучшения управления, но для того, чтобы сравнить ЮКОС и многочисленные мировые компании, специфических данных о таких возможностях недостаточно. Что касается принятых в мировой практике значимых сравнительных показателей, используемых в разделе IV данного отчета ("Общие производственные показатели ЮКОС в сравнительной перспективе: 1993-2004 годы"), производственные показатели ЮКОС были особенно высоки в период начиная с 2000 года в плане постоянного процентного прироста объема добычи в течение каждого года, сокращения производственных издержек, а также (в области управления) внедрения важных технологических решений и опыта на местах.

Тех нологичность

За период с 2000 года, по которому в мировых источниках имеются сопоставимые данные, ЮКОС, по данным анализа CERA, превысил средний уровень производительности ведущих и крупнейших западных компаний по годовому приросту добычи, даже тогда, когда рост добычи на Западе был результатом крупного слияния. Точно так же, ЮКОС опередил отобранную для сравнения группу западных нефтяных компаний по показателям уровня добычи и себестоимости (это при том, что в 2000-2001 годах затраты ЮКОС росли, а у ведущих компаний - падали). (См. таблицу Ш.Е.2: Эффективность производства с 2000: сопоставление производственных показателей ЮКОС и избранных мировых компаний).

Таблица Ш.Е.2

Эффективность производства с 2000: сопоставление производственных показателей ЮКОС избранных мировых компаний

-68-

YKS 020287

КОНФИДЕНЦИАЛЬНО

**A. Годовой темп роста добычи**

|  | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| ЮКОС | 11.4% | 17.2% | 20.5% | 17.2% |
| Ведущие компании | 2% | 2% | 2% | |
| ■ Крупнейшие компании* | 11% | 22% | 9% | |

В. Эксплуатационные расходы (себестоимость) в расчете на метрическую тонну нефтяного эквивалента (долл.США)

|  | 2000 | 2001 |
|---|---|---|
| ЮКОС | 9.93 | 12.05 |
| Ведущие компании | 24.63 | 23.75 |
| Крупнейшие компании | 32.77 | 32.84 |

*Учитывает влияние слияния компаний на рост добычи

Источник: ЮКОС, «Ренессанс Капитал», ежегодные отчеты компании

YKS 020288

**КОНФИДЕНЦИАЛЬНО**

Эффективность руководства

Хотя, как и многие западные нефтяные компании, в области освоения месторождения и добычи ЮКОС использует многообразие технологических приемов и методик, особенность компании состоит в широком внедрении производственного опыта (т.е. способности применения технологических решений) на месторождениях. Успех деятельности компании объясняется, в первую очередь, ролью корпоративного и линейного руководства в выборе и внедрении ключевых технологий и преодоления косности руководителей, привыкших работать по старинке. Исследователи CERA не обнаружили свидетельств того, что какие-либо иные российские компании так реализовывали накопленный передовой опыт в условиях производства, либо в таком объеме инвестирование в повышение квалификации специалистов на местах; подход ведущих и крупнейших мировых компаний был иной: концентрация технических ресурсов в центре и инвестирование в инфраструктуру обмена информацией между корпоративным центром и операторами месторождений (отчасти вследствие более высокой стоимости услуг специалистов на Западе, чем в России). См. подробное рассмотрение разновидностей технологических решений и опыта, используемых в ЮКОС и методик их внедрения в промысловую практику в разделе «Применение технологических решений»

YKS 020289

КОНФИДЕНЦИАЛЬНО

## IV. ОБЩАЯ ОЦЕНКА ДЕЯТЕЛЬНОСТИ ЮКОСа В СРАВНИТЕЛЬНОЙ ПЕРСПЕКТИВЕ 1993-2004 ГОДОВ

### А. Доступ к запасам нефти

*Краткое содержание*

- **Расположение и размеры сырьевой базы.** Достоверные запасы ЮКОСА (в размере 1,6 миллиардов тонн, по методу SEC, по состоянию на декабрь 2003 г.) расположены главным образом в одном бассейне (Западная Сибирь). Такая высокая степень географической концентрации типична для ведущих российских компаний, но существенно отличается от сравнимых международных компаний, база запасов которых значительно более разнообразна по расположению и следовательно, по разнообразию и качеству запасов. За счет приобретений ЮКОС подобно сравнимым российским компаниям примерно в два раза увеличил рост резервов по сравнению с российским уровнем в целом. Рост запасов ЮКОСа также выигрывает по сравнению с международными компаниями, по которым имеются данные, в течение того периода, когда начали проводиться международные аудиты запасов ЮКОСа.

- **Коэффициент восстановления запасов и характеристика.** Рост запасов ЮКОСа превысил их истощение в результате добычи в период 1994-2003 годов в целом, повторяя тенденцию в российской нефтяной промышленности в целом и в выбранной международной группе. Вместе с тем уменьшение доли достоверных запасов ЮКОСа по отношению к общим достоверным запасам, включая вероятные запасы, отличается от усредненной тенденции в российской нефтяной промышленности и свидетельствует об относительно интенсивных действиях ЮКОСа по расширению своих возможностей для будущих инвестиций. Это совпадает с действиями западных компаний по обновлению их портфелей[0] (увы, доля достоверных запасов западных компаний по отношению к достоверным и вероятным запасам остается существенно ниже по сравнению с ЮКОСом). Общая тенденция в российской нефтяной промышленности в этот период свидетельствует о том, что доля достоверных запасов растет в их общих портфелях, наряду с ростом внимания к развитию фондов обширных запасов вместо пополнения уже давно используемых разрезов.

- **История пополнения запасов и способ приобретения.** Три стандартных категории приобретений, уточнений и открытий/расширений сыграли значительную роль в увеличении запасов ЮКОСа в период времени, по которому имеются данные аудитов, проведенных по западным стандартам (1998-2002). Увеличение запасов ЮКОСа за счет органического роста (т.е. открытий, расширений и уточнений месторождений) составило 58 процентов от общего количества в этот период. Случайные данные по другим российским компаниям (точная классификация источников роста их запасов отсутствует) предполагают, что у равноценных российских компаний приобретения сыграли такую же важную роль, а у международных компаний доля запасов в результате приобретений резко выросла в последние годы в результате слияний и приобретений (вместе с тем у них расширения и открытия были главным источником увеличения запасов в периоды 1993-2003 годов).

- **Меры по обеспечению устойчивого роста.** f||pЕ»: затраты ЮКОСа- на .разведку -(85... 'Мй'.лишбв'доллГСША ~в~2002 году) незначительны .по. -международным меркам.для компании такого же размера.Гу" ЮКОСа, база запасов настолько больше по сравнению с большинством международных, компаний со сравнимой добычей, что ЮКОС может оказаться стратегическим примером более низких капитальных затрат. Более того, с

-71-

YKS 020290

**КОНФИДЕНЦИАЛЬНО**

момента приватизации ЮКОС начал использовать более передовые методы разведки, а также более жесткие методы управления портфелем и более совершенные способы определения приоритетности разведки месторождений, что обеспечило превосходный результат разведки в размере 70 процентов в 2003 году и пока 100 процентов в 2004 г. Если не брать в расчет крупнейшие слияния, то приобретения не были основным компонентом роста российских или международных крупных компаний в целом, и средние затраты ЮКОСа на разведку в общей доле капитальных затрат оказались на среднем уровне иностранных компаний в размере примерно 20 процентов в течение инвестиционного цикла.

*Расположение и размеры базы запасов*

Итоговые данные этого раздела представлены в Таблице IV.А.1 и на Рис. IV.А.1. Основные центры запасов ЮКОСа.

## ЮКОС

По состоянию на декабрь 2003 г. достоверные нефтяные запасы ЮКОСа составили 1,6 миллиарда тонн, по методу SEC, и 2,0 миллиарда тонн, по методу SPE, а вероятные и возможные запасы, по методу SEC, оценивались, соответственно, в примерно 1 миллиард тонн и 1,1 миллиарда тонн.

Основная часть запасов ЮКОСа расположена в Западной Сибири. Региональная классификация по приведенным выше оценкам запасов 2003 года в настоящее время отсутствует, но из общего количество сообщаемых достоверных запасов ЮКОСа в размере 1,9 миллиардов тонн в 2002 году (по SEC) двум западносибирским филиалам компании «Юганскнефтегазу» и «Томскнефти» принадлежит, соответственно, примерно 1,4 и 0,2 миллиарда тонн, а его волгоуральский филиал «Самаранефтегаз» владеет остальной частью. ЮКОС также зарезервировал достоверные запасы в размере 23 миллионов тонн (по SPE) в новой нефтяной провинции Восточной Сибири к концу 2002 года.

