**КОНФИДЕНЦИАЛЬНО**

**Практика партнерства в процессе разведки и разработки месторождения.** У ЮКОСа налажено тесное сотрудничество с другими ведущими подрядными компаниями в реализации энергетических проектов, сравнимое с практикой, характерной для международных компаний. Однако ЮКОС владеет 100 процентами акций своих проектов предшествующей технологической цепочки за исключением лишь двух предприятий (осуществляемых совместно с "MOL" and "MinerolRohstoffHandel"), и несмотря на то, что такая степень контроля над этими проектами вполне характерна для российских стандартов, она совершенно нетипична на международной арене.

**Затраты на разведку и разработку на тонну нефти.** Затраты ЮКОСа на разведку месторождений находятся в ряду самых низких в нефтяной промышленности России. В течение одного трехлетнего периода времени, для которого можно представить сопоставимые данные ЮКОСа и зарубежных компаний, 2000 - 2002 гг., средние затраты ЮКОСа на разведку месторождений равнялись $2,38 на тонну добытой нефти, что составляет малую долю по сравнению с затратами международных корпораций ($13,93 на тонну для сверхкрупных компаний и $18,29 для крупных нефтяных компаний). Одна из причин более высоких затрат у международных компаний возможно заключается в том, в противоположность ЮКОСу они отличаются тенденцией к сосредоточению на относительно неизвестных, а следовательно, более рискованных регионах за пределами их "заднего дворика", которые не являются их вотчиной. Низкие издержки ЮКОСа отражают также ту степень эффективности, которую компания достигла в процессе капитализации, опирающейся на географическую/геологическую концентрацию базы своих активов.

**Производственные затраты на тонну добытой нефти.** Затраты ЮКОСа по механизированной добыче нефти составляли порядка $10,74 на тонну в 2002 г. (последний год, по которому имеются данные) и находятся среди самых низких в российской нефтяной промышленности (наряду с издержками у "Сибнефти") и почти вдвое меньше среднего уровня у сверхкрупных и крупных компаний, выбранных для сравнения. Одним из ключевых элементов, обеспечивающих низкий уровень производственных затрат ЮКОСа, является очень высокий рост добычи сырой нефти ЮКОСом в последние годы, что позволило ЮКОСу выжимать все больше и больше нефти на единицу издержек посредством систематического внедрения новейших методов работы.

*i*

**Меры, предпринятые для улучшения характеристик производственных активов.** ЮКОС достиг такого роста добычи, начало которого пришлось на 1999 г. благодаря уникальному сочетанию технологии, ноу-хау и методам руководства. Одним из наиболее функциональных измерений показателей эффективности производственных активов является добыча в расчете на одну скважину, а ЮКОСу удалось повысить сг^д^гай^дебитов^их^скважин более чем на 50 процентов в течение периода времени с 1993 г. по 2003 г. на фоне одновЪеменного снижения средних показателе^дебита'для™'' продуктивных скважин в целом^ по России (а ЮКОС"пЬддерживает дебит скважин на ттЗм же уровне и в 2004 г.). *ии•###'-Ъ(--Ъ-~-2-~-------))*

**Налоговое бремя.** Налоговое бремя ЮКОСа на протяжении лет, по которым имеются данные, было идентично тому, что отмечалось по отрасли в целом, и компаний, выбранных для сравнения относительно различных ключевых индикаторов, включая налоги на тонну добычи (расчетное значение составляет $75,40 на тонну у ЮКОСа в 2003 г.) и налоги в качестве процентной доли от доходов (по расчетам составляет 36 процентов у ЮКОСа в 2003 г.). Как и различные другие крупные российские компании, в последние годы ЮКОС пользовался региональными налоговыми убежищами с целью добиться снижения своей ставки по налогу на прбыль корпораций.

YKS 020319

**КОНФИДЕНЦИАЛЬНО**

*Профиль добычи нефти на крупнейшем месторождении или в регионе*

Для данных, приведенных в настоящем разделе, см. также Таблицу IV.B.1

Профиль общего объема нефтедобычи ЮКОСа в настоящее время характерен для уровня производства большинства крупных российских нефтяных компаний в том, что основной объем его производства сконцентрирован в Западной Сибири при этом главенствующая роль отводится лишь нескольким крупным месторождениям. Напротив, производство международных компаний характеризуется тем, что в нем не просматривается доминирование какого-то одного крупного геологического региона, или отдельных месторождений (то есть, как и в случае с их разведанными запасами нефтедобыча, осуществляемая международными компаниями, значительно в большей степени диверсифицирована географически, чем у российских компаний).

Одна из ярко выраженных особенностей наметившегося в последнее время подъема уровня добычи на месторождениях ЮКОСа заключается в его почти универсальном характере, поскольку охватывает за редким исключением относительно старый Волжско-уральский бассейн, а также более молодой Западно-сибирский бассейн, и сформировавшиеся месторождения, как и только что разработанные площади по всей территории, на которую компания получила лицензию. В Таблице IV.B.1 приведены профили добычи для десяти наиболее производительным месторождениям, по каждой из основных производственных дочерних компаний ЮКОСа. На момент составления последнего отчета ЮКОС разрабатывал не менее 186 месторождений.

· На протяжении всего периода подготовки данного отчета производство ЮКОСа оставалось сконцентрированным в первую очередь в Западно-сибирском бассейне, а доля сырой нефти из Западной Сибири в общем объеме производства ЮКОСа повысилась за тот же период. На протяжении многолетнего рассматривавшегося периода в общем объеме нефтедобычи в России доля Западной Сибири также увеличилась, хотя и на так резко, как в случае с ЮКОСом, тогда как доля добычи в Западной Сибири в общем объеме производства других российских компаний, отнесенных к той же представительной группе, в целом снизилась вследствие того, что другие производители нефти (главным образом ЛУКойл) пошли на диверсификацию своих запасов и производственной базы за пределами Западной Сибири.

YKS 020320

КОНФИДЕНЦИАЛЬНО

Таблица IV.B.1

Часть I

Профиль добычи нефти по крупным месторождениям и регионам

(метрических тонн)

"Юганскнефтегаз"

ЮС

| | Одно из лучших продуктивных месторождений дочерней компании в 1993г. | | | | | | ! Одно из лучших про |
|---|---|---|---|---|---|---|---|
| месторождение | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1 |
| нтонское | 12,270,218 | 9,754,019 | 8,523,953 | 7,383,967 | 6,899,000 | 6,301,000 | 6,3 |
| ный Сургут | 4,361,026 | 3,282,599 | 2,820,543 | 2,498,205 | 2,475,346 | 2,163,964 | 2,2 |
| ю-Балыкское | 2,152,936 | 1,601,336 | 1,380,065 | 1,280,362 | 1,164,000 | 1,094,000 | 1,0 |
| по-Балыкское | 1,952,093 | 2,085,680 | 2,136,334 | 2,388,026 | 2,705,000 | 2,873,000 | 3,0 |
| по-балыкское | 1,773,500 | 1,428,300 | 1,234,000 | 1,065,500 | 985,500 | 841,600 | 76 |
| разломное | 1,551,519 | 1,920,327 | 2,275,095 | 2,541,995 | 3,092,000 | 3,294,025 | 3,4 |
| винское | 1,417,933 | 1,101,728 | 925,998 | 967,534 | 978,500 | 786,500 | 79 |
| глинское | 1,288,672 | 983,558 | 919,000 | 973,000 | 1,038,000 | 974,700 | 95 |
| срр-Салымское | 1,083,600 | 806,000 | 695,500 | 973,000 | 412,000 | 340,000 | 30 |
| гское | 569,660 | 632,175 | 759,009 | 907,164 | 867,319 | 875,181 | 89 |
| нно-Мало-Балыкское | 537,930 | 597,089 | 715,178 | 810,681 | 1,062,000 | 1,195,000 | 1,4 |
| ельская Блок | | | | | | | 49.3 |
| торождение | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1 |
| ское | 2,941,860 | 2,587,990 | 2,601,440 | 2,589,670 | 2,559,600 | 2,502,700 | 2,50 |
| Первомайское | 2,276,200 | 2,044,150 | 1,846,750 | 1,663,100 | 1,583,220 | 1,460,800 | 1,26 |
| гинское | 1,076,400 | 1,042,900 | 933,900 | 830,900 | 672,139 | 611,600 | 61 |
| ское | 957,811 | 887,515 | 802,800 | 774,300 | 697,900 | 590,800 | 53 |
| очно-Лосевое | 862,521 | 802,178 | 720,037 | 710,717 | 642,947 | 586,273 | 51 |
| Игольско-Таловое | 155,300 | 326,000 | 500,200 | 741,900 | 1,012,500 | 1,297,700 | 1,33 |
| дно-Полуденное | 88,254 | 464,100 | 631,400 | 842,200 | 1,211,200 | 1,278,100 | 1,24 |
| нин-Моисеевское | | | | | | | |
| линийское | | | | | | 47,100 | 22 |

-99-

YKS 020321

КОНФИДЕНЦИАЛЬНО

-100-

YKS 020322

КОНФИДЕНЦИАЛЬНО

| Месторождение | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| Мухановское | 452,737 | 467,149 | 483,842 | 439,140 | 379,771 |
| Южно-Неприковское | 419,812 | 333,205 | 309,972 | 301,482 | 309,657 |
| 458,411 Кудиновское | 297,418 | 255,889 | 211,655 | 176,242 | 156,749 |
| Белозерско-Чубовское | 303,802 | 277,305 | 290,942 | 315,218 | 333,734 |
| ■ Западно-Коммунарское Чаганское | 67,614 | 59,972 | 43,785 | 38,667 | 53,351 |
| ■ Озеркинское | | | | | |
| ■ Пименковское | 2,945 | 24,436 | 62,875 | 117,995 | 146,206 |

*Регион:Западная Сибирь (Миллион метрических тонн)*

| | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|
| "Юганскнефтегаз" | 28.6 | 26.9 | 26.3 | 26.9 | 25.7 |
| "Томскнефть" | – | – | 11.1 | 11.2 | 10.7 |
| Объем добычи нефти в Западной Сибири | 28.6 | 26.9 | 37.4 | 38.0 | 36.5 |
| Общий уровень нефтедобычи ЮКОСа | 49.3 | 47.3 | 46.3 | 46.4 | 44.6 |
| Доля Западной Сибири в процентном отношении к общему объему нефтедобычи | 58.0% | 56.9% | 80.8% | 82.0% | 81.8% |
| | 1994 | 1995 | 1996 | 1997 | 1998 |

Источник: ЮКОС

B. Другие российские нефтяные компании

*Регион:Западная Сибирь (Миллион метрических тонн)*

YKS 020323

КОНФИДЕНЦИАЛЬНО

| | | | | | | |
|---|---|---|---|---|---|---|
| Российская нефтяная промышленность | 244.2 | 219.4 | 208.4 | 203.4 | 206.9 | 203.9 |
| Нефтедобыча в Западной Сибири Добыча нефти в России | 353.9 | 317.8 | 306.8 | 301.2 | 305.6 | 303.3 |
| Доля Западной Сибири в процентном отношении к общему объему нефтедобычи | 69.0% | 69.0% | 67.9% | 67.5% | 67.7% | 67.2% |
| Средние показатели "ЛУКойла", "Сибнефти" и "Сургутнефтегаза"[1] | 43.5 | 39.7 | 37.4 | 31.1 | 31.9 | 32.2 |
| Нефтедобыча в Западной Сибири Средние объемы добычи нефти | 43.5 | 39.7 | 42.2 | 34.3 | 38.1 | 35.4 |
| Доля Западной Сибири в процентном отношении к общему объему нефтедобычи | 100.0% | 99.9% | 88.6% | 90.7% | 83.8% | 91.1% |

Источник: КЭРА

-102-

YKS 020324

КОНФИДЕНЦИАЛЬНО

## Повышение темпов производства для ключевых месторождений и источники такого повышения

Данные, приведенные в настоящем разделе, проиллюстрированы в Таблице IV.B.2.

