КОНФИДЕНЦИАЛЬНО

*Изменение транспортных издержек с течением времени для основных перевозок*

В отношении данных, подытоженных в данном разделе, см. таблицу IV.D.5

ЮКОС

Общие издержки на транспорт сырой нефти ЮКОСа в 2003 г. составили в среднем 27,90 долл. США за тонну.

• Трубопровод. В 2003 г. средние издержки на отгрузку сырой нефти на экспортные терминалы или получателям с использованием трубопровода Транснефть составили 15,43 долл. США за тонну, причем главным компонентом был трубопроводный транспорт внутри России (10,38 долл. США за тонну).

• Железная дорога. В 2003 г. средние издержки на суммарный транспорт (трубопровод и железная дорога) составили 47,55 долл. США за тонну в 2003, причем главным компонентом был железнодорожный транспорт внутри России (25,39 долл. США за тонну).

Другие российские компании

• Трубопровод. Средние трубопроводные тарифы для ЮКОСа в какой-то мере ниже, чем в среднем по России, потому что они характеризуют среднее значение ОАО "Самаранефтегаз" (которое расположено относительно близко к экспортным рынкам по сравнению с большинством российских нефтедобывающих фирм) и ОАО "Юганскнефтегаз" (которое расположено южнее, чем типичный западносибирский отправной пункт). Российские транспортные издержки в рассматриваемый период присматривали своей непредсказуемостью. Например, за период с марта 1993 г. до января 2004 г. суммарный тариф по маршруту от Самары до черноморского порта в Новороссийске (типичный маршрут) изменялся в диапазоне от минимума в 2,98 долл. США за тонну (сентябрь 1998 г.) до максимума в 11,34 долл. США за тонну (май 1996 г.). В начале этого года (март 2004 г.) трубопроводный тариф от Самары до Новороссийска составлял 8,42 долл. США за тонну (т.е. 0,52 долл. США за тонну на 100 км).

• Железная дорога. Надрзрки на железнодорожный транспорт в типичном случае более чем в два раза выше, чем на трубопровод, ЮРА тем не менее считает, что в условиях действия тарифного режима 2003 г., экспорт по железной дороге в целом сохранит свою рентабельность, пока "Уральская" экспортная цена не упадет ниже 73 долл. США за тонну в группе экспорта. [В начале этого года (март 2004 г.) железнодорожный тариф по одному маршруту Самара-Новороссийск составлял 28,15 долл. США за тонну (т.е. 1,73 долл. США за тонну на 100 километров).

В сравнении с другими иностранными компаниями

Данные международных компаний по стоимости транспорта сырой нефти мнягче касаются настоящего исследования, чем соответствующие российские данные, потому что в отличие от российских компаний западные компании в типичном случае не используют железнодорожный транспорт для выхода на международные рынки. Однако целесообразно сравнить транспортные издержки международных у российских компаний при отгрузке на основные целевые рынки

YKS 020369

КОНФИДЕНЦИАЛЬНО

сбыта, будь то внутренние или внешние, особенно учитывая критическую важность трубопроводных поставок на первичные рынки сбыта. В случае США, например, сырая нефть отгружается за нефтеперерабатывающие центры по трубопроводу или водным транспортом. Нефтеперерабатывающие центры расположены, как правило, вблизи от центров спроса и (или) рядом с трубопроводом и (или) центром распределения продукции, доставляемой водным транспортом.

-147-

YKS 020370

КОНФИДЕНЦИАЛЬНО

Таблица IV.D.5
Изменение транспортных издержек с течением времени для основных рынков
Тариф (руб/т)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Маршрут Самара - Новороссийск** | | | | | | | | | | | |
| Трубопроводный участок | 246,75 | 1 184,00 | 3 736,67 | 5 904,50 | 6 929,00 | 6,59 | 6,99 | 9,81 | 13,12 | 14,85 | 14,85 |
| Самара-Красноармейск | | | | | | | | | | | |
| Красноармейск-Великоцк (Красный | | | | | | | | | | | |
| Яр)-Суходольная | | | | | | | | | | | |
| Луганск-Тихорецк | | | | | | | | | | | |
| Суходол ьн ая-Род и оно вс кая *** | 250 | 1 231,20 | 3 884,67 | 6 150,83 | 7 279,00 | 6,89 | 7,27 | 10,20 | 13,67 | 7,82 | 12,85 |
| (Родион овская)-Тихорецк- | 326 | 1 632,00 | 6 207,00 | 9 905,50 | 10 800,00 | 10,03 | 10,50 | 13,11 | 18,63 | 21,06 | |
| Нововеликиновская | | | | | | | | | | | |
| Нововеликиновская-Грушовая-Шесхарис | | | | | | | | | | 1,95 | 1,95 |
| Плата за перегрузку в Грушовой | | | | | | | | | | | |
| Плата за перегрузку в Шесхарисе | | | | | | | | | | | |
| Итого тариф в рублях | 19 | 44,20 | 165,33 | 264,50 | 289,00 | 0,38 | 8,38* | 10,46 | 15,06 | 33,73 | 33,73 |
| КУРС ОБМЕНА (руб./1 долл. США) | | | | | | | | | | | |
| Долларовый эквивалент | | | | | | | | | | | |
| Долларовый (экспортный) тариф | | | | | | | | | | | |
| Суммарный тариф (только по России) долл. США/тонна | | | | | | | | | | | |

* Итоговый тариф для участка Тихорецк-Нововеликиновская-Шесхарис. **
Тариф в долл. США за тонну.

**Маршрут Самара - Новороссийск**
Трубопроводный участок
Самара-Красноармейск
Красноармейск-Великоцк (Красный
Яр)-Суходольная
Луганск-Тихорецк
Суходол ьн ая-Род и оно вс кая ***
(Родион овская)-Тихорецк-
Нововеликиновская
Нововеликиновская-Грушовая-

YKS 020371

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Шесхарис | 289,25 | 1 070,80 | 4 627,00 | 7 766,00 | 8 377,00 | 7,90 | | | | | |
| Плата за перегрузку в Грушовой | 97 | 446,00 | 1 297,00 | 3 114,17 | 3 200,00 | 3,20 | 3,68 | 5,60 | 7,19 | 8,23 | 8,23 |
| Плата за перегрузку в Шесхарисе | 76,5 | 328,80 | 1 419,67 | 3 068,83 | 3 200,00 | 3,20 | 4,00 | 5,64 | 7,28 | 8,13 | 8,13 |
| Итого тариф в рублях | 2 268,25 | 6 708,00 | 21 337,33 | 36 174,33 | 40 074,00 | 38,18 | 40,82 | 54,82 | 74,95 | 83,29 | 77,79 |
| КУРС ОБМЕНА (руб./1 долл. США) | 928 | 2 746,40 | 4 296,33 | 5 091,67 | 5 938,00 | 5,00 | 23,09 | 27,96 | 28,4 | 31,26 | 31,18 |
| Долларовый эквивалент | 2,14 | 2,60 | 4,95 | 7,09 | 6,75 | 5,07 | 1,77 | 1,96 | 2,64 | 2,67 | 2,50 |
| Долларовый (экспортный) тариф | 4,92 | 4,80 | 4,33 | 3,40 | 3,50 | 1,83 | 1,75 | 2,24 | 3,14 | 2,40 | 2,49 |
| Суммарный тариф (только по России) долл. США/тонна | 7,06 | 7,40 | 9,28 | 10,49 | 10,25 | 6,91 | 3,52 | 4,20 | 5,78 | 6,04 | 6,94 |

YKS 020372

КОНФИДЕНЦИАЛЬНО

*Проекты расширения инфраструктуры и рынков*

В отношении местонахождения объектов проектов, рассмотренных в данном разделе, см. иллюстрацию IV.D.4: Организация трубопроводного транспорта сырой нефти в юго-восточной Европе, иллюстрацию IV.D.5: Основные литовские активы ЮКОСа, иллюстрацию IV.D.6: Железнодорожный маршрут в Китай, иллюстрацию IV.D.7: Проект трубопровода Ангарск-Дацин и иллюстрацию IV.D.8: Запланированный трубопровод на Мурманск: Маршруты, предпочитаемые компаниями.

ЮКОС

Резюме

- Транснефть. В феврале 2002 г. словацкое правительство продало ЮКОСу 49-процентную долю участия в словацкой нефтепроводной компании "Транспетрол" за 74 млн. долл. США. Трубопроводная система Транспетрол протяженностью 515 км имеет расчетную пропускную способность в 21 т/год. Правительство все еще сохраняет 51 процент акций, но ЮКОС являлся оператором. ЮКОС приобрел словацкую трубопроводную компанию с целью укрепления своей экспортной позиции по отношению к центрально- и восточноевропейским рынкам. Несмотря на приобретение Транспетрола ЮКОСом его транзитный транзит остается на низком уровне из-за стабильно продолжающегося перехода Чешской республики на поставки сырой нефти, осуществляемые через трубопровод Ингольштадт-Кралупи-Литвинов (IKL) из Германии. В последние годы Транспетрол прокачивал 9-10 т/год.

- Мажейкю Нафта. Покупка ЮКОСом в сентябре 2002 г. контрольного (53,7 процента) пакета в литовском концерне "Мажейкю" "Я™нг1к4крупнейшая компания в Литве) представляет собой самое социальнобюргетское компании на сегодняшний день в плане обеспечения инфраструктуры для транспортирования нефти и объектов "доунстрим" за пределами России. МН является собственником терминала в Бутинге (который сейчас имеет мощность в 13 т/год и может быть расширен до 14 т/год), НПЗ "Мажейкю" (единственный НПЗ в Прибалтике с проектной мощностью в 13 т/год) и Бирзай (Оил Пайплайн), которая контролирует нефтепровод с проектной мощностью около 16 т/год, соединяющий терминал и НПЗ с источниками российской сырой нефти через неконтролируемый НПЗ в Беларусь. Бирзай также прокачивает транзитную российскую нефть на латвийский экспортный терминал в Вентспилсе до конца 2002 г., когда отгрузки были прекращены. В качестве составной части соглашения, посредством которого ЮКОС приобрел свою долю в МН, ЮКОС также взял на себя обязательство поставлять как минимум 4,8 т/год на НПЗ "Мажейкю" в течение 10 лет.

- Отгрузка по железной дороге в Китай и на другие рынки. Как отмечено выше, в последние годы ЮКОС неуклонно наращивал свой экспорт сырой нефти в Китай и другие рынки по железной дороге ввиду ограничения реальных трубопроводных мощностей Транснефти. ЮКОС также полагает, что 7 000 железнодорожных цистерн, которые можно использовать для перевозки как сырой нефти, так и нефтепродуктов, и арендует около 12 000 дополнительных вагонов, которые также могут перемещать как сырую нефть, так и нефтепродукты, создав таким образом парк подвижного состава общей численностью приблизительно в 19 000 единиц. В дополнение к этому, ЮКОС осуществляет инвестиции в новые технические средства для погрузки сырой нефти на своих НПЗ, новую инфраструктуру на границе Россия-Китай (общей стоимостью, что этот маршрут может обеспечить до 15 т/год) и новое оснащение терминала в Феодосии.

-148-

# КОНФИДЕНЦИАЛЬНО

- Прямая отгрузка танкерами на рынки США. Первая партия, поставленная ЮКОСом напрямую танкером в США, и первая прямая поставка российской сырой нефти на рынки США, прибыла в г. Хьюстон в июле 2002 г. Семь дополнительных танкерных партий ЮКОСа поступили в США в 2002 г., так что суммарный экспорт ЮКОСа в США в 2002 г. составил около 1,5 т. В 2003 г. суммарный экспорт ЮКОСа в США, через различные черноморские маршруты, превысил 700 000 тонн. Ключевым фактором, определяющим в настоящее время решение ЮКОСа направить танкеры на рынки США, является разница в продажной цене на "западно-техасскую среднюю" и на сырую нефть в Средиземноморье. Экспорт в США может стать более рентабельным и существенно прибавляемом в объеме в случае реализации одного из запланированных проектов расширения экспортных мощностей (строительство трубопроводно-перевалочной в системе "Адрия" или терминала в Мурманске), которые обеспечат российским нефтедобывающим фирмам прямой доступ к глубоководным портам, способными обслуживать танкеры водоизмещением 160 тысяч тонн и более (супертанкеры). (В настоящее время партии, отгружаемые ЮКОСом на рынки США с Черного моря, должны перегружаться на супертанкеры при прохождении Босфора.)

