Рисунок III.C.4

Собственная оценка ЮКОСа достаточности инвестиций до
приемлемых эколого-экономических рисков

Инвестиции в HSE (здоровье, безопасность и окружающая среда)
ЗАО "ЮКОС-ЭП" и ЗАО "ЮКОС-РМ"



Кривые рисков



Источник: ЮКОС.
40505-28

YKS 020469

Рисунок Ш.С.5

Фактические затраты ЗАО "ЮКОС-ЭП"[11] на природоохранную деятельность,
с 1997по 2000 год



| | |
|---|---|
| 1,600 | |
| 1,400 | |
| 1,200 | 1,500 |
| 1,000 | |
| Млн. рублей   800 | |
| 600 | 1,242 |
| 400 | |
| 200 0    233,5    230,9 | |
| 1997    1998    1999    2000 | |

Источник: ЮКОС.
40505-29

YKS 020470

Рисунок Ш.С.6

Програма инвестиций в природоохранную
деятельность ЗАО "ЮКОС-ЭП" с 2000 по 2005 год



Предлагаемые объемы инвестиций в природоохранную
деятельность ЗАО "ЮКОС-ЭП на период до 2005 года

Источник: ЮКОС.
40505-30

YKS 020471

Рисунок Ш.С.7

Сравнительный анализ воздействия на окружающую среду НПЗ
Российских нефтяных компаний
(по данным статотчетности Минэнерго РФ за 2000 год)

Сброс нефтепродуктов со сточными водами



кг/тонну

Выброс загрязняющих веществ в атмосферу





YKS 020472

ЮКОС Сургушефтъ

Источник ЮКОС.
40505-31

YKS 020473

Рисунок Ш.С.8

Сравнительная динамика пожарных рисков и ущерба в
нефтегазовой промышленности России с 1996 по 2000 год



Динамика пожаров на предприятиях ТЭК РФ 250

200

150

единиц

100

50
0
1996        1997        1998        1999        2000



Ущерб от пожаров (млн. руб.)        ГГГибельГлюден при пожарах

Источник: ЮКОС.
40505-32

YKS 020474

Рисунок III.D.1 Цели
ЮКОСа с 1999 по 2000 год



Рост добычи



Увеличение конкурентноспособности
через контроль над затратами



Разработка принципов
корпоративного управления

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-4

YKS 020475

Рисунок III.D.2

## Переоценка потенциала пластов

Результаты детального моделирования (пример - Мамонтовское месторождение)



Источник: ЮКОС.
40505-27

YKS 020476

Рисунок III.D.3

Внедрение ЮКОСом программ акционирования, с целью повышения
заинтересованности сотрудников в результатах деятельности компании

Stock Options (акционерные опционы) До .100

ушешкон-мепелже-роп Компиим::

Рост курса акций ОАО НК ЮКОС
(июнь 2000 - сентябрь 2001)



Источник: ЮКОС.
40505-33

YKS 020477

Рисунок III.E.l Цели ЮКОСа:
период после 2000 года



Быть
российской компанией

Стать первой компанией в
России по объему добычи

Стать лидером среди российских
нефтяных компаний по
применению новых технологий

Иметь диверсифицированный
энергетический бизнес

Быть
международной компанией

Войти в первую пятерку в
мире по эффективности
добычи

Войти в первую пятерку в
мире по эффективности
менеджмента



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-5

YKS 020478

Рисунок Ш.Е.2

Оптимизация добычи на "старых" месторождениях



Источник: ЮКОС.
40505-46

YKS 020479

Рисунок III.Е.3

Ранжирование ячеек по степени извлечения



| | Всего | < 30 | 30-42 | > 40 |
|---|---|---|---|---|
| Юганскнефтегаз | 506 | 144 | 57 | |
| Томскнефть | 262 | 107 | | |
| Самаранефтегаз | 499 | 156 | 512 | |
| ЮКОС | 1,267 | 407 | | |

346

Источник: ЮКОС.
40505-47

YKS 020480

Рисунок III.E.4 Увеличение доли
высокопроизводительных УЭЦН



I___| 125 м³/сут. и выше          |\\| менее 125 м³/сут.

