Рисунок III.C.6

Програма инвестиций в природоохранную
деятельность ЗАО "ЮКОС-ЭП" с 2000 по 2005 год



Предлагаемые объемы инвестиций в природоохранную
деятельность ЗАО "ЮКОС-ЭП" на период до 2005 года

| | |
|---|---|
| ——— Капитальный ремонт трубопроводов | - - - - Утилизация и переработка нефтешламов |
| ——— Утилизация и переработка буровых шламов | - - - - Рекультивация загрязненных земель и шламовых амбаров |
| - · - · Экологическое сопровождение ГРР | ——— Повышение экологической безопасности подводных | ——— Повышение экологической безопасности подводных переходов |

Источник: ЮКОС.
40505-30

YKS 020519

Рисунок III.C.7

### Сравнительный анализ воздействия на окружающую среду НПЗ Российских нефтяных компаний
(по данным статотчетности Минэнерго РФ за 2000 год)

Сброс нефтепродуктов со сточными водами



Выброс загрязняющих веществ в атмосферу



Источник: ЮКОС.
40505-31

YKS 020520

Рисунок III.C.8

Сравнительная динамика пожарных рисков и ущерба
в нефтегазовой промышленности России с 1996 по 2000 год

Динамика пожаров на предприятиях ТЭК РФ




Ущерб от пожаров (млн. руб.)          ГГГибельГлюдей при пожарах

Источник: ЮКОС.
40505-32

YKS 020521

**Рисунок III.D.1**

**Цели ЮКОСа с 1999 по 2000 год**



Рост добычи



Увеличение конкурентноспособности
через контроль над затратами



Разработка принципов
корпоративного управления

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-4

Рисунок III.D.2

**Переоценка потенциала пластов**
Результаты детального моделирования (пример - Мамонтовское месторождение)



Источник: ЮКОС.
40505-27

YKS 020523

Рисунок III.D.3

Внедрение ЮКОСом программ акционирования, с целью повышения
заинтересованности сотрудников в результатах деятельности компании

Stock Options (акционерные опционы)

До 100 участников-менеджеров Компании

Дивиденды: Доход равен разнице между ценой
при выдаче и рыночной ценой на момент
исполнения, зависящей от величины опциона.

**ПРЕМИРОВАНИЕ АКЦИЯМИ**

Более 1600 участников



| Рабочие 30% | Специалисты 55% | Руководители 15% |

Рост курса акций ОАО НК ЮКОС
(июнь 2000 - сентябрь 2001)



Источник: ЮКОС.
40505-33

YKS 020524

Рисунок III.E.1

Цели ЮКОСа: период после 2000 года


Быть
российской компанией


Стать первой компанией
в России по объему добычи


Стать лидером среди
российских нефтяных компаний
по применению новых технологий


Иметь диверсифицированный
энергетический бизнес


Быть
международной компанией


Войти в первую пятерку
в мире по эффективности
добычи


Войти в первую пятерку
в мире по эффективности
менеджмента

Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-5

YKS 020525

**Рисунок III.E.2**

Оптимизация добычи на "старых" месторождениях



· Создание сети специалистов

· Обучение (2300 человекодней)

· Постановка задач

· Развитие ПО

· Деление месторождений на ячейки (всего 1700)

· Ранжирование по потенциалу
  (дополнительная добыча и КИН)

· Создание WEB-страницы по заводнению

Источник: ЮКОС.
40505-46

YKS 020526

Рисунок III.Е.3

Ранжирование ячеек по степени извлечения



| КИН, % | Всего | < 30 | 30-42 | > 40 |
|---|---|---|---|---|
| Юганскнефтегаз | 506 | 164 | 144 | 198 |
| Томскнефть | 262 | 98 | 107 | 57 |
| Самаранефтегаз | 499 | 86 | 156 | 257 |
| ЮКОС | 1,267 | 348 | 407 | 512 |

Источник: ЮКОС.
40505-47

YKS 020527

Рисунок III.E.4

Увеличение доли высокопроизводительных УЭЦН



Источник: ЮКОС.
40505-34

YKS 020528

Рисунок III.E.5

Программа ЮКОСа по снижению обводненности нефти



Источник: ЮКОС.
40505-35

YKS 020529

Рисунок III.E.6

Перевод обводненного фонда скважин в периодическую эксплуатацию



Источник: ЮКОС.
40505-36

YKS 020530

Рисунок III.E.7

Увеличение коэффициента извлечения нефти

| Месторождение | КИН, доли единиц | | |
|---|---|---|---|
| | Утвержденный в ГКЗ РФ или ЦКЗ* | Переутвержденный в новом проектном документе | Изменения, % |
| **ОАО "Юганскнефтегаз"** | | | |
| 1. Мамонтовское | 0.416 | 0.419 | 1 |
| 2. Приобское | 0.266 | 0.278 | 5 |
| 3. Энтельская площадь Мамонтовского месторождения | 0.350 | 0.386 | 10 |
| 4. Приразломное | 0.399 | 0.410 | 3 |
| 5. Киняминское | 0.293 | 0.404 | 38 |
| 6. Усть-Балыкское | 0.461 | 0.421 | 10 |
| 7. Омбинское | 0.265 | 0.330 | 25 |
| **ОАО "Томскнефть" ВНК** | | | |
| 8. Крапивинское | 0.330 | 0.342 | 4 |
| 9. Катыльгинское | 0.284 | 0.300 | 6 |
| **ОАО "Самаранефтегаз"** | | | |
| 10. Кинель-Черкасское | 0.203 | 0.327 | 61 |
| 11. Семеновское | 0.205 | 0.405 | 98 |
| 12. Южно-Неприковское | 0.202 | 0.385 | 91 |
| 13. Восточное | 0.403 | 0.410 | 24 |
| 14. Ивановское | 0.293 | 0.323 | 10 |
| 15. Западный участок Уваровского месторождения | 0.35 | 0.4 | 14 |
| 16. Путиловское | 0.3 | 0.353 | 18 |