Достоверные запасы ЮКОСа выросли на 32,7 процента в период 1993-2003 годов по методике А+В+С1 (Россия) на 43,5 процента в период 1996-2002 годов по оценкам, основанным на стандартах SPE, а рост запасов ЮКОСа в период 1996-2002 годов оценивается примерно в 47 процентов по стандартам SPE и правилам бухгалтерского учета МСФО (использование привил МСФО дает более точную оценку роста запасов в этот период, так как по правилам МСФО не признают все запасы ЮКОСа в год проведения по ним аудита).

Восточная Сибирь и Вол го-Уральский регион являются освоенными бассейнами, но основная часть остальной восточносибирской нефти ЮКОСа сконцентрирована в месторождениях, находящихся на более ранней стадии разработки по сравнению с месторождениями большинства других российских компаний, работающих в этом регионе. Например, существуют достоверные запасы в размере примерно 370 миллионов тонн (по SEC) в северо-западной части Приобского месторождения на лицензированной территории «Юганскнефтегаза» - месторождение, интенсивная разработка которого началась в последние несколько лет (ежегодная добыча на месторождении выросла с менее"Тмйллиона тонн в 1996 году до почти 17,7"миллионов тонн в 2003 году"что составило-примерно 21 процент от общего объёма добычиТЮКОСа в прошлом году).

Основная база деятельности ЮКОСа в Западной Сибири расположена относительно далеко от международных рынков. Однако третий по величине производственный филиал компании находится в непосредственной близости от трех нефтеперерабатывающих заводов ЮКОСа и рядом с основными внутренними рынками России, например, Москвой, а также западными

YKS 020291

**КОНФИДЕНЦИАЛЬНО**

экспортными рынками. Лицензия ЮКОСа на месторождение Юрубчено-Тохомская в новой нефтяной провинции в Восточной Сибири фактически может оказаться растущим источником сырой нефти для планируемого нового экспортного трубопровода из Ангарска в Китай и/или Находку ЮКОС также ведет разведку на российском шельфе Черного моря, в Оренбургской области и северном Казахстане.

В настоящее время ЮКОС имеет 100 процентную долю в своих компаниях разведки и нефтедобычи кроме проекта на месторождении Западное Мало-Балыкское (где 50 процентов принадлежит MOL) и Томскнефтегаз IV, где 49 процентов принадлежит компании «МинеролРохстофХандель».

## Другие российские компании

Как и в примере с ЮКОСом нефтяные запасы (или добыча) большинства других основных российских нефтяных компаний и России в целом сконцентрирована в западносибирском бассейне. Такая высокая степень географической концентрации объясняется историческим происхождением российских нефтяных компаний из Советского периода на основе бывших государственных предприятий по разведке и нефтедобыче, работавших главным образом в богатом восточносибирском бассейне (где находятся основные запасы российской нефти) без участия главных международных компаний по разведке и нефтедобыче. Характеристики запасов других компаний, в общем, аналогичны характеристикам запасов ЮКОСа, так как западносибирские нефтеносные горизонты имеют много общих характеристик (по пористости, проницаемости и насыщению углеводородами), хотя имеются определенные небольшие региональные различия запасов. Можно утверждать, что лишь немногие другие основные российские нефтяные компании имеют доступ к главным восточносибирским месторождениям на начальных стадиях разработки масштаба Приобского месторождения ЮКОСа (наиболее близким примером может быть Сугмутское месторождение Сибнефти). но хорошо освоенные месторождения других основных российских нефтяных компаний (сегодня главный источник роста добычи нефти в России) в своем большинстве похожи на старые месторождения ЮКОСа по характеристикам запасов.

В то же время крупные российские компании, выбранные для сравнения с ЮКОСом, также ведут разведку и осваивают новые месторождения в других районах помимо Западной Сибири, в частности, в Восточной Сибири, Вол го-Уральском регионе, российском секторе Черного моря и в прибрежной зоне Казахстана (подробности представлены в разделе «Меры по обеспечению устойчивого роста». Основные районы стратегии диверсификации разведки и нефтедобычи ЛУКойла в настоящее время включают районы Тиман-Печоры и Каспийского моря (главным образом шельфы России, Азербайджана и Казахстана) и прибрежную зону Казахстана, при этом Сибнефть сконцентрировала свои силы на Чукотке, ТНК-БП проявляет особую активность в Иркутской области и на Сахалинском шельфе, а Сургутнефтегаз работает на Талаханском месторождении в Восточной Сибири.

В статистическом отчете Бритиш Петролеум по мировой энергетике дана оценка роста российских достоверных запасов в размере 22,4 процента в период 1996-2002 годов, т.е. периода, по которому имеются сравнимые данные по ЮКОСу. В этот же период рост запасов ЮКОСа составил 46,6 процента.

Рост запасов группы выбранных российских компаний (ЛУКойл, Сибнефть и ТНК), по которым имеют сравнимые данные за аналогичный период, составил 50,8 процента в 1997-2002 годах (соответствует среднегодовым темпам в размере 8,6 процента). Это сравнимо с ростом запасов ЮКОСа в тот же период в размере 47,5 процентов (соответствует среднегодовым темпам в

YKS 020292

**КОНФИДЕНЦИАЛЬНО**

размере 8,1 процента). Поэтому ЮКОС, как и сравнимые российские компании, примерно в два раза превысил уровень роста запасов по России в целом. Частично это объясняется тем, что все запасы росли за счет приобретений в этот период и, следовательно, могли показать указанный выше средний рост. (ТК: «Какими были темпы органических роста запасов ЮКОСа (т.е. без приобретений) с 1993 года?»).

Международное сравнение

По-видимому, основное отличие базы запасов типичных международных компаний по сравнению с российскими нефтяными компаниями заключается в ее разнообразии как по расположению, структуре собственности, а также качеству и разнообразию запасов. В отличие от крупных русских нефтяных компаний международные компании добывают основную часть сырой нефти (если не всю) за рубежом, где находятся их штаб-квартиры и где они делят акционерный капитал во многих проектах с другими компаниями. Высоко диверсифицированный характер запасов международных компаний по сравнению с запасами российских компаний частично объясняется направленной стратегией по распределению и управлению рисками (по географически и политическим соображениям и типу активов) и частично историческими причинами (т.е. лицензионной территорией, имевшейся в то время, когда международные компании формировали портфели разведки и нефтедобычи и результатами конкурентных торгов).

В 1996-2002 годах, по которым имеют примерно сравнимые данные международных аудитов запасов ЮКОСа (по нормативам SPE), рост по SEC запасов самых крупных компаний составил 42 процента и у крупных компаний 170% по сравнению с 46,6 процента у ЮКОСа в тот же шестилетний период. Крупные компании показали относительно высокий рост в этот период благодаря пропорциональной высокой активности по слияниям и приобретениям, финансируемым акциями, с их стороны. Деятельность по слияниям и приобретениям составила большую долю роста международных компаний в период 1999-2002 годов в частности (например, слияние БП с Амако и приобретение АРКО, слияние Эксона с Мобил, Слияние Шеврона с Тексако, слияние Коноко с Филипсом, и объединение Тоталь, Фины и Эдф).

Более значимое сравнение должно было бы исключить рост запасов за счет слияний и приобретений, в которых были использованы акции, а не денежные средства. Исключение этих крупнейших слияний из группы международных компаний дает арифметически средний годовой рост самых крупных компаний, составляющий немного менее 1 процента. В крупных компаниях среднегодовой рост в течение этих шести лет сравнительно лучше и составляет только более 4 процентов. Оба эти показателя сравнимы со сложным среднегодовым ростом ЮКОСа в размере *6,6* процента в течение 6 лет до 2002 года.