Главным активом ЮКОСа на протяжении последнего десятилетия было Приобское месторождение (которое было разработано компанией "Юганскнефтегаз", объем добычи которого вырос с 0,5 млн. т. в 1993 г. до 17,6 млн. т. в 2003 г., что составило 21 процент от общей нефти, добытой ЮКОСом в прошлом году.) К концу 1990-х годов первоначальный план разработки Приобского месторождения был заменен более агрессивным вариантом, базировавшимся на повторном углублении обследования месторождения. Новый план предположительно должен принести как к более высоким темпам добычи, так и к повышенному коэффициенту отдачи, но при тех же инвестиционных вложениях, что и в предыдущей редакции плана. На Приобском месторождении планируется выйти на среднее значение добычи скважины на уровне 252 тонн в день, как по сравнению с 54 тоннами в день, как это предусматривалось первым вариантом плана, и что использовалось, по новому плану будет задействовано меньшее количество скважин. Программа разработки Приобского месторождения в значительной степени опирается на гидроразрыв пласта, которая применяется на каждой новой скважине с самого начала процесса добычи, и при этом подразумевает также применение диспетчерского управления и сбора данных (систем SCADA).

Несмотря на то, что принято рассматривать Приобское месторождение, как капиталоемкий актив предшествующей технологии и расширяющем ЮКОСа, а его противоположный профиль характеризуется самым резким приростом среди всех зарегистрированных месторождений ЮКОСа, инвестиции в Приобское месторождение могут фактически оказать сдерживающее влияние на темпы повышения производства и выработке ЮКОСа в связи с тем, что оно дает меньший прирост производства на каждый денежный доллар по сравнению с некоторыми другими возможными месторождениями, которыми располагает ЮКОС (как в плане активов восстановления слежавшихся месторождений, так и некоторых его разработке менее крупных новых месторождений). Основной упор на инвестиции в Приобское месторождение в значительной мере было сделано на основании фактического интереса к данным месторождения в отсутствии иными месторождениями интересы, лишенные на данные месторождения, и осуществлении широкомасштабной программы развития, которой настойчиво добивалось правительство.

В противоположность общему росту производства ЮКОСа в размере 43,5 процента в течение 1993 - 2003 гг. (при сложных среднегодовых темпах прироста в 3,7 процента) и органичном росте производства (т.е.у его одной только лишь первоначальной добывающей дочерней компании "Юганскнефтегаз") в размере 46,6 процента (или 3,9 процента ежегодно), общероссийские объемы добычи нефти за тот же период выросли всего на 19 процентов (или на 1,8 процента в год). Между тем суммарный прокладываемый рост в течение указанного периода у двух сравнимых компаний, которые как и ЮКОС был образованы в 1993 г. (т.е. ЛУКойл и "Сургутнефтегаз") составлял 55,6 процента (4,5 процента ежегодно), с учетом всех дочерних компаний, и 15,2 процента (1,4 процента ежегодно), включая только те производительные активы, которые входили в наличии с самого начала. Как и в случае с запасами производственные показатели, наиболее характерные для международных компаний, выбранных для сравнения, представляют собой итоговые значения за исключением добычи, выраженным добычи, как результатов приобретений и слияний, имевших

*Решение ЮКОСа инвестировать в Приобское месторождение сверх уровня, оптимально-необходимого с точки зрения компании, в свете назначения других вполне конкретных возможностей в портфеле ЮКОСа, на самом деле совершенно характерно для российского компаний, чьи условия по бурению скважины в новых регионах на протяжении десятилетий по чьим переходе оказывалось обусловленным зачастую (если не всегда) необходимостью соблюсти лицензию посредством выполнения минимальной программы бурения, как то оговорено в условиях выдачи лицензии.

-103-

YKS 020325

КОНФИДЕНЦИАЛЬНО

место в последние годы на основании проявленного интереса скорее к акциям, чем к наличности. В результате того, что при сравнении международных групп были исключены газовые слияния и приобретения, арифметический среднегодовой прирост на протяжении периода времени с 1993 г. по 2003 г. для сверхкрупных и крупных компаний составил 1,5 процента и 4,4 процента соответственно.

Подробное описание методов, применяемых ЮКОСом для повышения производительства, см. в разделе "Меры, предпринятые для улучшения характеристик производственных активов".

-194-

YKS 020326

КОНФИДЕНЦИАЛЬНО

Таблица IV.B.2

Часть 1

Темпы роста производства для ключевых месторождений

1. Ключевые месторождения крупнейших дочерних компаний
самый большой прирост производства в процентах

| Месторождение | 1993г. Добыча (метрических тонн) | 1993г. Как процент к прошлому году | 1994г. Добыча (метрических тонн) | 1994г. Как процент к прошлому году | 1995г. Добыча (метрических тонн) | 1995г. Как процент к прошлому году | 1996г. Добыча (метрических тонн) | 1996г. Как процент к прошлому году | 1997г. Добыча (метрических тонн) | 1997г. Как процент к прошлому году | Добыча* (метрических*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Приобское (ЮНГ) | 537 930 | | 597 089 | 111 | 715 178 | 120 | 810 681 | 113 | 1062 000 | 131 | 11 000 |
| Запад ное-Мало-Балыкское (ЮНГ) | | | | | | | | | | | |
| Энтольская Блок (ЮНГ) | | | | | | | | 3 100 | | 10 000 | 323 | |
| 155 | | | | | | | | | | | |
| Ильпско-Таловое (ТН) | 300 | | 326 000 | 210 | 500 200 | 153 | 741 900 | 148 | 1 012 500 | 136 | 12 700 |
| Западно-Полуденное (ТН) | 88 254 | | 464 100 | 526 | 631 400 | 136 | 842 200 | 133 | 1211 200 | 144 | 1 2 100 |
| Западно-Моисеевское (ТН) | | | | | | | | | | | |
| Крапивинское (ТН) | | | | | | | | | | | 471 |
| Чаганское (СНГ) 55 541 | | | 67 614 | 122 | 59 972 | 89 | 43 785 | 73 | 38 667 | 88 | 53 с |
| Западно-Коммунарское | | | | | | | | | | | 14 206 |
| Озерское (СНГ) | | | 2 945 | | 24 436 | 830 | 62 875 | 257 | 117 995 | 188 | |
| Пинжсковское (СНГ) | | | | | | | | | | | 200 |

| Месторождение | 1999г. Добыча (метрических тонн) | 1999г. Как процент к прошлому году | 2000г. Добыча (метрических тонн) | 2000г. Как процент к прошлому году | 2001г. Добыча (метрических тонн) | 2001г. Как процент к прошлому году | 2002г. Добыча (метрических тонн) | 2002г. Как процент к прошлому году | 2003г. Добыча (метрических тонн) | 2003г. Как процент к прошлому году | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Приобское (ЮНО) 14ю | л ,ю* | 124 | 2 903 | 196 | 6 438 | 222 | 11882 | 185 | 17 666 | 149 | 32! |

-105-

YKS 020327

КОНФИДЕНЦИАЛЬНО

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Западное-Мало-Балыкское (ЮНГ) | 753 / 49 947 | 103 | 713 / 194 551 | 390 | 600 / 435 824 | 224 | 500 / 727 412 | 167 | 500 / 1 241 037 | 171 | 241 |
| Энгельский Блок (ЮНГ) | 3 600 | | | | 12 500 | | 587 300 | 4,698 | 1 239 000 | 211 | 399 |
| Игольско-Таловое (ТН) | 1 336 500 | 98 | 1 489 600 | 111 | 1 870 000 | 126 | 2 727 200 | 146 | 2 342 600 | 86 | 15( |
| Западно-Полуденное(ТН) | 1 249 550 | | 1 212 100 | 97 | 1 309 900 | 108 | 1 271 200 | 97 | 1 110 000 | 87 | 12) |
| Западно-Моисеевское (ТН) | | | | | 71 800 | | 794 100 | 1,106 | 2 019 000 | 254 | 28' |
| Крапивинское (ТН) | 229 200 | 487 | 710 000 | 310 | 797 000 | 112 | 1 025 200 | 129 | 1 558 300 | 152 | 33( |
| Западно-Коммунарское (СНГ) Чаганское | 67 829 | 127 | 92 215 | 136 | 222 785 | 242 | 348 388 | 156 | 432 234 | 124 | 77 |
| Озерховское (СНГ) | 159 025 | 109 | 232 000 | 146 | 357 470 | 154 | 593 190 | 166 | 639 274 | 108 | 217 |
| Пиненковское (СНГ) | 11 650 | | 11650 | | 95 013 | 816 | 355 012 | 374 | 626 151 | 176 | 53: |
| 2. Общий рост добычи у ЮКОСа | | | | | | | | | | | 200 |
| Общие темпы роста нефтедобычи | | 12,8% | 41% | -2,1% | 0,2% | -3,9% | -0,2% | 11,2% | 17,4% | 20,5% | 16,( |
| Темпы роста нефтедобычи первоначальных дочерних компаний | | 15,3% | -5,6% | -3,0% | 1,9% | 41% | 1,9% | 15,3% | 19,9% | 18,5% | 15,< |

Источник: ЮКОС

YKS 020328

КОНФИДЕНЦИАЛЬНО

Таблица IV.B.2

Часть II

Темпы роста производства для ключевых месторождений

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. | 2003г. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **B. Другие российские нефтяные компании** | | | | | | | | | | | |
| Средние темпы общего роста добычи | | 8,8% | 5,1% | -0,1% | 12,0% | -5,0% | 3,1% | 12,3% | 13,8% | 6,7% | 8,8% |
| Средние темпы роста производства первоначальных первоначальных дочерних компаний | | 8,8% | -5,5% | -0,1% | 3,7% | 2,3% | 3,5% | 4,7% | 46% | 6,1% | 5,8% |
| **C. Сравнение с международными компаниями** | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. | 2003г. |
| **Сверхкрупные** | | | | | | | | | | | |
| Объем добычи (млн. ТОНН/год) | 364,05 | 373,8 | 378,05 | 387,65 | 449,65 | 451,35 | 531,35 | 542,25 | 551,45 | 563,85 | |
| Объем добычи (тыс.баррелей вое/день) | 7 281 | 7 476 | 7 561 | 7 753 | 8 993 | 9.027 | 10.627 | 10,845 | 11,029 | 11,277 | |
| Темпы роста | | 3% | 1% | 3% | 16% | 0% | 18% | 2% | 2% | 2% | |
| Рост, вызванный мега-слиянием | | | | | | | | | | | |
| Темпы роста без мега-слияний | | | | | | | | | | | |
| **Крупные** | | | | | | | | | | | |
| Объем добычи (млн. ТОНН/год) | 174,1 | 179,5 | 178,95 | 187,75 | 196,15 | 270,3 | 339,35 | 375 | 456,9 | 498,3 | |
| Объем добычи (тыс.баррелей вое/день) | 3 482 | 3 590 | 3 579 | 3 755 | 3 923 | 5 406 | 6 787 | 7 500 | 9138 | 9 966 | |
| Темпы роста | | 3% | 0% | 5% | 4% | 38%* | 26% | 11% | 22% | 9% | |
| | | | | | Влияние мега-слияний | | | | | | |

* "Петробрас" Включение из нынешнего года.

Игтгтшшк: КДРА

КОНФИДЕНЦИАЛЬНО

-108-

YKS 020330

КОНФИДЕНЦИАЛЬНО

## Соотношение запасов к объему производства (R/P)

Для данных, изложенных в данном разделе, см. Таблицу IV.В.3.

У различных ведущих российских компаний в целом со времен распада Советского Союза наблюдалось уменьшение величины соотношения запасов к объему добычи (R/P) по мере того, как российские компании стали брать на вооружение стандартный западный эмпирический метод, который сводится к тому, что экономический коэффициент R/P должен быть ближе к 10 годам в сравнении с традиционной практикой Советских времен, при которой этот показатель составлял 30-40 лет. Однако переход на западные стандарты исчисления R/P был медленен и в то время как ЮКОС осуществлял переход на международные нормы в течение обозреваемого периода времени, все российские нефтяные промышленности в целом, как и группа сравнимых российских компаний по сути дела повышали свои коэффициенты R/P на протяжении срока проведения настоящих исследований. Тем не менее в общем, коэффициенты R/P у ЮКОСа и прочих крупных российских нефтяных компаний на много превосходили средние показатели западных компаний.

Расчеты коэффициентов R/P у ЮКОСа и других российских компаний существенно отличаются в зависимости от типа выбранного метода классификации запасов, однако даже в случае применения самой консервативной методологии (SEC) коэффициенты у ЮКОСа более чем в два раза превышают западную норму, которая составляет 10:1. Таким образом, если прибегнуть к SEC, оценка резервов ЮКОСа за 2002 г., эквивалентная приблизительно 1,4 млрд. тонн, дает коэффициент R/P, приблизительно равный 21:1, тогда как при использовании более высоких показателей на оценочного спектра запасов, рабочая оценка, принятая для рабочего использования в ЮКОСе, равная 65 миллиарда баррелей, дает величину коэффициента 105:1. На основании начисления запасов по методу Miller & Lents SPE и по бухгалтерским стандартам GAAP для оценки запасов коэффициент R/P у ЮКОСа считался проблематичным с 37:1 в 1996 г. (самый первый год, по которому имеются подтвержденные международным аудитом данные об именующихся запасах) до 27:1 в 2002 г.