Запланировано

- Трубопровод-перемычка в системе "Адрия". ЮКОС был одним из первых сторонников адриатического проекта, который бы способствовал экспорту российской сырой нефти на средиземноморские рынки и далее через хорватский глубоководный терминал Омишаль, и вместе с другими российскими нефтедобывающими фирмами предоставлял гарантии поставок сырой нефти. Начальная пропускная способность маршрута будет составлять 5 т/год, с итоговым повышением до 15 т/год. Запуск адриатического экспортного маршрута (первоначально запланированный на конец 2003 г.) был задержан из-за различных причин, включая разногласия между шестью странами-участниками в отношении надлежащего тарифа.

- Продление трубопровода "Дружба" до Австрии. В августе 2003 г. ЮКОС и австрийская компания "ОМВ" подписали протокол о намерениях по проекту строительства 60-километровой ветви трубопроводной ветки из Словакии до НПЗ, принадлежащего ОМВ, в г. Швехат неподалеку от Вены в Австрии. Это позволит австрийскому НПЗ напрямую получать российскую сырую нефть, поставляемую через южный участок трубопровода "Дружба". По завершении строительства трубопровода ЮКОС должен будет поставлять до 5 т в год на швехатский НПЗ. Ожидается, что строительство трубопровода будет стоить не более 31,4 млн. долл. США, из-за его относительно небольшой протяженности и будет завершено в конце 2005 г. Начальная пропускная способность будет составлять 3,6 т в год, с возможностью расширения до 5 т в год при установке дополнительных мощностей для прокачки.

- Проект трубопровода Россия-Китай. Наряду с КНПК ЮКОС выступает основным инициатором первоначального плана строительства трубопровода Ангарск-Дацин. Совместный проект ЮКОС и КНПК предполагает строительство трубопровода протяженностью 2 260 км с итоговой расчетной способностью в 30 т/год при стоимости 2,5 млрд. долл. США и вводом в строй первой очереди мощностью 20 т/год к 2005 г. Однако этот график подвергся пересмотру, после того как Министерство природных ресурсов отвергло ТЭО, представление ЮКОСом и КНПК в августе 2002 г. по экологическим соображениям. В настоящий момент не ясно, будет ли реализован этот проект и какую роль будет играть ЮКОС, если да; но если такой трубопровод будет построен, поставки сырой нефти с томских месторождений ЮКОСа окажутся решающими для обеспечения его рентабельности, как минимум для первой очереди

-150-

YKS 020374

**КОНФИДЕНЦИАЛЬНО**

(месторождения в Восточной Сибири могут явиться дополнительным источником сырой нефти для этого трубопровода на последующих этапах).

- **Трубопровод с Юрубченского месторождения на железнодорожную станцию Карабула.** Позднее в этом году ЮКОС намеревается завершить концептуальный проект трубопровода, соединяющего Юрубченское месторождение в Красноярском крае с железнорожной станцией Карабула. ЮКОС рассчитывает начать строительство ветки трубопровода в 2005 г. и приступить к промышленной добыче на Юрубченском в 2008 г. Транспортная система может быть подсоединена к магистральной части трубопроводной сети Транснефти к 2010 г., позволив начать освоение Юрубченского месторождения в больших масштабах с ожидаемой итоговой добычей в 10-15 т/год.

- **Мурманский маршрут.** ЮКОС является членом консорциума (вместе с ЛУКОЙЛом, Сибнефтью, Сургутнефтегазом и ТНК-БП), который финансирует Транснефть для разработки ТЭО системы трубопровода и терминала, которая, возможно, в конечном итоге окажется в состоянии пропускать 150 т/год. Предполагается, что ТЭО будет закончено к концу 2004, а новая экспортная система вступит в строй к 2007-08 гг. при ожидаемой стоимости в 4-7 млрд. долл. США. Терминал в Мурманске должен будет принимать супертанкеры и танкеры водоизмещением свыше 400 тысяч тонн (ультратанкеры), обеспечивая возможность прямых отгрузок сырой нефти на рынки США.

- **Капиталовложения в развитие различных маршрутов Транснефти.** ЮКОС также изучал возможности финансирования Транснефти для создания дополнительных мощностей на различных маршрутах путем введения специального инвестиционного тарифа. Это рассчитано в типичном случае на поддержку поставок на загрузочные мощности железной дороги для дальнейшей транспортировки на пункты экспорта.

## Другие российские компании

Как и ЮКОС, другие российские компании сохраняют сильную зависимость от монополии Транснефти на трубопроводный транспорт сырой нефти в отношении большей части своих транспортных решений и, вообще говоря, не имеют права создавать независимые трубопроводные системы (два основных исключения - проект Каспийского трубопроводного консорциума, в котором ЛУКОЙЛу и Роснефти принадлежат ведущие роли, и строительство новой системы экспорта сырой нефти в Сахалинской области консорциумом СРП Сахалин-1, в котором Роснефть также является членом). В то же самое время, другие российские компании периодически оказываются вынужденными поддержать развитие трубопроводной сети Транснефти путем уплаты так называемых "инвестиционных тарифов", начисляемых помимо и сверх обычных сборов за транспорт. Точкой приложения усилий Транснефти по расширению своих экспортных мощностей в последние годы была Балтийская трубопроводная система, которая была запущена с начальной пропускной способностью 12 т/год в декабре 2001 г. и достигла показателя 42 т/год в начале этого года.

Российским нефтяным компаниям предоставляется большая свобода при создании новых железнодорожных экспортных мощностей, и это соответственно является для них все в большей степени инвестиционным пространством, после того как их добыча сырой нефти превзошла пределы трубопроводных мощностей Транснефти. Одним из ключевых направлений такого инвестирования является строительство железнодорожных нефтеналивных терминалов для сырой нефти на НПЗ компаний (и разгрузка трубопроводов рядом с НПЗ для обеспечения подачи

YKS 020375

КОНФИДЕНЦИАЛЬНО

больших объемов сырой нефти, которая затем отправляется далее на экспортные рынки).[11] С географической точки зрения, основным участком развития железнодорожной инфраструктуры другими компаниями, помимо ЮКОСа, в последнее время явился северо-запад России в результате стремления компаний перевести экспорт с перегруженного маршрута Черное море-Борфор.

## В сравнении с другими иностранными компаниями

Коммерческие показатели проекта в целом оказывают решающее влияние на судьбу проектов увеличения пропускной способности по направлениям международного транспорта сырой нефти, учитывая меньшую роль государственных органов в большинстве регионов за пределами России, где в настоящее время осуществляется развитие инфраструктуры. Потребности в новой инфраструктуре приходятся в основном на области, где предложение сырой нефти превышает местный спрос (Латинская Америка, Африка, Евразия, глубоководная добыча на офшорных участках и Ближний Восток)—в противоположность регионам-импортерам.

[1]Транснефть сообщила многим компаниям (в том числе ЛУКОЙЛу, ЮКОСу и ТНК), что для увеличения поставок на их НПЗ (для поддержки экспорта сырой нефти по железной дороге при помощи расположенных там железнодорожных нефтеналивных терминалов) необходимо увеличить пропускную способность трубопровода, ведущего на их НПЗ, или разгрузить его. Компании согласились платить Транснефти специальные тарифы для обеспечения этого.

YKS 020376

КОНФИДЕНЦИАЛЬНО

## Е. Оценка деятельности НПЗ

*Краткое содержание*

- **Экономическая эффективность и уровень развития нефтеперерабатывающих объектов.** Посредством сочетания эффективной модернизации и приобретения современных нефтеперерабатывающих предприятий, ЮКОС в течение рассматриваемого периода существенно повысил свой показатель категории сложности нефтепереработки Нельсона-Фаррара[12] по сравнению с другими российскими и международными компаниями, отобранными для анализа (однако все еще отстает с существенным разрывом от средних показателей международных компаний). а также увеличил свою производственную мощность и производительность, фактически сократив в то же самое время средний размер нефтеперерабатывающих предприятий.

- **Ключевые характеристики нефтеперерабатывающих предприятий.** Большинство нефтеперерабатывающих предприятий ЮКОСа (и остальные российские предприятия) были построены по типовым советским чертежам и до сих пор занимают нижнюю ступень в иерархии мировой нефтеперерабатывающей промышленности с точки зрения показателя комплексности переработки (Мажейкяйский и Ангарский заводы ЮКОСа представляют собой относительно современные предприятия). но, тем не менее, ЮКОС сумел увеличить производство светлых нефтепродуктов с приблизительно 51 процента от общего объема производства в 1994 г. до 61 процента в 2003 г.

- **Логистика.** Так же, как и в случае с прочими крупными российскими нефтяными компаниями, типовой цикл переработки нефти ЮКОСом состоит в переработке сырой нефти, добываемой собственными дочерними нефтедобывающими предприятиями компании (в отличие от принятого международными компаниями стандарта, заключающегося в получении поставок от широкого круга различных третьих сторон). Объем экспортируемых ЮКОСом бветлых нефтепродуктов в течение рассматриваемого периода рос, что соответствует общероссийским тенденциям (западные компании, напротив, продолжали концентрироваться на местных, а не на экспортных рынках светлых нефтепродуктов).

- **Коэффициенты технического использования** нефтеперерабатывающих **предприятий.** С 1993 г. ЮКОС заметно повысил коэффициент технического использования основных нефтеперерабатывающих мощностей, однако все еще отстает от российского среднеотраслевого показателя, составляющего 70 процентов, не говоря уже о западных стандартах; избыточная мощность Ангарского завода, которая слишком превышает потребности рынка соседних регионов, является основным фактором неполной загрузки ЮКОСа по сравнению с другими отобранными для анализа компаниями.

- **Инициативы по совершенствованию нефтеперерабатывающих предприятий.** Краеугольный камень стратегии поднятия качественного уровня ЮКОСа состоит в повышении качества отдельных видов продукции, особенно посредством изомеризации и дополнительной гидрообработки, с целью обеспечения соответствия предполагаемым изменениям в российских нормативных актах, регулирующих качество продукции, а также изменениям спроса на российском рынке. Этот подход к модернизации менее капиталоемок, чем те, что были взяты на вооружение различными другими крупными российскими нефтяными компаниями, которые пытаются изменить весь сортамент

---

[12] Показатель категории сложности нефтепереработки Нельсона-Фаррара представляет собой показатель способности нефтеперерабатывающего предприятия производить больше таких светлых нефтепродуктов, как дистилляты бензиновой фракции.

YKS 020377

**КОНФИДЕНЦИАЛЬНО**

продукции своих нефтеперерабатывающих предприятий, однако, по заключению КЭРА, именно он, вероятно, повышает стоимость больше, чем более дорогостоящие проекты.

• **Стоимость переработки нефти за тонну.** Имеющиеся в наличии данные указывают на то, что стоимость переработки нефти за тонну на предприятиях ЮКОСа, так же, как и на предприятиях российских нефтяных компаний, как правило, существенно ниже таковой у международных компаний, которым могут требоваться значительно большие расходы на оплату поставок сырья и рабочей силы.

*Экономическая эффективность и уровень развития нефтеперерабатывающих объектов.*

Данные, кратко отраженные в этом разделе, смотри в Таблицах IV.E.1.i-v.

ЮКОС

На время своего создания в 1993 г. ЮКОС владел тремя крупными самарскими нефтеперерабатывающими заводами (Куйбышевским, Новокуйбышевским и Сызранським). Затем ЮКОС получил контроль над следующими дополнительными крупными заводами: Ачинским (в Красноярском крае) в 2000 г., Ангарским (Иркутская область) в 2001 г. и Мажейкяйским (Литва) в 2002 г. Кроме того, ЮКОС владеет рядом более мелких заводов, самым большим из которых является Стрежевой в Томской области. В общем, нефтеперерабатывающие предприятия ЮКОСа характеризуются теми же недостатками, что и другие российские заводы, включая избыточное содержание серы и ароматических углеводородов в производимой заводами продукции и недостаточный объем производства высокооктанового бензина. Они вряд ли будут удовлетворять стандартам Euro до 2007 г. или 2008 г. (как отмечалось выше. Мажейкяйский завод компании в Литве несколько более современнен, чем прочие нефтеперерабатывающие предприятия, и в настоящее время прогнозируется, что он будет соответствовать техническим условиям Euro 4 в 2005 г.).