Источник: ЮКОС.
40505-34

YKS 020481

Рисунок III.Е.5 Программа ЮКОСа по снижению обводненности нефти



Источник: ЮКОС.
40505-35

YKS 020482

Рисунок Ш.Е.6 Перевод обводненного фонда
скважин в периодическую эксплуатацию



Источник: ЮКОС.
40505-36

YKS 020483

Рисунок Ш.Е.7 Увеличение
коэффициента извлечения нефти

| | КИН, доли единиц | | |
|---|---|---|---|
| | Утвержденный в ГКЗ РФ или ЦКЗ* | Переутвержденный в новом проектном документе | Изменения, % |
| ОАО "Юганскнефтегаз" | | | |
| 1. Мамонтовское | 0.416 | 0.419 | 1 |
| 2. Приобское | 0.266 | 0.278 | 5 |
| | 0.350 | 0.386 | 10 |
| 4. Приразломное | 0.399 | 0.410 | 3 |
| 5. Киняминское | 0.293 | 0.404 | 38 |
| 6. Усть-Балыкское | 0.461 | 0.421 | 10 |
| 7. Омбинское | 0.265 | 0.330 | 25 |
| ОАО "Томскнефть" ВНК | | | |
| 8. Крапивинское | 0.330 | 0.342 | 4 |
| 9. Катыльгинское | 0.284 | 0.300 | 6 |
| ОАО "Самаранефтегаз" | | | |
| 10. Кинель-Черкасское | 0.203 | 0.327 | 61 |
| 11. Семеновское | 0.205 | 0.405 | 98 |
| 12. Южно-Неприковское | 0.202 | 0.385 | 91 |
| 13. Восточное | 0.403 | 0.410 | 24 |
| 14. Ивановское | 0.293 | 0.323 | 10 |
| | 0.35 | 0.4 | 14 |
| 16. Путиловское | 0.3 | 0.353 | 18 |

Источник: ЮКОС.
* Государственный комитет по запасам, Центральный комитет по запасам
40505-37

YKS 020484

Рисунок III.E.S

Применение ЮКОСом технологических решений
стратегических задач: общий обзор

| | |
|---|---|
| Увеличить добычу | Новые насосы, 3-х мерная визуализация |
| Использовать газовые ресурсы | • •₌₌ "fov  Газ в жидкость, '■2£*}Р^ газ в нефтехимпродукты |
| Решить проблемы логистики | Новые трубопроводы, новые материалы |
| Снизить затраты на добычу | ■™ale  Моделирование, управление технологическим процессом |
| Соответствовать требованиям качества топлива | Технологические процессы, новые катализаторы |
| Разработать технологии для будущего | .- asa  Топливные элементы, комбинаторная химия |

Источник: ЮКОС.
40505-38

YKS 020485

Рисунок IILE.9 Межрегиональные
коммуникации ЮКОСа: 2000 и план на 2005 год



5,000

□ 2000                          Связь и передача данных
В 2005                          800 минут соединений в месяц

Источник: ЮКОС.
40505-39

YKS 020486

Рисунок Ш.Е.10

Унификация оборудования



Источник: ЮКОС.
40505-40

YKS 020487

Рисунок Ш.Е.11 Основные направления
корпоративного обучения: управленческая подготовка

Комплекс дистанционных программ по управленческим a
информационным технологиям (17 модулей)

Мастер переговоров
к»К°ⁿ

Практический⁰
менеджмент №1»К

Управление
изменениями ЮКОС

Источник: ЮКОС.
40565-41

YKS 020488



Рисунок III.E. 12

Структура утилизации газа в ЮКОС ЭП

2000

2005

0,5 млрд м³
сожжено на факелах

1,5 млрд м³
производства
«Юганскнефтегаза»

16,3

8,8 млрд м³
производства СГП

1,6 млрд м³
поставлено на
ПГПЗ и
местным
потребителям

1,2 млрд м³
на факелах

Степень утилизации - 57%

Степень утилизации - 90%

Источник: ЮКОС-
40505-42

YKS 020489

Рисунок III.E.13

Утилизация попутного газа



Источник: ЮКОС.
46505-50

YKS 020490

Рисунок Ш.Е.14

Томская область: центры нефтяной, газовой и
электроэнергетической деятельности.



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
50508-4

YKS 020491



Рисунок IV.A.1 Основные центры запасов ЮКОСа

Западносибирский бассейн

Волго-Уральский бассейн

203 метрических тонн в 2002 году (по SPE)

*Источник:* Кэмбридж Энерджи Рисеч Ассошиэйтс. 40505-21

YKS 020492

Рисунок IV.A.2

Приоритеты разведки ЮКОСа



Источник: Кэмбридж Энерджи Рисеч Ассошиентс, 40505-16

YKS 020493

Рисунок IV.В.1

Налоговые платежи ЮКОСа за 5 лет увеличились в 20 раз против
лишь двукратного повышения в объемах добычи нефти



Источник: ЮКОС.
40505-22

YKS 020494

Рисунок IV.B.2

Налоговое бремя по светлым нефтепродуктам, реализуемым на внутреннем рынке
растет пз года в год п ведет к росту цен



Источник: ЮКОС.
40505-23

YKS 020495

Рисунок IV.D.1 Основные трубопроводные маршруты
экспорта сырой нефти ЮКОСом: 2004 г.