Источник: ЮКОС.
*Государственный комитет по запасам, Центральный комитет по запасам
40505-37

YKS 020531

Рисунок III.E.8

Применение ЮКОСом технологических решений
стратегических задач: общий обзор



Увеличить добычу → Новые насосы,
3-х мерная визуализация

Использовать
газовые ресурсы → Газ в жидкость,
газ в нефтехимпродукты

Решить проблемы
логистики → Новые трубопроводы,
новые материалы

Снизить затраты
на добычу → Моделирование,
управление технологическим процессом

Соответствовать требованиям
качества топлива → Технологические процессы,
новые катализаторы

Разработать технологии
для будущего → Топливные элементы,
комбинаторная химия

Источник: ЮКОС.
40505-38

YKS 020532

Рисунок III.E.9

Межрегиональные коммуникации ЮКОСа: 2000 и план на 2005 год



Связь и передача данных

800 минут соединений в месяц

Источник: ЮКОС.
40505-39

YKS 020533

Рисунок III.E.10

Унификация оборудования



Источник: ЮКОС.
40505-40

YKS 020534

Рисунок III.E.11

Основные направления корпоративного обучения: управленческая подготовка

Комплекс дистанционных программ по управленческим и информационным технологиям (17 модулей)

Модульные и индивидуальные программы для руководителей высшего звена в партнерстве с ведущими западными и российскими университетами и бизнес-школами (РГУ нефти и газа им. И.М. Губкина, ВШЭ, МГУ им. М.В. Ломоносова, IMD, INSEAD, Stockholm School of Economics, Duke CE)

Модульные программы обучения и развития для руководителей среднего звена совместно с российскими и западными учебными центрами (Межотраслевой ИПК РЭА им. Г.В. Плеханова, PWC, DuPont, IBM, CBSD, Ernst&Young)



Источник: ЮКОС.
40505-41

YKS 020535

Рисунок III.E.12

Структура утилизации газа в ЮКОС ЭП



Источник: ЮКОС.
40505-42

YKS 020536

Рисунок III.E.13

Утилизация попутного газа



Источник: ЮКОС.
40505-50

YKS 020537

Рисунок III.E.14

Томская область: центры нефтяной,
газовой и электроэнергетической деятельности.



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
30508-4

YKS 020538

Рисунок IV.A.1

Основные центры запасов ЮКОСа



Источник: Кэмбридж Энерджи Рисеч Ассошиейтс.
40505-21

YKS 020539

Рисунок IV.A.2

Приоритеты разведки ЮКОСа



Источник: Кэмбридж Энерджи Рисеч Ассошиейтс.
40505-16

YKS 020540

Рисунок IV.B.1

Налоговые платежи ЮКОСа за 5 лет увеличились в 20 раз против
лишь двукратного повышения в объемах добычи нефти



Источник: ЮКОС.
40505-22

YKS 020541

Рисунок IV.B.2

Налоговое бремя по светлым нефтепродуктам, реализуемым на внутреннем рынке растет из года в год и ведет к росту цен



Динамика среднегодовых цен на автомобильный бензин А-76

Источник: ЮКОС.
40505-23

YKS 020542

Рисунок IV.D.1

Основные трубопроводные маршруты экспорта сырой нефти ЮКОСом: 2004 г.



Источник: Кембридж Энерджи Рисеч Ассошнейтс,
         ЮКОС.

40505-25

YKS 020543

Рисунок IV.D.2

Главные железнодорожные маршруты экспорта сырой нефти ЮКОСом



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-17

Рисунок IV.D.3

Воздействие технологий ЮКОСа на железнодорожные перевозки

Повышенные скорости поездов, обеспечиваемые улучшенными технологиями маршрутизации грузоотправителем



Источник: ЮКОС.
40505-43

YKS 020545

**Рисунок IV.D.4**

**Организация трубопроводного транспорта сырой нефти в юго-восточной Европе**



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС.
40505-24

YKS 020546

Рисунок IV.D.5

Основные литовские активы ЮКОСа



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
40505-18

YKS 020547

Рисунок IV.D.6

Российский железнодорожный маршрут в Китай



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
30432-4

YKS 020548

Рисунок IV.D.7

Проект Ангарск-Дацин



Источник: Нефть и Капитал, Кембридж Энерджи Рисеч Ассошиейтс.
21211-4

YKS 020549

Рисунок IV.D.8

Запланированный трубопровод на Мурманск:
Маршруты, предпочитаемые компаниями



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
21211-3

YKS 020550

Рисунок IV.E.1

Инновации в технологиях и производстве автомобильного топлива:
Реакция компании ЮКОС на потребности рынка



Источник: ЮКОС.
40505-44

YKS 020551

Рисунок IV.E.2

**Новейшие технологии для независимой аттестации, предлагаемой потребителям нефтеперерабатывающих предприятий мирового класса**



Источник: ЮКОС.
40505-49

Рисунок IV.E.3

**Сотрудничество компании ЮКОС с мировыми лидерами
в области передовых технологий нефтепереработки.**



Источник: ЮКОС.
**40505-45**

YKS 020553

Рисунок IV.F.1

Трубопроводная сеть для транспорта нефтепродуктов в России



Источник: Кембридж Энерджи Рисеч Ассошиейтс.
20411-13

YKS 020554

Рисунок IV.G.1

Регионы торговой деятельности ЮКОСа в России



Источник: Кембридж Энерджи Рисеч Ассошиейтс, ЮКОС
40505-19

YKS 020555