YKS 020293

КОНФИДЕНЦИАЛЬНО

Таблица IV.A.1

Часть I

**Расположение и размеры достоверных запасов нефти**

(миллионов метрических тонн)

| A.ЮКОС | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **Западная Сибирь** | | | | | | | | | |
| *Юганскнефтегаз* | | | | | | | | | |
| Метод SPE | 1717,7 | 1715,1 | 1710,6 | 1,104 | 1,081 | 1,047 | 1,107 | 1628,6 | 1,255 |
| Метод А+В+С1 | - | - | - | 1624,5 | 1632,2 | 1627,6 | 1624,9 | - | 1640,0 |
| Томскнефть | | | | | | | | | |
| Метод SPE | - | - | - | - | - | 302,3 | 246,5 | 371,3 | 186,3 |
| Метод А+В+С1 | - | - | - | - | - | 416,3 | 382,5 | - | 361,1 |
| Уренгойойл (SPE) | - | - | - | - | - | - | - | - | - |
| Арктикгаз (SPE) | - | - | - | - | - | - | - | - | - |
| **Восточная Сибирь** | | | | | | | | | |
| *Восточносибирская нефтегазовая компания* | | | | | | | | | |
| Метод SPE | - | - | - | - | - | - | - | - | - |
| Метод А+В+С1 | - | - | - | - | - | - | - | - | - |
| **Волга-Урал** | | | | | | | | | |
| *Самаранефтегаз* | | | | | | | | | |
| Метод SPE | - | - | - | 178,3 | - | 174,3 | 184,3 | - | 220 |
| Метод А+В+С1 | - | - | - | 272,5 | 267,5 | 262,5 | 258,0 | 255,7 | 249,3 |
| **Другие характеристики ЮКОСа** | | | | | | | | | |
| Метод SPE | | | | 32,1 | | 19 | 20 | | 17 |
| Метод А+В+С1 | | | 22,3 | 22,2 | 24,6 | 25,9 | 24,1 | 25,3 | 39,9 |
| Итого по SPE/ МСФО* | | | | 1,282 | 1,274 | 1,240,5 | 1,312 | 1,610 | 1,704 |
| Итого по SPE/не МСФО** | | | | 1,314 | 1,349 | 1,543 | 1,558 | | 1,678 |
| Темпы роста по SPE/ МСФО | | | | | -1% | -3% | 6% | 23% | 6% |
| Итого по А+В+С1 | 1717,7 | 1715,1 | 1732,9 | 1919,2 | | 2332,3 | 2289,5 ~ 2280,5 | 2280,9 ~ 2290,3* |
| Темпы роста по А+В+С1 | | -0,2% | 1,0% | 10,8% | 0,3% | 21,2% | -1,8% | -0,4% | 0,4% |

*бухгалтерские стандарты (т.е. не учитывающие «другие свойства» в 1996 году или Томскнефть в 1996-99 годах)

** (т.е. учитывающие все приведенные выше промежуточные суммы)

Источник: Миллер энд Ленте энд ДеГолиер энд МакНотон (метод SPE) и ЮКОС (метод А+В+С1)

-75-

КОНФИДЕНЦИАЛЬНО

-76-

YKS 020295

КОНФИДЕНЦИАЛЬНО

## Таблица IV.A.1
### Часть II размеры достоверных их запасов нефти

**В. Другие российские нефтяные компании**

Российская нефтяная промышленность  
Метод SPE Темпы роста по SPE  
*(миллионов метрических тонн)*

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Запасы | | 6.700 | 6.700 | 6.700 | 6.660 | 6.650* | | 6.650 | "6.650" | 8.200 |
| Темпы роста | | 0% | 0% | 0% | -1% | 0%* | 0% | 0% | 6% | 23% |

Средние показатели по ЛУКойлу, Сибнефти и ТНК  
Метод SPE Темпы роста по SPE

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| | 853.3 | 849.3 - | 1,132.3 | 1,7% ~ | 1,183.2- | 1,286.7 |
| | | 0.5% | 33.3% | | 2.8% | 8,7% |

Источник: Годовой отчет ЛУКойла, Журнал аналитического моделирования Сибнефти, годовой отчет ТНК, Отчет МСФО Сибнефти, Статистический отчет «братц Петролеум»

**С. Международное сравнение**

Самые крупные компании (по методу SEC)  
Миллионов метрических тонн условной нефти  
Миллионов баррелей условной нефти  
Темпы роста

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Миллионов метрических тонн | 4,499.0 | 4,446.1 | 4,371.2 | 4,374.9 | 5,386.9 | 5,381.6 | 6,239.3. | 6,150.3 | 6,326.3 | 6,405.3 |
| Миллионов баррелей | 32,978.0 | 32,590.0 | 32,041.0 | 32,068.0 | 39,486.0 | 39,447.0 | 45,734.0 | 45,082.0 | 46,372.0 | 46,951.0 |
| Темпы роста | | -1% | -2% | 0% | 23% | 0% | 16% | -1% | 3% | 1% |

Крупные компании (по методу SEC)  
Миллионов метрических тонн условной нефти  
Миллионов баррелей условной нефти  
Темпы роста

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Миллионов метрических тонн | 1,586.4 | 1,591.4 | 1,659.6 | 1,755.0 | 1,870.5 | 3,258.7 | 3,817.2 | 4,612.4 | 5,499.9 | 6,024.1 |
| Миллионов баррелей | 11,628.0 | 11,665.0 | 12,165.0 | 12,864.0 | 13,711.0 | 23,886.0 | 27,980.0 | 33,809.0 | 40,314.0 | 44,157.0 |
| Темпы роста | | 0% | 4% | 6% | 7% | 74% | 17% | 21% | 19% | 10% |

Источник: годовые отчеты компаний

YKS 020296

**КОНФИДЕНЦИАЛЬНО**

*Коэффициент пополнения запасов и характеристика*

Итоговые данные по этому разделу приведены в Таблице IV.A.2.

## ЮКОС

Рост резервов ЮКОСа по методу A+B+C1 (по всем источникам) в размере 570 миллионов тонн в 1994-2002 годах более чем компенсировал истощение запасов в результате добычи (456 миллионов тонн) при коэффициенте пополнения запасов в размере 125 процентов, а рост в размере 597 миллионов тонн достоверных запасов ЮКОСа по методу SPE в течение более ограниченного периода 1997-2002 годов также превысил добычу в размере 313,1 миллиона тонн при коэффициенте пополнения запасов в размере более 190 процентов.

В то же время доля достоверных запасов компании по отношению к общей величине достоверных и вероятных запасов снизилась в рассматриваемый период с 74 процентов в 1996 году до 64 процентов в 2001 году (метод SPE). Так как показатель достоверных запасов вырос значительно в рассматриваемый период, это, по-видимому, отражает деятельность компании по поиску новых месторождений для будущих инвестиций. Прямо связанные данные по этому коэффициенту у международных компаний отсутствуют, но эксперты КЭРА полагают, что доля достоверных запасов по сравнению с общими запасами у ЮКОСа выше по сравнению со сравнимыми показателями аналогичных международных компаний.

## Другие российские компании

Общий коэффициент пополнения запасов в России может оцениваться в размере 146 процентов в период 1993-2002 годов по данным статистического отчета «Бритиш Петролеум». Хотя, в общем, по России соотношение между достоверными и вероятными запасами не известно, такие данные имеются по трем компаниям сравнительной группы (ЛУКойл, Сибнефти и ТНК БП) за 1999-2002 годы. В отличие от ЮКОСа в среднем доля достоверных запасов этих компаний по отношению к общим достоверным и вероятным запасам увеличилась в рассматриваемый период с 64 процентов в 1999 году до 69 процентов в 2002 году.

## Международное сравнение

Рост запасов превысил добычу у самых крупных и крупных компаний на 41 процент и 155 процентов, соответственно, в период 1993-2002 годов. Очень немногие компании из сравнительной группы прямо раскрывают информацию по своим достоверным и вероятным запасам и эксперты КЭРА смогли оценить данные только по трем компаниям к концу 2002 года. Эта оценка показывает долю достоверных запасов по методу SEC по отношению к достоверным и вероятным запасам этих компаний (принято, что оценка дана по методу SPE). Таким образом, получена цифра в размере 40 процентов, которая, по-видимому, недооценивает этот показатель, если бы он был рассчитан, когда числитель и знаменатель определялись бы по согласованной методике SPE.