Отсутствие в России агрессивных программ в западном стиле по разработке месторождений подразумевает снижение величины коэффициента R/P у российских компаний. Одним из факторов, сдерживающих мероприятия по новым разработкам крупными российскими нефтяными компаниями, является недействительность Министерства природных ресурсов в определении новых лицензионных территорий для проведения разведочных работ. Помимо этого, большинство российских нефтяных компаний не имеют своих развитых подразделений для проведения разведочных работ или значительного портфеля перспективной разработки новых месторождений(безритмичных исключениях в данном случае можно считать "ЛУКойл", получивший в частности значительные новые территории на нефть Тимано-Печорского бассейна, и "Роснефть" с обширными перспективами на Сахалинском шельфе).

YKS 020331

КОНФИДЕНЦИАЛЬНО

*Применение и использование технологий*

**ЮКОС**

Как и большинство западных нефтяных компаний, ЮКОС пользуется широким разнообразием приемов и технологий при разработке и добыче нефти на своих месторождениях, которые включают следующее:

- анализ цепи методом узловых потенциалов для определения проблем, которые заставляют источники функционировать на уровне ниже оптимальной эффективности.

- моделирование элементарной струйной потока для оптимизации схем заводнения и для оптимизации коэффициента охвата

- гидроразрыв

- горизонтальное бурение

- высокопроизводительные скважинные насосы и т.д.

ЮКОС представляет собой ведущий пример в России признания различий между технологией и ноу-хау (т.е. правильного применения технологий) и стоимость переноса такого ноу-хау в полезные условия. Зачастую это ведет к применению операционных и технических решений, которые имеют существенные расхождения с российскими подходами порознь. Например, признанная ЮКОСом практика гидроразрыва на Приобского месторождения с самого начала добычи все еще неотличима для практики, применяемой в российской нефтяной промышленности в целом, но весьма типичной для собственного подхода ЮКОСа в общем к разработке нефтяных месторождений, при котором основное внимание обращено на оптимизацию добычи с начального момента, а не на рассмотрение каждого из этих приемов как средства для направления ситуации, приводящего при ухудшении эксплуатационных показателей скважины.

Хороший иллюстрацией подхода ЮКОСа к моделированию и разработке месторождения путем разыгрывания своих различных месторождений на множестве четкоочерченных сегментных площадок, связанных "границами без потоков""без границ потока " и обозначенными как отдельные "модели" определяемыми моделями элементарной струйки. Каждая модель передается инженеру, обучающему использованию соответствующих аналитических инструментов и отнесенную к функциональности данной модели против ее теоретических характеристик. Каждого из моделей можно отделенными в режиме онлайн в реальном времени посредством постоянно обновляющейся компьютерной базы данных, которая показывает ее состояние для старшего звена руководства. На момент составления последнего отчета насчитывалось по крайней мере 1 700 "моделей" полей ЮКОСа (Мамонтовское месторождение, например, разбивалось примерно на 200 разных "схем"), а инженеры ЮКОСа осуществляли оптимизационные программы на скважинах 800 из их общего числа (по оценке "DeGolyer & MacNaughton" на апрель 2003 г.).

Третим примером служит прагматическое принятие того факта, что пригодны дальнейшие стимула

-110-

YKS 020332

КОНФИДЕНЦИАЛЬНО

складны ниже точки начала кипения сказывается только на очень небольшом радиусе вокруг ствола скважины и не содержит приспособительность.

(См. вставку: Примеры технологий разработки нефтяных месторождений, применяемых ЮКОСом.)

**Вставка блока: Примеры технологий**

**разработки нефтяных месторождений, применяемых ЮКОСом**

Технологии выхода на поверхность:

1. Растворы для бурения глинистые "Бурового раствора M-I" - Буренис скважин с отклонением до 2 000 м.
   - технологий Flo-Pro, Silt-Drill technologies, и т.д.
2. Растворы для бурения глинистые НПО "Бурение". Получение коэффициентов поверхности, близких к нолю2.
3. Растворы для бурения глинистые на основе пропиленгликоля
   - Растворы для бурения глинистые на основе инертных углеводородов для вторичного завершения скважины
   - Телескопическая система Spetu Sun
4. Новейшие перфорационные системы, UP-41 ("Schlumberger") и "BigHole" ("Halliburton"), с диаметром перфорационного отверстия до 22 мм и длиной канала почти 370 мм

Методы воздействия на вторичный пласт:

1. Сотрудничество со "Schlumberger", "Halliburton", "Камонефью" и другими компаниями, нацеленными на достижение коэффициентов поверхностие хуже 4,7 и прироста добычитие менее 80 тонн/день из расчета на эксплуатацию скважины.
   - Технологии с использованием конструкции с выпадением песка с накоплением и технологией Clear Frac, DivertaFrac, ConventionalFrac
   - Гидроразрыв пласта на основе использования воды и углеводородов
   - Гидроразрыв с термичной гидроизоляцией
   - Использование расклиниваемых наполнителей с полимерными покрытием
2. Избирательные пакеры (Смежные пакеры) требуют мелкие трудоемких технико-геологических операций на скважинах, отличающихся 3 предуктивными зонами — от 35 до 15 дней
3. Использование гибких рукавов и систем пенетрации для точного опускания трубы на заданную глубину.

Источник: ЮКОС (Презентация Юрия Бейлина, датированная сентябрем 2003 г.).

-111-

**Конец блока**

КОНФИДЕНЦИАЛЬНО

### Другие российские компании

КЭРА не обнаружила никаких свидетельств того, что другие российские нефтяные компании переносят столько же ноу-хау на уровень своих буровых, или того, что направляют такие же значительные инвестиции на обучение своего технического персонала на буровых. В результате, несмотря на то, что и другие российские компании применяли на практике эти технологии, что и ЮКОС, они делали это не столь систематичным образом, и как следствие, не извлекали пользы из полученных результатов в той же мере, что и ЮКОС. Короче говоря, ЮКОС представляет собой ведущую в России промышленную корпорацию в плане распространения ноу-хау по тем точкам, в которых оно оказывает максимальный эффект на рабочие показатели и производительность скважин.

### Сравнение на международном уровне

Крупные и сверхкрупные международные корпорации приняли альтернативный подход к обеспечению наличия надлежащего ноу-хау путем централизации своих технических ресурсов и инвестирования в коммуникационную инфраструктуру, необходимую, как для сбора ключевых данных, так и для обратной связи, позволяющей своевременно вносить оперативные корректировки в ход работы на буровых. Это позволяет им настолько интенсивно управлять меньшей численностью высоко квалифицированного технического персонала, что это практически не достижимо в России, но в какой-то мере в этом и нет необходимости ввиду фактора стоимости и наличия таких специалистов в сравнении с российскими компаниями.

-112-

YKS 020334

Таблица IV.B.3
Соотношение запасов к производству
(Млн. метрических тонн)

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| **А. ЮКОС** | | | | | | | | | | |
| *По классификации SPE/GAAP:* | | | | | | | | | | |
| Запасы | | | | 1,282 | 1274 | 1 240,5 | 1312 | 1610 | 1704 | 1879 |
| Добыча | 33,9 | 28,8 | 27,1 | 34,9 | 35,4 | 44,6 | 44,5 | 49,6 | 58,1 | 70,0 |
| Соотношение R/P | | | | 36,7 | 36,0 | 27,8 | 29,5 | 32,5 | 29,3 | 26,8 |

Источник: Miller & Lents, DeGolyer & MacNaughton , Министерство энергетики

**В. Другие российские нефтяные компании**

*По классификации SPE/GAAP :*

Российская нефтяная промышленность

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| Запасы | | 6 700 | 6 700 | 6700 | 6 660 | 6 650 | 6 650 | 6 650 | 6 650 | 8 200 |
| Добыча | 358,2 | 320,5 | 314 | 305,3 | 311 | 308 | 308,5 | 326,4 | 352,3 | 384,4 |
| Соотношение R/P | | 20,9 | 21,3 | 21,9 | 21,4 | 21,6 | 21,6 | 20,4 | 18,9 | 21,3 |

Среднее для "ЛУКойл", "Сибнефть" и "ТНК":

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| Запасы | | | | | 853,3 | 849,3 | 1 131,7 | 1 150,8 | 1 194,8 | 1286,3 |
| Добыча | 48,8 | 45,1 | 51 | 30,3 | 33,7 | 30,2 | 30,0 | 37,1 | 43,2 | 46,4 |
| Соотношение R/P | | | | | 25,3 | 28,2 | 37,8 | 31,0 | 27,6 | 27,7 |

Источник: Статистический обзор "BP", КЭРА

**С. Международное сравнение**

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| Сверхкрупные компании (по SEC) | 13 | 13 | 12 | 12 | 13 | 13 | 13 | 12 | 13 | 12 |
| Крупные компании (SEC) | 10 | 10 | 10 | 10 | 11 | 14 | 12 | 12 | 13 | 12 |

Источник: КЭРА

- 113 -

YKS 020335

КОНФИДЕНЦИАЛЬНО

-114-

YKS 020336

КОНФИДЕНЦИАЛЬНО

## Роль партнерского взаимодействия и приобретение технологий оценки

Как только что было показано, методика распространения ноу-хау по всем подразделениям ЮКОСа выглядит уникальной. Такое распространение стало в значительной степени следствием действий руководства ЮКОСа, нежели его партнерского взаимодействия

Однако анализ ЮКОСа со "Schlumberger" предоставил весьма полезную возможность сопоставить уровень служб ЮКОСа с международными стандартами, а за время сотрудничества со "Schlumberger" этот бренд укрепил собственную репутацию ЮКОСа среди производителей нефти всего мира и в то время, как только что приватизированные российские нефтяные компании все еще рассматривались в качестве новичков на международной арене. Кроме того ЮКОС обрел в лице "Schlumberger'KэйEГа для двух направлений предоставляемых у фирма "Квантел" геофизической компании" и "Сламбьюриэйфа" (бурение) (на условиях соглашения, которое продолжалось заключить в 2004 г.).

Приобретения ЮКОСом в 2001 г. инженерно-"Локпланы-"Компания "Квантел!!   в целом оказалась неэффективной по месторождениям ЮКОСа в частности, по Приобском месторождении, где ей некогда                  приписывалась            роль            ведущая             в            лрупуЗУдаӑ..К

при дигчи тгаЦ Дополнительным побудительным мотивом для ЮКОСа в отношении приобретения доли в операциях "Квантел", предшествующих технологической цепочки, частично было желание сохранить целостность сложившихся у него контрактных взаимоотношений с фирмой "Квантел" в тот момент, когда последняя уже начала за испытывать финансовые затруднения. В ноябре 2001 г. ЮКОС приобретает Управленческое подразделение фирмы "Квантел" и перемежаемыхают эту компанию в "John Brown Нуйлосафбел", возвращая ей таким образом первоначальное наименование (в процессе этой же сделки ЮКОС приобретает тип ЮКОС "Квантел" технологическое подразделение по переработке нефти "ДРТ", которое он сохраняет). Причина относительно за своронкавказов результатов работы компании "John Brown" на Приобском месторождении можно отнести на несколько факторов, в том числе на испанского персоналом российской специфики условий работы, концепций бизнеса, концепций бизнеса и юридической практики, а также отсутствие опыта эксплуатации месторождения такого масштаба, как Приобское. Для ЮКОСа наиболее экономически выгодным является работа на контрактной основе с российскими компаниями в сфере традиционных услуг, однако ЮКОС понимает и несущуюдоную роль западных компаний, предоставляющих свои услуги по на стадии, предшествующей технологической цепочке в некоторых более специализированных сферах, в ключевая такие как гидроразрывов, горизонтальное бурение, некоторые виды геофизических работ, а в будущем, возможно, и капитальный ремонт скважин.