Производственные мощности и показатели производительности нефтеперерабатывающих предприятий ЮКОСа приведены в прилагающихся таблицах. В течение периода проведенного в России исследования производительность, как правило, являлась более полезным показателем эффективности работы нефтеперерабатывающих предприятий, чем их производственная мощность. В то же время, важно отметить, что падение как общей производственной мощности, так и уровней производительности в течение 1990-х годов, фактически являются индикаторами повышения эффективности. Как и другие российские компании, в течение 1990-х годов ЮКОС избавился от существенной доли избыточных производственных мощностей по переработке нефти (в основном, на своем Новокуйбышевском нефтеперерабатывающем заводе). В советские времена эффективность работы нефтеперерабатывающих предприятий оценивалась в большой степени по тому, сколько сырой нефти было переработано данным заводом. Однако после приватизации, по мере того, как новые компании начали все больше концентрировать свои усилия на качестве продукции, они стали более дотошно подходить к технологии переработки нефти с тем, чтобы получить более высокий выход готовой продукции и, в частности, больше светлых нефтепродуктов.

Другие российские компании

ЮКОС сравнивается с другими российскими компаниями по трем ключевым показателям эффективности, по которым имеются следующие сравнительные данные: ЮКОС немного отставал от среднероссийских показателей и выборочной группы других российские компании по увеличению глубины переработки нефти в течение периода 1993-2002 гг. но далеко превосходил среднероссийские показатели по степени сложности, повысив свой показатель коэффициента

YKS 020378

**КОНФИДЕНЦИАЛЬНО**

сложности переработки нефти Нельсона-Фаррара с 3,08 в 1993 г. до 5,01 в 2002 г. (Хотя в случае с ЮКОСом это повышение сложности переработки нефти произошло, по большей части, из-за приобретения относительно современных производственных мощностей по первичной переработке сырой нефти наряду с общим уменьшением производственных мощностей на своих нефтеперерабатывающих предприятиях, вместо крупных капиталовложений в строительство новых производственных мощностей вторичной переработки).

Что касается показателей развития, то тенденция ЮКОСа на увеличение общей производственной мощности и производительности в течение 1993-2003 гг. была противоположна действовавшей в течение этого периода общероссийской, однако параллельна тенденции сравниваемой группы российских компаний. В тот же самый период, наблюдалось уменьшение среднего размера нефтеперерабатывающих предприятий как в случае с ЮКОСом, так и в целом по российской промышленности и по выборочной группе российских компаний, поскольку практически все российские нефтепереработчики стремились рационализировать свое имущество, унаследованное от советской эпохи.

## В сравнении с другими иностранными компаниями

Как уже отмечалось выше, в случае с международными компаниями данные по сравнению "глубины переработки нефти" отсутствуют, поэтому сравнение между ЮКОСом и западными компаниями в отношении системы показателей эффективности было сосредоточено на доле производимых светлых нефтепродуктов и производительности. Объем производства ЮКОСом светлых нефтепродуктов за 1993-2001 гг. (период, за который данные по сравнению имеются) увеличился значительно более ощутимо, чем в случае с международными компаниями. Это не удивительно, поскольку объем производства светлых нефтепродуктов западными компаниями, выраженный в виде доли от общего объема производства, уже был более соответствующим рыночному спросу, чем таковой в случае с российскими компаниями в начале исследуемого периода, и в 2001 г. все еще превышал среднероссийские показатели на более чем 10 процентов в случае с Западной Европой и на более чем 20 процентов в случае с Северной Америкой. Более резкое повышение категории сложности переработки нефти ЮКОСом по сравнению с международными компаниями в течение 1993-2002 гг. произошло, прежде всего, относительно бездействию, в случае с западными компаниями, двух ключевых факторов, способствовавших прогрессу ЮКОСа в этой области (а именно, приобретение более современных заводов и сокращение производственных мощностей по переработке сырой нефти); другими словами, повышение сложности переработки нефти на Западе происходило, в большинстве случаев, благодаря капиталовложениям в дополнительные новые производственные мощности вторичной переработки.

Возвращаясь к системе показателей, стоит отметить, что тенденция ЮКОСа на уменьшение среднего размера нефтеперерабатывающих предприятий в течение исследуемого периода была противоположна тенденции, наблюдаемой в случае с международными компаниями. Это объясняется несколькими факторами. Возможно, наиболее важным является то, что западные нефтепереработчики нуждались в увеличении производственных мощностей в 1990-х годах с тем, чтобы удовлетворять растущий рыночный спрос (тогда как на основных рынках ЮКОСа и других российских компаний спрос сокращался). Кроме того, рационализация заводских мощностей, происходившая в России в течение 1990-х годов, уже была в большой степени завершена на Западе — и в той мере, в какой такая рационализация происходила, она выливалась, в основном, в избавление международных компаний от более мелких нефтеперерабатывающих предприятий, что было частью попытки улучшить экономические показатели и увеличить экономическую эффективность логистики.

-155-

YKS 020379

КОНФИДЕНЦИАЛЬНО

## Таблица IV.E.Li Эффективность
### нефтеперерабатывающих мощностей: Глубина переработки нефти

(производительность нефтеперерабатывающего предприятия минус нефтяные остатки (топочный мазут) и потери в виде процентной доли от общей п

### А. ЮКОС

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 2000 г. | 200 г. |
|---|---|---|---|---|---|---|---|---|---|
| Куйбышевский | 59,3 | 58,3 | 58,5 | 59,8 | 59,6 | 63,8 | | | |
| Ново куйбышевский | 67,1 | 67,1 | 65,1 | 63,0 | 61,3 | 64,1 | 64,0 | 68,8 | 74 |
| Сызранский | | | | 58,0 | 80,9 | 64,8 | | | |
| Ачинский | | | | | | | 65,1 | 61 | |
| Ангарский | | | | | | | | | 73, |
| Всего по ЮКОСу | 63,2 | 62,7 | 61,8 | 59,7 | 60,6 | 64,0 | 65,6 | 67,0 | 68, |

### В. Другие российские нефтяные компании

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 2000 г. | 200 г. |
|---|---|---|---|---|---|---|---|---|---|
| Российская нефтяная промышленность | 62,3 | 61,3 | 62,9 | 62,7 | 63,8 | 64,3 | 67,5 | 71,0 | 71, |
| В среднем по компаниям ЛУКойл, СибНефть, Сургутнефтегаз и ТНК | 62,4 | 64,0 | 64,4 | 62,8 | 65,7 | 66,2 | 66,7 | 74,0 | 74, |

Источник: КЭРА

-156-

YKS 020380

КОНФИДЕНЦИАЛЬНО
Таблица IV.E.1.M Эффективность
нефтеперерабатывающих мощностей: Производимый объем светлых нефтепродуктов
(Бензин, дизельное топливо, авиационное топливо в виде процентной доли от общего объема или как указано)

## A. ЮКОС

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| Куйбышевский | | | | 53.5 | 54.6 | 60.5 | 56.6 |
| Новокуйбышевский | | 53.0 | 52.4 | 50.8 | 48.9 | 47.7 | 52.8 |
| Сызранский | | | | 47.7 | 50.0 | 49.3 | 50.3 |
| Ачинский | | | | | | | 53.5 |
| Ангарский | | | | | | | |
| Всего по ЮКОСу | | 51.2 | 51.7 | 50.6 | 50.7 | 54.0 | 54.0 |

Источник: ЮКОС

## B. Другие российские нефтяные компании

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| Российская нефтяная промышленность | | 47.7 | 50.1 | 50.1 | 50.6 | 51.5 | |
| В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК | | 47.825 | 48.8 | 49.325 | 50.975 | 51.5 | |

Источник: «Юкос»

## C. В сравнении с другими иностранными компаниями

| | North America | 1993 Western Europe | North America | 2001 Western Europe |
|---|---|---|---|---|
| Автомобильный бензин | 46.2 | 25.3 | 46.9 | 23.3 |
| Авиационное топливо/Керосин | 8.7 | 6.2 | 9.2 | 6.6 |
| Газойль | 21.2 | 34.0 | 23.0 | 36.0 |
| Всего | 76.1 | | 79.1 | |

YKS 020381

65.6.66.0

Источники: Камбридж Энерджи Рисерч Ассошиейтс; МЭА.
Обратите внимание: Не включает в себя СНГ (сжиженный нефтяной газ).
Объемы выходной продукции были приведены к 100 процентам.

-157-

КОНФИДЕНЦИАЛЬНО

Таблица IV.E.I.iii

**Эффективность нефтеперерабатывающих мощностей: Коэффициенты сложности переработки нефти Нельсона-Фаррара\***

|  | 1993 г. | 2002 г. |
|---|---|---|
| **A. ЮКОС** | **3,08** | **5,01** |
| **B. Другие российские компании** | | |
| Всего по России | 3,34 | 4,26 |
| В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК | 3,00 | 4,09 |
| **C. В сравнении с другими иностранными компаниями** | | |
| Сверхкрупные корпорации | 6,91 | 7,88 |
| Крупные корпорации\*\* | 6,75 | 7,18 |

Источник: КЭРА, журнал «Ойл энд гэсджорнэл», ресурсы компаний

Примечание: \* Сложность переработки нефти предприятия рассчитывается на основе средневзвешенной величины производственной мощности переработки сырой нефти с использованием коэффициентов сложности нефтепереработки Нельсона-Фаррара.

\*\* Включает в себя КонокоФиллипс, Тоталь, ШевронТексако, Репсол, Петробраз

YKS 020383

КОНФИДЕНЦИАЛЬНО

Таблица IV.E.i.v Часть I Уровень нефтеперерабатывающих предприятий: Общая производственная мощность и производитель

(В миллионах метрических тонн)

| A. ЮКОС | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 2000 г. | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| | 7,4 | 7,4 | 7,4 | 7,4 | 8,3 | | 6,7 | 7,6 | 7 |
| Куйбышевский | | | | | | | | | |
| Производственная мощность | | | | | | | | | |
| Производительность Новокуйбышевский | 5,6 | 5,3 | 5,0 | 5,2 | 6,5 | 5,5 | 5,2 | 5,4 | 5 |
| Производственная мощность | | | | | | | | | |
| Производительность Сызранский | 15,7 | 15,7 | 14,2 | 10,6 | 10,6 | 10,6 | 10,2 | 9,6 | 9 |
| Производственная мощность | 10,0 | 8,1 | 6,4 | 7,9 | 9,8 | 9,4 | 9,0 | 7,5 | 6 |
| Производительность | 10,5 | 10,5 | 7,9 | 8,2 | 7,8 | | 8,1 | 8,9 | 6 |
| Ачинский | | | | | | | | | |
| Производственная мощность | 5,4 | 5,1 | 4,8 | 4,9 | 5,6 | 5,2 | 5,3 | 4,9 | 4 |
| Производительность | | | | | | | | | 6 |
| Ангарский | | | | | | | | | |
| Производственная мощность Про и | | | | | | | | | 5 |
| зводительность Всего по ЮКОСу | | | | | | | | | |
| Производственная мощность | | | | | | | | | — |
| Производительность | | | | | | | | | — |
| | 33,6 | 33,6 | 29,6 | 26,3 | 26,7 | 26,7 | 24,8 | 25,1 | 39 |
| | 21,0 | 18,5 | 16,3 | 18,0 | 21,9 | 20,1 | 19,4 | 17,7 | 21 |

Источник: «Кортес», КЭРА, «ИнфоТек»

-159-

YKS 020384

КОНФИДЕНЦИАЛЬНО

**Таблица IV.E.Liv**
**Часть II**
**Уровень нефтеперерабатывающих предприятий: Общая производственная мощность и производительность**
(В миллионах метрических тонн)

### B. Другие российские нефтяные компании

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 2000 г. | 200 |
|---|---|---|---|---|---|---|---|---|---|
| **Российская нефтяная промышленность** | | | | | | | | | |
| Общая производственная мощность | 320,2 | 333,6 | 313,7 | 314,2 | 306,0 | 289,7 | 282,3 | 279,9 | 27 |
| Общая производительность | 220,1 | 180,6 | 179,1 | 173,8 | 176,3 | 163,7 | 170,1 | 174,7 | 17 |
| **В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК** | ази ТНК | * | | | | | | | |
| Производственная мощность | 21,5 | 21,5 | 21,5 | 20,4 | 19,7 | 13,4 | 20,4 | 22,9 | 2 |
| Производительность | 16,9 | 14,4 | 15,6 | 13,6 | 13,6 | | 15,3 | 16,9 | 1 |

Источник: «Кортес», КЭРА, «МикроТек», Статистический отчет «Бритиш Петролеум»

### C. В сравнении с другими иностранными компаниями
(производственные мощности нефтеперерабатывающих предприятий в конце года)