Источник: Кембридж Энерджи Рисеч Ассошиэйтс,
ЮКОС.
40505-25

YKS 020496

Рисунок IV.D.2 Главные железнодорожные
маршруты экспорта сырой нефти ЮКОСом



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-17

YKS 020497

Рисунок IV.D.3 Воздействие технологий

ЮКОСа на железнодорожные перевозки

Повышенные скорости поездов, обеспечиваемые улучшенными технологиями маршрутизации грузоотправителем



| ПРЕЖДЕ | *>АОСТОЯННЦ| | ПОСЛЕ    . ./:;\\\`:,СЙЙ!!.Я |
|---|---|---|

1. Маршрут экспорта сырой нефти:
   Самара-Кавказ

   12 дией    1 773 км    6 дней

2. Маршрут экспорта продукции:
   Ангарск-Крайняя

   20 дней    4 292 км    8 дней
   oioMiioio

3. Маршрут отгрузки авиакеросина:
   Ангарск-Кача

   oioJUMLoiOi    1107 км    3 6 чжеов

Источник: ЮКОС.
40505-43

Рисунок IV.D.4 Организация трубопроводного транспорта сырой нефти в юго-восточной Европе



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС.
40505-24

YKS 020499

Рисунок IV.D.5

Основные литовские активы ЮКОСа



Источник: Кембридж Энерджи Рисоч Ассошиэйтс.
40505-18

YKS 020500



Рисунок IV.D.6 Российский
железнодорожный маршрут в Китай

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
30432-4

YKS 020501

Рисунок IV.D.7
Проект Ангарск-Дацин



Источник: Нефть и Капитал, Кембридж Энерджи Рисеч Ассошиэйтс.
21211-4

YKS 020502

Рисунок IV.D.8

Запланированный трубопровод на Мурманск:
Маршруты, предпочитаемые компаниями



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
21211-3

Рисунок IV.E.1

Инновации в технологиях и производстве автомобильного топлива:
Реакция компании ЮКОС на потребности рынка



источник: ЮКОС.
40505-44

Рисунок IV.E.2

Новейшие технологии для независимой аттестации, предлагаемой потребителям
нефтеперерабатывающих предприятий мирового класса





ЮКОС

Усть-Кут
Лиски

Китай Кавказ Феодосия

Источник: ЮКОС.
40505-49

YKS 020505

Рисунок IV.E.3

**Сотрудничество компании ЮКОС с мировыми лидерами
в области передовых технологий нефтепереработки.**



Источник: ЮКОС.
40505'15

YKS 020506

Рисунок IV.F.1 Трубопроводная сеть для транспорта нефтепродуктов в Россгш



Источник: Кембридж Энерджи Ржеч Лесоциюенте.
20411-13

YKS 020507

Рисунок IV.G.1 Регионы торговой
деятельности ЮКОСа в России



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС
40505-19

YKS 020508

Рисунок III.А.1

Цели ЮКОСа: с 1993 по 1995 год



Вертикальная интеграция
экономической деятельности



Обеспечение предотвращения
спада добычи



Рост объема переработки нефти



Международная
экспансия



Улучшение финансового
положения компании



Поддержание
занятости

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-1

YKS 020509

Рисунок III.A.2

Расположение основных дочерних компаний ЮКОСа



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-20

YKS 020510

Рисунок III.A.3

Трудовая динамика предприятия "Юганскнефтегаз", с 1993 по 1995 год



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС.
40505-10

YKS 020511

Рисунок III.B.1

Цели ЮКОСа (с 1995 по 1996 год)



| | | | |
|---|---|---|---|
| Рост объема добычи | Рост объема переработки | Международная экспансия | Успешная приватизация |

| | | |
|---|---|---|
| Улучшение финансового положения компании и реструктуризация долгов | Предотвращение падения производительности труда | Построение вертикальной модели менеджмента |

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-2

YKS 020512

Рисунок III.В.2

Трудовая динамика предприятий "Юганскнефтегаз" и "Самаранефтегаз",
с 1995 по 1996 год



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС.
40505-9

YKS 020513

**Рисунок III.C.1**

**Цели ЮКОСа: с 1997 по 1999 год**



Поддержание
уровня добычи



Улучшение финансовой
позиции компании и
реструктуризация долгов



Повышение
конкурентноспособности



Консолидация
активов



Проведение строгой политики
централизованного вертикального
руководства компани

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-3

YKS 020514

Рисунок III.C.2

Себестоимость добычи ЮКОСа: с 1997 по 1999 год



Источник: ЮКОС
40505-26

YKS 020515

Рисунок III.C.3

Структура кадров добывающих предприятий ЮКОСа в 1997 году



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС.
40505-51

YKS 020516

Рисунок III.C.4

Собственная оценка ЮКОСа достаточности инвестиций
до приемлемых эколого-экономических рисков

Инвестиции в HSE (здоровье, безопасность и окружающая среда)
ЗАО "ЮКОС-ЭП" и ЗАО "ЮКОС-РМ"



Кривые рисков



Источник: ЮКОС.
40505-28

YKS 020517

Рисунок III.C.5

Фактические затраты ЗАО "ЮКОС-ЭП" на природоохранную деятельность,
с 1997по 2000 год



Источник: ЮКОС.
40505-29

YKS 020518