-78-

YKS 020297

КОНФИДЕНЦИАЛЬНО

Таблица IV.A.2
Часть I
Характеристика запасов ЮКОСа
(миллионов метрических тонн/год или как указано)

**I. ЮКОС**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Общий объем добычи, Мт/год | 33,9 | 28,8 | 27,1 | 34,9 | 35,4 | 44,6 | 44,5 | 49,6 | 58,1 | 70,0 | 82,1 |
| Темпы роста производства | -47,8% | 15,2% | -5,8% | 28,8% | 1,4% | 26,1% | -0,3% | 11,4% | 17,2% | 20,5% | 17,2% |
| Достоверные запасы (по SPE) | | | | 1.282 | 1.274 | 1.241 | 1.312 | 1.610 | 1.704 | 1.879 | |
| Темпы роста запасов | | | | 28,8% | 0,6% | -2,6% | -~5,8% | 22,7% | 5,8% | "Ю 3%" | |
| Увеличение запасов по отношению к общему объему добычи, % | | | | -22,6% | -0,6% | -73,9% | 159,6% | 601,4% | 161,9% | 250,0% | |
| Вероятные запасы | 353,9 | 317,8 - 306,8 | 306,8 - | 441,4 | | 491 | 506,1 | | 959,2 | 1.138 | 421,4 |
| Соотношение между достоверными и достоверными+вероятными запасами | -11,4% | 10,2% | 3,5% | 0,74 | 0,38 | 0,72 | 0,72 | 0,47 | 0,64 | 0,62 | 11,0% |
| Соотношение между подготовленными и общими достоверными запасами | | | | 0,43 | | 0,42 | 0,78 | | 0,59 | 0,54 | |

**3. Другие российские нефтяные компании**
Кипрэд энд ДеГолиер энд Макнотон (метод SPE)

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| | 301,2 - | 305,6 | 303,3 | 305,2 | 323,5 | 348,1 | 379,6 |

**Российская нефтяная промышленность**

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| Общий объем добычи в России Темпы роста добычи | 1,8% | 1,5% | -0,8% | 0,6% | 6,0% | 7,6% | 9,0% |

---

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Российские достоверные запасы | 6.700 | 6.700 | 6.700 | 6.700 | 6.660 | 6.650 | 6.650 | 6.650 | 6.650 | 8.200 | |
| Темпы увеличения запасов | | 0,0% | 0,0% | 0,0% | -0,6% | 0,2% | 0,0% | 0,0% | 0,0% | "23,3% | |
| средние показатели по ЛУКойлу, Сибнефти и ТНК | 48,8 | 45,1 - | 51 | 30,3 | 33,7 | 30,2 | 30,0 | 37,1 | 43,2 | 46,4 | 51,4 |
| Общий объем добычи ТНК Темпы роста добычи | 7,6% | 10,2% | 13,1% | -40,5% | 11,2% | -10,5% | -0,7% | "23,8% | 16,6% | | 11,5% |
| Достоверные запасы (по SPE) | | | | | 853,3 | 849,3 - | 1.132,3 | 1.151,5 | 1.183,2 | 1.286,7 | |
| Темпы увеличения запасов | | | | | 0,5% | 33,3% | 1,7% | 2,8% | 8,7% | | |
| Рост запасов* по отношению к общему объему добычи, % | | | | | -13,3% | | | | | | |
| Рост запасов* по отношению к общему объему добычи, % | | | | -13,3% | | 944,9% | 51,8% | 73,3% | 222,9% | | |
| Вероятные запасы | | | | | | 616,8 | 586,3 | 664,0 | 570,6 | | |
| Соотношение между достоверными и достоверными+вероятными запасами | | | | | | 0,64 | 0,66% | 0,64% | 0,69% | | |
| Соотношение между подготовленными и общими запасами | | | | | | | (0,67%) | 0,64% | 0,55% | | |
| По методу SPE | | | | | | | | | | | |

*метод SPE
источник: Интернет-сайты ЮКОСа, ЛУКойла, Сибнефти, ТНКа и Сургутнефтегаза; Министерство энергетики (по методу SPE), Интерфакс,
Статистический отчет «Бритиш Петролеум»

YKS 020298

-79-

YKS 020299

КОНФИДЕНЦИАЛЬНО

Таблица IV.A.2
Часть II
Характеристика запасов ЮКОСа
(миллионов метрических тонн/год или как указано)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Международное сравнение** | | | | | | | | | | |
| улнейшие компании | | | | | | | | | | |
| Общий объем добычи (млн. т ус. нефти/год) | 364,05 | 373,8 | 378,05 | 387,65 | 449,65 | 451,35 | 531,35 | 542,25 | 551,45 | 563,85 |
| Общий объем добычи (тыс. бар. ус. нефти/сутки) | 7281 | 7476 7561 | | 7753 | | 9027 | 0627 | 5 | 11029 | 11277 |
| Темпы роста | | 3% | 1% | | 3% Г 0,15994" | 6,0038~ 6,177251 | 1 | | 2% | 2% |
| **Международное сравнение** | | | | | | | | | | |
| улнейшие компании | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| Общий объем добычи (млн. т ус. нефти/год) Общий | 364,05 | 373,8 | 378,05 | 387,65 | 449,65 | 451,35 | 531,35 | 542,25 | 551,45 | 563,85 |
| объем добычи (тыс. бар. ус. нефти/сутки) | 7281 | 7476 | 7561 | 7753 3% | 8893 | 9027 | 10627 | 10845 | 11029 | 11277 |
| Темпы роста | | 3% | 1% | j | 0,15994 | 0,0038 | 0,177251 | 2% | 2% | 2% |
| Достоверные запасы (миллионов метрических тонн условной нефти) | 4499,0 | 4446,1 | 4371,2 | 4374,9 | 5386,9 | 5381,6 | 6239,3 | 6150,3 | 6326,3 | 6405,3 |
| Достоверные запасы (миллионов баррелей условной нефти) | 32978,0 | 32590,0 | 32041,0 | 32068,0 | 39486,0 | 39447,0 | 45734,0 | 45082,0 - | 46372,0 | 46951,0 |
| Темпы роста | | -1% | -2% | 0% ] | 23% | 0% 16% j | -18% 16% j | 1% | 3% | 1% |
| | | | | | | 38% | | 35% | 16% | |
| | | | | | -1% 270.3 | 0.57 | 0.59 зээ.эс | 0.60 0.58 | 0.58 | |
| Достоверные запасы (миллионов баррелей условной нефти) | 11628,0 | 11665,0 | 12165,0 | 12864,0 | 13711,0 | 27980,0 338 | 338 | 375 7500 | 456,9 | |
| Темпы роста | | 0% | 4% | 6% | 7% | 74%Г 17% | | 11% | 9138 22% | |
| Рост запасов по отношению к добыче, % | 3% | 42% | 59% | 68% | 78% | -5% | 242% | | | |
| Отношение между подготовленными и общими запасами | 0.72 | 0.74 | 0.71 | 0.7 | 0.66 | 0.55 | 0.55 | | | |
| | | | | | 4% | | | | | |
| лечение Петробрас с этого года | | | | | | | | | | |
| гоник: годовые отчеты компаний (по методу SEC) | | | | | | | | | | |
| Рост запасов по отношению к добыче, % | -16% | -22% | 1% | 60% | | | | | | 24% |
| Отношение между подготовленными и общими запасами | 0.56 | 0.56 | 0.58 | 0.59 | | | | | | 0.56 |
| улные компании | 174,1 | | | | | | | | | 498.3 |
| Общий объем добычи (млн. т ус. нефти/год) Общий | 3482 | | | | | | | | | 9966 |
| объем добычи (тыс. бар. ус. нефти/сутки) | | 179,5 178,95 | 178,95 | 187,75 | | | | | | 9%: |
| Темпы роста | | 3590 | 3579 | 3755 | | | | | | |
| | 3% | 0% | 0% | 5% | | | | | | |

?ЛИ_ЯН'*о_крупнейших СЛИЯНИЙ_____ j

YKS 020300

| | 1586,4 | 1591,4 | 1659,6 | 1755,0 | 1870,5 | 3258,7 | 3817,2 | 4612,4 | 5499,9 | 6024,1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Достоверные запасы (миллионов метрических тонн условной нефти) | 1586,4 | 1591,4 | 1659,6 | 1755,0 | 1870,5 | 3258,7 | 3817,2 | 4612,4 | 5499,9 | 6024,1 |
| Достоверные запасы (миллионов баррелей условной нефти) | 11628,0 | 11665,0 | 12165,0 | 12864,0 | 13711,0 | 23886,0 | 27980,0 | 33809,0 | 40314,0 | 44157,0 |
| Темпы роста | | 0% | 4% | 6% | 7% | 74% ! | 17% | 21% | 19% | 10% ! |
| Рост запасов по отношению к добыче, % | 3% | 42% | 59% | 68% | 78% | -5% | 242% | 54% | 58% | 93% |
| Отношение между подготовленными и общими запасами | 0,72 | 0,74 | 0,71 | 0,7 | 0,66 | 0,55 | 0,55 | 0,58 | 0,59 | 0,61 |

-80-

YKS 020301

КОНФИДЕНЦИАЛЬНО

-81-

YKS 020302

**КОНФИДЕНЦИАЛЬНО**

*История увеличения запасов и способ*

Итоговые данные этого раздела приведены в Таблице IV.А.3.