В целом ЮКОСу удалось продолучиться значительно дальше большинства российских собратьев в приобретении новых технологий посредством партнерских связей и конкурентных перип, приобщается к технологиям "ДЦ "о̃"                                   так и  испытанных преимуществ. Поскольку, выбийвоируый ЮКОСом в рамках его партнерских и дополнительных обязательств, для доступа к технологиям, когда его"зо"ой'тема"У"уимпгий"гоТ"зятсдь, новых технологий - ничем не отличается от аргентов, принятой в индустрии на международноТу ровне.

## Практика партнерства в процессе разведки и разработки месторождения

Ниже приведен перечень цивэсвит контрактов/партнерских договоров, в которых участвовали ЮКОС, иллюстрирует широкий спектр деятельности компании и тесное сотрудничество между ЮКОСом и другими ведущими компаниями, особенно всвяз за приватизаций, в реализации энергетических проектов (сравнимых с практикой различных международных компаний). Однако,

-115-

КОНФИДЕНЦИАЛЬНО

как уже отмечалось выше, компания владеет 100 процентами акций Ассбыстненго капитала своих проектов, предшествующих технологической целочке, за исключением двух предприятий (с МОЛ, и Mineral Rohstoff Handel), и при том, что даже степень контроля за деятельностью, предшествующей технологической целочке, характерна для российских нетр, она совершенно нетрадиционна с точки зрения практики, принятой на международном уровне. Контракты ЮКОС'а с компаниями, предоставляющими свои услуги на буровых скважинах, дают компании множество преимуществ более формального альянса с западной компаний по разведке и добыче нефти без риска потери контроля. Однако стремление к более привычному партнерству с иностранными компаниями по разведке и добыче нефти будет нарастать и в будущем, по мере того, как ЮКОС будет расширять свою деятельность через участие в новых проектах, находящихся за рамками традиционных для него областей операций, предшествующих технологической целочке, и в особенности за пределами России.

## ЮКОС

Каспийская нефтедобывающая компания (СОС). Консорциум СОС был образован в октябре 2000 г. ЮКОС'ом, ЛУКойлом и Газпромом для разработки Каспийского шельфа в районе устья реки Волги и осуществляет различные технические исследования, провела сейсмическую съемку объемом свыше 3,5 тыс кв. и выбрал площадку для первой разведочной скважины

"Кватнег". ЮКОС интенсивно сотрудничал с фирмой "Кватнег" в части предоставления услуг по бурению, в частности на Приобском месторождении (в какой-то момент объем предоставляемых фирмой "Кватнег" услуг доходил до 38 процентов от всего числа ее заказов), а в октябре 2001 г. ЮКОС выкупил значительную долю акций фирмы "Кватнег". ЮКОС получил также контроль над инженерно-техническим подразделением фирмой "Кватнег" - компанией "John BroWn", однако впоследствии продал этот бизнес.

"Mineral Rohstoff Handel". Томское совместное подгтаятное предприятие ЮКОС'а и "Mineral Rohstoff Handel" занимается приполакытной нефти в Томской области.

"МОЛ". Февральское (2002 г.) соглашение между ЮКОС'ом и компанией "МОЛ," положило начало для совместной разработки Западного Мало-Баланское месторождения в Западной Сибири на условиях долевого участия 50-50, с принятием решений по управленческим и кадровым вопросам совместно двумя компаниями.

"Schlumberger". Партнерство ЮКОС'а с компанией "Schlumberger" включало совместное испытание технологий гидроразрыва в 1999 г., последующее применение данной технологии на скважинах ЮКОС'а и создание информационной системы для отслеживания процессов производства и управления на Приобском месторождении. ЮКОС прекратил свою совместную деятельность с компанией "Schlumberger" по истечении трехлетнего контракта о партнерстве.

"Total". Черногорский (Хребет Шапкого) ЮКОС'а и фирма "Total" на основании соглашения от января 2002 г. предусматривает проведение передовых разведочных работ в данном районе, который по большой части находится на глубине (фирма "Total" является одним из лидеров в разработке глубинозалежных запасов нефти); первая фаза подразумевала распробывание сейсмических данных, ранее собранных ЮКОС'ом и сбор новых 2D сейсмических данных, позволяющих понять глубже залежную зону в процессе подготовки первой разведочной скважины (в августе 2002 г. компания завершила

-116-

YKS 020338

КОНФИДЕНЦИАЛЬНО

проведение сейсмической съемки объемом в 2 500 кв.) [ТК: Читали ли в эксплуатацию скважин?].

• "ТНК" и "ЮКОС" и компания ТНК ведут совместное обследование Федоровского блока в северо-центральном Казахстане (по соседству с Самарской областью, где ЮКОС разполагает активами, предоставляющими технологической (цепочке и следующих за ней) по условиям соглашения от января 2002 г. Минимальный рабочий план предусматривает приобретение к 2006 г. 3D сейсмических и буринных данных двух глубинных разведочных скважин (в сентябре 2002 г. была завершена сейсмическая съемка объемом в 1 050 кв, а в январе 2003 г. окончена схема объемом 214 кв).

*Затраты на разведку и разработку на тонну нефти*

Данные, кратко описанные в настоящем разделе, см. в Таблице IV.B.4.

Как уже отмечалось выше, в целях сравнения и в отсутствие сопоставимых данных по затратам на разработку месторождений ЮКОСА решила сосредоточить свое внимание на разведочной составляющей уравнения стоимости работ по разведке и разработке месторождений. При недвумерности временных промежутков между открытия крупных месторождений обычной практикой в мировой практикой нефтяной промышленности является составление отчетности по затратам на изыскательское работы и разработку месторождений в форме многолетних скользящих средних значений. (Однако в связи с тем, что на текущий момент в качестве данных по затратам ЮКОСА, подтвержденных международным аудитом, имеется в наличии лишь данные за последние несколько лет, представляется возможным произвести оценку стоимости поисковальных работ ЮКОСа только за прошлый период с 2000 - 2002). В течение этого срока затраты на разведочные работа у ЮКОСа составили в среднем $2,38 на тонну.

-117-

YKS 020339

КОНФИДЕНЦИАЛЬНО

**Таблица IV.B.4 Стоимость**
изыскательских работ на тонну
(долларов на тонну или как показано)

**A. ЮКОС**

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| Стоимость разведочных работ (млн. долларов) | | | | | | 52 | 42.5 | 54 | 102 | 8¹ |
| Открытия и расширения (млн. метрических тонн) | | | | | | 10 | 8 | 26 | 24 | 101 |
| Затраты на тонну нефти | | | | | | 5.20 | 5.31 | 2.08 | 4.25 | 0.8¹ |
| Затраты на баррель нефти | | | | | | 0.71 | 0.73 | 0.28 | 0.58 | 0.1¹ |

Источник: ЮКОС Годовой отчет за 2002 г. и "Ренессанс капитал"

**B. Другие российские нефтяные компании**

Среднее для "ЛУКойла" и "Сургутнефтегаза"

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| Затраты разведочные работы (млн. долларов) | | | | | | | 67 | 151.5 | 196.5 | |
| Открытия и расширения (млн. метрических тонн) | | | | | | | 44 | 32.5 | 49.55 | |
| Затраты на тонну нефти | | | | | | | 1.76 | 5.60 | 9.16 | |
| Затраты на баррель нефти | | | | | | | 0.24 | 0.77 | 1.25 | |

Источник: "Ренессанс капитал" и Годовой отчет за 2002 г. "ЛУКойла"

**C. Международное сравнение**

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | 2002г. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Сверхкрупные** | | | | | | | | | | |
| Затраты на тонну в пересчете на нефть | 22.76 | 22.04 | 21.04 | 21.05 | 13.13 | 24.16 | 11.43 | 12.46 | 17.08 | 12.2¹ |
| Затраты на баррель в пересчете на нефть | 3.11 | 3.01 | 2.87 | 2.87 | 1.79 | 3.30 | 1.56 | 1.70 | 2.33 | 1.6¹ |
| **Крупные** | | | | | | | | | | |
| Затраты на тонну в пересчете на нефть | 25.94 | 17.70 | 14.32 | 16.38 | 24.84 | 18.78 | 15.10 | 15.30 | 24.09 | 15.4¹ |
| Затраты на баррель в пересчете на нефть | 3.54 | 2.42-11» | - 1.95 | 2.24 | 3.39 | 2.56 | 2.06 | 2.09 | 3.29 | 2.1¹ |

Источник: КЭРА

YKS 020340

КОНФИДЕНЦИАЛЬНО

-119-

YKS 020341

КОНФИДЕНЦИАЛЬНО

На протяжении одного трехлетнего периода, по которому имеются сопоставимые данные о ЮКОСе и международных компаниях, 2000 - 2002 гг., затраты на геологоразведочные работы у сверхкрупных и крупных компаний составляли в среднем $13,93 на тонну и $18,29 на тонну соответственно. Одной из причин более высокой стоимости в случае с международными компаниями можно считать тот факт, что в противоположность ЮКОСу они относятся с тенденцией к сокращению усилий на отчетливом переразведании, относительно более рискованных с точки зрения размеров районах за пределами своей областей "легчины", где условия более суровые, инфраструктура отсутствует полностью или имеет ограниченный характер и очень высока стоимость каждой скважины, как например, это имеет место при глубоководной добыче в Мексиканском заливе.

*Производственные затраты на тонну добытой нефти*

Для данных, изложенных в настоящем разделе, см. Таблицу Table IV.B.5.

Затраты компании по механизированную добычу нефти, которые достигли в 2002 г. уровня приблизительно в $10,73, оказались в числе самых низких по российской нефтяной промышленности за последние несколько лет (согласно последнему отчету сопоставимо низкие затраты отмечались лишь у "Сибнефти") и к тому же имели тенденцию быть ниже сопоставимых данных для международных компаний. В 2001 г. – последним, за который предоставлены сопоставимые данные международных компаний - лидеракт по механизированной добыче у сверхкрупных и крупных компаний в среднем составляли $23,75 на тонну в пересчете на нефть и $32,84 на тонну в пересчете на нефть соответственно (почти вдвое больше расчетных показателей для ЮКОСа по затратам на полном нефтей порядка $12 на тонну в текущем году).

Одним из ключевых элементов в составе уравнения низких производственных затрат ЮКОСа лежит очень крупный рост объемов производства сырой нефти в последние годы. Методы организации производства в ЮКОСе позволяли добиваться прогрессивного увеличения добычи нефти на единицу понесенных расходов.

-120-

YKS 020342

КОНФИДЕНЦИАЛЬНО

**Таблица IV.B.5 Затраты на механизированную добычу нефти\* на тонну**

(долларов на метрическую тонну)

**Таблица IV.B.5**

**Затраты на механизированную добычу нефти\* на тонну**

(долларов на метрическую тонну)

### A. ЮКОС

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999 | 2000г. | 2001г. |
|---|---|---|---|---|---|---|---|---|---|
| Затраты на тонну пересчета на нефть | | | | | 28,4 | 11,0 | 6,9 | 9,9 | 12,0 |
| Затраты на баррель пересчета на нефть | | | | | 3,89 | 1,50 | 0,94 | 1,36 | 1,65 |

Источник: "Ренессанс Капитал"

### B. Другие российские нефтяные компании

Среднее для "ЛУКойла" и "Сургутнефтегаза"

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. |
|---|---|---|---|---|---|---|---|---|---|
| Затраты на тонну пересчета на нефть | | | | | | 25,08 | 9,64 | 15,00 | 20,37 |
| Затраты на баррель пересчета на нефть | | | | | | 3,44 | 1,32 | 2,06 | 2,79 |

Источник: "Ренессанс Капитал"

### C. Международное сравнение

| | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. |
|---|---|---|---|---|---|---|---|---|---|
| **Сверхкрупные** | | | | | | | | | |
| Затраты на тонну пересчета на нефть | 29,17 | 26,97 | 27,56 | 27,41 | 32,55 | 28,73 | 22,94 | 24,63 | 23,75 |
| Затраты на баррель пересчета на нефть | 3,98 | 3,68 | 3,76 | 3,74 | 4,44 | 3,92 | 3,13 | 3,36 | 3,24 |
| **Крупные** | | | | | | | | | |
| Затраты на тонну пересчета на нефть | 24,04 | 23,53 | 24,04 | 23,24 | 23,60 | 30,86 | 27,19 | 32,77 | 32,84 |
| Затраты на баррель пересчета на нефть | 3,28 | 3,21 | 3,28 | 3,17 | 3,22 | 4,21 | 3,71 | 4,47 | 4,48 |

-121-

"Производственные затраты определяются для настоящего раздела как затраты на целой механизированную добычу нефти

YKS 020344

КОНФИДЕНЦИАЛЬНО

-122-

YKS 020345

КОНФИДЕНЦИАЛЬНО

*Меры, предпринятые для улучшения характеристик производственных активов.*

Для данных, изложенных выше, (см. описание методов организации производства в ЮКОСе в период 1999-2000 гг. и после 2000 г. разделе III). ЮКОС достиг темпов своего производства с 1999 г. посредством уникального сочетания технологии и инновационного подхода и распространении ноу-хау. Использование других российских компаний подходов, применяемых ЮКОСом, не отличалось систематическим характером и это отразилось на относительно низких средних значениях дебита скважин в целом по отрасли в сравнении со скважинами [ЮКОСа (по существу в период 1993-2003 гг. в России отмечено снижение средних показателей дебита на продуктивных скважинах в то время, как средний дебит на скважинах ЮКОСа повысился более чем на 50 процентов).