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 2000 г. | 200 |
|---|---|---|---|---|---|---|---|---|---|
| Сверхкрупные корпорации - Подразделения на территории США | 129,6 | 125,9 | 126,4 | 124,9 | 130,2 | 87,1 | 125,6 | 179,6 | 183,3 |
| Сверхкрупные корпорации - Подразделения на зарубежных территориях | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется. | Не имеется. | Не имеет |
| Крупные корпорации - Подразделения на территории США | 115,9 | 107,4 | 101,8 | 105,3 | 105,2 | 106,4 | 107,4 | 105,8 | 166,9 |
| Крупные корпорации - Подразделения на зарубежных территориях | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется | Не имеется | Не имеет |
| имеется | имеется | имеется | имеется | имеется | имеется | имеется | имеется | имеется | имеет |
| Все компании, участвующие в СФО. Подразделения на территории США | 528,5 | 526,2 | 514,3 | 518,2 | 484,1 | 704,2 | 699,3 | 713,4 | 724,2 |
| Коэффициент технического использования | 89,3% | 91,7% | 91,7% | 93,5% | 90,7% | 96,0% | 94,8% | 93,6% | 95,8 |
| Производительность (предположительно) | 471,9 | 482,6 | 471,6 | 484,5 | 421,0 | 676,0 | 662,0 | 667,7 | 693,8 |
| Все компании, участвующие в СФО - Подразделения на зарубежных территориях | 231,4 | 235,1 | 234,3 | 215,0 | 210,6 | 222,4 | 243,2 | 253,9 | 274,8 |
| Коэффициент технического использования | 82,9% | 81,0% | 83,3% | 91,8% | 92,2% | 92,1% | 93,4% | 89,7% | 85,2 |
| Производительность (предположительно) | 191,9 | 190,4 | 195,2 | 197,3 | 194,2 | 204,8 | 227,1 | 227,8 | 234,2 |

Источник: Кембридж Энерджи Рисерч Ассошиэйтс; Министерство энергетики США, Система финансовой отчетности (СФО)

YKS 020385

-160-

YKS 020386

КОНФИДЕНЦИАЛЬНО

**Таблица IV.E.1.V Часть I Уровень нефтеперерабатывающих предприятий: Средний размер нефтеперерабатывающего предпри**

### A. ЮКОС

| | Средний размер | | | |
|---|---|---|---|---|
| | 1993 г. | | 2002 г. | |
| | млн т/год | барр./сутк и | млн т/год | барр./сутк h |
| | 13,99 | 279,812 | 7,50 | 150,080 |

### B. Другие российские компании

| | Средний размер | | | |
|---|---|---|---|---|
| | 1993 г. | | 2002 г. | |
| | млн т/год | барр./сутк и | млн т/год | барр./сутк h |
| В среднем по российским компаниям-конкурентам: Сумма конкурентов: | 18,15 | 362,910 | 11,09 | 221,844 |

### C. В сравнении с другими иностранными компаниями
*1. Северная Америка и Западная Европа*

| | Средний размер | | | |
|---|---|---|---|---|
| | 1993 г. | | 2002 г. | |
| Северная Америка | 4,97 | 99,359 | 6,30 | 125,917 |
| Западная Европа | 6,41 | 128,269 | 7,25 | 144,907 |

Источник: КЭРА, журнал «Ойл энд гэс джорнэл», ресурсы компаний

-161-

YKS 020387

КОНФИДЕНЦИАЛЬНО

**Таблица I V.E.I.v**

**Часть II**

**Уровень нефтеперерабатывающих предприятий: Средний размер нефтеперерабатывающего предприятия**

(В миллионах метрических тонн или как указано) C.

**В сравнении с другими иностранными компаниями (Продолжение)**

2. Для США
производственные мощности нефтеперерабатывающих предприятий Информация для функционального разреза нефтеперерабатывающих предприятий в СФО

(Расчеты в метрических тоннах)

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 20 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | г. | | г. | г. | |
| **Группа компаний Находящиеся на территории США производственные мощности нефтеперерабатывающих предприятий компаний, отчитывающихся по СФО** | | | | | | | | | |
| Производственные мощности на конец года Количество нефтеперерабатывающих предприятий, находящихся в полной собственности | 217 | 216 | 211 | 212 | 191 | 289 | 287 | 292 | 2 |
| | 76 | 74 | 69 | 69 | 60 | 95 | 94 | 90 | 9,3 |
| Средний размер нефтеперерабатывающего предприятия | 2,9 | 2,9 | 3,1 | 3,1 | 3,2 | 3,0 | 3,1 | 3,2 | |
| **Находящиеся на зарубежной территории производственные мощности нефтеперерабатывающих предприятий компаний, отчитывающихся по СФО США** | | | | | | | | | |
| Производственные мощности на конец года | 9,3 | 9,7 | 9,6 | 8,8 | 8,7 | 9,1 | 10,0 | 10,4 | 1 |
| Количество нефтеперерабатывающих предприятий, находящихся в полной собственности | 2,6 | 2,6 | 2,4 | 2,0 | 2,0 | 2,0 | 1,9 | 1,8 | 2 |
| Количество нефтеперерабатывающих предприятий, находящихся в частичной собственности | 1,4 | 1,4 | 1,3 | 1,2 | 1,5 | 1,5 | 1,8 | 1,8 | 1 |
| Общее количество нефтеперерабатывающих предприятий, находящихся в собственности | 4,0 | 4,0 | 3,7 | 3,2 | 3,5 | 3,5 | 3,7 | 3,6 | 4 |
| Средний размер нефтеперерабатывающего предприятия | 2,3 | 2,4 | 2,6 | 2,8 | 2,5 | 2,6 | 2,7 | 2,9 | 2 |

Примечание: СФО - Система финансовой отчетности

Источники: КЭРА, СФО

-162-

YKS 020388

КОНФИДЕНЦИАЛЬНО

*Ключевые характеристики нефтеперерабатывающих предприятий*

Данные, кратко отраженные в этом разделе, смотри в Таблицах IV.E.2.i-iii, а краткий обзор программы ЮКОСа по трансформации объема выпускаемых им перерабатываемых нефтепродуктов в ответ на изменение рыночного спроса, смотри на Иллюстрации IV.E.1: Инновации в технологиях и производстве автомобильного топлива: Реакция компании ЮКОС на потребности рынка.

ЮКОС

**Конфигурация.** Большая часть российских заводов ЮКОСа очень схожи по своей конструкции, поскольку все они были построены по одному и тому же базовому проекту. Заводы ЮКОСа (как, в общем, и все другие российские нефтеперерабатывающие предприятия) находятся на нижней ступени мировой нефтеперерабатывающей промышленности относительно конфигурации и сложности переработки нефти и, фактически, представляют собой лишь чуть усовершенствованные установки для отбора фракций нефти, которые состоят, в основном, из установок перегонки сырой нефти, с установкой для реформинга, обессеривающей установкой и оборудованием для термического крекинга (технология, которая уже больше не используется западными нефтеперерабатывающими предприятиями). Однако в Мажейкяйе имеется большая современная установка каталитического крекинга, которая была построена непосредственно в конце советского периода, а все три самарских завода имеют также производственные мощности по химической переработке нефти (каталитический крекинг и крекирование до кокса).

**Нефтяной ассортимент.** Качество сырой нефти, получаемой самарскими нефтеперерабатывающими предприятиями ЮКОСа и большинством других российских нефтеперерабатывающих предприятий за пределами Сибири аналогично качеству смеси «Уральская» (плотность около 32,5 в градусах Американского нефтяного института [АНИ] и 1,4 процента серы), из-за смешивания сырых сортов нефти в системе Транснефти. Напротив, качество сырой нефти, получаемой заводами ЮКОСа, расположенными в Сибири и приближенными к его Западно-Сибирским нефтепромыслам (Ачинский, Ангарский, Стрежевой), представлено, в основном, маркой «Сибирская Легкая» (АНИ 35-36, содержание серы составляет 0,6 процент), поскольку в этом регионе России не производится никакого смешивания с сортами сырой нефти класса «Поволжско-Уральская».

**Структура объема выходной продукции.** В целом, производимый нефтеперерабатывающими предприятиями ЮКОСа объем светлых нефтепродуктов вырос с 51,2 процента в 1994 г. до 61,3 процента в 2003 г. Также следует отметить растущую долю более высокооктанового бензина (АИ-91 и выше) в производимой бензиновой продукции ЮКОСа (с 14,1 процента от общего объема в 1994 г. до более 49 процентов в 2003 г.).

**Пригодность предприятий для удовлетворения рыночного спроса.** Ключевым сегментом рыночного спроса, побуждающего к принятию компанией стратегии модернизации нефтеперерабатывающих предприятий является скорее рынки светлых нефтепродуктов, а не рынки экспортной продукции (где, как заключило руководство компании, возможности относительно невелики, учитывая все возрастающую строгость европейских технических условий на продукцию и более дорогостоящую логистику, связанную с экспортом светлых нефтепродуктов вместо

-163-

YKS 020389

КОНФИДЕНЦИАЛЬНО

сырой нефти). Проведенный ЮКОСом анализ тенденций российского рынка светлых нефтепродуктов привел компанию к следующим основным выводам:

- Потребление бензина останется стабильным, составляя около 25 млн. т/год, но при дальнейшем повышении доли потребления высокооктанового бензина, обусловленного повышением спроса на высокооктановый бензин со стороны владельцев частных автомобилей;

- Потребление дизельного топлива с нынешних 25 млн. т/год до 30 млн. т/год в течение следующих 5 лет, особенно в результате перехода на дизельное топливо грузовых автоперевозок;

- Рынок авиационного топлива также будет расти, но более медленно;

- Спрос на топочный мазут продолжит сокращаться.

В этих условиях рынка, такие проекты, как изомеризация, которая повышает октановое число бензина, становятся с экономической точки зрения более привлекательными, чем увеличение нынешних производственных мощностей химической переработки или фракционной перегонки нефтеперерабатывающих предприятий (более подробное описание проектов модернизации смотри ниже в разделе "Инициативы по совершенствованию нефтеперерабатывающих предприятий"). В то же время, политические препятствия ограничивают возможности компании по дальнейшему уменьшению объема своих нефтеперерабатывающих производственная мощность до уровня, более соответствующего структуре российского спроса. Так, ЮКОС рассматривал возможность закрытия одного из своих самарских заводов, но пришел к выводу, что его будет невозможно реализовать.

Другие российские компании

- **Конфигурация.** Наиболее поразительное процентное увеличение производственных мощностей нефтеперерабатывающих предприятий, произошедшее в течение 1993-2002 гг. как с ЮКОСом, так и со всей российской отраслью в целом, относится к гидрообработке. Однако у сравниваемой группы российских компаний был зарегистрирован еще более резкий скачок в росте производительности мощностей по производству битума.

- **Нефтяной ассортимент.** За редким исключением, другие российские компании в массе своих поставок сырой нефти зависят от смеси «Уральская» (важное исключение представляет Сибнефть, чей Омский завод имеет доступ к несмешанной марке «Сибирская Легкая»).

- **Структура объема выходной продукции.** В случае с ЮКОС основное изменение — уменьшение доли выхода топочного мазута в общем объеме — происходило так же, как и в случае со всей российской отраслью в целом и со сравниваемой группой российских компаний.

- **Пригодность предприятий для удовлетворения рыночного спроса.** Одним из полезных показателей пригодности предприятий для удовлетворения рыночного спроса является структура выходной продукции нефтеперерабатывающих предприятий по сравнению с структура потребления продуктов переработки нефти в рамках основного целевого рынка — в случае с российскими компаниями, в самой России. В случае с бензином и дизельным топливом нефтеперерабатывающие предприятия ЮКОСа двигались параллельно российскому нефтеперерабатывающему сектору и выборочным компаниям в целом в течение периода, за который имеются данные (производя немного

-164-

YKS 020390

**КОНФИДЕНЦИАЛЬНО**

меньше бензина и дизельного топлива, если выразить долю выходной продукции нефтеперерабатывающих предприятий через сравнение с долей этих продуктов в общероссийском потреблении продуктов нефтепереработки), тогда как в случае с топочным мазутом картина более запутана.

### В сравнении с другими иностранными компаниями

В целом, данные по иностранным компаниям за период 1993-2003 гг. указывают на более тесную корреляцию между рыночным спросом, характеристиками нефтеперерабатывающих предприятий, инвестициями и оперативными решениями (касающимися приобретения сырой нефти, а также выходной продукции нефтеперерабатывающих предприятий), чем в российском случае:

- **Конфигурация.** В процентном отношении, наиболее существенные увеличения производственных мощностей международных компаний произошли в течение 1993-2002 гг. в областях крекирования нефти до кокса (сверхкрупные корпорации) и изомеризации (крупные корпорации).