## ЮКОС

Историю увеличения запасов ЮКОСа можно разделить на три стандартных категории в период, по которому имеются данные, полученные по методу SPE (1998-2002), приобретения - 227 миллионов ТОНЛ, уточн?М5г ■?.!! миллионов тонн, открытия и расширения - 173 миллиона тонн._Таким образом, общее увеличение запасов ЮКОСа вследствие" органического роста (т.е. открытий, расширений и уточнений) составило примерно 58 процентов общей величины'в Л 998^ 2002 годах, а рост, запасов за счет приобретений - примерно 42 процента. На открытия и расширения пришлась растущая доля общего увеличения запасов ЮКОСа в последние годы по методу SPE, и в 2002 году (последний год, по которому имеются данные) эта категория составила основную часть увеличения (превысив увеличение за счет приобретений и уточнений вместе) впервые со времени проведения аудита запасов компании по методу SPE.

Недавние юридические проблемы ЮКОСа привели к созданию атмосферы неуверенности относительно будущего компании, что усложняет корпоративное планирование за границами следующих шести месяцев и вероятно оказывает влияние на разведывательную деятельность в рамках стратегии пополнения запасов компании, учитывая обычно относительно длительные сроки освоения, требуемые для приобретения новых запасов путем разведки в отличие от других методов расширения базы запасов. Более того, учитывая характер возможностей в портфеле ЮКОСа потенциал возврата в результате реабилитации освоенных месторождений и даже новое освоение ранее не полностью освоенных месторождений вероятно значительно выше по сравнению с новой разведкой.

Поэтому в настоящих условиях большая часть добавления запасов, по-видимому, будет происходить за счет приобретений и ревизий. В подтверждение сегодняшних приоритетов бюджет приобретений компании на 2004 год больше по сравнению с бюджетом на разведку, и компания предполагает дальнейший вертикально интегрированный пересмотр оценок запасов различных осваиваемых месторождений в результате применения современных методов добычи (как отмечалось выше, Центральный Комитет по Запасам уже утвердил вертикально интегрированные ревизии показателей восстановления месторождений ЮКОСа в размере 5 процентов по сравнению с предполагаемыми темпами восстановления до завершения работ по увеличению добычи.

### Другие российские компании

Сравнительные данные по точной доле различных категорий роста запасов в их общей величине труднодоступны по другим российским нефтяным компаниям. Но приобретения^носили, общий характер в нескольких других крупных российских компания в рассматриваемый период наряду с другими методами расширения запасов. Можно привести три заметных примера расширения запасов засчет приобретения по другим российским нефтяным компаниям.

- **Приобретение Комитек ЛУКойлом.** ЛУКойл приобрел контрольный пакет в Комитеке, региональной российской компании, действующей в российском Тимано-Печорском бассейне, за счет сделки по обмену акциями, в которой Комитек был оценен в 315 миллионов долл. США по одним сведениям. Предприятия Комитска в Тимано-Печорском бассейне и его запасы были оценены примерно в 103 миллиона тонн в момент приобретения ЛУКойлом.

YKS 020303

КОНФИДЕНЦИАЛЬНО

**Приобретение Онако ТНК.** На приватизационном аукционе в сентябре 2000 года ТНК приобрела 85 процентов компании «Онако» с предприятиями в Оренбургской области за 1,08 миллиона долл. США. Недавно восстанавливаемые запасы производственного филиала «Оренбургнефть» компании «Онако» были оценены ТНК-БП в размере 250 миллионов тонн.

**Совместное приобретение Славнефти Сибнефтью и ТНК.** На приватизационном аукционе в сентябре 2000 года ТНК и Сибнефть совместно приобрели 74,95 процентную долю правительства России в Славнефти за 186 миллиарда долл. США, а ранее Сибнефть приобрела долю правительства Белоруссии в Славнефти в размере примерно 11 процентов за 207 миллионов долл. США. Славнефть базируется в Западной Сибири и по методу А+В+С1 запасы ее производственного филиала «Межрегионнефтегаза» оценены Министерством энергетики в примерно 286 миллионов тонн в конце 90-х годов.

YKS 020304

КОНФИДЕНЦИАЛЬНО

Таблица IV.A.3

**История увеличения запасов и способ приобретения**
(млн. метрических тонн)

**A. ЮКОС**

По методу SEC

| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Расширения и открытия / | В общей доле, % | | | | | | ю- | "в --- " | ---- "26" | 24 | " 106 | |
| | | | | | | | -29,4% | -265 | _ 236,4%," | -218|2% | 78,5% | |
| Приобретения | | | | | | | 0 | %. | 7 | 0 | 19 | |
| Уточнение | В общей доле, % | | | | | | 0,0% | 79,1% | ...63,6% | 0,0%' | " 14,1% | |
| | | | | | | | -10 | 254 | 28 | 23 | 79 | |
| Добыча Общий прирост | В общей доле, % | | | | | | 29,4% | 98 | 254,5% | -209,1% | 58,5% | |
| | | | | | | | -34,0 | 30,5% | -50,0 | -58,0 | -69,0 | |
| | | | | | | | -34 | -39,0 | 11 | -11 | 135 | |
| | | | | | | | | -321 | | | | |

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Общий прирост | | | | | | | -33 | 298 | 94 | 175 | |
| Общие изменения основы запасов в год | | -2,6 | | | | | -42,8" | -8,6 7 | ~ 9,4 | ~ 36,9 | -47,3 |

По методу SPE
-8
По методу A+B+C1 17,8
5,1
186,3

Источник: ЮКОС

**B. Международное сравнение**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Крупнейшие компании | 50% | 53% | 50% | 39% | | | | 32% | 67% | 50% | |
| Рост запасов за счет расширений и открытий в общей доле, % | | | | | 46% | 40% | 54% | | | | |
| Рост запасов за счет покупок в общей доле, % | 7% | 4% | 3% | 4% | 15% | 8% | 4% | 33% | 9% | 25% | |
| Рост запасов за счет уточнений в общей доле, % * | 42% | 43% | 46% 58% | 57% | 38% | 51% | 42% | 36% | 24% | 25% | |
| Крупные компании | 63% | 51% | 4% | 52% | 34% | | | | | | |
| Рост запасов за счет расширений и открытий в общей доле, % | 7% | 23% | | 26% | 26% | | :2|% | "35%"7 | 7"28% | ~ 27%: | |
| Рост запасов за счет покупок в общей доле, % | | | | | | | 7 | "777713% ~ | 7 740-% | 7 32% | |
| Рост запасов за счет уточнений в общей доле, % * | 30% | 26% | 38% | 21% | 41% | 25% | 34% | 51% | 33% | 40% | |

шенствования

Вги? шие крупнейших
слияний

Примечание. Уточнения включают прирост за счет
совер добычи.

-84-

YKS 020305

КОНФИДЕНЦИАЛЬНО

-85-

YKS 020306

**КОНФИДЕНЦИАЛЬНО**

*Международное сравнение*

В отличие от этого расширения и открытия оказались единственным крупнейшим источником увеличения запасов, как у крупнейших, так и у крупных компаний в 1993-2003 годах. В международных компаниях также отмечен резкий рост доли запасов в результате приобретений в течение последних лет, что свидетельствует об активности в области слияний и приобретений, которая в отличие от основной части российских слияний и приобретений, обеспечивалась главным образом за счет акций, а не денежных средств.

*Меры по обеспечению устойчивого роста*

Итоговые данные по этому разделу представлены в Таблицах IV.A.4.i-ii и на Рис. IV.A.2: Приоритеты поисково-разведывательной деятельности ЮКОСа.

## ЮКОС

Финансирование разведывательной деятельности в ЮКОСе составило примерно 100 миллионов долл. США в год (при этом стоимость поисковых работ в среднем составляет 3,50 долл. США/т в течение последних пяти лет) с учетом основных и новых районов. (Первоначальный бюджет на проведение поисково-разведочных работ в 2004 году, утвержденный в декабре 2003 г., составил 180 миллионов долл. США, но, по-видимому, будет сокращен на 60 процентов наряду с другими затратами на разведку и добычу, утвержденными вначале. Если сравнивать, то бюджет ЮКОСа на приобретения на 2004 год почти в два раза превышает сумму, ранее выделенную на разведку).

Хотя затраты ЮКОСа на разведку низкие по международным меркам для компании такого размера, база запасов ЮКОСа настолько больше базы запасов большинства международных компаний со сравнимой добычей, что можно приводить стратегический пример низкого уровня капитальных затрат на разведку со стороны ЮКОСа. Независимо от значительного увеличения запасов ЮКОСом с момента образования компании нынешний состав запасов ЮКОСа (как и у других российских нефтяных компаний) в основном обусловлен историческим наследием советского периода, когда компаниям были переданы огромные освоенные и неосвоенные запасы - советская методика заключалась в «гарантировании» планов добычи, что приводило к использованию очень консервативных (затратных) методов добычи (т.е. медленной добычи на большом количестве месторождений). Располагая такими унаследованными активами, российским компаниям пока не приходится проводить разведывательные работы так интенсивно, как это делают международные компании из сравниваемой группы.