-121-

YKS 020346

КОНФИДЕНЦИАЛЬНО

Таблица IV.B.6

Запасы и дебит скважин

| A. ЮКОС | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Общее количество скважин | 19 836 | 20 437 | 20 409 | 20 512 | 19 962 | 19 383 | 18 860 | 18 882 | 18 722 | 20 |
| Продуктивных | 14 213 | 14 078 | 12 850 | 13 135 | 12 191 | 12 039 | 11 878 | 12 235 | 12 551 | 18 |
| Простаивающих | 5 623 | 6 359 | 7 559 | 7 377 | 7 771 | 7 344 | 6 982 | 6 647 | 6 171 | 12 |
| Простаивающих как % от общего числа | 28,3% | 31,1% | 37,0% | 36,0% | 38,9% | 37,9% | 37,0% | 35,2% | 33,0% | 6 |
| Добыча (млн. т/г) | 33,9 | 28,8 | 27,1 | 34,9 | 35,4 | 44,6 | 44,5 | 49,6 | 58,1 | 35 |
| Дебит из продуктивных скважин (т/д) | 6,5 | 5,6 | 5,8 | 7,3 | 8,0 | 10,2 | 10,3 | 11,1 | 12,7 | |

Источник: ЮКОС

| B. Other Russian Oil Companies | 1993г. | 1994г. | 1995г. | 1996г. | 1997г. | 1998г. | 1999г. | 2000г. | 2001г. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Российская нефтяная промышленность | | | | | | | | | | |
| Продуктивные скважины | | | | | | | | | 146000 | 14€ |
| Простаивает как % от общего | | | | | | | | | 21,5% | 23 |
| Добыча (млн.т) | 353,9 | 317,8 | 306,8 | 301,2 | 305,6 | 303,3 | 305,2 | 323,5 | 348,1 | 3' |
| Flow rate from producing wells (t/d) | 8,0 | 7,8 | 7,5 | 7,4 | 7,3 | 7,7 | 7,7 | 7,5 | 6,5 | |

Источник: "Ренессанс Капитал", Интерфакс

-124

YKS 020347

КОНФИДЕНЦИАЛЬНО

Данные, изложенные в настоящем разделе, проиллюстрированы в Таблице IV.B.7, и показаны на Иллюстрации IV.B.1. Налоговые платежи ЮКОСа выросли в 20 раз за 5 лет против места двукратного увеличения объемов добычи нефти и на Иллюстрации IV.B.2. Налоговое бремя по местам продуктов, реализуемым на внутреннем рынке, растет из года в год и ведет к росту цен (40505-23).

Налоговое законодательство России и регулирование экспортных таможенных пошлин неоднократно претерпевали изменения в 1990-е годы, и только в 2001 г. в России был принят Налоговый кодекс. Установленный в настоящее время режим налогообложения нефтяных предприятий до технологической цепочки вступил в силу в январе 2002 г. В то время, как принятие и вступление в силу всеобъемлющей системы налогообложения в России за последние несколько лет привели к большей стабильности и предсказуемости в области налогообложения, постоянно возрастало и общее налоговое бремя для ЮКОС. По расчетам, подготовленным ЮКОСом, его общие выплаты по налогам увеличились в рублевом выражении приблизительно в двадцать раз в течение пятилетнего периода с 1998 г. по 2003 г. (или более чем в шесть раз в долларовом выражении, примерно с $9,69 за тонну до приблизительно $65,17 за тонну), тогда как добыча сырой нефти у компании выросла всего в 1,8 раза. В общей сложности в 2003 г. сумма уплаченных ЮКОСом налогов превышала $5 миллиардов.

На фоне роста цен на нефть текущим налоговым режимом в России определялась официальная ставка налога, однако ЮКОСу и другим российским нефтедобывающим компаниям фактически приходится выплачивать прогрессивно большую долю своих доходов по снижению мировых цен на нефть с учетом нечувствительности российской налоговой системы к прибылям нефтяных инвесторов в противовес налоговому доходу. Помимо дефекта установленного налогового бремени для российских компаний добивалась политика, принятая российским правительством в части налоговой скидки на амортизацию, которая не учитывает возможность компенсации приобретаемых нефтяных необходимых инвестиций в ремонт и замену оборудования и планировавшейся инфраструктуры. Тогда принятые налоговые режимы позволяют производить списание на амортизацию производственного оборудования в течение периода в 4-7 лет, в России этот срок составляет 15 лет. В общей сложности вычетом из доходов производственных и транспортных расходов и капитальных вложений российский государство сейчас получает 73 процента и более с остаточных доходов российских нефтяных компаний с каждой тонны сырой нефти, продаваемой на зарубежных рынках. Налог прогрессивно повышается по мере падения мировых цен на нефть с уровня в 73 процента при цене в $32,50 за баррель; для марки Urals Blend до картирования в 132 процента при таком сценарии, когда цена за баррель нефти может снизиться до уровня в $15.

В результате российским нефтедобывающим компаниям периодически приходится прибегать к налоговому убытку. Например, перед отчетной в 2003 г. правительством одной из налоговых льгот российские компании, которые зарегистрировались до июля 2001 г. в региональных зонах, дающих налоговое убежище (таких как Чукотский автономный округ и республики Мордовия и Калмыкия) получили право на снижение установленной в России ставки налога на прибыль. Среди тех, кто использовал эти льготы были ЮКОС, "Сибнефть" и "ЛУКойл".

Детальный анализ и сравнение налогового бремени на ЮКОС и другие российские компании за период с 1993 г. по 2003 г. осложняется резким отличием между официальными и фактическими ставками, действующими на протяжении большей части пост-советского периода, предшествовавшего принятию Налогового кодекса, когда различные компании показывали выгоду из применявшихся в рамках федеральных и местных режимов налогообложения, и в условиях ограниченности сведений о возможностях конкретного применения специальных

YKS 020348

КОНФИДЕНЦИАЛЬНО

налоговых льгот. В последние годы возможно более значимое сравнение величины налогового бремени российских компаний с наибольшей степенью открытости, которое опирается на все большую стандартизацию налоговых ставок, налоговой отчетности и процедур проведения аудиторских проверок. Налоговое бремя в течение периода, по которому имеется данные, было таким же как и по всей нефтяной отрасли в целом и у компаний, выбранных для сравнения относительно различных ключевых индикаторов, и сравнение показателей ЮКОСа за 2003 г. с показателями других компаний выглядит следующим образом:

- Налоги на тонну добытой нефти. Согласно последнему отчету расчетная величина выплат у ЮКОСа составила $75,4 на тонну, что несколько выше среднего значения на тонну добытой нефти для большинства крупных российских компаний, эквивалентного $71,3 на тонну и для среднего значения у трех сопоставимых компаний, эквивалентного $69,30 на тонну.

- Налоги в процентном отношении к доходам. Налоговое бремя ЮКОСа рассчитанное в виде процентного отношения к доходам равняется 36 процентам в 2003 г., что несколько выше среднего значения для сопоставимых компаний, равного 34,7 процента.

- Налоги в качестве процентного отношения к свободной наличности и общим налогам. Налоги ЮКОСа в качестве доли от свободной наличности и общей суммы налогов достигли расчетного уровня в 69 процентов в 2003 г., что несколько ниже среднего значения для большинства других российских крупных нефтяных компаний, которых они составляют 74 процента, и для средних значений у сопоставимых компаний в размере 73,7 процента

- Удержание корпоративного налога. Выплаты корпоративного налога у ЮКОС в последние годы были ниже, чем в среднем по отрасли в силу использования вышеупомянутых налоговых убытков.

-126-

YKS 020349

КОНФИДЕНЦИАЛЬНО

**Таблица IV.B.7**

**Сравнение налогового бремени на ЮКОС и другие российские компании: 2000-2003 гг.**

| | 2000г. | 2001г. | 2002г. | 2003E |
|---|---|---|---|---|
| **A. ЮКОС** | | | | |
| Всего налогов (млн US$) | C 1 693 | 2 564 | 3 53O 51.1 | 6 090 |
| Налогов на тонну добычи ($/т) | ^034 | 44.1 | | 75.4 |
| Всего налогов в качестве % доходов | 19% | 27% | 31% | 36% |
| Вклад налога как % к свободной наличности и общая сумме налогов | 38% | 54% | 67% | 69% |

| | 2000г. | 2001г. | 2002г. | 2003E |
|---|---|---|---|---|
| **B. Другие российские компании** | | | | |
| **Российская нефтяная промышленность*** | | | | |
| Всего налогов (млн US$) | 8 947 | 12 331 | 16 904 | 19 086 |
| Средняя сумма налога на тонну добычи ($/т) | 34.9 | 44 | | 71.3 |
| Средняя сумма налогов как процент % от доходов | 20% | 27% | 32% | 35% |
| Средняя сумма налогов как % от свободной наличности и общей суммы налогов | 55% | 76% | 78% | 74% |
| **Среднее показатели для "ЛУКойл", "Сибнефть" и "Сургутнефтегаза"** | | | | |
| Общая сумма налогов (млн US$) | 1 567 | 1 926 | 2 887 | 3 733 |
| Налогов на тонну добычи нефти ($/т) | 32.8 | 40.1 | 56.9 | 69.3 |
| Общая сумма налогов как % доходов | 21% | 26% | 33% | 35% |
| Вклад налога как % от свободной наличности и общей суммы налогов | 49% | 73% | 81% | 74% |

Источник: "Тройка диалог" на основании отчетов компаний по стандарту GAAP; все налоги за исключением НДС
*Включая только следующие компании: "ЛУКойл", ЮКОС, "Сургутнефтегаз", "Сибнефть", "Татнефть", "ТНК", "Славнефть" и "Роснефть"

-127-

YKS 020350

КОНФИДЕНЦИАЛЬНО

-128-

YKS 020351

КОНФИДЕНЦИАЛЬНО

## C. Оценка деятельности рабочей силы в области разведки и добычи

### Краткое содержание

- Деятельность по разведке и добыче, осуществляемая силами ЮКОСа. В 1998 г. ЮКОС начал привлекать сторонние организации для выполнения нефтепромысловых работ, создав независимые компании, которые теперь сотрудничают с подразделениями ЮКОСа в получении заказов на конкурсной основе. ЮКОС является лидером в отрасли на российском уровне в плане привлечения сервисных компаний и намерен организовать заключение контрактов таким образом, чтобы к середине 2010 г. до конца ЮКОС все еще показался на свои подразделения в отношении значительной доли работ (80 процентов бурения, например), все еще осуществляется с собственными силами), что находятся в явном противоречии с обычным подходом международных компаний (которые привлекают сторонние организации для проведения всех почти всех своих работ по бурению).

- Изменение уровня занятости в разведке и добыче со временем. С течением времени ЮКОС сократил штатную численность персонала до уровня, который более соответствует основным направлениям его хозяйственной деятельности по сравнению с ситуацией в 1993 г. Как указано выше, это сокращение персонала произошло частично в результате обособления отдельных направлений деятельности (нефтепромысловые работы). Другим ключевым фактором явилась передача функций по социальному обеспечению, характерных для нефтепромысловых объединений советских времен, органам самоуправления в 1990-е годы. Невзирая на заявления других российских компаний о реализации программ, направленных на сокращение неиспользованного персонала, имеются сведения из неофициальных источников на местах, указывающие на пробелы политического характера, возникающие при попытках сокращения штатов в России, так что общая численность работников в нефтяной промышленности даже увеличилась в период, на который имеется данные. Однако процесс сокращения штатов в ЮКОСе соответствует аналогичной международной тенденции в рассматриваемый период, и он оказал очень благотворное влияние на экономические показатели ЮКОСа в отношении основных отраслевых характеристик типа производительности труда и себестоимости добычи тонны сырой нефти.