- **Нефтяной ассортимент.** Международные компании имеют доступ к намного более широкой номенклатуре сырой нефти, чем ЮКОС и другие российские компании, учитывая их большую географическую диверсификацию и опору на поставки третьих сторон, и это помогает объяснить различия в их конфигурации и решениях по модернизации заводов; напр., западные нефтеперерабатывающие предприятия в ответ на изменения в мировой экономике, связанные с более тяжелой сырой нефтью, добавляют производственные мощности химической переработки.

  **Структура объема выходной продукции.** Как указано выше, наиболее поразительное различие в структуре объема выходной продукции между международными компаниями и российскими компаниями (включая ЮКОС) в течение этого периода, за который имеются сравнимые данные, заключается в большой доле светлых нефтепродуктов в общем объеме западных компаний, в отличие от объема российских. Например, в 2001 г. на долю бензина приходилось 47 процентов выходной продукции нефтеперерабатывающих предприятий Северной Америки по сравнению с 19 процентами в случае с Россией.

  **Пригодность предприятий для удовлетворения рыночного спроса.** В целом, в случаях как с Северной Америкой, так и Западной Европой, в сравнении с Россией наблюдалось гораздо большее соответствие между структурой выходной продукции нефтеперерабатывающих предприятий и местным рыночным спросом. Это отражает относительно большое значение для Запада стимулов к получению прибыли и сигналов рынка течение большей части, если не всего исследуемого периода — для того, чтобы остаться в бизнесе, западные нефтепереработчики должны перестраиваться в ответ на изменение рыночного спроса — и, возможно, наличие препятствий быстрому перевооружению производственных мощностей заводов в России для тех компаний, которые стали ориентироваться на рынок в большей степени. Однако в быстроте реагирования западных нефтепереработчиков случаются исключения. Интересным примером служит отсутствие реконфигурации нефтеперерабатывающих предприятий в Западной Европе в ответ на переход европейского транспорта на дизельное топливо и уменьшение европейского спроса на бензин за последние несколько лет. Европейские компании имеют тенденцию реагировать на этот сдвиг спроса, импортируя больше дизельного топлива (а именно, из России) и, экспортируя сой избыточный бензин на рынок США, поскольку разница между европейской ценой на дизельное топливо и

YKS 020391

КОНФИДЕНЦИАЛЬНО

ценой на бензин недостаточно велика для того, чтобы оправдать крупномасштабные капиталовложения в реконфигурацию заводов.

YKS 020392

# КОНФИДЕНЦИАЛЬНО

Таблица IV.E.2.1

Часть I

Конфигурация нефтеперерабатывающих предприятий

(загруженная производственная мощность установок нефтеперерабатывающих предприятий в тысячах метрических тонн в год)

| Компания 1 | Фракционирование в процессе перегонки нефти | Вакуумная перегонка в процессе перегонки | Конверсионное № кокса | Термический крекинг / Пятый крекинг | Каталитический крекинг | сырой рифоминг | Гидрокрекинг | Гидрообработка | Алкилирование | Меокоисло | Изомеризация | Ароматические углеводороды |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ЮКОС | 41,800 | 9,282 | | | 2,623 | 4,992 | 0 | 9,061 | | | 0 | 0 |
| | | | 1,429 | 2,479 | | | | | | | | |
| 2. Другие российские компании | | | | | | | | | | | | |
| Всего по России | 320,200 | 88,785 | 5,616 | 22,838 | 16,301 | 33,116 | 2,300 | 59,784 | | | | 1,965 |
| В среднем по компании ЛУКОЙЛ, Сибнефть, Сургутнефтегаз и ТНК | 22,589 | 5,879 | | 1,227 | 1,001 | 2,553 | | 5,836 | | | | |
| 3. в сравнении с другими иностранными компаниями | | | | | | | | | | | | |
| Итого Сверхкрупные корпорации | 421,159 | 167,564 | 19,281 | 16,537 | 95,401 | 63,904 | 27,436 | 238,074 | 9,004 | 828 | 5,215 | 3,279 |
| Итого Крупные корпорации" | 264,227 | 114,528 | 24,716 | 6,863 | 61,335 | 33,717 | 14,678 | 129,309 | 5,248 | 388 | 2,327 | 2,512 |

| Компания 1 | Фракционирование в процессе перегонки сырая нефть | Вакуумная Сырая перегонка в перегонка | Крупно давление до кокса | Термический крекинг / Пятый крекинг | Каталитический месяц крекинг | сырой рифоминг | Гидрообработка | Алкилирование | Меокоисло | Изомеризация | Ароматические углеводороды |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ЮКОС | 51,947 | 19,827 | 2,116 | 3,401 | 5,626 | 7,985 | 0 | 24,857 | | 24 | 0 | |
| 2. Другие российские компании | | | | | | | | | | | | |
| Всего по России | 267,918 | 95,661 | 4,925 | 20,080 | 16,100 | 31,147 | 1,867 | 102,??? | 318 | | | 2,436 |
| В среднем по компании ЛУКОЙЛ, Сибнефть, Сургутнефтегаз и ТНК | 27,617 | 8,851 | 459 | 1,511 | 1,211 | 3,153 | | 10,937 | 27 | | | |
| 3. В сравнении с другими иностранными компаниями | | | | | | | | | | | | |
| Итого Сверхкрупные корпорации | 604,262 | 243,155 | 57,636 | 30,895 | 164,269 | 97,887 | 51,716 | 369,521 | 16,675 | 650 | 12,111 | 6,380 |
| Итого Крупные корпорации" | 425,980 | 190,669 | 41,351 | 15,171 | 122,708 | 51,134 | 21,615 | 188,745 | 10,663 | 743 | 12,560 | 4,973 |

Источник: КЭРА

-167-

YKS 020394

YKS 020395

КОНФИДЕНЦИАЛЬНО

Таблица IV.E.2.l

Часть Л

Конфигурация нефтеперерабатывающих предприятий

(загруженная производственная мощность установок нефтеперерабатывающих предприятий в тысячах метрических тонн в год)

C. Рост производственных мощностей нефтеперерабатывающих предприятий между 1993 г. и 2002 г. (в процентном изменении) установками между 1993 г. и 2002 г. (в процентном изменении)

| Компании | Фактическая перегонка сырой нефти | Фракционная перегонка | Крекинг до кокса | Каталитический крекинг | Каталитический риформинг | Гидроочистка | Гидрокрекинг | Алкилирование | Ментол фенол | Изомеризация | Ароматические углеводороды | Масло смазочные масла |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. ЮКОС | 124% | 214% | 148% | 137% | 215% | 160% | | 274% 172% 124% | | | | |
| 2. Другие российские компании | | | | | | | | | | | | |
| Всего по России | 84% | 108% | 83% | 88% | 96% | | 187% 132% | | | | | |
| В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК | 122% | 151% | 71% | 123% | 121% | 189% | 155% | 179% | 78% | | 195% | |
| 3. В сравнении с другими иностранными компаниями Итого Сверхкрупные корпорации | 143% | 149% | 300% | 101% | 172% | 153% | 147% | 148% | 203% | 187% | 198% | |
| Итого Крупные корпорации | 161% | 168% | 221% | 200% | 152% | | | | | 232% 541% | | |

Источник: КЭРА
"Исходя из данных за 1991 г. г.; конфигурация оставалась в основном неизменной между 1991 г. и 1993 гг.
"КонокоФиллипс, Тоталь, Шеврон Тексако, Репсол, Петробраз

YKS 020396

-169-

YKS 020397

КОНФИДЕНЦИАЛЬНО

## Таблица IV.E.2.M Структура объема выходной продукции

(выход различных видов продукции в виде процентной доли от общей выходной продукции нефтепереработки)

### A. ЮКОС

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 | 20 |
|---|---|---|---|---|---|---|---|---|
| Бензин | 15.2 | 16.1 | 17.2 | 15.0 | 14.8 | 15.9 | 16.1 | 12 |
| Дизельное топливо | 31.0 | 30.6 | 31.3 | 31.1 | 30.0 | 28.9 | 30.2 | 23 |
| Топочный мазут | 34.8 | 38.9 | 36.8 | 37.8 | 37.2 | 33.3 | 34.2 | 21 |

### B. Другие российские нефтяные компании

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 20 |
|---|---|---|---|---|---|---|---|---|
| **Российская нефтяная промышленность** | | | | | | | | |
| Бензин | | 14.5 | 15.6 | 15.4 | 15.1 | 15.3 | 15.6 | 20 |
| Дизельное топливо | | 25.1 | 25.9 | 26.5 | 27 | 27.6 | | |
| Топочный мазут | | 35.7 | 33.3 | 33.3 | 32.7 | 31.4 | | |
| **В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК** | | | | | | | | |
| Бензин | 12.0 | 12.2 | 15.6 | 15.6 | 15.9 | 16.5 | 15.8 | 16 |
| Дизельное топливо | 22.5 | 22.5 | 24.1 | 24.3 | 26.0 | 27.2 | 27.1 | 28 |
| Топочный мазут | 38.2 | 37.2 | 33.8 | 34.6 | 33.1 | 32.3 | 24.1 | 22 |

Источник: «Кортэс»

### C. В сравнении с другими иностранными компаниями

| | 1993 г. | | | 2001 г. | | |
|---|---|---|---|---|---|---|
| | Северная Америка | Западная Европа | Россия | Северная Америка | Западная Европа | Россия |
| Автомобильный бензин | 46% | 25% | 16% | 47% | 23% | 19% |
| Лигроин | 2% | 6% | 5% | 1% | 7% | 0% |
| Авиационное топливо/керосин | 9% | 6% | 6% | 9% | 7% | 6% |
| Газойль | 21% | 34% | 27% | 23% | 36% | 30% |
| Топочный мазут | 6% | 18% | 35% | 5% | 15% | 29% |
| Прочее | 16% | 10% | 12% | 15% | 11% | 17% |
| Всего | 100% | 100% | 100% | 100% | 100% | 100% |

Обратите внимание: Не включает в себя СНГ (сжиженный нефтяной газ). Объемы выходной продукции были приведены к 100 процентам Источники: Кембридж Энерджи Рисерч Ассошиэйтс; МЭА

YKS 020398

КОНФИДЕНЦИАЛЬНО

Таблица IV.E.2.iii Часть I Соответствие рыночному спросу: Выходная продукция нефтепереработки

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | предприятий в сравнении с потреблением |
|---|---|---|---|---|---|---|---|---|
| **A. ЮКОС** | | | | | | | | |
| *Продукт* | | | | | | | | |
| Бензин | | | | | | | | |
| в процентах от выхода продукции нефтепереработки ЮКОСа | 15.2 | 16.1 | 17,2 | 15,6 | 14,8 | 15,9 | 16,1 | 2 |
| в процентах от российского потребления продуктов нефтепереработки | 16.4 | 19.0 | 19,7 | 20,9 | 19,6 | 22,5 | 20,5 | 1 |
| Дизельное топливо | | | | | | | | |
| в процентах от выхода продукции нефтепереработки ЮКОСа | 31.0 | 30.6 | 31,5 | 31,1 | 30,1 | 29,9 | 30,2 | 2 |
| в процентах от российского потребления продуктов нефтепереработки | 24.9 | 24.0 | 22,6 | 27,7 | 22,3 | 21,9 | 20,5 | 2 |
| Топочный мазут | | | | | | | | |
| в процентах от выхода продукции нефтепереработки ЮКОСа | 34.8 | 38.9 | 36,9 | 36,9 | 37,2 | 33,3 | 34,2 | 2 |
| в процентах от российского потребления продуктов нефтепереработки | 37.8 | 36.9 | 37,3 | 39,9 | 41,6 | 34,4 | 26,3 | 2 |
| Источник: «ИнфоТэк», IGRA | | | | | | | | |
| **B. Другие российские нефтяные компании** | | | | | | | | |
| Российская нефтяная промышленность | | | | | | | | 20 |
| в процентах от доли бензина в выходной продукции нефтеперерабатывающих предприятий | 24.9 | 24.0 | 25,1 | 25,9 | 26,5 | 27 | 27,6 | |
| в процентах от доли дизельного топлива в выходной продукции нефтеперерабатывающих предприятий | 38.2 | 37.2 | | | | | | 2 |
| в процентах от доли топочного мазута в российском потреблении продуктов нефтепереработки | 37.8 | 36.9 | 36,7 | 33,5 | 33,3 | 32,7 | 31,4 | 2 |
| В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК | | | | | | | | 2 |
| в процентах от доли бензина в выходной продукции нефтеперерабатывающих предприятий | 37.8 | 36.9 | 11,8 | 15,6 | 15,9 | 16,5 | 15,8 | 1 |
| в процентах от доли дизельного топлива в выходной продукции нефтеперерабатывающих предприятий | 12.0 | 12.2 | 18,7 | 20,9 | 19,6 | 22,5 | 20,4 | 2 |
| в процентах от доли топочного мазута в российском потреблении продуктов нефтепереработки | 16.4 | 19.0 | 22,6 | 26,3 | 26,0 | 27,2 | 28,0 | 2 |
| | 22.5 | 22.5 | 37,3 | | | 24,1 | | 22 |
| | 24.9 | 24.0 | | | | | | 22 |
| | 38.2 | 37.2 | | | | | | 25 |
| | 37.8 | 36.9 | | | | | | |