Более высокое финансирование разведывательных работ могло бы применяться только в теории при старой налоговой системе (до 2002 года) предоставлявшей налоговые льготы при определенных инвестициях в разведывательные работы. Однако старые финансовые условия не способствовали очень эффективной разведке из-за ограниченного освобождения от налогов тех промышленных объединений, которые несли затраты на проведение разведывательных работ на собственной территории производственного объединения (:(т£йС например, ЮКОС мог только относить прибыль, которую 'Томскнефть' использовала для 'финансирования^ разведывательных ' работ в Тюменской области, для получения такого освобождения). Сейчас филиалам ЮКОСа вероятно придется более интенсивно доказывать на внутреннем уровне необходимость финансирования разведывательных работ (когда-то разрешение давалось автоматически за счет освобождения от налогов), прежде чем они получат разрешение от корпоративной штаб-квартиры. В результате ожидается, что эффективность затрат на проведение разведывательных работ может повыситься при новой системе, даже если общий бюджет на эти цели несколько снизится.

-86-

YKS 020307

**КОНФИДЕНЦИАЛЬНО**

Собственные методы разведки филиалов разведки и нефтедобычи ЮКОСа, разработанные нефтедобывающими объединениями до приватизации, имели мало общего с международными стандартными методами, а по некоторым характеристикам были полной противоположностью. В то время как крупные западные компании обычно проводят собственное стратегическое планирование и разведку и нанимают другие компании для сейсмической разведки и разведочного бурения, российские филиалы разведки и нефтедобычи традиционно приглашают российские институты для разведочного анализа и планирования и проводят свою собственную сейсмическую разведку и бурение.

ЮКОС быстро перешел на международные нормы разведки и нефтедобычи с момента приватизации (один из ключевых примеров, рассматриваемых более подробно ниже, говорит о выделении различных внутренних подразделений, обслуживающих месторождения, в независимые компании, которые теперь конкурируют друг с другом и оставшимися в ЮКОСе подразделениями за получение контрактов ЮКОСа. Однако движение вперед шло неровно и с перерывами. Одна сфера, в которой российские компании отстали от международных стандартов, относится к созданию жесткой системы управления портфелем разведки и нефтедобычи и анализа рисков, где решения по инвестированию в разведочные работы принимаются на основе четко определенных критериев, например, наличию рискованных запасов, экономическим показателям проектов (NPV/EMV), эксплуатационным соображениям, а также близости запасов к экспортным выходам. Для обеспечения эффективности такая система должна быть встроена в технологию и методики компании таким образом, чтобы можно было планировать, проводить аудиты и анализировать последовательным образом для принятия более надежных инвестиционных решений. Решающее значение имеет также то, чтобы эти методы пронизывали организационную структуру компании в том смысле, чтобы, например, программы разведочных работ филиалов могли бы подвергаться аудиту и анализироваться независимыми экспертами (например, главным геологом компании) до реализации для обеспечения последовательности и соблюдения требований. Кроме того, управление портфелем включает систематическое изучение истории программы проведения поисковых работ компании для извлечения уроков, устранения ошибок в будущем и повышения эффективности инвестиций. Необходимо контролировать результаты коммерческого успеха разведки, но не менее важно понимать причины неудач. Очевидно, что ЮКОСу пришлось пройти долгий путь для разработки такой методики ведения разведочных работ (непонятно, как это „отразилось на.его< конкуренции.|» России).

!, В рамках внедрения новых Методов в 2001 году ЮКОС попробовал западный метод анализа /рисков в течение одного года на основе сотрудничества с консультационной фирмой «Роуз энд /Эссоушнэйтс», которая обучала сотрудников ЮКОСа методике оценки успеха разведочных /скважин и правильному проведению аудита. Использовалось более строгое западное определение | поисково-разведочных работ в отличие от бурения для освоения (т.е.. без включения диаграммы //■ месторождения)/" Нгтоснове'методики анализа рисков в 2001 г. 8 из 21 разведочной скважины/ -//' пробуренной в этом' году,  были квалифицированы как удачные  (4 из 6  на территории /  Югандкнефтигаза, 3 из 10 в Томскнефти и 1 из 5 в Самаре), при этом общая оценка успеха ':' разведочных работ составило чуть менее 40 процентов. Это сопоставимо с показателем успеха разведочных работ крупнейших компаний в 2001  году в размере 58 процентов и крупных" компании в размере 59 процентов.

Главные российские возможности поисково-разведывательных работ


Главные краткосрочные перспективы ЮКОСа в новой российской нефтяной провинции, основанные на разведочном бурении, сосредоточены в южной России, в частности, в Оренбургской .лицензионной зоне, приобретенной примерно два года назад рядом с границей с Казахстаном (где ЮКОС предполагает зарезервировать запасы в размере примерно 30 миллионов

YKS 020308

**КОНФИДЕНЦИАЛЬНО**

тонн). Компания также провела разведочные работы в Саратовской и Самарской областях в связи с относительно небольшими перспективами (которые, вероятно, будут иметь коммерческое значение, несмотря на их ограниченные размеры, учитывая близость существующей инфраструктуры). ЮКОС также заинтересован в российском континентальном шельфе и вступил в партнерство с компанией «Тоталь» (Total) для исследования глубоководного Шатского хребта в Черном море, где, по мнению ЮКОСа, есть 2-3 перспективных месторождения с общими запасами в размере 200 миллионов тонн. Кроме того, компания (ЮКОС) проводила анализ шельфовых зон по всему маршруту от Баренцева моря до Тихого океана и определила наиболее перспективные районы. Она подала заявку на лицензии на представляющие основной интерес шельфовые территории и предполагает получить, по меньшей мере, одну из них.

В заключении следует отметить, что существуют две основные категории поисково-разведочных возможностей в настоящем портфеле ЮКОСа:

- **Основные добывающие районы, где ЮКОС ищет запасы для замены.** Ханты-Мансийский округ, Ямало-Ненецкий округ и Томская область (все в Западносибирском бассейне), Самарская область (Волго-Уральский бассейн).

- **Оценка менее освоенных районов для будущей поисково-разведочной деятельности.** Красноярский край и Эвенкийский округ (Восточная Сибирь); Саратовская и Оренбургская области (Волга-Урал); шельфовая зона Черного моря рядом с Краснодарским краем и Каспийского моря.

Компания наращивает усилия на своих основных западносибирских месторождениях, учитывая решение правительства не выдавать больше лицензии на новые нефтеносные площади, представляющие интерес для ЮКОСа, а также передачу Сургутнефтегазу лицензии ЮКОСа в Талаканском районе. Имеются достаточные возможности для расширения и новых открытий в Западной Сибири. В частности, специалисты компании зарезервировали запасы на гигантском Приобском месторождении, которых будет достаточно для значительного роста по мере их подтверждения. Там имеются очень перспективные глубокие горизонты, расположенные на глубине всего 400 метров ниже действующих скважин старых месторождений (например, Ахимовское месторождение). Как и разработка всех новых месторождений в этом районе, разработка более глубоких горизонтов относительно дороже по сравнению с проектами восстановления типовых месторождений, когда можно использовать существующую инфраструктуру и скважины, но дешевле по сравнению с разведкой и добычей на новых территориях, например, в Восточной Сибири и на российском шельфе. В общем, с точки зрения ЮКОСа более глубокие месторождения Западной Сибири, по-видимому, станут основным источником расширения запасов ЮКОСа за счет новых открытий/расширений на протяжении следующих нескольких лет.

Замораживание первоначальных планов ЮКОСа по разработке восточносибирской нефти (в настоящее время не является главным приоритетом корпорации) представляет собой поучительный пример препятствий для разработки эффективной программы разведки и освоения с использованием западных требований к рационализации портфеля в настоящих российских условиях. Программа компании по освоению региона включала систематическое исследование базы потенциальных запасов и скоординированное приобретение прав на территории, содержащие значительные достоверные запасы, а также имеющие поисково-разведочные перспективы. На протяжении последних нескольких лет ЮКОС приобрел контроль над двумя произ^рдственными объединениями с доступом к восточносибирским месторождениям: Восточносибирской нефтяной_ компаний'(с правами на район.Юрубчено-Таахомская в Красноярском крае)^й Сахануфтег^рм ▪• ^(ГЖС^нр1Го-ё"7месторождение в Республике Саха _(**Якутия**)./-В то же время компания получила коптроль.над крупнейшим региональным нефтеперерабатывающим заводомХАнгарск-вИркутской....... / области) и договорилась об экспорте сырой нефти и о контракте на строительство трубопровода с

YKS 020309

**КОНФИДЕНЦИАЛЬНО**

Китаем (и начала экспорт сырой нефти из Томской области в Китай по железной дороге). Фактически все элементы плана компании по освоению Восточной Сибири были реализованы за исключением разрешения Кремля на трубопровод Россия - Китай (Ангарск - Даквинг), без которого отсутствует вероятность доступа к достаточно прибыльным рынкам для оправдания широкомасштабного освоения нефти Восточной Сибири (ЮКОС предполагает, что без трубопровода уровень добычи в Томской области окажется ниже запланированного уровня).