### Работы по разведке и добыче, осуществляемые собственными силами

В 2001 г. был создан центр для контроля за работой сервисных подразделений ЮКОСа с функциями обеспечения как работ, так и оборудования в различных регионах России, в которых ЮКОС проводит работы. Центр имеет трехуровневую организационную структуру: головной офис в Москве, региональные сервисные и технические центры, подчиняющиеся московскому офису, отдельные сервисные компании в регионах.

Первоочередными целями при реорганизации сервисного сектора ЮКОСа, предпринятой в последние годы, были задачи восстановления финансового положения путем покрытия долгов обанкротившихся сервисных предприятий государству и собственным работникам (что было выплачено к концу 2001 г.) и повышения эффективности и качества работ, чтобы подразделения компании могли конкурировать с независимыми поставщиками услуг (основная цель в 2002 г.). Основным залогом повышения эффективности сервисных работ ЮКОСа в результате реорганизации были меры, принятые для повышения ответственности сервисных предприятий, прикрепленных ЮКОСом с целью обеспечения коммерческого успеха, применению единой системы стандартов для собственных и сторонних подразделений и учреждение новой учебной программы с ротацией менеджеров из региона в регион.

-129-

YKS 020352

Case 3:07-mc-80215-MMC    Document 12-8    Filed 05/20/2008    Page 35 of 50

КОНФИДЕНЦИАЛЬНО

ЮКОС в настоящее время имеет договоренности со сторонними подрядчиками по каждой сервисной категории и осуществляет свои сервисные работы во все возрастающей пропорции на основе сторонних контрактов, намереваясь полностью обособить всех свои сервисную деятельность к 2007 г. (по оптимистичным оценкам) или к 2011 г. (по крайнему сроку). Ключевым фактором, определяющим вхождение программы обособления, является скорость, с которой обрабатывается реальный рынок нефтепромысловых услуг в России. В настоящий момент ЮКОС по-прежнему полагается на свои подразделения для выполнения существенной части сервисных работ определенных категорий. Текущая разбивка по определенным ключевым категориям выглядит приблизительно следующим образом:

- Бурение: 80 процентов своими силами, 20 процентов сторонними
- Капремонт скважин: 70 процентов своими силами, 30 процентов сторонними
- Капитальное строительство и обустройство месторождений: 20 процентов своими силами, 80 процентов сторонними

Хотя ЮКОС и является лидером в плане привлечения сторонних организаций среди российских нефтяных компаний, он по-прежнему существенно отстает от международных компаний (которые в типичном случае привлекают сторонние организации для проведения всех или почти всех своих работ по бурению).

## Зависимость уровня занятости в разведке и добыче от времени

В отношении данных, подытоженных в данном разделе, см. табл. IV.C.

### ЮКОС

В целом численность работников на дочерних нефтедобывающих предприятиях ЮКОСа сократилась с 111 804 в 1993 г. до 80 668 человек в 1998 г. Соответствующие данные отсутствуют для последующего периода, но представляется очевидным, что сохранилась тенденция сокращения штатов, задействованных в разведке и добыче. В период с 1998 по 2002 г. ЮКОС сократил штаты своего управления по разведке и добыче (отвечающего за все работы по разведке и добыче) с 84 376 до 58 839 человек. Изменения штатной численности работников по основным направлениям разведки и добычи в 1998-2002 гг. выглядели следующим образом:

- Разработка перянтвыми методами: с 63 812 в 1998 г. до 14 263 в 2002 г.
- Сервисные работы: с 49 048 в 1998 г. до 44 266 в 2002 г.

Непропорционально большее снижение по направлению "разработка перянтвыми методами" обусловлено, в первую очередь, обособлением внутренних сервисных подразделений, сохранившихся в составе индивидуальных нефтеснабжающих объединений до приватизации. Таким образом, сокращение численности нефтепромысловых специалистов по сервису в штате компании фактически имело большее масштабы, чем отражаемые изменением значения промежуточного итога в графе "сервисные работы" выше. При этом сокращение штатов и реорганизация структур управления проходили крайне болезненно для ЮКОСа.

### Другие российские компании

Нетрудно на заявления компаний о реализации программ сокращения нескубированных штатов, официальная российская статистика (Госкомстат) указывает, что в целом занятость в разведке и добыче в нефтяной промышленности России в рассматриваемый период возросла —с 139 000 в 1993 г. до 267 000 в 2000 г. и 331 000 в 2002 г. (последний год, для которого имеются

-130-

YKS 020353

КОНФИДЕНЦИАЛЬНО

данные). Согласно неофициальным источникам на местах, мероприятия по сокращению штатов оказываются политически чрезвычайно трудными.

## В сравнении с другими иностранными компаниями

Мероприятия по сокращению штатов, проводимые ЮКОСом одновременно с повышением добычи нефти, соответствуют международной практике в рассматриваемый период. Хотя в случае международных компаний не представляется возможным разделить итоговые данные по численности штатов по категориям добычи и разведки, с одной стороны, и транспортировки и сбыта нефти, с другой, или учесть все изменения штатов в результате слияний гигантских компаний, штатное численность работников по всем направлениям (разведка и добыча и транспортировка и сбыт нефти) на протяжении периода до слияний характеризуется устойчивыми понижениями в плане общей численности персонала на фоне однопроцентного увеличения производства нефти. Таким образом, в случае трех супергигантов, общая численность персонала понизилась с 294 500 чел. в 1993 г. до 291 900 чел. в 1996 г., в то время как общий объем добычи супергигантов увеличился с 364 до 388 т, приведя к повышению среднего уровня добычи в расчете на одного работника в 1993-96 гг. с 1 236 тонн нефтяного эквивалента до 1 329 тонн нефтяного эквивалента. Но ЮКОС все еще сильно отличается от международных компаний в плане концентрации занятости в разведке и добыче, большая часть сотрудников международных компаний задействована не в разведке и добыче.

-131-

YKS 020354

КОНФИДЕНЦИАЛЬНО

**Таблица IV.C**
**Уровень занятости в разведке и добыче**

## A. ЮКОС

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Деятельность** | | | | | | | | | | |
| Разработка первичными методами | 44 649 | 43 105 | 42 982 | 42 309 | 41 367 | 39 738 | 25 463 | 20 474 | 16 547 | 14 263 |
| Сервисные работы | | | | | | 49 048 | 45 864 | 46 900 | 46 916 | 44 206 |
| | | | | | | | | | | |
| Итого по разведке и добыче для ЮКОСа | | | | | | | | 67 627 | 63 748 | 58 839 |
| | | | | | | | | | | |
| Итого сотрудников ЮКОСа | 111 804 | 106 135 | 101 929 | 93 117 | 88 769 | 80 068 | | | | |

Штат по разведке и добыче в процентах от общей численности сотрудников ЮКОСа

### Деятельность (детальная разбивка)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Разработка первичными методами | 44 649 | 43 105 | 42 982 10 | 42 309 7 | 41 367 7 | 39 738 6 | 25 463 | 20 474 | | |
| Бурение | 14 134 | 11 781 | 188 | 837 6 | 355 5 | 216 4 | | | | |
| Строительство | 8 449 | 8 489 | 7   739 | 528 | 861 | 480 | | | | |
| Транспорт | 21 995 | 21 365 | 21 259 | 20 177 | 20 589 | 19 392 | | | | |
| Социальная сфера | 11 311 | 10 558 | 10 247 | 9 836 | 7 720 | 6 283 | | | | |
| Переработка газа | 715 | 716 | 719 | 702 | 665 | 601 | | | | |
| Другое | 10 551 | 10 121 | 8   792 | 5 729 | 4 929 | 3 298 | | | | |
| Итого | 111 804 | 106 135 | 101 929 | 93 117 | 88 769 | 80 068 | | | | |

Источник: ЮКОС

## B. Другие российские нефтяные компании

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Российская нефтяная промышленность Итого занятость в разведке и добыче (тыс. чел.) Добыча нефти в расчете на одного работника (тонны) | 139 2 | 145 2 | 166 1 | 189 1 | 204 1 | 220 1 | 198 1 540 | 207 1 | | |
| | 547 | 193 | 849 | 593 | 500 | 377 | | 565 | | |

Источник: КЭРА

–132–

YKS 020355

КОНФИДЕНЦИАЛЬНО

## D. Реализация нефти и экспорт

### Краткое содержание

- Каналы реализации сырой нефти. С течением времени ЮКОС направлял все большую долю своей сырой нефти на экспорт под влиянием большей маржи при продажах на мировых рынках, и начиная с 2000 г. ЮКОС направляет на экспорт основной объем добываемой им сырой нефти (в то время как в целом по отрасли в России это происходит с 2002 г.). В своей отчетности ЮКОС показывает экспорт существенно большей доли своей сырой нефти, чем в среднем по России, отражая относительно сильную зависимость компании от железнодорожных маршрутов, обусловленную стремлением избежать заторов на экспортных трубопроводах Транснефти.

- Темпы прироста объемов реализации и источники этого увеличения. Объем экспорта ЮКОСа увеличился более чем в три раза с 1998 г., причем большая часть этого прироста связана с отгрузкой больших объемов ряду потребителей в Восточной Европе (чему способствовало подписание долгосрочных договоров), равно как и налаживанию экспорта по железной дороге в нескольких направлениях (в частности в Китай).

- Транспортные решения. ЮКОС продолжает полагаться на трубопроводы для отгрузки подавляющей части своей сырой нефти, предлагающей российским потребителям (главным образом, своим собственным НПЗ), в этом смысле не отличаясь от «типичной» российской или западной компании. Однако зависимость ЮКОСа от железной дороги в отношении 40 процентов экспорта своей сырой нефти в 2003 г. резко контрастирует как со средним отраслевым значением по России, которое составляет менее 20 процентов от общего экспорта по железной дороге, так и со случаев западных компаний, которые редко, если вообще когда бы то ни было, полагаются на железную дорогу при наличии относительно доступных им более выгодных трубопроводных и водных транспортных маршрутов).

- Изменения выручки по основным каналам сбыта и расчет на тонну с течением времени. Как и в случае других российских компаний, выручка ЮКОСа с продаж сырой нефти сильно колебалась в зависимости от изменяющегося уровня мировых и отечественных цен и от изменяющегося уровня доступа к более прибыльным экспортным каналам сбыта. В 1993-2003 гг. средняя экспортная цена на российскую сырую нефть изменялась в диапазоне от 74,58 долл. США за тонну (1998 г.) до 188,60 долл. США за тонну (2003 г.).

- Изменения транспортных издержек с течением времени для основных перевозок. Средние издержки ЮКОСа на транспорт нефти в 2003 г. составляли 27,90 долл. США за тонну. Хотя точные данные по транспортным издержкам других компаний отсутствуют, общие расходы ЮКОСа предположительно несколько выше среднего значения (для других российских и международных компаний, учитывая относительно сильную зависимость ЮКОСа от железнодорожных перевозок (которые в типичном случае в два раза дороже, чем трубопроводный транспорт). Однако средние трубопроводные тарифы для ЮКОСа, в конечном итоге ниже тарифов в среднем по России, учитывая относительную близость дочерних нефтеперерабатывающих предприятий ЮКОСа к экспортным рынкам.

- Проекты расширения инфраструктуры и рынков. В числе основных проектов ЮКОСа по расширению инфраструктуры и рынков в рассматриваемый период - приобретение крупной доли в трубопроводной сети Словакии в феврале 2002 г., приобретение контрольного пакета в трубопроводных и нефтеперерабатывающих

-133-

YKS 020356

КОНФИДЕНЦИАЛЬНО

мощностях компании "Макейбоо Нафта" в Литве в сентябре 2002 г., запуск экспорта сырой нефти по железной дороге в Китай и прямые танкерные поставки на рынки США. ЮКОС также играл ключевую роль в проектах с участием других российских и западных компаний, которые организовывались с целью раскрутки существующих экспортных маршрутов, не справляющихся со своими потоками, или создания новых (например, проекты строительства трубопроводов-перемычек в системе "Адриа" и экспортного терминала в Мурманске).

### Каналы реализации сырой нефти

В отношении данных, подытоженных в данном разделе, см. табл. IV.D.1 и иллюстрацию IV.D.1: Основные трубопроводные маршруты экспорта сырой нефти ЮКОСом и иллюстрацию IV.D.2: Главные железнодорожные маршруты экспорта сырой нефти ЮКОСом. Для общего ознакомления с системой транспортировки сырой нефти в России и динамики экспорта см. Приложение IV: Организация транспорта сырой нефти в России.