-171-

Источник: «ИнфоТех», КЭРА

YKS 020400

КОНФИДЕНЦИАЛЬНО

-172-

YKS 020401

Case 3:07-mc-80215-MMC    Document 12-9    Filed 05/20/2008    Page 34 of 50

КОНФИДЕНЦИАЛЬНО

**Таблица IV.E.2.iii**
**Часть II**
**Соответствие рыночному спросу: Выходная продукция нефтеперерабатывающих предприятий в сравнении с потреблением С.**
В сравнении с другими иностранными компаниями

*7. Региональное предложение и спрос*
*(в миллионах метрических тонн)*

| | 1993 г. | | 2001 г. | |
|---|---|---|---|---|
| | Производство | Спрос | Производство | Спрос |
| **Северная Америка** | | | | |
| Бензин+Лигроин | 361,2 | 361,8 | 395,0 | 413,6 |
| Газойль | 250,1 | 240,9 | 295,9 | 299,2 |
| Всего | 611,3 | 602,7 | 690,9 | 712,8 |
| **Зап. Европа** | | | | |
| Бензин+Лигроин | 182,8 | 171,9 | 185,9 | 169,0 |
| Газойль | 262,5 | 268,9 | 289,5 | 318,0 |
| Всего | 445,3 | 440,8 | 475,4 | 487,0 |
| **Россия** | | | | |
| Бензин* Лигроин | 38,8 | 36,1 | 27,7 | 25,0 |
| Газойль | 67,9 | 49,2 | 58,8 | 35,0 |
| Всего | 106,7 | 85,3 | 86,5 | 60,0 |

*2. Разбивка спроса и производства по видам светлых нефтепродуктов*
*(проектная доля светлых нефтепродуктов, расчет на основании величин в метрических тонах)*

| | 1993 г. | | 2001 г. | |
|---|---|---|---|---|
| | Производство | Спрос | Производство | Спрос |
| **Северная Америка** | | | | |
| Бензин+ Лигроин | 59% | 60% | 57% | 58% |
| Газойль | 41% | 40% | 43% | 42% |
| **Зап. Европа** Бензин+ Лигроин | 41% | 39% | 39% | 35% |
| Газойль | 59% | 61% | 61% | 65% |
| **Россия** | | | | |
| Бензин+ Лигроин | 36% | 42% | 32% | 42% |
| Газойль | 64% | 58% | 68% | 58% |

*3. Сравнение поэтапных изменений в спросе на легкие фракции продукции нефтепереработки и в их производстве нефтеперерабатывающими предприятиями*
*(Поэтапные изменения с 1993 г. по 2001 г., в миллионах метрических тонн)*

| (В миллионах метрических тонн) | Бензин + Лигроин | | Газойль | |
|---|---|---|---|---|
| | Спрос | Производственные возможности | Спрос | Производственные возможности |
| Северная Америка | 51,8 | 33,7 | 58,3 | 45,8 |
| Западная Европа | (2,8) | 3,1 | 49,0 | 27,0 |
| Россия | (11,2) | (11,1) | (14,2) | (9,1) |

Примечание: Газойль включает в себя дизельное топливо, топливо коммунально-бытового назначения и авиационное топливо/керосин.
Источник; МЭА

YKS 020402

КОНФИДЕНЦИАЛЬНО

*Логистика*

Данные, кратко отраженные в этом разделе, смотри в Таблицах IV.E.3 и на Иллюстрации 1V.E.2: Новейшие технологии для независимой аттестации, предлагаемой потребителям продукции нефтеперерабатывающих предприятий мирового класса.

ЮКОС

- **Доступ к снабжению сырой нефтью.** Все нефтеперерабатывающие предприятия ЮКОСа получают сырую нефть через трубопроводную систему Транснефти. Однако, из-за наличия ограничений по трубопроводной транспортировке ЮКОС прибег к доставке сырой нефти в Литву железнодорожным транспортом. Помимо случая с Литвой (возникшего из-за перенацеливания потоков сырой нефти в трубопроводной системе на балтийские терминалы), нефтеперерабатывающие предприятия ЮКОСа вряд ли испытывают затруднение со снабжением, поскольку добыча компанией сырой нефти постоянно превышала общую производственную мощность его нефтеперерабатывающих предприятий — в некоторые годы последнего десятилетия более чем на 200 процентов, однако с менее разительным превышением после приобретения ЮКОСом Ангарского, Ачинского и Мажейкяйского заводов.

- **Доступ к рынкам сбыта.** Основным фактором, обуславливающим различия между нефтеперерабатывающими предприятиями ЮКОСа и других российских компаний, является их близость к экспортным рынкам, причем самарские заводы расположены наилучшим образом для того, чтобы обеспечивать доступ к экспортным рынкам наиболее рентабельным способом (по трубопроводам и нефтеналивными баржами, в дополнение к железнодорожному транспорту), однако они имеют определенный проигрыш в доступе к прибыльным внутренним рынкам, учитывая ожесточенную конкуренцию за доли рынка со стороны российских нефтеперерабатывающих предприятий на территории Поволжско-Уральского региона. Мажейкяй также имеет выгодное расположение для экспорта на Балтике. Ачинский и Ангарский заводы представляют собой изолированные нефтеперерабатывающие предприятия, на обширных территориях внутренних регионов в Сибири.

Другие российские компании

- **Доступ к снабжению сырой нефтью.** Как и в случае с ЮКОСом, крупные нефтеперерабатывающие предприятия большинства российских компаний обычно получают снабжение сырой нефтью в виде смеси «Уральская» через систему Транснефти.

- **Доступ к рынкам сбыта.** Как и ЮКОС, в течение 1990-х годов другие российские компании также имели тенденцию экспортировать все возрастающие объемы продукции, поскольку объемы их добычи и переработки сырой нефти превышали российский спрос, хотя лишь немногие из крупных российских нефтеперерабатывающих предприятий находятся в непосредственной близости от экспортных рынков (одним из важных исключений является Киришский завод Сургутнефтегаза неподалеку от Санкт-Петербурга).

YKS 020403

КОНФИДЕНЦИАЛЬНО

В сравнении с другими иностранными компаниями

- **Доступ к снабжению сырой нефтью.** В отличие от российского случая, у международных компаний нет какого-либо особого сосредоточения усилий на добыче своей собственной сырой нефти; снабжение ею осуществляется широким кругом третьих сторон.

- **Доступ к рынкам сбыта.** Невзирая на случай со спросом на дизельное топливо в Западной Европе, описанный в предыдущем разделе, западные компании имеют тенденцию сосредоточивать усилия на местных, а не экспортных рынках светлых нефтепродуктов и смещают структуру выходной продукции нефтеперерабатывающих предприятий в ответ на изменения в структуре местного спроса более быстрыми темпами, чем это делается российскими компаниями.

YKS 020404

КОНФИДЕНЦИАЛЬНО

**Таблица IV.E.3 Логистика:**
**Наличие снабжения сырой нефтью**
(В миллионах метрических тонн)

**A. ЮКОС**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 33,6 | 33,6 | 29,6 | 26,3 | 26,7 | 26,7 | 24,8 | 25,1 | 39,4 |
| Добыча сырой нефти | 33,9 | 28,8 | 27,1 | 34,9 | 35,4 | 44,6 | 44,5 | 49,5 | 58,1 |
| Отношение добычи сырой нефти к нефтеперерабатывающим производственным мощностям | 1,01 | 0,86 | 0,92 | 1,33 | | 1,67 | 1,79 | 1,97 | 1,47 |

Источник: «Кортес», КЭРА, «ИнфоТек», ЮКОС

**B. Другие российские нефтяные компании**

Российская нефтяная промышленность

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 320,2 | 333,6 | 313,7 | 314,2 | 306,0 | 288,7 | 282,3 | 279,9 | 277,3 |
| Добыча сырой нефти | 358,2 | 320,5 | 314 | 305,3 | 311 | 308 | 308,5 | 326,4 | 352,3 |
| Отношение добычи сырой нефти к нефтеперерабатывающим производственным мощностям | 1,12 | 0,96 | 1,00 | 0,97 | 1,02 | 1,06 | 1,09 | 1,17 | 1,27 |

В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 21,5 | 21,5 | 21,5 | 20,4 | 19,7 | 31,4 | 20,4 | 22,9 | 26,7 |
| Добыча сырой нефти | 43,5 | 39,7 | 42,2 | 31,1 | 33,8 | | 31,9 | 38,0 | 43,4 |
| Отношение добычи сырой нефти к нефтеперерабатывающим производственным мощностям | 2,03 | 1,85 | 1,97 | 1,52 | 1,71 | | 1,56 | 1,66 | 1,63 |

Источник: «Кортес», КЭРА, «ИнфоТек», Статистический отчет «Бритиш Петролеум»

**C. В сравнении с другими иностранными компаниями**

1. Сверхкрупные корпорации: Подразделения на территории США

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 130 | 126 | 126 | 125 | 130 | 87 | 126 | 179 | 183 |
| Добыча сырой нефти | 74 | 73 | 75 | 74 | 64 | 62 | 64 | 71 | 72 |
| Отношение добычи сырой нефти к нефтеперерабатывающим производственным мощностям | 0,57 | 0,58 | 0,59 | 0,59 | 0,49 | 0,71 | 0,51 | 0,40 | 0,39 |

2. Крупные корпорации: Подразделения на территории США

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 116 | 126 | 107 | 102 | 105 | 106 | 107 | 106 | 167 |
| Добыча сырой нефти | 34 | 31 | 31 | 30 | 31 | 28 | 27 | 32 | 51 |
| Отношение добычи сырой нефти к нефтеперерабатывающим производственным мощностям | 0,29 | 0,29 | 0,30 | 0,28 | 0,29 | 0,26 | 0,25 | 0,30 | 0,30 |

YKS 020405

КОНФИДЕНЦИАЛЬНО

Примечание: В выборку включены три крупные корпорации (Шеврон, Коноко, Филлипс)

3. Компании США, участвующие в СФО

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 528 | 526 | 514 | 517 | 464 | 704 | 698 | 711 | 724 |
| Добыча сырой нефти | 218 | 252 | 207 | 200 | 193 | 186 | 190 | 155 | 170 |
| Отношение добычи сырой нефти к нефтеперерабатывающим производственным мощностям | 0,41 | 0,48 | 0,40 | 0,39 | 0,42 | 0,26 | 0,27 | 0,22 | 0,23 |

Примечание: * Переведено из баррелей из расчета 8,0 баррелей на одну метрическую тонну, отражая расчетную структуру сырой нефти и газоконденсатных жидкостей.
Источник: Служба энергетической информации, подборка из формы EIA-28 (Система финансовой отчетности).

-177-

YKS 020406

КОНФИДЕНЦИАЛЬНО

*Коэффициент технического использования нефтеперерабатывающих предприятий*

Данные, кратко изложенные в настоящем разделе, смотри в Таблице IV.Е.4.

### ЮКОС

Коэффициент технического использования основных нефтеперерабатывающих мощностей ЮКОСа на своих нефтеперерабатывающих предприятиях вырос с 54,8 процента в 1994 г. до 62 процентов в 2003 г., причем самый высокий в 2003 г. коэффициент среди крупных нефтеперерабатывающих предприятий ЮКОСа был указан в отчетности Куйбышевского завода (78,6 процента), а наименьший - Сызраньского (46,7 процент). Ангарский завод представляет собой нефтеперерабатывающее предприятие ЮКОСа с самыми большими по объему неиспользуемыми производственными мощностями (около 8 млн. т/год в 2003 г.) и все еще слишком велик для окружающих его региональных рынков. Таким образом, дальнейшее существенное увеличение коэффициентов технического использования ЮКОСа зависит, в частности, от изъятия избыточных производственных мощностей Ангарского завода.