*Международные возможности и преимущества поисково-разведочных работ с участием иностранных партнеров*

Подобно другим российским компаниям ЮКОС до настоящего времени главным образом занимался разведкой и добычей внутри России и начал заниматься международной деятельностью только с приходом частных владельцев компании (кроме разведочного СП «Юганск Петро Андес», созданного в Перу в 1994 году). В общем, компания, приобретенная Менатепом, не была хорошо подготовлена для участия в международной разведке и нефтедобыче. Не хватало многоязычного персонала, и отсутствие опыта работы на шельфе усложняло участие в главном сегменте международной разведки и добычи.

Первым крупным проектом компании по разведке и нефтедобыче за пределами России после приватизации была прибре^сная _зона^ соседнем Казахстае.^де _ЮЖ1С1работал _на_„Федоровском' блокеДЩКОС провел взрывную сейсмич^ску^Еазведку и_началбурить скважину_ для проверки прогноза на пгданер^нсГТЖ) миллионов тонн в августе 2003 года). (ТК: «Результаты^^ejHOjraoj^ сгаюж7йш_^                                                        исходной прогр^мы_.,„ международного расширения по сравнению с более дальними перспективами: целевое месторождение представляло собой продолжение известной и понятной геологической тенденции, охватывающей часть южной России, при этом данные по Федоровскому блоку уже имелись на русском языке и ЮКОС нашел эффективного западк)ГОJmpтнeJDjy^JЛjи^ _____ балтийского шельфа (также охватывающий часть бывшего Советского Союза) является другим перспективным районам по мнению ЮКОСа, но взаимные претензии относительно национальных границ осложняют освоение района, представляющего главный интерес (перспективный район частично расположен на территории Швеции, а также Латвии и Литвы).

Примерно два года назад ЮКОС создал группу по развитию международного бизнеса в Лондоне и эта компания рассмотрела новые проекты в Узбекистане, Западном Средиземноморье и шельфовый проект в Западной Африке. Однако в общем международные проекта относительно не привлекательны по сравнению с российскими проектами, когда последние дают прибыль в размере примерно 30 процентов по сравнению с лишь 10-12 процентами, получаемыми в результате международных приобретений. По иронии судьбы переговоры ЮКОСа с крупными западными компаниями в последние годы о возможной продаже акций также, вероятно, ослабили стремление компании к адаптации международного подхода западных компаний к созданию диверсифицированного международного портфеля; на переговорах с ЮКОСом западные фирмы не были заинтересованы в проектах ЮКОСа за пределами России в отличие от его российских запасов, в связи с чем международная программа ЮКОСа была отложена.

Одна область поисково-разведывательной деятельности, где международное партнерство может оказаться решающим для будущих успехов ЮКОСа, является шельфовый нефтяной бизнес. , , ЮКОС может проводить сейсмические исследования шельфа и определять перспективы, но у него / нет рабочего опыта бурения и освоения шельфа. Эта ситуация начала меняться в результате совместной работы над Черноморским глубоководным проектом с фирмой «Тоталь». В отличие от этого СП ЮКОСа с ЛУКойлом и Газпромом на Каспийском месторождении оказалось / менее удачным с учетом возлагавшихся надежд по открытиям и освоению шельфовых технологий. /

-89-

YKS 020310

**КОНФИДЕНЦИАЛЬНО**

## Другие российские компании

Среди ключевых показателей мер по обеспечению устойчивого роста, данные по которым имеются по ЮКОСу и другим российским компаниям, находится доля разведывательного бурения по сравнению с общим объемом бурения и доля затрат на разведочные работы по сравнению с эксплуатационным бурением. Как по ЮКОСу, так и по промышленности в целом доля разведочного бурения в общем объеме составила 5-15 процентов в 1993-2002 годах, снизившись значительно ниже 10 процентов в обоих случаях в 2003 году, так как фактически все российские крупные компании сосредоточили усилия на освоении существующих запасов, и затраты на разведочное бурение выросли в период 1998-2001 годов после девальвации рубля в августе 1998 года (на примерно 364 процента в рублях за пробуренный метр по сравнению с ростом в размере примерно 305 процентов на бурение по освоению месторождения). Затраты на бурение несколько снизились в 2002 году.

Данные по затратам компании имеются только за 1998-2002 годы, но совпадают с общеотраслевой тенденцией значительного снижения общих инвестиций в разведывательные работы и откладывания в большинстве случаев существенного расширения из западносибирской базы в новые нефтяные разведочные проекты. В связи с этим, число новых месторождений, введенных в эксплуатацию большинством российских нефтяных компаний (включая ЮКОС), начало значительно снижаться в последней части рассматриваемого периода (с 58 в 2001 году до 29 в 2002 году) и добыча нефти на новых месторождениях (т.е. введенных в течение последних пяти лет) составила только 4 процента от общей добычи в России в 2002 г.

Хотя, по-видимому, ЮКОС инвестирует меньше в разведку и освоение новых месторождений в доле общих затрат по сравнению с различными другими крупными компаниями программа поисково-разведочных работ ЮКОСа относительно экономически эффективна по затратам на метр бурения. У ЮКОСа средние затраты на метр бурения в 2002 году в среднем составили примерно 376 ᵢдоМ.,ᵢ._США.. поГ.,сравнению. .со,.^^щ(^Г'^^^^^^^^^^^^^^^^^^'' сравнительной группе в^размере 541 долл. США.

## Международное сравнение

Сравнение ЮКОСа с международными компаниями по затратам в трех основных категориях разведки и добычи, по которым имеются международные данные, т.е. разведке, освоению и приобретению, является очень сложным вопросом, учитывая указанную выше разницу в определении разведочных работ в России по сравнению с Западом. Вместе с тем заслуживает внимания тот факт, что относительная доля затрат на разведку по данным ЮКОСа (доля в общих затратах на разведку) снизилась в рассматриваемый период с более 40 процентов в 1997 году до примерно 14 процентов в 2001 г., что практически соответствует диапазону в 15-16 процентов в этом году по данным самых крупных и крупных компаний.

В среднем международные крупные и самые крупные компании тратили 20% своих капитальных затрат на разведку в течение последнего десятилетия. Время от времени компании обнаруживают. что их портфель разбалансирован. например, они могли сократить разведочный бюджет во время интенсивных работ по освоению или при низких ценах на нефть. В результате в некоторые годы показывается высокий уровень разведочных затрат из-за попыток привести портфель в равновесие. но тем не менее 40 процентов, выделенные ЮКОСом на разведку в 1997 году, представляют исключительно высокий"уровень.

YKS 020311

**КОНФИДЕНЦИАЛЬНО**

Учитывая отмеченный выше вопрос определений, наиболее действенным средством сравнения ЮКОСа с международными компаниями по затратам на разведку и добычу является анализ приобретений. Независимо от того, насколько важны слияния и приобретения для общих показателей запасов и добычи в различные годы, приобретения образуют самую маленькую категорию затрат за большинство лет, по которым имеется информация как по ЮКОСу, так и по международным компаниям (обычно прослеживаются затраты по разведке и разработке). В действительности приобретения составили основную часть затрат на разведку и добычу только в одном году из тех лет, по которым имеются данные: в 1999 году у ЮКОСа и крупных компаний и 2000 году у крупнейших компаний.