### ЮКОС

Внутренний рынок. В 2003 г. ЮКОС поставил около 31 процента своей сырой нефти внутренним потребителям, главным образом на собственные заводы, и только небольшая доля была фактически продана на внутренние рынке третьим лицам. Кроме того, ЮКОС традиционно если и покупает, то относительно небольшие объемы сырой нефти на внутреннем рынке у других поставщиков для обеспечения своих НПЗ.

Экспортный рынок сбыта. Продажи на экспортные рынки за пределами Содружества независимых государств (СНГ) составляли все большую долю экспорта ЮКОСа на протяжении периода с 1993 г., увеличившись с 6,9 процента в 1993 г. до 35,8 процента в 1998 г. и 57,9 процента в 2003 г. Период с 1998 г. является наиболее показательным, так как только начиная с этого года ЮКОС приобрел право закрывать договора продажи на экспорт напрямую с конечными потребителями.

Используемые маршруты. Основные маршруты вывозила ЮКОСа с точки зрения объемов в 2003 г. включали в себя украинский экспортный терминал в Феодосии на украинской части Черного моря (4,8 т), Поляны (5,4 т), НПЗ Макейбоо в Литве (5,2 т) и литовский экспортный терминал в Бутинге на Балтийском море (4,8 т). С течением времени ЮКОС продемонстрировал тенденцию повышения доли экспорта по железной дороге в противоположность трубопроводу, и эту увеличения зависимости от экспортных терминалов типа Феодосии, доступ к которым лежит по железной дороге, по отношению к зависимости от терминалов типа Новороссийска, доступ к которым осуществляется главным образом по трубопроводу, с небольшими резервными мощностями, - если таковые вообще имеются в наличии. В то же время, приобретение ЮКОСом терминала в Бутинге, позволило ему существенно повысить свои экспортные объемы по балтийскому маршруту даже после того, как Транснефть прекратила отгрузку на Вентспилс (Транснефть утверждает, что требуются крупные дополнительные капиталовложения в трубопровод, прежде чем можно будет возобновить отгрузку). Двумя значительными новыми экспортными направлениями ЮКОСа за последние несколько лет явились железнодорожные маршруты в Китай и на терминал в Бутинге и Белом море Баренцевом море (обеспечивающие 3,2 и 3,1 т экспорта ЮКОСа соответственно в 2003 г.).

-134-

YKS 020357

КОНФИДЕНЦИАЛЬНО

## Другие российские компании

- **Внутренний рынок.** Основные покупатели сырой нефти сторонних поставщиков на внутреннем рынке - Славнефть (для ярославского НПЗ) и Сибнефть (для омского НПЗ). Основной поставщик сырой нефти на внутреннем рынке - Сургутнефтегаз. Это отражает логику добычи и переработки сырой нефти по компаниям, наличие возможности приобретения сырой нефти дешевле у сторонних поставщиков и, в случае Сургутнефтегаза, несопоставимость между объемом сырой нефти, который должен быть реализован на внутреннем рынке, и пропускной способностью НПЗ.

- **Экспортный рынок сбыта.** В 2003 г. Россия направила на экспорт около 53 процентов всей сырой нефти, добытой в стране (223,5 т из 421,4 т), а более 80 процентов этого количества поступило на рынки за пределами бывшего Советского Союза. Как и в случае ЮКОСа, поставки сырой нефти других российских компаний на экспорт в противоположность сбыту на отечественном рынке неуклонно возрастали в постсоветскую эпоху в ряде разделении на более высокие спрос и цены, предлагаемые на мировых рынках, и по мере роста российских экспортных возможностей. Доля сырой нефти, реализуемой на более прибыльных экспортных рынках за пределами бывшего Советского Союза, также возросла за рассматриваемый период (хотя экспорт российской сырой нефти в страны бывшего Советского Союза в какой-то мере окреп в последние годы, и в целом объем экспорта российской сырой нефти на эти рынки увеличился более чем в два раза в 2001-2003 гг.).

- **Используемые маршруты.** Как и ЮКОС, другие российские компании также полагаются главным образом на экспортные терминалы на Черном и Балтийском морях и наземные восточноевропейские экспортные маршруты, с перемещением акцента на железнодорожные маршруты с течением времени (чтобы избежать трубопроводных затруднений) и маршруты через Балтийское море (отчасти под влиянием возросших экспортных мощностей в балтийском регионе, после того как вступил в строй приморский терминал Транснефть, и усиливающихся препятствия в использовании черноморских маршрутов в связи с ограничениями на использование Босфора).

## В сравнении с другими иностранными компаниями

Сравнение с международными компаниями не имеет смысла из-за весьма различного географического местонахождения основных нефтедобывающих стран мира и главных центров переработки и потребления нефти за пределами России. Спрос на нефть имеется сосредоточено в Северной Америке, Китае и северо-западной Европе, и хотя во всех трех этих регионах определяемые нефтедобывающие мощности, ни один из этих регионов не обеспечивает свои потребности. Соответственно, все они являются в этом отношении импортерами. В противоположность этому все основные нефтедобывающие регионы на Ближнем Востоке, Каспии и Африке являются, в конечном счете, экспортерами. Международные нефтяные компании имеют много проектов по транспортировке и сбыту нефти в странах - нетто-импортерах и ведут работы по разведке и добыче в некоторых странах из числа нетто-экспортеров. Однако они также ведут работы в нефтедобывающих секторах в странах - нетто-импортерах, а иногда - в работах в нефтеперерабатывающем и транспортном секторах в странах - нетто-экспортеров.

YKS 020358

КОНФИДЕНЦИАЛЬНО

Таблица IV.0.1

Баланс реализации сырой нефти (внутренней и внешней)    [доли]

YKS 020359

КОНФИДЕНЦИАЛЬНО

*Темпы прироста объемов продаж сырой нефти и источники прироста*

В отношении данных, подытоженных в данном разделе, см. табл. IV.D.2.

ЮКОС

Суммарный экспорт сырой нефти ЮКОСом вырос с 16,7 т в 1998 г. до 49,2 т в 2003 г. (прирост на 294 процента), причем большая часть прироста была обусловлена повышением объема отгрузки в ряд восточноевропейских стран (в связи с подписанием долгосрочных договоров), равно как наращиванием экспорта по железной дороге в Китай.

Одной из основных причин первоочередного роста объема продаж ЮКОСа за различных экспортных рынках была недостаточная результативность переговоров по заключению долгосрочных договоров со своими различными покупателями. Маркетинговая стратегия ЮКОСа в отношении объема сбыта сырой нефти направлена, в частности, на уменьшение зависимости от договоров спотового рынка и увеличение доли долгосрочных договоров (которая обеспечивала около 43 процентов общего экспорта в 2001 г. по сравнению со средним значением 90 процентов на мировом нефтяном рынке). Компания, естественно, стремилась повышать отгрузку сырой нефти на эти экспортные рынки, на которых она заключила долгосрочные договоры — в частности, ЮКОС сейчас имеет долгосрочные договоры с Макайхой (независимое хозяйственное подразделение ЮКОСа, которое находится в частичной собственности липецкого правительства и закупает сырую нефть на рыночных ценах), НПЗ концерна ТНК-Я «Плоке (Польша), МОЛ [для большего НПЗ - Сзахаломбатта (Szhazlombatta) в Венгрии и Словакии], МОЛ [для большего НПЗ - Сзахаломбатта (Szhazlombatta) в Венгрии и Словакии], ЮКОС особенно заинтересован в расширении своего присутствия на экспортных рынках Центральной Европы, потому что на них можно выйти непосредственно по трубопроводу, снижая уязвимость компании для перебоев газопутного транспорта по Босфору. Первоначальной целью ЮКОСа было достижение всех НПЗ в Центральной Европе для обеспечения стабильного рынка сбыта для своей сырой нефти. Теперь целью компании стало Украинское объединение компаний, которую она завоевала на этом рынке. Между тем была налажен экспорт нефти в Китай в результате переговоров ЮКОСа с КПЖК и заключения долгосрочного договора.

Другие российские компании

Поставки сырой нефти российских нефтяных компаний на внутренний рынок в целом резко снизились за рассматриваемый период по мере того, как сократился внутренний спрос (внутрение потребление нефтепродуктов в России снизилось с 176,6 т в 1993 г. до минимума в 107,9 т в 2001 г. и поднялось лишь до 111,3 т в 2003 г.).

Суммарный экспорт российской сырой нефти повысился с 127,6 т в 1993 г. до 223,5 т в 2003 г., обеспечив прирост приблизительно в 75 процентов. Одновременно экспорт сырой нефти на рынки за пределами бывшего Советского Союза взятел с 79,8 т до 179,7 т, в то время как экспорт в бывшие республики Советского Союза в целом понизился с 47,8 т до 21,2 т в 2000 перед восстановлением до 43,8 т в 2003 г.

В сравнении с другими иностранными компаниями

В отличие от типичной российской компании международные компании, выбранные для анализа, как правило, приобретают большую долю сырья для своих НПЗ из внешних спектра источников. Во многих случаях имеется снабженческое и экономическое агентство в пользу продажи своей сырой нефти и приобретения сырой нефти, добавляя другими. Короче говоря, в типичном случае на западе осуществляется гораздо больше сделок купли-продажи —особенно в США, где география добычи и переработки чрезвычайно разнообразна—на фоне стремления

-137-

КОНФИДЕНЦИАЛЬНО

нефтепереработчиков приобрести сырую нефть по наименьшей цене (т. действительно, в характерном случае нефтепереработчиков США сделки с третьими сторонами обеспечении большую часть поставок за рассматриваемый период). Относительное отсутствие таких коммерческих операций в случае российских ВИК, которые обычно полностью записат от поставок сырой нефти материнской компанией, показывает, что российский нефтяной бизнес все еще находится на относительно ранней стадии эволюции к рыночной модели хозяйствования в этой области и, возможно, не использует полностью экономические и снабженческие факторы, связанные с качеством сырой нефти и рентабельностью.

-138-

YKS 020361

КОНФИДЕНЦИАЛЬНО

Таблица IV.D.2

Темпы прироста объемов продажи и источник прироста
(в миллионах метрических тонн)

| | 1993 | 1994 | 1995 | 19.96 | 1997 | 1998 | 1999 | 20.00 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **А. ЮКОС** | | | | | | | | | | | |
| Добыча сырой нефти | 33.9 | 28.8 | 27.1 | 34.9 | 35.4 | 44.6 | 44.5 | 49.6 | 58.1 | 70.0 | 82.1 |
| Продажи сырой нефти и нефтепродуктов | | | | | | | | | 57.7 | 67.0 | |
| Нефтепереработка (в России) | 21.0 | 18.5 | 16.3 | 18.0 | 21.9 | 20.1 | 19.4 | 17.7 | 21.5 | 30.9 | 30.7 |
| Суммарные продажи нефтепродуктов (экспорт и сбыт внутри страны) | | | | | | | | | 26.7 | 30.2 | 29.8 |
| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| **В. В сравнении с другими иностранными компаниями** | | | | | | | | | | | |
| Ведущие энергетические компании (FRS Companies) | | | | | | | | | | | нет данных |
| Сырая нефть и ШФЛУ | 236 | 236 | 236 | 236 | 236 | 236 | 236 | 236 | 236 | 236 | нет данных |
| Итого нефтепродукты | 587 | 599 | 607 | 624 | 592 | 837 | 954 | 992 | 1050 | 1023 | нет данных |
| Итого | 822 | 834 | 843 | 860 | 827 | 1123 | 1189 | 1228 | 1285 | 1259 | нет данных |
| **Супермаджоры** | | | | | | | | | | | нет данных |
| Сырая нефть и ШФЛУ | 80 | 78 | 81 | 80 | 69 | 67 | 69 | 77 | 78 | 81 | нет данных |
| Итого нефтепродукты | 164 | 169 | 177 | 180 | 188 | 133 | 193 | 285 | 309 | 383 | нет данных |
| Итого | 244 | 248 | 258 | 260 | 257 | 200 | 262 | 362 | 387 | 464 | нет данных |
| **Гаджеты** | | | | | | | | | | | нет данных |
| Сырая нефть и ШФЛУ | 36 | 33 | 33 | 32 | 33 | 30 | 29 | 34 | 55 | 52 | нет данных |
| Итого нефтепродукты | 121 | 120 | 112 | 114 | 120 | 122 | 129 | 124 | 166 | 193 | нет данных |
| Итого | 158 | 153 | 145 | 146 | 153 | 152 | 158 | 158 | 220 | 245 | нет данных |

Источник: Кембридж Энерджи Рисеч Ассошиейтс

-139-

YKS 020362

КОНФИДЕНЦИАЛЬНО

## Транспортные решения

В отношении данных, подытоженных в данном разделе, см. таблицу IV.D.3, а в отношении иллюстрации положительного воздействия технологий ЮКОСа на транспортное обеспечение железнодорожных перевозок, см. иллюстрацию IV.D.3: Воздействие технологий ЮКОСа на железнодорожные перевозки).