### Другие российские компании

Отрицательное воздействие Ангарского завода на коэффициенты технического использования ЮКОСа иллюстрируется более высокими коэффициентами технического использования, достигнутыми за последние годы как всей российской отраслью в целом (70 процентов в 2003 г.), так и компаниями, отобранными для проведения подробного сравнительного анализа (73 процента в 2003 г.).

### В сравнении с другими иностранными компаниями

Средний коэффициент технического использования нефтеперерабатывающих предприятий США колебался в течение 1993-2002 гг. от низшего значения 88,4 процента (2002 г.) до 93,9 процента (1997 г.), или на 10 процентов превышал коэффициенты ЮКОСа и других российских компаний в течение в течение почти всех тех лет, за которые имеются данные. Производственные мощности более высокой сложности западных заводов позволили западным нефтеперерабатывающим постоянно использовать свои производственные мощности по переработке нефти в более полной мере, отвечая на изменения спроса (т.е., российские нефтепереработчики были менее способны изменять структуру выходной продукции нефтеперерабатывающих предприятий в ответ на изменения спроса). Например, в российском случае нефтепереработчики оказались, в общем, неспособны отреагировать на рухнувший российский спрос на топочный мазут и на рост спроса на светлые нефтепродукты путем переброски производственных мощностей заводов с выработки топочного мазута на выпуск светлых нефтепродуктов из-за отсутствия нефтеперерабатывающих предприятий со сложной переработкой нефти, и выяснили, что для каждого увеличения производства более ценных светлых нефтепродуктов они вынуждены производить больше неэкономичного топочного мазута, чем они производили раньше, и так до тех пор, пока не будет реализована модернизация заводов. Как отмечалось выше, произошедший в 1990-х годах в Западной Европе случай был в некоторых отношениях схож, поскольку западноевропейские нефтепереработчики не смогли обычным образом удовлетворить всплеск местного спроса на дизельное топливо, опираясь на уже существующие заводские производственные мощности. Однако, рыночные условия сложились таким образом, что импорт дизельного топлива и экспорт бензина воспринимались западноевропейскими нефтепереработчиками экономически более оправданными, чем инвестиции в реконфигурацию нефтеперерабатывающих предприятий.

YKS 020407

КОНФИДЕНЦИАЛЬНО

## Таблица IV.E.4
### Часть I

**Коэффициенты технического использования нефтеперерабатывающих предприятий**
(В миллионах метрических тонн)

### A. ЮКОС
производственные мощности нефтеперерабатывающих предприятий

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 200(2) |
|---|---|---|---|---|---|---|---|---|---|---|
| Производительность b | 26,7 | 24,8 | 25,1 | 39,4 | 52, | 33,6 | 33,6 | 29,6 | 26,3 | 26,7 |
| | 20,1 | 19,4 | 17,7 | 21,5 | 30, | 21,0 | 18,5 | 16,3 | 18,0 | 21,9 |
| Отношение производительности к производственной мощности | 0,75 | 0,78 | 0,71 | 0,55 | 0,5 | 0,63 | 0,55 | 0,55 | 0,69 | 0,82 |

Источник: «Кортес», КЭРА, «ИнфоТек»

### B. Другие российские нефтяные компании

**Всего по России**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 200(2) |
|---|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 306,0 | 289,7 | 282,3 | 279,9 | 277,3 | 267, | 320,2 | 333,6 | 313,7 | 314,2 |
| Производительность | 220,1 | 180,6 | 179,1 | 173,8 | 176,3 | 163,7 | 170,1 | 174,7 | 178,7 | 184, |
| Отношение производительности к производственной мощности | 0,69 | 0,54 | 0,57 | 0,55 | 0,58 | 0,57 | 0,60 | 0,62 | 0,64 | 0,6 |

**В среднем по компаниям ЛУКойл, Сибнефть, Сургутнефтегаз и ТНК**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 200(2) |
|---|---|---|---|---|---|---|---|---|---|---|
| Производственная мощность нефтеперерабатывающих предприятий | 21,5 | 21,5 | | | 19,7 | 20,4 | 22,9 | 26,7 | 26, | |
| Производительность | 16,9 | 14,4 | 15,6 | 13,6 | 13,4 | 15,3 | 16,9 | 18,1 | 19, | |
| Отношение производительности к производственной мощности | 0,79 | 0,67 | 0,72 | 0,66 | 0,69 | 0,75 | 0,74 | 0,68 | 0,7 | |

13,6

Источник: «Кортес», КЭРА, «ИнфоТек», Статистической отчет «Бритиш Петролеум»

-179-

YKS 020409

КОНФИДЕНЦИАЛЬНО

Таблица IV.E.4

Часть II

Коэффициенты технического использования нефтеперерабатывающих предприятий

(В миллионах метрических тонн)

C. В сравнении с другими иностранными компаниями

| | 1993 г. | 1994 г. | 1995 г. | 1996 г. | 1997 г. | 1998 г. | 1999 г. | 2000 г. |
|---|---|---|---|---|---|---|---|---|
| *Промышленность США* | | | | | | | | |
| Базирующиеся в США производственные мощности нефтеперерабатывающих предприятий | 746 | 742 | 761 | 756 | 762 | 775 | 802 | 814 |
| Производительность (предположительно) | 683 | 692 | 697 | 707 | 732 | 745 | 744 | 755 |
| Коэффициент технического использования: средний по США | 91,6% | 93,3% | 91,5% | 93,5% | 96,0% | 96,2% | 92,7% | 92,7% |
| *Компании, отчитывающиеся по СФО* | | | | | | | | |
| Базирующиеся в США производственные мощности нефтеперерабатывающих предприятий компаний, отчитывающихся по СФО | 528 | 526 | 514 | 517 | 464 | 704 | 698 | 711 |
| Производительность (предположительно) | 477 | 484 | 477 | 482 | 447 | 676 | 665 | 659 |
| Коэффициент технического использования: Компаний, отчитывающихся по СФО | 90,3% | 91,9% | 92,7% | 93,3% | 96,3% | 96,0% | 95,2% | 92,6% |
| Базирующиеся за рубежом производственные мощности нефтеперерабатывающих предприятий мощности нефтеперерабатывающих предприятий компаний США, участвующих в СФО: | | | | | | | | |
| Зарубежные производственные мощности нефтеперерабатывающих предприятий | 231 | 235 | 234 | 215 | 211 | 222 | 243 | 254 |
| Производительность (предположительно) | 189 | 189 | 195 | 195 | 195 | 199 | 217 | 223 |
| Коэффициент технического использования: Компаний, отчитывающихся по СФО | 81,5% | 80,3% | 83,4% | 90,6% | 92,8% | 89,7% | 89,4% | 87,9% |
| *Сверхкрупные корпорации* | | | | | | | | |
| Базирующиеся в США производственные мощности нефтеперерабатывающих предприятий | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| Производительность (предположительно) | 118 | 123 | 128 | 125 | 127 | 134 | 122 | 128 |
| Коэффициент технического использования, средний по США | 91,3% | 94,9% | 98,6% | 96,6% | 98,3% | 103,6% | 94,2% | 99,0% |
| *Крупные корпорации* | | | | | | | | |
| Базирующиеся в США производственные мощности нефтеперерабатывающих предприятий | 116 | 107 | 102 | 105 | 105 | 106 | 107 | 106 |
| Производительность (предположительно) | 109 | 108 | 94 | 96 | 97 | 95 | 103 | 97 |
| Коэффициент технического использования, средний по США | 93,8% | 100,5% | 92,7% | 90,9% | 92,1% | 89,6% | 95,7% | 91,7% |

Источник: Кембридж Энерджи Рисерч Ассошиейтс; Министерство энергетики США, Система финансовой отчетности (СФО), Служба энергетической информации США.

W = Данные не выдаются во избежание разглашения являющейся собственностью компаний информации.

КОНФИДЕНЦИАЛЬНО

-181-

YKS 020411

**КОНФИДЕНЦИАЛЬНО**

*Инициативы по совершенствованию нефтеперерабатывающих предприятий*

Данные, кратко отраженные в этом разделе, смотри в Таблицах IV.E-5.i-ii, а общий вид роли западных компаний в программах модернизации нефтеперерабатывающих предприятий ЮКОСа смотри на Иллюстрации IV.E.3: Сотрудничество компании ЮКОС с мировыми лидерами в области передовых технологий нефтепереработки.

**ЮКОС**

С точки зрения капитальных затрат нефтеперерабатывающие предприятия составляют относительно малую часть операций ЮКОСа, поскольку руководство сделало вывод о том, что основные возможности компании кроются в добывающей отрасли. Например, в 2003 г., общие капиталовложения ЮКОСа в свои нефтеперерабатывающие предприятия составил всего 85 млн. долл. США из общего бюджета капиталовложений, оцениваемого в 1.8 млрд. долл. США. Но в то же время, наращивание усилий компании по добыче и экспорту сырой нефти ведет к переосмыслению стратегии в отношении последующих технологических циклов. Одним из факторов, подвигающих ЮКОС на усилия, направленные на осветление продукции нефтеперерабатывающих предприятий, является необходимость реагировать на изменяющуюся структуру спроса внутри России. Другой заключается в намерении высвободить большее количество сырой нефти для продажи на экспортных рынках — выход избыточного топочного мазута в результате усилий нефтепереработчиков удовлетворить растущий российский спрос на светлые нефтепродукты при помощи заводов, не прошедших модернизацию, представляет собой убытки в свете потенциальных экспортных продаж сырой нефти, которые приносят значительно более высокие прибыли, чем может принести топочный мазут. Тем не менее, ЮКОС выделил всего лишь около 1.2 млрд. долл. США на модернизацию всех своих российских заводов и Мажейкяйского завода на десять следующих лет, включая конверсионные проекты, показывая, что капиталовложения в нефтеперерабатывающий сектор остаются в рамках общей стратегии корпорации второстепенной задачей. Короче говоря, ЮКОС решил сосредоточить усилия на улучшении качества своего бензина (повышение октанового числа) и дизельного топлива (уменьшение содержания серы).

Основные задачи программы модернизации нефтеперерабатывающих предприятий ЮКОСа заключаются в том, чтобы:

- Соблюсти более жесткие технические условия по сере и другим параметрам, поскольку предполагается их изменение в России, в ожидании того, что Россия неизбежно примет стандарты, эквивалентные введенным ЕС (в настоящее время российские продукты отстают от стандартов ЕС на 5-8 лет; стандарт Euro-2003 не будет введен в России до 2008 г.);

- Отреагировать на изменение структуры российского потребления в результате воздействия рыночных сил (напр., увеличение автомобильного парка, перевод бензиновых грузовиков на дизельное топливо);

Краеугольным камнем стратегии поднятия качественного уровня являются изомеризация и дополнительная гидрообработка, оба этих процесса способствуют решению проблем более строгих нормативных актов по качеству (особенно касающиxся ароматических углеводородов) и увеличения объема выходной продукции более высокооктанового бензина в ответ на измененис российского рыночного спроса. ЮКОС не прогнозирует возникновения потребности переработки больших объемов топочного мазута в бензин и дизельное топливо на своих нефтеперерабатывающих предприятиях в течение нескольких лет, но выразит уверенность в том, что он, при необходимости, сможет ускорить реализацию проектов химической переработки.

-182-

YKS 020412

**КОНФИДЕНЦИАЛЬНО**

Другие, более амбициозные проекты поднятия качественного уровня нефтеперерабатывающих предприятий, рассматриваемые ЮКОСом, могут быть запущены в относительно короткие сроки, если рынок гарантирует их окупаемость. Например, ЮКОС разработал крупный проект флюид-каталитического крекинга (ФКК) (каталитический крекинг со взвешенным катализатором) для одного из самарских заводов, но он останется на чертежной доске до тех пор, пока не изменятся выявленные компанией тенденции рынка светлых нефтепродуктов.

Возможно, наиболее амбициозная из программ модернизации нефтеперерабатывающих предприятий в повестке ЮКОСа касается Мажейкяйского завода — инициатива, которая может привести к инвестициям в общей сумме до 600 млн. долл. США, до конца этого десятилетия (смотри Блок: Программа модернизации Мажейкяйского нефтеперерабатывающего предприятия).