YKS 020312

КОНФИДЕНЦИАЛЬНО

Таблица IV.A.4.I Меры по поддержанию устойчивого
роста: затраты на разведку и добычу (нефть и газ)
(миллионов долларов)

## A. ЮКОС

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Приобретения | | | | | 0 | 0 | 451 | (65) | 0 | |
| В общей доле, % | | | | | 0,0% | 0,0% | 88,1% | 12ТТ% | 0,0% | |
| Разведка | | | | | 134 | 59 | 37 | | МО23 | |
| В общей доле, % | | | | | 41,2% | 35,8% | 7,2% | 10,0%^^ | 13Ѕ5% | |
| Разработка | | | | | 191 | 106 | 24 | Г419Л | ( 647) | |
| В общей доле, % | | | | | 58,8% | 64,2% | 4,7% | 77-9%^ | 36^ЛГ | |
| **Общие затраты на разведку и добычу** | 1993 | 1994 | 1995 | 1996 | 325 | 165 | 512 | 538 | 749 | |

## В. Другие российские компании

Средние показатели по ЛУКойлу, Сургутнефтегазу и ТНК

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Приобретения | | | | | | 6,3 | 329,7 | 605,3 | 288,3 | |
| В общей доле, % | | | | | | 1,2% | 42,3% | 4143, 3у | Л2% | |
| Разведка | | | | | | 56,0 | (607) | 9Т%_-` | О86^) | |
| В общей доле, % | | | | | | 10,5% | 7,9УГ | 749,7 | 1.163,7 | |
| Разработка | | | | | | 449,7 | 356,3 | 749,7 | | |
| В общей доле, % | | | | | | 85% | 46% | 46% | 69% | |
| **Общие затраты на разведку и добычу** | | | | | | 532,0 | 768,0 | 1.521,0 | 1.676,7 | |

Источник: данные компаний; оценка Ренессанс Капитал

## С. Международное сравнение*

Мировая доля затрат на (Ассоушиейтс энд Синкруд):

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Крупнейшие компании | | | | | | | | | | |
| Приобретение собственности в общей доле, % | 4% | 3% | 4% | 6% | 4% | 5% | 7% | 52% | 9% | 25% |
| Разведка в общей доле, % | 23% | 23% | 22% | 23% | 24% | 24% | 20% | 11% | 16% | 10% |
| Разработка в общей доле, % | 74% | 73% | 74% | 70% | 72% | 71% | 73% | 37% | 75% | 65% |
| Крупные компании | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Приобретение собственности в общей доле, % | 9% | 9% | 4% | 10% | 20% | 6% | 51% | 19% | 33% | 38% |
| Разведка в общей доле, % | 26% | 28% | 27% | 28% | 22% | 24% | 9% | 18% | 15% | 12% |
| Разработка в общей доле, % | 65% | 63% | 68% | 62% | 58% | 70% | 38% | 62% | 52% | 49% |

Некоторые погрешности округления означают, что числа не достигают 100% во всех

-92-

YKS 020314

КОНФИДЕНЦИАЛЬНО

-93-

YKS 020315

КОНФИДЕНЦИАЛЬНО

Таблица IV.A.4.N

Меры по обеспечению устойчивого роста: разведочное и эксплутационное бурение

(км или как указано)

**А. ЮКОС**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Итого пробурено, км | 2.481 | 1.492 | 1.541 | 718 | 691 | 608 | 300 | 846 | 791 | 963 | |
| из которых разведочное бурение в общей | 109 | 19 | 119 | 109 | 86 | 87,1 | 43 | 65,6 | 117,8 | 51,8 | |
| доле, % | 4,4% | 1,2% | 7,7% | 15,2% | 12,5% | 14,3% | 14,3% | 7,8% | 14,9% | 5,4% | |
| из которых эксплуатационное бурение в | 2.372 | 1.473 | 1.423 | 609 | 605 | 520,9 | 257,3 | 780,1 | 673 | 911,3 | |
| общей доле, % | 95,6% | 98,8% | 92,3% | 84,8% | 87,5% | 85,7% | 85,7% | 92,2% | 85,1% | 94,6% | |

1993-1997 годы: КЭРА; 1998-2002 годы: Ренессанс Капитал

**В. Другие российские нефтяные компании**

Российская нефтяная промышленность

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Итого пробурено, км | 19.523 | 12.081 | 11.002 | 7.789 | 8.005 | 5.101 | 5.456 | 9.277 | 10.156,10 | 8.440,60 | 8.572 |
| из которых разведочное бурение в общей | 1.272 | 845 | 1.079 | 1.026 | 1.007 | 790 | 860 | 991 | 1145,1 | 720,6 | 643 |
| доле, % | 6,5% | 7,0% | 9,8% | 13,2% | 12,6% | 15,5% | 15,8% | 10,7% | 11,3% | 8,5% | 7,5% |
| из которых эксплуатационное бурение в | 18.251 | 11.237 | 9.923 | 6.762 | 6.998 | 4.311 | 4.596 | 8.286 | 9.011 | 7.720 | 7.929 |
| общей доле, % | 93,5% | 93,0% | 90,2% | 86,8% | 87,4% | 84,5% | 84,2% | 89,3% | 88,7% | 91,5% | 92,5% |

Источник: КЭРА

Средние показатели по ЛУКойлу, Сибнефти Сургутнефтегазу и ТНК

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Итого пробурено, км | 3.117 | 1.821 | 1.939 | 972 | 1.073 | 712 | 864 | 1.343 | 1.508 | 1.292 | |
| из которых разведочное бурение в общей | 187 | 89 | 144 | 112 | 120 | 103 | 110 | 139 | 167 | 112 | |
| доле, % | 6,0% | 4,9% | 7,4% | 11,5% | 11,2% | 14,5% | 12,8% | 10,4% | 11,0% | 8,7% | |
| из которых эксплуатационное бурение в | 2.930 | 1.732 | 1.795 | 860 | 953 | 609 | 754 | 1.203 | 1.341 | 1.180 | |
| общей доле, % | 94,0% | 95,1% | 92,6% | 88,5% | 88,8% | 85,5% | 87,2% | 89,6% | 89,0% | 91,3% | |

Источник: 1993-1997 годы: КЭРА; 1998-2002 годы: Ренессанс Капитал

YKS 020316

КОНФИДЕНЦИАЛЬНО

-95-

YKS 020317

**КОНФИДЕНЦИАЛЬНО**

В. Оценка производственной деятельности

*Краткое содержание*

- **Производственный профиль в разрезе основных месторождений или регионов.** География всего объема производства ЮКОСа в настоящее время (с точки рассосредоточения действующих промыслов) характерно для большинства ведущих российских компаний, но не типична для сложившихся международных норм в том плане, что основная часть его производства сконцентрирована в Западной Сибири, и в нем прослеживается доминирование лишь нескольких крупных месторождений (одно только Приобское дает свыше 20 процентов всего объема производства ЮКОСа).

- **Повышение темпов производства для ключевых месторождений и источники такого повышения.** Прораммa разработки Приобского месторождения в значительной степени опирается на гидроразрыв пласта, который сейчас применяется на всех новых скважинах при запуске производства. Несмотря на то, что Приобское, как правило, считается наиважнейшим активом ЮКОСа, на самом деле оно дает меньший прирост производства на каждый вложенный доллар по сравнению с некоторыми другими возможностями, которыми располагает ЮКОС.

- **Резервы в плане производственного соотношения.** Отмечается ярковыраженное общее уменьшение соотношения разведанных запасов к производству (R/P) у ЮКОСа, по крайней мере, с тех пор как были получены данные о разведанных запасах, подтвержденные международным аудитом в 1996 г., с 37:1 в 1996 г. до 27:1 в 2002 г. (по классификации SPE и правилам бухгалтерским правилам GAAP). ЮКОС подошел к международным стандартам ближе других сравнимых российских компаний в течение периода, по которому накоплены идентичные данные (представительная группа российских компаний по сути дела пошла по пути развития в противоположном направлении), однако соотношение R/P у ЮКОСа все еще в два раза превышало международные нормы (12:1 в 2002 г., по классификации SEC, как в случае с крупными, так и со сверхкрупными компаниями, выбранных для целей сравнения).

- **Использование и применение технологий.** Среди ключевых методик и технологий, применяемых ЮКОСом, отмечается ряд таких, которые обычно используются различными западными компаниями, одако не пользуются столь широкой популярностью у российских собратьев ЮКОСа, как например, анализ цепи методом узловых потенциалов (для определения ограничений на оптимальную добычу со скважины), имитация элементарной струйки (для оптимизации схем заводнения), гидроразрыва пласта, горизонтального бурения, применение высокопроизвоительных скважинных насосов для снижения давления приточной воды в скважине. Кроме того, особое внимание ЮКОС уделяет систематическому применению передового опыта и укреплению технического ноу-хау организации.

- **Роль партнерского взаимодействия и приобретение методик оценки технологий.** ЮКОС приложил значительно больше усилий по сравнению со своими коллегами из других компаний для приобретения новых технологий через установление партнерских связей и взаимодействие с неависимыми подрядчиками. В то же время большая часть, если не все, самое важное ноу-хау, распространяемое по всей организационной структуре ЮКОСа, уникально для ЮКОСа и не зависит от участия партнерских организаций).

-96-

YKS 020318