## ЮКОС

ЮКОС продолжает полагаться на трубопроводы для отгрузки подавляющей части своей сырой нефти российским потребителям (главным образом, своим собственным предприятиям НПЗ) и в этом отношении не отличается от "типичной" российской или западной компании.

ЮКОС также всегда перерабатывал большую часть своей сырой нефти на экспорт по трубопроводу, но компания начала все больше полагаться на железную дорогу для экспорта сырой нефти, по мере того как трубопроводных мощностей Транснефти на экспорт в дальнее зарубежье стало не хватать, особенно начиная с четвертого квартала 2001 г. Экспорт сырой нефти компании по железной дороге в 2002 г. составлял 9 т, а в 2003 г. она направила на экспорт по железной дороге 20 т (около 40 процентов своего общего экспорта сырой нефти в 2003 г.). Основным получателем экспорта ЮКОСа по железной дороге являлся Китай (3,3 т в 2003 г.). В феврале 2003 г. было объявлено, что ЮКОС и КПНК согласовали новый договор о поставках ЮКОСа в Китай по 10 т/год начиная с 2006 г. ЮКОС также являлся крупным экспортером нефти. Винимо на Белом море и является крупным пользователем железнодорожного маршрута на украинский терминал в Феодосии на Черном море, при этом отгрузка меньших объемов через российский черноморский порт Кавказ и Мурманск на Баренцевом море, а также некоторые объемы сырой нефти на экспорт на свой НПЗ Мажейки в Литве. ЮКОС считал, что железнодорожный экспорт сырой нефти экономически выгоден при экспортной цене на Урале выше уровня 131,4-146 долл. США за тонну (18-20 долл. США за баррель).

## Другие российские компании

Железная дорога в целом обеспечивает растущую долю экспорта сырой нефти российских нефтяных компаний, по мере того как трубопроводных мощностей Транснефти стало не хватать в последние несколько лет. В частности, экспорт российской сырой нефти по железной дороге пользовался с прибавлением 8,4 т в 2001 г. (или 6,2 процента от суммарного экспорта российской сырой нефти в дальнее зарубежье в тот год) до приблизительно 38,2 т в 2003 г. (тип 21,3 процента от общего значения).

## В сравнении с другими иностранными компаниями

Самая примечательная разница в транспортных решениях между российскими и международными компаниями заключается в относительно малой доли железнодорожных перевозок в случае международных компаний. Независимо от того, рассматриваются ли перевозки в рамках базовой страны, импорт или (реже) экспорт, международные компании в результате развития в рамках рыночной экономики полагаются в большей степени на рентабельные средства трубопроводного, чем железная дорога, — главным образом, на трубопроводный и водный транспорт.

Эта ключевая разница в выборе метода транспортирования связана, в первую очередь, с наличием больших резервных мощностей в транспортной системе на западе по сравнению с Россией, что в свою очередь вызвано различиями в экономических условиях, которые породили

-140-

YKS 020363

КОНФИДЕНЦИАЛЬНО

транспортные системы в этих двух случаях. В случае запада нефтяные рынки предписывали необходимость развития слабкаргесской сети, обеспечивающей наиболее рентабельный способ доставки сырой нефти из добывающего региона в перерабатывающий регион. Организация российской транспортной сети, наоборот, все еще является в основном следствием советской командной экономики и решений в отношении выбора мест для строительства новых объектов, принимаемых российскими бюрократами, а не ключевыми субъектами экономической деятельности.

-141-

YKS 020364

КОНФИДЕНЦИАЛЬНО

Таблица IV.D.3

Транспортные решения (трубопровод и железная дорога)

(в миллионах метрических тонн в год)

**A. ЮКОС**

|  | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| Танкер | 8,06 | 8,44 | 11,37 | 12,51 |
| Процент от суммы | 50,6% | 38,5% | 41,5% | 36,7% |
| Трубопровод | 7,83 | 11,4 | 12,2 |  |
| Процент от суммы | 49,1% | 52,0% | 44,6% | 34,3% |
| Железная дорога | 0,04 | 2,1 | 3,8 | 9,94 |
| Процент от суммы | 0,3% | 9,6% | 13,9% | 29,1% |
| Итого транспорт | 15,94 | 21,93 | 27,38 | 34,13 |

Источник: Kortes; Интерфакс

**B. Другие российские нефтяные компании**

Российская нефтяная промышленность

|  | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| Танкер | 61,73 | 70,47 | 78,91 | 85,86 |
| Процент от суммы | 52,2% | 51,9% | 54,3% | 56,8% |
| Трубопровод | 56,42 | 65,25 | 63,4 | 61,45 |
| Процент от суммы | 47,7% | 48,1% | 43,7% | 40,5% |
| Железная дорога | 0 | 0 | 2,88 | 4,41 |
| Процент от суммы | 0,0% | 0,0% | 2,0% | 2,9% |
| Итого транспорт | 118,16 | 135,72 | 145,19 | 151,73 |

Среднее значение (ЛУКОЙЛ, Сибнефть, Сургутнефтегаз и ТНК)

|  | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| Танкер | 5,65 | 7,08 | 7,36 | 8,62 |
| Процент от суммы | 57,0% | 51,8% | 47,3% | 50,3% |
| Трубопровод | 4,27 | 6,07 | 7,70 | 7,80 |
| Процент от суммы | 43,0% | 44,4% | 49,5% | 46,0% |
| Железная дорога | 0,00 | 0,00 | 0,48 | 0,57 |
| Процент от суммы | 0,0% | 0,0% | 3,1% | 3,3% |
| Итого транспорт | 9,92 | 13,66 | 15,56 | 17,14 |

Источник: Kortes; Интерфакс

YKS 020365

КОНФИДЕНЦИАЛЬНО

## Изменение выручки за тонну с течением времени для основных рынков

В отношении данных, подготовленных в данном разделе, см. табл. IV.D.4.

### ЮКОС

В 2002 г. (последний год, за который имеются данные) ЮКОС сообщал, что его выручка с продаж сырой нефти на рынках за пределами Содружества независимых государств (СНГ) составила 5,765 млрд. долл. США, от продажи 33,3 т, что эквивалентно 173 долл. США за тонну, по сравнению с 193 млн. долл. США от продажи на рынки СНГ 2,2 т, что эквивалентно приблизительно 88 долл. США за тонну.

### Другие российские компании

За 2002 г. общая выручка от российского экспорта на рынки за пределами СНГ составила 25,3 млрд. долл. США, что эквивалентно приблизительно 163 долл. США за тонну, по сравнению с выручкой 2,1 млрд. долл. США от продажи на рынки СНГ, или около 114 долл. США за тонну.

При этом за период с января 1996 г. до декабря 2003 г. средняя чистая выручка от экспорта нефти из России в дальнее зарубежье (incl. экспорт на рынки СНГ плюс Прибалтика) изменялась в диапазоне от 62,80 долл. США за тонну (1998 г.) до 163,60 долл. США (2000 г.) (чистая выручка понимается как экспортная цена минус стоимость транспортировки и экспортные налоги и другие расходы).

### В сравнении с другими иностранными компаниями

КЭРА пришла к выводу, что в отношении этого показателя случай Саудовской Аравии будет более показательным для сравнения с ЮКОСом, чем случай международных компаний. Саудовская Аравия является основным нетто-экспортером нефти и отправляет существенную долю своей сырой нефти на те же средиземноморские рынки, где конкурирует российская компания. Учитывая близость сырьевых месторождений к точкам отгрузки нефти на экспорт, что представляет собой разительный контраст с большинством российских месторождений, расположенных глубоко внутри территории Российской Федерации, основной вклад в стоимость транспортируемой в случае Саудовской Аравии дает фрахтовка танкеров (морской тариф). Безусловно, эта стоимость выше, чем в российском случае, но в целом издержки на транспортировку сырой нефти на средиземноморские рынки, тем не менее, городе плюс расходов российских компаний, в то время как соответствующие расходы на разведку и скважины также, как правило, ниже, что дает основания для заключения, что конкурентоспособность российских компаний в Средиземноморье находится в сильной зависимости от сохранения текущей высокой цены на нефть в мире (кроме того, Саудовская Аравия имеет больше вариантов, чем Россия, в плане выбора рынков сбыта).

-143-

YKS 020366

КОНФИДЕНЦИАЛЬНО

## Таблица IV.D.4 Изменение выручки за тонну с течением времени для основных рынков
(Доллары за тонну)

### A. Российская нефтяная промышленность

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Сырая нефть | | | | | | | | | | | |
| Отпускная цена отечественным потребителям | | | | | | | | | | | |
| Международная цена (Среднемировое) | | | | | | | | | | | |
| Средняя цена при экспорте в дальнее зарубежье | 124.0 | 101.0 | 113.0 | 133.0 | U8.3 | 74.4 | 137ТР | 180.0 | 156.5 | 162.4 | T88.6 |
| Издержки на транспортировку (трубопроводные, портовые сборы и фрахт) | | | | 35.8 | 36.2 | 23.2 | 13.7 | 19.8 | 22.8 | 23.3 | 30.4 |
| Экспортные налоги, пошлины, сборы | | | | 8.1 | 0.0 | 0.0 | 7.4 | 24.0 | 27.7 | 17.5 | 27.5 |
| Чистая выручка от международных продаж | | | | 87.3 | 96.0 | 62.8 | 111.5 | 163.6 | 130.6 | 143.4 | 135.6 |
| Чистая прибыль от экспорта в сравнении с отечественными продажами | | | | -0.9 | 13.9 | 6.0 | 72.0 | 102.2 | 65.6 | 75.5 | 82.0 |

Примечание: Иллюстрации, приведенные выше, характеризуют "среднего" или типичного, росси Некого производителя, рассматриваемого на примере западносибирского производителя.
Источник: КЭРА

### B. В сравнении с другими иностранными компаниями

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Супергиганты | | | | | | | | | | | |
| Нефтепереработка/маркетинг в США | | | | | | | | | | | |
| Сырье | | | | | | | | | | | |
| Сырая нефть и ШФЛУ | 132 | 119 | 136 | 163 | 157 | 102 | 154 | 214 | 174 | 182 | |
| Нефтепродукты | | | | | | | | | | | |
| Моторный бензин | 231 | 221 | 229 | 251 | 250 | 185 | 223 | 361 | 310 | 302 | |
| Дистиллятные топлива | 175 | 157 | 159 | 196 | 182 | 133 | 164 | 301 | 256 | 236 | |
| Другие нефтепродукты | 153 | 143 | 149 | 160 | 139 | 138 | 165 | 232 | 206 | 216 | |
| Итого нефтепродукты | 195 | 183 | 188 | 212 | 201 | 159 | 194 | 318 | 275 | 268 | |
| Гиганты | | | | | | | | | | | |
| Нефтепереработка/маркетинг в США | | | | | | | | | | | |
| Сырье | | | | | | | | | | | |
| Сырая нефть и ШФЛУ | 130 | 113 | 131 | 161 | 154 | 100 | 135 | 225 | 178 | 189 | |
| Нефтепродукты | | | | | | | | | | | |
| Моторный бензин | 230 | 220 | 228 | 260 | 254 | 195 | 235 | 355 | 324 | 299 | |
| Дистиллятные топлива | 177 | 165 | 168 | 205 | 194 | 138 | 166 | 282 | 245 | 224 | |
| Другие нефтепродукты | 137 | 147 | 154 | 170 | 152 | 125 | 149 | 231 | 205 | 245 | |
| Итого нефтепродукты | 191 | 184 | 191 | 222 | 211 | 161 | 193 | 309 | 273 | 264 | |

Источник: КЭРА, основные энергетические компании

144.

YKS 020367

КОНФИДЕНЦИАЛЬНО

- 145 -