**Вставка блока**

Программа модернизации Мажейкяйского нефтеперерабатывающего предприятия

Программа модернизации Мажейкяйского нефтеперерабатывающего предприятия была сформулирована и запущена до того, как ЮКОС купил свой пай в этой компании в 2002 г. Это была трехэтапная программа, включающая оценочные затраты в размере 400 млн. долл. США, которые с тех пор одобрил ЮКОС; фактически, ЮКОС может к 2009 г. инвестировать в модернизацию нефтеперерабатывающих предприятий до 600 млн. долл. США. Запланировано ассигновать 100 млн. долл. США на затраты по строительству новых технологических установок и 100 млн. долл. США на модернизацию уже существующих установок. Цель первого этапа программы заключается в поднятии качественного уровня нефтеперерабатывающих предприятий с тем, чтобы удовлетворить технические условия ЕС на светлые нефтепродукты, затем следует второй этап, имеющий целью удовлетворить более жесткие технические условия ЕС 2005 г. Третий этап включает в себя мероприятия по дальнейшему повышению эффективности. Основными установками, подлежащими строительству или модернизации в рамках первого этапа, являются:

- Установка изомеризации;
- Модернизация комплекса флюид-каталитического крекинга;
- Системы смешивания/обработки/погрузки продукции;
- Модернизация систем обработки серы амином;
- Модернизация LK-6U-2 (установка первичной фракционной перегонки);
- Доработка установки для реформинга; и
- Контроль качества/защиты окружающей среды/техники безопасности.

Первый этап программы модернизации был завершен к осени 2003 г., включенные в него затраты составили 62,5 млн. долл. США на новые установки и 17 млн. долл. США на модернизацию уже существующих производственных мощностей. Ключевым проектом первого этапа была установка Репех (изомеризации) производительностью 700000 тонн в год для производства высокооктанового бензина, с расчетной стоимостью 50 млн. долл. США. Ее ввод в эксплуатации в сентябре 2003 г. включал в себя реконструкцию блоков, которые обеспечивали подачу продукта на новую установку, а также новую смешивающую бензиновую установку и модернизацию серной установки. Совет директоров управляемой ЮКОСом Мажейкяйской компании Нафта утвердил расходы в размере 66.7 млн. долл. США на дальнейшую модернизацию нефтеперерабатывающего предприятия в 2004 г.

**Конец блока**

YKS 020413

КОНФИДЕНЦИАЛЬНО

Другие российские компании

Как и в случае с ЮКОСом, другие российские компании имеют тенденцию выделять на поднятие качественного уровня нефтеперерабатывающих предприятий лишь небольшую часть капитальных вложений по сравнению с инвестициями в нефтедобывающую деятельность. Однако, в отличие от ЮКОСа, некоторые другие крупные корпорации приняли на вооружение более капиталоемкие стратегии модернизации нефтеперерабатывающих предприятий, нацеленные на изменение всего сортамента продукции своих нефтеперерабатывающих предприятий (в отличие от концентрации усилий ЮКОСа на улучшение качества отдельных продуктов из ассортимента). КЭРА делает вывод о том, программа модернизации ЮКОСа, вероятно, увеличивает стоимость продукции в большей степени, чем более дорогостоящие проекты, реализуемые другими компаниями.

Невзирая на неопределенные экономические результаты отдельных проектов, ключевым направлением реструктуризации нефтеперерабатывающих предприятий в общем поступательном развитии России является необходимость усовершенствования сортамента продукции. Поднятие качественного уровня необходимо из-за отсутствия глубины нефтепереработки. Имея ограниченные производственные мощности химической переработки (крекинг и крекирование до кокса) для крекирования тяжёлых фракций на более легкие, структура выходной продукции российских нефтеперерабатывающих предприятий остается в сильной степени ориентированной на тяжелый топочный мазут; ориентация, которая все более противоречит тенденциям в потреблении продукции, которые способствуют повышению роли светлых нефтепродуктов (бензин и дизельное топливо).

В течение переходного периода, начиная с 1991 г. г., было завершено строительство фактически лишь нескольких крупных установок химической переработки, включая две новые установки каталитического крекинга: одна в Омске (включившись в технологический процесс в 1996 г., с производственной мощностью в 1.8 млн. т/год), а другая в Уфе (также завершенная в 1996 г., с производственной мощностью в 2.2 млн. т/год); наряду с тремя крупными реконструкциями уже существующих установок каталитического крекинга (в Перми (в 1998 г., добавив к крекинговым производственным мощностям 700000 тонн в год); в Ярославле (в 2000 г., добавив 25 процентов к уже существующим производственным мощностям); и в Рязани (в 2001 г., увеличив производственные мощности с 750000 тонн в год до 1,5 млн. т в год). Не было завершено строительство ни одной новой установки для коксования или установки для гидрокрекинга, хотя на ряде установок работы ведутся. Что касается других новых установок для поднятия качественного уровня производства, то было построено несколько новых установок для каталитического реформинга и крекинг-печей для легкого крекинга, а также в течение этого периода было завершено строительство установок для алкилирования и асфальтовых установок, причем наиболее разительный прогресс был достигнут гидробрабатывающих производственных мощностях по обессериванию газойля (в основном, дизельного топлива). Нацеленные на улучшение качества дизельного топлива, производимого для международных экспортных рынков, гидробрабатывающие производственные мощности на нефтеперерабатывающих предприятиях России увеличились между 1991 г. и 2002 гг. на 75 процентов (хотя почти все это произошло после 1995 г.), с 59,8 млн. т до 105,7 млн. т.

Эти изменения привнесли небольшое улучшение в российскую структуру выходной продукции в целом, а также заметное улучшение качества светлых нефтепродуктов. Например, сегодня почти все производимое российское дизельное топливо удовлетворяет действующим в настоящее время европейским стандартам по содержанию серы (0,035 процента), причем некоторое количество дизельного топлива уже соответствует более строгим стандартам с пониженным содержанием серы, установленном на 2005 г. (0,005 процента) — хотя официальные российские стандарты по содержанию серы в дизельном топливе, предусматривающие 0,2 процента, остались неизменными с советских времен. Аналогичным образом доля

YKS 020414

КОНФИДЕНЦИАЛЬНО

высокооктанового бензина увеличилась с 0,1 процента в 1991 г. до более чем половины от общего объема в 2003 г., а производство неэтилированного бензина, на долю которого уже в 1995 г. приходилось 46,9 процента от общего объема производства бензина в России, увеличилась, по оценкам, до 100 процентов от общего объема (российское правительство полностью запретило производство этилированного бензина с 1 июля 2003 г.).

Тем не менее, в настоящих условиях капиталовложения в нефтеперерабатывающие предприятия остаются рискованными, с возможным ухудшением коэффициентов эксплуатационной нагрузки и уменьшением спроса, в то время, как ситуация с конкуренцией между топочным мазутом и природным газом останется, по всей вероятности, нестабильной из-за неопределенности темпов и графика повышения внутренних цен на газ. Нет уверенности ни в том, произойдет ли совокупное повышение потребления продукции, ни в том, будет ли любой потенциальный рост спроса, вытекающий из повторного расширения экономической деятельности, перевешен структурными изменениями в экономике повышением эффективности энергосбережения. Эти коммерческие риски неизбежны. Этот риск увеличивается из-за политических действий правительства: экономическая жизнеспособность экспорта на удаленные международные экспортные рынки, которые в настоящее время явно ожидают убытков от всей нефтеперерабатывающей деятельности, остается обусловленной рядом различных факторов, многие из которых берут начало в правительственных решениях, относящихся к политике увеличения экспорта нефти, развития производственных мощностей экспорта сырой нефти, экспортных налогов и транспортных тарифов. Тем не менее, в последние два года российские нефтяные компании были готовы расходовать значительные суммы на капиталовложения в нефтеперерабатывающие предприятия, что отражал ряд факторов, некоторые из которых могут оказаться временными:

• Совокупный приток денежных средств был велик из-за высоких международных цен на нефть, так что ВИКи (вертикально интегрированные компании) и независимые нефтеперерабатывающие предприятия имели расходные денежные средства;

• Нефтеперерабатывающие предприятия показали высокий уровень прибыльности с большой маржей, что отражает их способность получать доходы от сдерживаемых внутренних коммерческих цен на сырую нефть и благоприятного трансфертного ценообразования внутри ВИКов;

• Экспорт светлых нефтепродуктов стал решающей "второй" возможностью нефтяных компаний избавиться от своих общих избытков сырой нефти, ведущей к капиталовложениям в такие технологии, как обессеривание, которые либо увеличивают прирост ценности, либо необходимы для поддержания международной товарности экспортируемых светлых нефтепродуктов.

Даже в этом случае имеются указания на то, что некоторые компании переосмысливают графики и темпы своих запланированных инвестиций в переработку нефти, особенно по мере того, как проясняются истинная экономическая подоплека и рыночная ситуация.

В сравнении с другими иностранными компаниями

Данные по конкретным суммам, расходуемым международными компаниями на программы модернизации нефтеперерабатывающих предприятий, отсутствуют, но в целом эти компании в последнее время имели тенденцию выделять из своих капитальных вложений большую долю на обеспечения деятельности предприятий последующих технологических циклов, чем ЮКОС (включая, наряду с прочей деятельностью, модернизацию нефтеперерабатывающих предприятий). Так, инвестиции компаний, отчитывающихся в системе СФО, в секторе маркетинга и переработки нефти в 2002 г. (последний год, за который имеются сравнимые данные по ЮКОСу) составляли до

-185-

YKS 020415

КОНФИДЕНЦИАЛЬНО

32 процентов от общей суммы капитальных вложений. сравнительная цифра ЮКОСа составила 20,9 процента.

YKS 020416

# КОНФИДЕНЦИАЛЬНО

Таблица IV.E.5 | Проекты поднятия качественного уровня на

нефтеперерабатывающих предприятиях ЮКОСа с 1991 г. г.

| Нефтеперерабатывающее предприятие | Год ввода нефтеперерабатывающего предприятия в эксплуатацию (примечание типа) | Перегонка атмосферная | Вакуумная | Французская вакуумная перегонка | Каталитический обессоливание | Каталитический крекинг | Гидрокрекинг | Гидроочистка | Термообработка кокса | Отбор асфальта | Пятый уровень |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Куйбышевский завод (Самара) | 1945 г. | | | | Реконструкция установки для каталитического | строительство | | | Проходит модернизацию | | |
| Новокуйбышевский завод | 1951 г. | Производственные мощности по переработке сырой нефти оцениваются в 10 млн. т/год, планируется реконструкция разъемной установки. Производственные мощности по переработке сырой нефти оцениваются в 7.6 млн. т/год. Новая установка французской перегонки сконфигурирована в | | | реформинга в 1998 г., полотняная ликвидация производства значительного бензина и формирования производства высококачественного бензина | Монтаж новой установки нефти в 2001 г., планируется завершить к 2005 г., установки подлежат пуску. Модернизация нефти в 2000 г. перевода | Новая пеляя установка для гидрообления в процессе строительства (с 2000 г.) планируется завершить к 2005 г.) | Реконструкция существующих установок для форсирования производства дизельного топлива с пониженным содержанием серы | | |
| Сызранский завод | 1942 г. | 2001 г. (проходит подстанция в мощность 8 млн. т). Производственные мощности по переработке сырой нефти оцениваются в 22.0 млн. т/год. Производственные мощности по переработке | Реконструкция на вакуумной установке AVT-3 HAVT-3 | | обессоливание | существующая стройн установки на «флюид» | Установка пеляго гидрообления в процессе строительства | | | | Смонтирована в новая установка легкого крекинга |
| Ангарский завод | 1960 г. | сырой нефти оцениваются в 6.3 млн. т/год | Идет | | Модернизация завершена в 2001 г. | крекинг завершена в 2002 г. | | Модернизация реконструкция консрукции установки | | |
| Ачинский завод | 1982 г. | | модернизация установки | | Модернизация запланирована | устанавливается | | Модернизация установки гидроочистки завершена в 2000 г. (1.5 млн. долл. США) | | Запланировано строительство новой установки коксования |
| Стрежевой нефтеперерабатывающий завод | | Проектная производственная мощность составляет 8 млн. т/год. Модернизация LK-6U-2 завершена в 2003 г | | | | Комплексная установка флюид-, каталитического крекинга Модернизация завершена в 2003 г. | | Модернизация запланирована | | |
| Мажейкяйский завод компании Нафта | | | | | Доработка установки реформинга завершена в 2003 г. | | | | | |

Источник: Кембридж Энерджи Ризерч Ассошиэйтс.

Сентябрь 2003 г. Частный отчет КЕРА | Повышение качественного уровня и рационализация нефтепереработкиКапитализацию _светлое России/

YKS 020417

КОНФИДЕНЦИАЛЬНО

-188-

YKS 020418